Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Kingsborough Atlas Tree Surgery Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0305228** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1544 Ludwig Avenue** <br> **Santa Rosa, CA 95407** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sonoma** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Relationship |
| | | | | Case number, if known _____ |

---

**11. Why is the case filed in this district?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 25-10088   Doc# 1   Filed: 02/20/25   Entered: 02/20/25 11:36:34   Page 3 of 18

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 20, 2025**
                         MM / DD / YYYY

*X* **/s/ Richard Kingsborough**                          **Richard Kingsborough**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

*X* **/s/ Michael C. Fallon**                          Date **February 20, 2025**
Signature of attorney for debtor                                  MM / DD / YYYY

**Michael C. Fallon**
Printed name

**Law Office of Michael C. Fallon**
Firm name

**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
Number, Street, City, State & ZIP Code

Contact phone   **(707) 546-6770**        Email address   **mcfallon@fallonlaw.net**

**088313 CA**
Bar number and State

| | |
|---|---|
| Debtor name | **Kingsborough Atlas Tree Surgery Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anvil Builders**<br>**1550 Park Avenue**<br>**Emeryville, CA**<br>**94608** | | **Vendor** | | | | **$1,072,764.74** |
| **Anvil Power**<br>**1550 Power Avenue**<br>**Emeryville, CA**<br>**94608** | | **Vendor** | | | | **$3,108,717.72** |
| **Anvil Power**<br>**1550 Park Avenue**<br>**Emeryville, CA**<br>**94608** | | **Vendor** | | | | **$637,572.97** |
| **Benchmark Insurance Companies**<br>**P. O. Box 856583**<br>**Minneapolis, MN**<br>**55485-6563** | | **Vendor** | | | | **$499,252.00** |
| **CCG**<br>**525 N. Tryon Street, Suite 1000**<br>**Charlotte, NC 28202** | | **2020 Vermeer WC2500XL VIN 1VRF27007K1000118** | | **$449,349.75** | **$176,400.00** | **$272,949.75** |
| **CCG**<br>**525 N. Tryon Street, Suite 1000**<br>**Charlotte, NC 28202** | | **2021 Bandit 3090T VIN 519143** | | **$569,069.58** | **$400,000.00** | **$169,069.58** |
| **Community Tree Service LLC (Ace Tree Ent**<br>**466 Salinas Road**<br>**Watsonville, CA**<br>**95076** | | **Vendor** | | | | **$133,859.59** |
| **Dept of Industrial Relations**<br>**P. O. Box 511283**<br>**Los Angeles, CA**<br>**90051-7838** | | **Vendor** | | | | **$342,551.89** |

Case: 25-10088    Doc# 1    Filed: 02/20/25    Entered: 02/20/25 11:36:34    Page 5 of 18

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eydent Insurance Services P. O> Box 1905 Mount Pleasant, MI 48804-1905** | | **Vendor** | | | | **$1,094,026.00** |
| **Jim Armstrong, Inc. P. O. Box 1544 Twain Harte, CA 95383** | | **Vendor** | | | | **$457,372.50** |
| **NEBF-NEAP P. O. Box 824510 Philadelphia, PA 19182** | | **Vendor** | | | | **$627,664.77** |
| **Northbay Petroleum P. O. Box 511578 Los Angeles, CA 90051-8133** | | **Vendor** | | | | **$214,183.89** |
| **PMAIC-PMA Companies P. O. Box 824870 Philadelphia, PA 19182-4870** | | **Vendor** | | | | **$704,264.00** |
| **Ritchie Bros Auctioneers 5500 Co Rd 99W Dunnigan, CA 95937** | | **Vendor** | | | | **$181,613.27** |
| **Small Business Administration P. O. Box 3918 Portland, OR 97208-3918** | | **Vendor** | | | | **$216,934.11** |
| **Sonoma County Tax Collector 585 Fiscal Dr., #100F Santa Rosa, CA 95403** | | **Taxes** | | | | **$685,765.45** |
| **Traffic Management, Inc. Dept. La 24606 Pasadena, CA 91185** | | **Vendor** | | | | **$686,004.12** |
| **Verizon P. O. Box 660108 Dallas, TX 75266-0108** | | **Vendor** | | | | **$378,120.48** |
| **Vito Trucking LLC 1415 Sandpoint Drive Ceres, CA 95307** | | **Vendor** | | | | **$448,201.07** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilhelm LLC 2500 Daniels Bridge Road Bldg. 200, Suite 1-D Athens, GA 30606** | | **Vendor** | | | | **$393,483.94** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **Kingsborough Atlas Tree Surgery Inc.**

_____     Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**


    I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 20, 2025**


                **/s/ Michael C. Fallon**
                _____
                Signature of Debtor's Attorney or Pro Per Debtor

Ace Enterprise Inc.
1665 Goulart Ranch ARoad
Newcastle, CA 95658


Anvil Builders
1550 Park Avenue
Emeryville, CA 94608


Anvil Builders Inc..
1550 Park Avenue
Emeryville, CA 94608


Anvil Power
1550 Power Avenue
Emeryville, CA 94608


Anvil Power
1550 Park Avenue
Emeryville, CA 94608


Anvil Power Inc.
1550 Power Avenue
Emeryville, CA 94608


Arborhawk, In.
2932 Ingalls Street
San Francisco, CA 94124


Areg A. Sarkissian, Esq,
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316

Bailey's Inc.
1210 Commerce Avenue, Suite B
Woodland, CA 95776


Benchmark Insurance Companies
P. O. Box 856583
Minneapolis, MN 55485-6563


Buchanan Ingersoll Rooney
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101


CalTrees Inc.
P. O. Box 310
Oakhurst, CA 93644


CARB/PERP
P. O. Box 22038
Sacramento, CA 95812


Caterpillar Financial
2120 West End Avenue
Nashville, TN 37203


CCG
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202


Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111

City Rise
686 E. Lockeford Street
Lodi, CA 95240


Community Tree Service LLC (Ace Tree Ent
466 Salinas Road
Watsonville, CA 95076


D. Law, Inc.
David Yeremian/David Arkelyan
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Dave Gevas Heavy Transport
P. O. Box 757
Healdsburg, CA 95448


Dept of Industrial Relations
P. O. Box 511283
Los Angeles, CA 90051-7838


Dept. of Industrial Relations
Office of the DIrector - Legal Unit
P. O. Box 420603
San Francisco, CA 94142


Deuces Trucking
P. O. Box 279
Hercules, CA 94547


Diesel Truck and Fleet Services
c/o Herbert RA. Kraft SBN 345141
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266

DMV
P.O. Box 942894
Sacramento, CA 94294


Donahoo, Inc.
6901 Hwy 20
Ukiah, CA 95482


EDD
P.O. Box 426879
San Francisco, CA 94142


EF Recovery
P. O. Box 1582
Port Orchard, WA 98366


Elias Diaz
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Erin O'Connor
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Eydent Insurance Services
P. O> Box 1905
Mount Pleasant, MI 48804-1905


First Financial Holdings LLC
750 The CIty Drive S., Suite 300
Orange, CA 92868

First Financial Holdings, LLC
750 The City Drive S., Suite 300
Orange, CA 92868


First FinancialFirst Financial Holdings,
750 The City Drive S., Suite 300
Orange, CA 92868


Ford Motor
P. O. Box 552679
Detroit, MI 48255


G&G Heavy Equipment Rental
P. O. Box 1386
Healdsburg, CA 95448


George Hills
P. O. Box 278
Rancho Cordova, CA 95741


Gregory & Associates
4641 Post Street #5456
El Dorado Hills, CA 95762


Hartill Heavy Hail Inc.
P. O. Box 762
Arbuckle, CA 95912


Jim Armstrong, Inc.
P. O. Box 1544
Twain Harte, CA 95383

John Deere Financial
6400 NW 86th Street
Johnston, IA 50131


Laborers Trust Fund
Attorey Ronald Richman
101 Montgomery Street, Suite #2600
San Francisco, CA 94104


McSherry & HUdson
P. O. Box 2690
Watsonville, CA 95077


Miguel Bazan
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203


Mitsubitshi-Hitachi Capital American Cor
21925 Network Place
Chicago, IL 60673-1219


NEBF-NEAP
P. O. Box 824510
Philadelphia, PA 19182


Nicholas Nociforo
c/o Sarkissian Law Group
6345 Balboa Blvd., Suite 114
Encino, CA 91316


Northbay Petroleum
P. O. Box 511578
Los Angeles, CA 90051-8133

Nova Casualty Company
c/o Gaba Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618


Operating Engineers Local 3
3000 Clayton Road
Concord, CA 94519


Peterson Cat/Caterpillar Financial Comm.
P. O. Box 735638
Dallas, TX 75373-5638


Plumas Bank
P. O. Box 588
Chester, CA 96020


PMAIC-PMA Companies
P. O. Box 824870
Philadelphia, PA 19182-4870


R&A Tire Service
387 Pollard Way
Windsor, CA 95492


Ritchie Bros Auctioneers
5500 Co Rd 99W
Dunnigan, CA 95937


Sapere Environmental
5616 Gery Blvd., Suite 211
San Francisco, CA 94121

Small Business Administration
P. O. Box 3918
Portland, OR 97208-3918


Sonoma County Tax Collector
585 Fiscal Dr., #100F
Santa Rosa, CA 95403


Statewide Traffic Safety & Signs Inc.
P. O. Box 31001-2620
Pasadena, CA 91110-2620


TDE Equipment Inc.
150 Decanter Circle
Windsor, CA 95492


Tenna LLC
P. O. Box 855856
Minneapolis, MN 55485-5856


The Prince Firm
208 E Street
Santa Rosa, CA 95404


Traffic Control Pros, Inc.
P. O Box 5127
Concord, CA 94524


Traffic Management, Inc.
Dept. La 24606
Pasadena, CA 91185

True IT LLC
1500 4th Street
Santa Rosa, CA 95404


TTCP Express
4298 Larma Lane
Cincinnati, OH 45245


US Bank
P. O. Box 790448
Saint Louis, MO 63179-0448


Verizon
P. O. Box 660108
Dallas, TX 75266-0108


Verizon Cellular
P. O. Box 660108
Dallas, TX 75266-0108


Vito Trucking LLC
1415 Sandpoint Drive
Ceres, CA 95307


Volcano Creek Trucking
23850 Foresthill Road
Foresthill, CA 95631


Wilhelm LLC
2500 Daniels Bridge Road
Bldg. 200, Suite 1-D
Athens, GA 30606

# United States Bankruptcy Court
## Northern District of California

In re   **Kingsborough Atlas Tree Surgery Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kingsborough Atlas Tree Surgery Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cindy Kingsborough
1040 Blue Oak Place
Santa Rosa, CA 95404**

**Richard Kingsborough
1040 Blue Oak Place
Santa Rosa, CA 95404**

☐ None [*Check if applicable*]

**February 20, 2025**

Date

**/s/ Michael C. Fallon**

**Michael C. Fallon**

Signature of Attorney or Litigant

Counsel for   **Kingsborough Atlas Tree Surgery Inc.**

**Law Office of Michael C. Fallon**

**100 E Street, Suite 219
Santa Rosa, CA 95404
(707) 546-6770 Fax:(707) 546-5775
mcfallon@fallonlaw.net**