**Fill in this information to identify the case:**

Debtor name   **Kingsborough Atlas Tree Surgery Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **25-10088**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $     **72,654,583.75**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $     **72,654,583.75**

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $     **4,841,407.18**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **685,902.13**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **16,241,974.99**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b          $     **21,769,284.30**

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 1 of 77

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Bank of Marin** | **Savings** | **8245** | **$2,509.47** |
| 3.2. **Bank of Marin** | **Checking** | **0090** | **$131,569.28** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. **1 Cashier Check** | | | **$300,000.00** |
| 4.2. **Retainer deposit Smith Dollar** | | | **$30,000.00** |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $464,078.75 |
|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 2 of 77

7.      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  _____      _____

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  _____      _____

9.      **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    _____

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:      **756,036.02**   -    **756,036.02**  =....          **$0.00**

_____          _____
face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            **$0.00**

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.      **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.  _____      _____      _____

15.      **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership

15.1.  _____      _____ %      _____      _____

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Describe:

16.1. _____    _____    _____

17. **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.     _____

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**    **Raw materials** | | | | |
| **20.**    **Work in progress** | | | | |
| **21.**    **Finished goods, including goods held for resale** | | | | |
| **22.**    **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.     _____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 4 of 77

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.**    **Crops-either planted or harvested**

_____  _____  _____  _____

**29.**    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

_____  _____  _____  _____

**30.**    **Farm machinery and equipment** *(Other than titled motor vehicles)*

_____  _____  _____  _____

**31.**    **Farm and fishing supplies, chemicals, and feed**

_____  _____  _____  _____

**32.**    **Other farming and fishing-related property not already listed in Part 6**

_____  _____  _____  _____

**33.**    **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                    _____

**34.**    **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**    **Office furniture**

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 5 of 77

**40.**     **Office fixtures**

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

     42.1.

**43.**     **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See Attachment Exhibit A Titled Untitled Equipment Unsecured** | $0.00 | Liquidation | $2,905,505.00 |
| 47.2.   **See Attachment Exhibit B Equipment Secured Titled** | $0.00 | | $5,796,000.00 |
| 47.3.   **See Attachment Exhibit C Equipment Secured Un-Titled** | $0.00 | | $1,089,000.00 |

**48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 6 of 77

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                          | **$9,790,505.00** |

　　　　Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
　　　　■ No
　　　　☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

**Part 9:**　**Real property**

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

56.    **Total of Part 9.**                                          | |

　　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　　Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
　　　　☐ No
　　　　☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　　　☐ No
　　　　☐ Yes

**Part 10:**　**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No.  Go to Part 11.
　　■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 7 of 77

| 61. | **Internet domain names and websites** **Debtor has a domain name which is under litigation: atlas-tree.com** | **$0.00** | | **$0.00** |

| 62. | **Licenses, franchises, and royalties** |

| 63. | **Customer lists, mailing lists, or other compilations** **Debtor has a customer list that is under pending litigation.** | **$0.00** | | **$0.00** |

| 64. | **Other intangibles, or intellectual property** |

| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Pending Litigation against Anvil and its subsidiaries** | **$61,000,000.00** |
| | Nature of claim    **Breach of Contract, Fraud** | |
| | Amount requested              **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 8 of 77

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Redwood Credit Union Personal Checking Account held
       by Cindy & Richard Kingsborough - that is holding 1.4
       million dollars but who is entitled to the actual funds is
       in question. Money came from sale of equipment.
       2023-2024 tax returns have not been generated and
       could possibly result in tax liability from sale of
       equipment**                                                              **$1,400,000.00**

---

78.    **Total of Part 11.**                                                    | **$62,400,000.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **Kingsborough Atlas Tree Surgery Inc.**
Name

Case number *(If known)* **25-10088**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $464,078.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,790,505.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $62,400,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $72,654,583.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $72,654,583.75 |

| Titled-Non Titled | Equipment | Year | Make | Model | Description | VIN/SN | Discounted FLV-10% |
|---|---|---|---|---|---|---|---|
| NT | Arbor Box 2 (AB 2 Utility) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 3 (AB 3) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 4 (AB 4) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 5 (AB 5) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 6 (AB 6) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 7 (AB 7) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 8 (AB 8) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| T | BAD 1 | 2019 | Peterbilt | 567 | Dump Truck | 1NPCL40X1LD686659 | $ 135,000.00 |
| T | BAD 2 | 2020 | Peterbilt | 567 | Dump Truck | 1NPCL40X8LD686660 | $ 144,000.00 |
| T | BT-A35 | 2015 | Ford | F-750 Super Duty | Bucket Truck | 3FRWF7FB7FV670741 | $ 67,500.00 |
| T | BT-A42 | 2017 | Freightliner | M2 106 | Bucket Truck | 1FVACWDT0HHJB3916 | $ 67,500.00 |
| T | CHP-18XP F | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1817LR512064 | $ 45,000.00 |
| T | CHP-18XP G | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1819LR513303 | $ 45,000.00 |
| T | HP-18XP TRACK- | 2018 | Bandit | 18XP Track | Tracked Chipper | 505513 | $ 103,500.00 |
| T | CHP-19XP 1 | 2018 | Bandit | Intimidator 19XP | Tow-Behind Chipper | 4FMUS1910JR505540 | $ 67,500.00 |
| T | CHP-20XP TX A | 2019 | Bandit | Intimidator 20XP Track | Tracked Chipper | 509247 | $ 139,500.00 |
| T | DT-A120 | 2021 | Isuzu | NQR | Dump Truck | JALE5J163M7901004 | $ 49,500.00 |
| T | DT-A129 | 2021 | Isuzu | NQR | Dump Truck | JALE5J168M7901144 | $ 49,500.00 |
| T | DT-A84 | 2020 | International | MV 607 | Dump Truck | 3HAEUMML4LL046004 | $ 67,500.00 |
| NT | EX-308 | 2017 | CAT | 3.08E+04 | Mid Hydraulic Excavator | fjx08131 | $ 67,500.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | MBG1 | | Vermeer | GP | Grapple Bucket | WG47151 | $ 1,800.00 |
| NT | MBG2 | | Vermeer | GP | Grapple Bucket | 524194 | $ 1,800.00 |
| NT | MBG3 | | Vermeer | GP | Grapple Bucket | 535901 | $ 1,800.00 |
| NT | MBG4 | | Vermeer | GP | Grapple Bucket | 536545 | $ 1,800.00 |
| NT | MBG5 | | Vermeer | GP | Grapple Bucket | WG88134 | $ 1,800.00 |
| NT | MBS1 | | Vermeer | GP | Bucket | 1VR0030G1G1000169 | $ 900.00 |
| NT | MBS2 | | Vermeer | GP | Bucket | 1VR0030G3K1000361 | $ 900.00 |
| NT | MBS3 | | Vermeer | GP | Bucket | 1V0030G7K1000363 | $ 900.00 |
| NT | MBS4 | | Vermeer | GP | Bucket | 1VR0030G8K1000369 | $ 900.00 |
| NT | MBS5 | | Vermeer | GP | Bucket | 1VR0030G4K1000370 | $ 900.00 |
| NT | MBS6 | | Vermeer | GP | Bucket | 1VR0030G6K1000368 | $ 900.00 |
| NT | MC-1 Connex | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| T | MC-A68 | 2015 | Dodge | Ram 1500 | Pickup Truck | 3C6JR6DM9FG687064 | $ 15,000.00 |
| T | MC-A88 | 2017 | Ford | F-150 | Pickup Truck | 1FTEW1C89HKC30907 | $ 8,100.00 |
| T | MC-A89 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9LEE07487 | $ 37,800.00 |
| T | PB-T6 | 2012 | Peterbilt | 367 | Truck Tractor | 1XPTD40X7CD146722 | $ 31,050.00 |
| NT | Pemberton Grapple 308/309 | 2020 | Pemberton | P-2813 | Grapple Attachment | LR/P-2813-0120 | $ 16,200.00 |
| T | PU-A49 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT2KED12663 | $ 36,000.00 |
| T | PU-A51 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT0KED12662 | $ 36,000.00 |
| T | PU-A58 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7KEE93680 | $ 36,000.00 |
| T | PU-A59 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXKEF03649 | $ 36,000.00 |
| NT | Rotobec - Saw | 2021 | Rotobec | Saw | Attachment Saw | 16882-6-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 1 | 2023 | Rotobec | Grapple | Attachment Grapple | 188561-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 2 | 2023 | Rotobec | Grapple | Attachment Grapple | 18846-2-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 A | 2021 | Rotobec | Grapple | Attachment Grapple | 121043-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 B | 2021 | Rotobec | Grapple | Attachment Grapple | 175619-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 C | 2021 | Rotobec | Grapple | Attachment Grapple | 2614565-16 | $ 7,200.00 |
| NT | Rotobec Grapple 308 D | 2021 | Rotobec | Grapple | Attachment Grapple | 160678-1-1 | $ 7,200.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NT | Rotobec Grapple 308 E | 2021 | Rotobec | Grapple | Attachment Grapple | 176526-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 | 2021 | Rotobec | Grapple | Attachment Grapple | 188466-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 A | 2021 | Rotobec | Grapple | Attachment Grapple | 08-19-309-029 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 B | 2021 | Rotobec | Grapple | Attachment Grapple | 173563-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 C | 2021 | Rotobec | Grapple | Attachment Grapple | 172446-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 325 B | 2021 | Rotobec | Grapple | Attachment Grapple | 165096-4-1 | $ | 22,500.00 |
| NT | Rotobec Grapple 325 C | 2021 | Rotobec | Grapple | Attachment Grapple | 152641-2-1-1 | $ | 22,500.00 |
| NT | Spray Rig 1 - 500gal | | Wylie | 500 Gallon | Water Wagon | 16362 | $ | 1,620.00 |
| NT | SS-249 | 2017 | CAT | 249D | Track Skid Steer Loader | GWR01886 | $ | 34,650.00 |
| NT | SS-279 D | 2017 | CAT | 279D | Track Skid Steer Loader | GTL03507 | $ | 34,650.00 |
| NT | SS-279-M | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB901948 | $ | 58,500.00 |
| NT | SS-279-P | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB902036 | $ | 58,500.00 |
| NT | SS-CTX100 2 | 2017 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H0K1001660 | $ | 21,600.00 |
| NT | SS-CTX100-1 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H9K1001561 | $ | 23,400.00 |
| NT | SS-CTX100-4 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H5K1001699 | $ | 23,400.00 |
| NT | SS-CTX100-5 | 2019 | Vermeer | CTX100 | Mini Skid Steer | AVRZ080H1K1001781 | $ | 23,400.00 |
| NT | SS-CTX100-6 | 2020 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H3K1001944 | $ | 23,400.00 |
| NT | SS-CTX160 7 | 2021 | Vermeer | CTX160 | Mini Skid Steer | 1VR3080MAM1000467 | $ | 34,200.00 |
| NT | STGR 5HP | 2020 | Honda | | Stump Grinder | N/A | $ | 2,000.00 |
| NT | STGR-292-1 | 2018 | Vermeer | SC292 | Stump Grinder | 1VF102Y2J1001169 | $ | 7,650.00 |
| NT | STGR-382 A | 2019 | Vermeer | SC382 | Stump Grinder | 1VRU112BXK1000197 | $ | 22,500.00 |
| NT | STGR-552-1 | 2019 | Vermeer | SC552 | Stump Grinder | 1VR9138U3L1000344 | $ | 43,200.00 |
| NT | STGR-852-B | 2017 | Vermeer | SC852 | Wheeled Stump Grinder - Large | AVR7122L4H1001088 | $ | 47,250.00 |
| NT | Tong Thrower | 2022 | Summit | Tong Thrower | | 12-2987-00007 | $ | 50,000.00 |
| T | TR 1 | 2021 | TrailKing | 18 Load Master | Equipment Trailer | 1TKC024203M112047 | $ | 2,700.00 |
| T | TR 13 | 2005 | Vermeer | | Utility Trailer | 1VRN091J051003693 | $ | 450.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | TR 14 | 2018 | Karavan | 6 ft x 12 ft | Utility Trailer | 5KTVS1419JF547295 | $ 810.00 |
| T | TR 15 | 2018 | Fabform | BX612-7KR 6'X12' | Utility Trailer | 58XBD1225J1001118 | $ 4,050.00 |
| T | TR 16 | 2018 | Victory | 7'-14' | Van Trailer | 4RAVS1425KK068591 | $ 3,150.00 |
| T | TR 17 | 2018 | FELLING | FT14 | Equipment Trailer | 5FTBE1714J1004939 | $ 1,800.00 |
| T | TR 18 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004941 | $ 1,800.00 |
| T | TR 19 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1710J1001083 | $ 1,800.00 |
| T | TR 20 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004938 | $ 1,800.00 |
| T | TR 22 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTBE1710L1002141 | $ 1,800.00 |
| T | TR 23 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTCE1718L2002239 | $ 1,800.00 |
| T | TR 24 | 2019 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2723KA003965 | $ 11,250.00 |
| T | TR 25 | 2019 | Butler | LT-1214 | Equipment Trailer | 1b9df1224k2726155 | $ 1,125.00 |
| T | TR 26 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2624M1233227 | $ 10,800.00 |
| T | TR 27 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2224L1233006 | $ 10,800.00 |
| T | TR 28 | 2021 | Traileze Trailer | TE801-41 | Equipment Trailer | 1DASFCY23MP023204 | $ 5,850.00 |
| T | TR 29 | 2020 | Fabform | BX612-7KR 6'X14' | Utility Trailer | 58XBF1429L1000550 | $ 2,700.00 |
| T | TR 30 | 2020 | FabForm | BX612-7KR 6'X16' | Utility Trailer | 58XBF1624L1000551 | $ 3,150.00 |
| T | TR 31 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226L1233007 | $ 10,800.00 |
| T | TR 32 | 2020 | FELLING | LT-712 | Equipment Trailer | 1B9DF122XL2726211 | $ 2,700.00 |
| T | TR 33 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipmant Trailer | 4YMBU2020LR002287 | $ 2,025.00 |
| T | TR 34 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipment Trailer | 4YMBU2024LR003457 | $ 2,025.00 |
| T | *TR 35* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2220L1233004* | *$ 10,800.00* |
| T | *TR 36* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2626M1233228* | *$ 10,800.00* |
| T | *TR 38* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2629M1233188* | *$ 10,800.00* |
| T | TR 39 | 2021 | FELLING | FT14 | Equipment Trailer | 5FTCE2025M1001906 | $ 4,050.00 |
| T | TR 4 | 1985 | Zeiman | 1185 | Equipment Trailer | 1ZCE29E24FZP12097 | $ 1,800.00 |
| T | TR 40 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226M1233316 | $ 10,800.00 |
| T | TR 41 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2220M1233313 | $ 10,800.00 |
| T | TR 42 | 2021 | Victory | 7'-14' | Van Trailer | 4RAVS1422NK082355 | $ 3,150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | TR 43 | 2021 | Towmaster | T-10DT | Equipment Trailer | 4KNBT2123ML161501 | $ 2,475.00 |
| T | TR 44 | 2022 | Summit Trailer | C5FB718TA3 | Equipment Trailer | 59KBU182XP1012043 | $ 2,925.00 |
| T | TR 5 | 2000 | Zeiman | 1185 | Equipment Trailer | 1ZCE33A27XZP21278 | $ 1,800.00 |
| T | TR 6 | 2011 | Eagle | 16' x 82" | Equipment Trailer | 184BU2020BC10182 | $ 1,125.00 |
| T | TR 7 | 2018 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2726JA003473 | $ 11,250.00 |
| T | TR 8 | 2004 | Butler | LT-1214 | Equipment Trailer | 1B9DR121842726153 | $ 1,125.00 |
| T | TR LB 1 | 2001 | Murray | 55 Ton | Lowboy Trailer | 1M9G4520X1A056145 | $ 61,200.00 |
| T | TR12 | 2008 | Butler | LT-1014 | Equipment Trailer | 1B9DR142982726898 | $ 1,350.00 |
| T | Van 1 | 2014 | Chevrolet | Express Passenger | Van | 1GAZG1FG7E1194856 | $ 19,800.00 |
| T | WF 1 | 2000 | ACE | Semi | Walking Floor Trailer | 1A9236196Y0074099 | $ 4,500.00 |
| T | WF 4 | 2021 | Dorsey | 45' | Walking Floor Trailer | 5JYCW452XNEP23976 | $ 31,500.00 |
| NT | z-24" Bucket (308/309) | | CAT | 24" | Attachment Excavator Bucket | | $ 360.00 |
| NT | z-30" Bucket (308/309) | | CAT | 30" | Attachment Excavator Bucket | UM08005A | $ 360.00 |
| NT | z-309 Masticator Head 1 | | CAT | HM208 | Attachment Masticator | HM208 | $ 10,800.00 |
| NT | z-BG 1 | | CAT | | Attachment Brush Grapple | BRUSH GRAPPLE | $ 900.00 |
| NT | z-BG 10 | | CAT | | Attachment Brush Grapple | NW08804 | $ 900.00 |
| NT | z-BG 11 | | CAT | | Attachment Brush Grapple | A4196GR30049 | $ 900.00 |
| NT | z-BG 12 | | CAT | | Attachment Brush Grapple | A4196GR30056 | $ 900.00 |
| NT | z-BG 13 | 2020 | CAT | | Attachment Brush Grapple | NW10318 | $ 900.00 |
| NT | z-BG 14 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW09960 | $ 6,750.00 |
| NT | z-BG 15 | | CAT | | Attachment Brush Grapple | A4202GR30060 | $ 900.00 |
| NT | z-BG 16 | | CAT | | Attachment Brush Grapple | A4202GR30054 | $ 900.00 |
| NT | z-BG 17 | | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | 2869274-02 | $ 900.00 |
| NT | z-BG 19 | 2020 | CAT | | Attachment Brush Grapple | | $ 900.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-BG 2 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 20 | 2020 | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 21 | 2020 | CAT | | Attachment Brush Grapple | NW 12175 | $ 900.00 |
| NT | Z-BG 24 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 25 | | CAT | | Attachment Brush Grapple | PT000041376 | $ 900.00 |
| NT | z-BG 26 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4212GR30110 | $ 900.00 |
| NT | z-BG 27 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30330 | $ 900.00 |
| NT | z-BG 28 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421BGR30119 | $ 900.00 |
| NT | z-BG 3 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 30 | 2020 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30335 | $ 900.00 |
| NT | z-BG 31 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | a4221GR30410 | $ 900.00 |
| NT | z-BG 32 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4226GR30124 | $ 900.00 |
| NT | z-BG 4 | | CAT | | Attachment Brush Grapple | 286-9301 | $ 900.00 |
| NT | z-BG 6 | | CAT | | Attachment Brush Grapple | 108647 | $ 900.00 |
| NT | z-BG 7 | | CAT | | Attachment Brush Grapple | 109607 | $ 900.00 |
| NT | z-BG 8 | | CAT | | Attachment Brush Grapple | 162-8139 | $ 900.00 |
| NT | z-BG 9 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG18 | 2020 | CAT | | Attachment Brush Grapple | a4208gr30010 | $ 900.00 |
| NT | z-BS 10 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-113 | $ 10,800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-BS 11 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-112 | $ 10,800.00 |
| NT | z-BS 12 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-100 | $ 10,800.00 |
| NT | z-BS 13 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-101 | $ 10,800.00 |
| NT | z-BS 15 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000041555 | $ 10,800.00 |
| NT | z-BS 16 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12484/PT000041554 | $ 10,800.00 |
| NT | z-BS 17 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12487/PT000062172 | $ 10,800.00 |
| NT | Z-BS 18 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-128/PT000062189 | $ 10,800.00 |
| NT | z-BS 19 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12489 | $ 10,800.00 |
| NT | z-BS 20 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW-12---869/PT000062172 | $ 10,800.00 |
| NT | z-BS 21 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW 12485 | $ 10,800.00 |
| NT | z-BS 22 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-132 | $ 10,800.00 |
| NT | z-BS 23 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-130/PT000041566 | $ 10,800.00 |
| NT | Z-BS 24 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | nw12482/PT000041551 | $ 10,800.00 |
| NT | z-BS 25 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-149/NW13211 | $ 10,800.00 |
| NT | z-BS 26 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-148/NW13210 | $ 10,800.00 |
| NT | z-BS 27 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW13209/PT000062143 | $ 10,800.00 |
| NT | z-BS 28 | 2021 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14624/PT000074555 | $ 10,800.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NT | z-BS 29 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | BW22-107 | $ | 10,800.00 |
| NT | z-BS 30 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000061865 | $ | 10,800.00 |
| NT | z-BS 31 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14616/PT000074556 | $ | 10,800.00 |
| NT | z-BS 4 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-107 | $ | 10,800.00 |
| NT | z-BS 5 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-110 | $ | 10,800.00 |
| NT | z-BS 6 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 18-112 | $ | 10,800.00 |
| NT | z-BS 7 (PG&E ONLY) | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-113 | $ | 10,800.00 |
| NT | z-BS 8 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-114 | $ | 10,800.00 |
| NT | z-BS 9 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BSG - 15 | $ | 10,800.00 |
| NT | z-BTC 300 Masticator Head | 2022 | Bandit | BTC 300 MA | Track Masticator Grinding Head Attachment | 73890 | $ | 40,500.00 |
| NT NT | z-BTC 300 Stump Grinder | 2021 | Bandit | BTC-300 | Track Masticator Grinding Head Attachment | 505266 | $ | 40,500.00 |
| NT | z-CAF 1 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ | 4,500.00 |
| NT | z-CAF 7 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ | 4,500.00 |
| NT | z-CAF 8 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ | 4,500.00 |
| NT | z-CB 1-Chip Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ | 540.00 |
| NT | z-DB 1-Dirt Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ | 540.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-DB 2-Dirt Bucket 2 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |
| NT | z-DB 3-Dirt Bucket 3 (SS) | | CAT | | Attachment Skid Steer Bucket | A420CBK20334 | $ 540.00 |
| NT | z-DB 4-Dirt Bucket 4 (SS) | | CAT | | Attachment Skid Steer Bucket | A4214BK23411 | $ 540.00 |
| NT | z-DB 5-Dirt Bucket 5 (SS) | | CAT | | Attachment Skid Steer Bucket | A4215BK20004 | $ 540.00 |
| NT | z-EX Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | | $ 1,800.00 |
| NT | z-Forks 1 | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |
| NT | z-M 1-FAE Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A | $ 1,080.00 |
| NT | z-M 2-Yellow Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A | $ 1,080.00 |
| NT | z-Mini DB 1 | | CAT | | Attachment Forks | 4409646 | $ 540.00 |
| NT | z-Mini DB 2 | | Vermeer | | Attachment Mini Skid Steer Bucket | N/A | $ 540.00 |
| NT | z-Mini Mower 1 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10046 | $ 1,080.00 |
| NT | z-Mini Mower 2 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10050 | $ 1,080.00 |
| NT | z-Rake - Rockland | 2019 | Rockland | Rake | Attachment Rack | 128702 | $ 3,150.00 |
| NT | z-SB 1 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200915 | $ 720.00 |
| NT | z-SB 2 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200922 | $ 720.00 |
| NT | z-Shear 323 A | 2020 | WesttecH | C350 Wood Cracker | Attachment Tree Shear | 8120687 (001-70027470) | $ 16,000.00 |
| NT | z-ss 1 | | CAT | GP | Attachment Skid Steer Bucket | | $ 720.00 |
| NT | z-ss 2 | | CAT | GP | Attachment Skid Steer Bucket | 783740190 | $ 720.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-ss 3 | 2020 | Wolverine | SG-13-08D | Attachment Stump Grinder | | $ 720.00 |
| NT | z-ss Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | 403121 | $ 1,800.00 |
| T | LT1 | 2021 | Interstate | Trailer | Land Trailer | 4RALS1423MK077137 | $ 4,500.00 |
| T | LT2 | 2020 | Partriot | Trailer | Land Trailer | 4YMBC1425MR005243 | $ 4,500.00 |
| NT | BS - 32 | | Beever Squeezer | Attachment | SS Attachment | BW22-133 | $ 9,000.00 |
| NT | Rotobec | | Rotobec | Attachment | 308 Grapple | 175330-1-1 | $ 7,200.00 |
| NT | Office | | | ABCONN009 | Mobile Office | | $ 17,100.00 |
| NT | Connex | | | | Connex | | $ 3,600.00 |
| NT | Connex | | | | Connex- Land | | $ 3,600.00 |
| NT | Connex | | | | Connex- Land | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex | | $ 3,600.00 |
| T | HG6800 Dolly | | | Mower | Equipment Trailer HG6800 B Dolly | | $ 18,000.00 |
| NT | Mower | | | | FAE Mower 2 | | $ 4,500.00 |
| NT | CAF | 2021 | | CAF 30GL | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | CAF | 2019 | | CAF 30GL | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | CAF | | | DX225 | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | Shear | | | 295-5950 | SH 1 - Stump Harvester | | $ 22,500.00 |
| NT | Bucket | | | 12" | 12" Bucket (CAT 308) | | $ 900.00 |
| NT | Bucket | | | 24" | 24" Bucket (CAT 308) | | $ 1,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| |
|---|
| |
| |
| |
| $  2,905,505.00 |

| Titled | Equipment | Year | Make | Model | Description | VIN/SN | Discounted FLV-10% |
|---|---|---|---|---|---|---|---|
| T | CHP-12XPC 1 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1616PR525028 | $ 36,000.00 |
| T | CHP-12XPC 12 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1613PR525519 | $ 36,000.00 |
| T | CHP-12XPC 13 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525511 | $ 36,000.00 |
| T | CHP-12XPC 14 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR25512 | $ 36,000.00 |
| T | CHP-12XPC 15 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR525666 | $ 36,000.00 |
| T | CHP-12XPC 16 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 718.0.2089 | $ 36,000.00 |
| T | CHP-12XPC 17 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525671 | $ 36,000.00 |
| T | CHP-12XPC 18 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525669 | $ 36,000.00 |
| T | CHP-12XPC 19 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | | $ 36,000.00 |
| T | CHP-12XPC 2 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525025 | $ 36,000.00 |
| T | CHP-12XPC 20 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525672 | $ 36,000.00 |
| T | CHP-12XPC 3 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR524842 | $ 36,000.00 |
| T | CHP-12XPC 4 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR524891 | $ 36,000.00 |
| T | CHP-12XPC 5 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR52480 | $ 36,000.00 |
| T | CHP-12XPC 7 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525670 | $ 36,000.00 |
| T | CHP-12XPC 8 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525517 | $ 36,000.00 |
| T | CHP-12XPC 9 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525510 | $ 36,000.00 |
| T | CHP-12XPC-10 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525521 | $ 36,000.00 |
| T | CHP-12XPC-11 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525520 | $ 36,000.00 |
| T | CHP-12XPC-6 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525518 | $ 36,000.00 |
| T | CHP-18XP A | 2019 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1810KR508151 | $ 36,000.00 |
| T | CHP-20XP-1 | 2020 | Bandit | Intimidator 20XP | Tow-Behind Chipper | 4FMUS2022LR511855 | $ 184,500.00 |
| T | CHP-2100 C | 2018 | Vermeer | BC2100XL | Wood Chipper | 1VR2212Y9H1002038 | $ 94,500.00 |
| T | CHP-2300 B | 2019 | Vermeer | WC2300XL | Chipper | 1VRC302J9F1002004 | $ 180,000.00 |
| T | CHP-2500 F | 2020 | Vermeer | WC2500XL | Wood Chipper | 1VRF27007K1000118 | $ 252,000.00 |
| T | CHP-3090 A | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 517857 | $ 472,500.00 |
| T | CHP-3090 B | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 519143 | $ 526,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | DT 4 | 2022 | | | | 3HAEUMML9PL195871 | $ 60,000.00 |
| T | DT 5 | 2022 | | | | 3HAEUMML9PL209347 | $ 60,000.00 |
| T | DT 6 | 2022 | | | | 1FDUF5HT3NDA19196 | $ 60,000.00 |
| T | DT 7 | 2022 | | | | 1FDUF5HT3NDA19195 | $ 60,000.00 |
| T | ES 12 | 2022 | Subaru | crosstrek | SUV | JF2GTHNC3N8260717 | $ 18,900.00 |
| T | ES 13 | 2022 | Subaru | Outback | SUV | 4S4BTANC3N3226866 | $ 20,700.00 |
| T | ES 14 | 2021 | Subaru | crosstrek | SUV | JF2GTAPC7M8267074 | $ 18,900.00 |
| T | ES 8 | 2020 | Ford | Escape | SUV | 1FMCU9H90LUA58188 | $ 18,000.00 |
| T | ES-10 | 2022 | Ford | Escape | SUV | 2FMPK4J93NBA21830 | $ 21,600.00 |
| T | ES-9 | 2020 | Ford | senne | SUV | 1FMCU9G68LUA36222 | $ 18,000.00 |
| T | GR-HG6800 B | 2021 | Vermeer | HG6800TX | Horizontal Grinder | 1VRK4804EM1001008 | $ 405,000.00 |
| T | GR-Screener - TR620 | 2017 | Vermeer | TR620 | Screening/Trummel Plant | 56S5402M5JF001020 | $ 121,500.00 |
| T | GR-TG7000 A | 2018 | Vermeer | TG7000 | Tub Grinder | 1VRY46362J1002001 | $ 585,000.00 |
| T | PU-A1 (Rich's Truck) | 2023 | Ford | Lightning | Pickup Truck | 1FT6W1EV3PWG02062 | $ 81,000.00 |
| T | PU-A100 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT1LEE12478 | $ 37,800.00 |
| T | PU-A101 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT3LEE12479 | $ 37,800.00 |
| T | PU-A102 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT3LEE45494 | $ 37,800.00 |
| T | PU-A104 | 2020 | Ford | F-150 | Pickup Truck | 1FTEW1EP9LKF40584 | $ 25,200.00 |
| T | PU-A105 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT7LEE37303 | $ 37,800.00 |
| T | PU-A106 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6LEE89587 | $ 37,800.00 |
| T | PU-A107 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FD7X2B61LEE90443 | $ 36,000.00 |
| T | PU-A108 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC09596 | $ 39,600.00 |
| T | PU-A112 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7MEC09595 | $ 39,600.00 |
| T | PU-A114 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP2MFA39255 | $ 27,000.00 |
| T | PU-A115 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EPXMFA39259 | $ 27,000.00 |
| T | PU-A116 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP4MFA39256 | $ 27,000.00 |
| T | PU-A118 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9MEC62548 | $ 39,600.00 |
| T | PU-A119 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39257 | $ 27,000.00 |
| T | PU-A123 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC82421 | $ 39,600.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T | PU-A124 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT3MEC62559 | $ | 39,600.00 |
| T | PU-A128 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB9MFA39242 | $ | 27,000.00 |
| T | PU-A131 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39260 | $ | 27,000.00 |
| T | PU-A132 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP5MFA39251 | $ | 27,000.00 |
| T | PU-A133 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB2MFA39244 | $ | 27,000.00 |
| T | PU-A134 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB7MFA39241 | $ | 27,000.00 |
| T | PU-A135 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB4MFA39245 | $ | 27,000.00 |
| T | PU-A136 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BN4MEE10496 | $ | 39,600.00 |
| T | PU-A137 | 2022 | Ford | F-250 Super Duty | Pickup Truck | 1FT8W2BT3NEC33692 | $ | 39,600.00 |
| T | PU-A138 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BTXNEC46350 | $ | 39,600.00 |
| T | PU-A139 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXNEC65922 | $ | 39,600.00 |
| T | PU-A140 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65921 | $ | 39,600.00 |
| T | PU-A141 | 2022 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT4NEC65916 | $ | 39,600.00 |
| T | PU-A142 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65918 | $ | 39,600.00 |
| T | PU-A143 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6NEC65917 | $ | 39,600.00 |
| T | PU-A144 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP3MFC35575 | $ | 27,000.00 |
| T | PU-A145 | 2022 | Ford | F-150 | Pickup Truck | 1FTFW1E88NFA92072 | $ | 27,000.00 |
| T | PU-A146 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM403842 | $ | 19,800.00 |
| T | PU-A147 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN4MM390792 | $ | 19,800.00 |
| T | PU-A148 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN8NM477113 | $ | 19,800.00 |
| T | PU-A149 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN6MM396559 | $ | 25,200.00 |
| T | PU-A150 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM455034 | $ | 25,200.00 |
| T | PU-A151 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM453235 | $ | 19,800.00 |
| T | PU-A152 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7MM405267 | $ | 19,800.00 |
| T | PU-A153 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN9MM403004 | $ | 19,800.00 |
| T | PU-A154 | 2022 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5AN6NT077180 | $ | 19,800.00 |
| T | PU-A155 | 2021 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5ANS3MT012544 | $ | 25,200.00 |
| T | PU-A156 | 2020 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7LM294749 | $ | 25,200.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | PU-A157 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM373645 | $ 19,800.00 |
| T | PU-A158 | 2020 | Ford | F-150 Roush | Pickup Truck | 1FTEW1E50LFC10453 | $ 27,000.00 |
| T | PU-A159 (Todd's) | 2022 | Ford | F-350 Super Duty | Todd's Truck | 1FT8W3BT3NEF58252 | $ 75,000.00 |
| T | PU-A92 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT4LEE21355 | $ 36,000.00 |
| T | PU-A93 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT1LEE07476 | $ 36,000.00 |
| T | PU-A94 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT2LEE21354 | $ 36,000.00 |
| T | PU-A95 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F64LEC57399 | $ 37,800.00 |
| T | PU-A96 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F6XLEC57388 | $ 37,800.00 |
| T | PU-A97 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F60LEC57397 | $ 37,800.00 |
| T | PU-A98 | 2020 | Ford | F-450 XL Super Duty | Mechanics Truck | 1FD0W4HT0LEE26603 | $ 72,000.00 |
| T | PU-A99 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT8LEE07481 | $ 37,800.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | $ 5,796,000.00 |

EXHIBIT C

| Not-Titled | Equipment | Year | Make | Model | Description | VIN/SN | | Discounted FLV-10% |
|---|---|---|---|---|---|---|---|---|
| NT | 525 A Skidder | 2015 | CAT | 525D | Wheeled Skidder | GKP00134 | $ | 81,000.00 |
| NT | EX-310 PR | 2019 | Hitachi | ZX310F-LL-6N | Processor | 1FFDDP71V KF316030 | $ | 265,500.00 |
| NT | SE718-4 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2089 | $ | 315,000.00 |
| NT | SE718-5 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2095 | $ | 315,000.00 |
| NT | Spider Lift 1 | 2022 | CMC | S25 | Crawler Articulating Boom Lift | S22A3554 | $ | 112,500.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | $ 1,089,000.00 |

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1 Ally Financial**<br>Creditor's Name<br><br>**P. O. Box 733203**<br>**Dallas, TX 75373**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2020 Ford F-350 Super Duty Pickup Truck**<br>**VIN 1FT7W3BT9LEE07487**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,580.00**    **$26,460.00** |
| **2.2 CCG**<br>Creditor's Name<br>**525 N. Tryon Street, Suite 1000**<br>**Charlotte, NC 28202**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2020 Vermeer WC2500XL**<br>**VIN 1VRF27007K1000118**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$449,349.75**    **$176,400.00** |

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 27 of 77

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CCG** | Describe debtor's property that is subject to a lien | $504,873.73 | $375,000.00 |
|---|---|---|---|---|

Creditor's Name

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**
Creditor's mailing address

**2021 Bandit 3090T**
**VIN 517857**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CCG** | Describe debtor's property that is subject to a lien | $569,069.58 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**
Creditor's mailing address

**2021 Bandit 3090T**
**VIN 519143**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CCG** | Describe debtor's property that is subject to a lien | $141,786.48 | $78,750.00 |
|---|---|---|---|---|

Creditor's Name

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**
Creditor's mailing address

**2022 CMC S25**
**VIN S22A3554**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

Case: 25-10088     Doc# 26     Filed: 03/06/25     Entered: 03/06/25 16:14:13     Page 28 of 77

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **CCG**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2020 Sennebogen 718 ME**<br>**VIN 718.0.2095** | $230,000.00 | $225,000.00 |
|---|---|---|---|---|

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **CCG**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2020 Sennebogen 718 ME**<br>**VIN 718.0.2089** | $240,439.10 | $225,000.00 |
|---|---|---|---|---|

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **CCG** | Describe debtor's property that is subject to a lien | $501,892.07 | $500,000.00 |
|---|---|---|---|---|

Case: 25-10088  Doc# 26  Filed: 03/06/25  Entered: 03/06/25 16:14:13  Page 29 of 77

Creditor's Name

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**

Creditor's mailing address

**2021 Vermeer HG6800TX**
**VIN 1VRK4804EM1001008**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CCG** | Describe debtor's property that is subject to a lien | $271,731.64 | $525,000.00 |
|-----|---------|------|------|------|

Creditor's Name

**525 N. Tryon Street, Suite 1000**
**Charlotte, NC 28202**

Creditor's mailing address

**2018 Vermeer TG7000**
**VIN 1VRY46362J1002001**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Celtic Bank** | Describe debtor's property that is subject to a lien | $101,012.03 | $192,150.00 |
|------|-----------------|------|------|------|

Creditor's Name

**268 South State Street, Suite 300**
**Salt Lake City, UT 84111**

Creditor's mailing address

**2018 Vermeer BC2100XL VIN 1VR2212Y9H1002038**
**2019 Vermeer WC2300XL VIN RC302J9F10020042019 Vermeer SC552 VIN 1VR9138U3L1000344**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
1**   **First Financial Holdings LLC**

Creditor's Name

**750 The CIty Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1616PR525028**

       **$22,000.00**        **$25,200.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
2**   **First Financial Holdings LLC**

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1619PR525511**

       **$22,000.00**        **$25,200.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
3**   **First Financial Holdings, LLC**

Describe debtor's property that is subject to a lien

       **$22,000.00**        **$25,200.00**

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1613PR525519**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **First Financial Holdings, LLC** | | **$22,000.00** | **$25,200.00** |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1610PR25512**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **First Financial Holdings, LLC** | | **$22,000.00** | **$25,200.00** |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1615PR525666**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 38

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **First Financial Holdings, LLC** | Describe debtor's property that is subject to a lien | $22,000.00 | $25,200.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1619PR525671**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **First Financial Holdings, LLC** | Describe debtor's property that is subject to a lien | $22,000.00 | $25,200.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1610PR525025**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **First Financial Holdings, LLC** | Describe debtor's property that is subject to a lien | $22,000.00 | $25,200.00 |
|---|---|---|---|---|

---

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1610PR525672**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $22,000.00 | $25,200.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1615PR524842**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $22,000.00 | $25,200.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1617PR524891**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$22,000.00** | **$25,200.00** |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1611PR52480**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$22,000.00** | **$25,200.00** |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1617PR525670**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$22,000.00** | **$25,200.00** |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS161XPR525517**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1617PR525510**

$22,000.00    $22,500.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Bandit Intimidator 2XPC**
**VIN 4FMUS1611PR525521**

$22,000.00    $22,500.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 36 of 77

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **First Financial Holdings, LLC** | | |
|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS161XPR525520**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$22,000.00     $25,200.00

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **First Financial Holdings, LLC** | | |
|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2023 Bandit Intimidator 12XPC**
**VIN 4FMUS1611PR525518**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$22,000.00     $22,500.00

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **First Financial Holdings, LLC** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

$22,000.00     $22,500.00

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 37 of 77

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

**2020 Bandit Intimidator 20XP**
**VIN 4FMUS2022LR511855**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.29 **First Financial Holdings, LLC**
Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022      VIN 3HAEUMML9PL195871**
**2022      VIN 3HAEUMML9PL209347**

$176,624.96    $84,000.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.30 **First Financial Holdings, LLC**
Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Subaru crosstrek VIN JF2GTHNC3N8260717**

$18,241.00    $13,230.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 38 of 77

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Subaru Outback VIN 4S4BTANC3N3226866**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$18,241.00   $14,490.00

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Subaru crosstrek  VIN JF2GTAPC7M8267074**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$18,241.00   $13,230.00

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$10,025.05   $12,600.00

---

---

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Ford Escape**
**VIN 1FMCU9H90LUA58188**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **First Financial Holdings, LLC** | Describe debtor's property that is subject to a lien | $17,905.21 | $15,120.00 |

Creditor's Name

**2022 Ford Escape**
**VIN 2FMPK4J93NBA21830**

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **First Financial Holdings, LLC** | Describe debtor's property that is subject to a lien | $18,241.00 | $13,860.00 |

Creditor's Name

**2021 Toyota Tacoma**
**VIN 3TMCZ5AN5MM373645**

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 14 of 38

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $17,640.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**2020 Toyota Tacoma**
**VIN 3TMCZ5AN7LM294749**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $17,640.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**2021 Toyota Tacoma TRD VIN 3TYSZ5ANS3MT012544**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $13,860.00 |
|---|---|---|---|---|

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 41 of 77

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**2022 Toyota Tacoma TRD VIN 3TYSZ5AN6NT077180**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.39 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Toyota Tacoma**
**VIN 3TMCZ5AN9MM403004**     $18,241.00    $13,860.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.40 | **First Financial Holdings, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Toyota Tacoma**
**VIN 3TMCZ5AN7MM405267**     $18,241.00    $13,860.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | | As of the petition filing date, the claim is: Check all that apply |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | | |
| ■ No | | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.4 1 | **First Financial Holdings, LLC** | | $18,241.00 | $13,860.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Toyota Tacoma**
**VIN 3TMCZ5AN1NM453235**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **First Financial Holdings, LLC** | | $18,241.00 | $17,640.00 |
|---|---|---|---|---|

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Toyota Tacoma**
**VIN 3TMCZ5AN1NM455034**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **First Financial Holdings, LLC** | | $18,241.00 | $17,640.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 43 of 77

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Toyota Tacoma**
**VIN 3TMCZ5AN6MM396559**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $13,860.00 |

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Toyota Tacoma**
**VIN 3TMCZ5AN8NM477113**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $13,860.00 |

Creditor's Name

**750 The City Drive S., Suite 300**
**Orange, CA 92868**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**2021 Toyota Tacoma**
**VIN 3TMCZ5AN4MM390792**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | As of the petition filing date, the claim is: |
|---|---|
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 6 | **First Financial Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $18,241.00 | $13,860.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Toyota Tacoma** | | |
| | **750 The City Drive S., Suite 300** | **VIN 3TMCZ5AN5MM403842** | | |
| | **Orange, CA 92868** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | As of the petition filing date, the claim is: |
|---|---|
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 7 | **First FinancialFirst Financial Holdings,** | **Describe debtor's property that is subject to a lien** | $22,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Bandit Intimidator 12XPC** | | |
| | **750 The City Drive S., Suite 300** | **VIN 4FMUS1610PR525669** | | |
| | **Orange, CA 92868** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | As of the petition filing date, the claim is: |
|---|---|
| Do multiple creditors have an interest in the same property? | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 8 | **Ford Motor** | **Describe debtor's property that is subject to a lien** | $60,551.36 | $42,000.00 |
|---|---|---|---|---|

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 45 of 77

Creditor's Name

**2022      VIN 1FDUF5HT3NDA19196**

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.49 | **Ford Motor** | Describe debtor's property that is subject to a lien | $60,536.30 | $42,000.00 |

Creditor's Name

**2022      VIN 1FDUF5HT3NDA19195**

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.50 | **Ford Motor** | Describe debtor's property that is subject to a lien | $8,309.06 | $26,460.00 |

Creditor's Name

**2020 Ford F-350 Super Duty VIN 1FT7W3BT8LEE07481**

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 46 of 77

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 1**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford F-450 XL Super Duty**
**VIN 1FD0W4HT0LEE26603**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,406.49**      **$50,400.00**

---

**2.5 2**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Ford F-350 Super Duty VIN**
**1FT8W3BT3NEF58252**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,649.50**      **$52,500.00**

---

**2.5 3**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford F-150 Roush VIN**
**1FTEW1E50LFC10453**

**Describe the lien**

**$10,706.79**      **$18,900.00**

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 47 of 77

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 4 | | | | |
|---|---|---|---|---|
| **Ford Motor** | Describe debtor's property that is subject to a lien | $31,017.67 | $18,900.00 | |

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford F-150**
**VIN 1FTFW1E88NFA92072**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | | | | |
|---|---|---|---|---|
| **Ford Motor** | Describe debtor's property that is subject to a lien | $19,740.30 | $18,900.00 | |

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150**
**VIN 1FTEW1EP3MFC35575**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 48 of 77

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 6 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-350 Super Duty**
**VIN 1FD8X3FT6NEC65917**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,022.79    $27,720.00

---

| 2.5 7 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-350 Super Duty**
**VIN 1FD8X3FT8NEC65918**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,989.06    $27,720.00

---

| 2.5 8 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford F-350 Super Duty VIN**
**1FD8X3FT4NEC65916**

**Describe the lien**

$27,022.06    $27,720.00

---

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | **Ford Motor** | Describe debtor's property that is subject to a lien | $27,131.63 | $27,720.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

**2021 Ford F-350 Super Duty
VIN 1FD8X3FT8NEC65921**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | **Ford Motor** | Describe debtor's property that is subject to a lien | $27,131.63 | $27,720.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

**2021 Ford F-350 Super Duty
VIN 1FD8X3FTXNEC65922**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 50 of 77

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **Ford Motor** | Describe debtor's property that is subject to a lien | $21,746.50 | $27,720.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

**2021 Ford F-350 Super Duty
VIN 1FT8W3BTXNEC46350**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **Ford Motor** | Describe debtor's property that is subject to a lien | $20,648.05 | $27,720.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

**2022 Ford F-250 Super Duty VIN
1FT8W2BT3NEC33692**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **Ford Motor** | Describe debtor's property that is subject to a lien | $14,885.33 | $27,720.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

**2021 Ford F-350 Super Duty
VIN 1FT8W3BN4MEE10496**

Creditor's mailing address

Describe the lien

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 51 of 77

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

___

| 2.6 4 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150
VIN 1FTEW1EB4MFA39245**

$12,139.25          $18,900.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

___

| 2.6 5 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150
VIN 1FTEW1EB7MFA39241**

$12,139.25          $18,900.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 52 of 77

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.66 | **Ford Motor** |
|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150**
**VIN 1FTEW1EB2MFA39244**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,139.25          $18,900.00

---

| 2.67 | **Ford Motor** |
|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150**
**VIN 1FTEW1EP5MFA39251**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,702.76          $18,900.00

---

| 2.68 | **Ford Motor** |
|---|---|

Creditor's Name

**P. O. Box 552679
Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150**
**VIN 1FTEW1EP6MFA39260**

**Describe the lien**

$11,702.76          $18,900.00

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 53 of 77

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | **Ford Motor** | Describe debtor's property that is subject to a lien | $10,706.79 | $18,900.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

2021 Ford F-150
VIN 1FTEW1EB9MFA39242

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 0 | **Ford Motor** | Describe debtor's property that is subject to a lien | $8,273.95 | $18,900.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

2021 Ford F-150
VIN 1FTEW1EP6MFA39257

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 54 of 77

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **Ford Motor** | | |
|---|---|---|---|
| | Creditor's Name | | |

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $11,227.79     $27,720.00
**2021 Ford F-350 Super Duty**
**VIN 1FT7W3BT9MEC62548**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **Ford Motor** | | |
|---|---|---|---|
| | Creditor's Name | | |

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $8,279.75     $18,900.00
**2021 Ford F-150**
**VIN 1FTEW1EP4MFA39256**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **Ford Motor** | | |
|---|---|---|---|
| | Creditor's Name | | |

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**     $8,279.75     $18,900.00
**2021 Ford F-150**
**VIN 1FTEW1EPXMFA39259**

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| Date debt was incurred | |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 4**    **Ford Motor**

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150**
**VIN 1FTEW1EP2MFA39255**

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,279.75          $18,900.00

---

**2.7 5**    **Ford Motor**

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Ford F-350 Super Duty**
**VIN 1FD8X3FT7MEC09595**

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$12,509.67          $27,720.00

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 56 of 77

☐ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

**2.76**

**Ford Motor**  
Creditor's Name

**P. O. Box 552679**  
**Detroit, MI 48255**  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
**2021 Ford F-350 Super Duty**  
**VIN 1FD8X3FT9MEC09596**

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes  
**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$10,921.34 | $27,720.00

---

**2.77**

**Ford Motor**  
Creditor's Name

**P. O. Box 552679**  
**Detroit, MI 48255**  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
**2020 Ford F-250 Super Duty**  
**VIN 1FD7X2B61LEE90443**

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes  
**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$7,317.96 | $25,200.00

---

**2.78**

**Ford Motor**  
Creditor's Name

**P. O. Box 552679**  
**Detroit, MI 48255**  
Creditor's mailing address

**Describe debtor's property that is subject to a lien**  
**2020 Ford F-350 Super Duty**  
**VIN 1FD8X3FT6LEE89587**

**Describe the lien**

$9,234.00 | $26,460.00

---

Case: 25-10088  Doc# 26  Filed: 03/06/25  Entered: 03/06/25 16:14:13  Page 57 of 77

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.79 | **Ford Motor** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $7,796.43 | $26,460.00 |

**2020 Ford F-350 Super Duty**
**VIN 1FT8W3BT7LEE37303**

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.80 | **Ford Motor** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $5,884.73 | $17,640.00 |

**2020 Ford F-150**
**VIN 1FTEW1EP9LKF40584**

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 58 of 77

☐ Contingent
■ No          ☐ Unliquidated
☐ Yes. Specify each creditor,          ☐ Disputed
including this creditor and its relative
priority.

---

| 2.8 | | | | |
|---|---|---|---|---|

**2.8.1**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford F-350 Super Duty**
**VIN 1FT8W3BT3LEE45494**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,926.14          $26,460.00

---

**2.8.2**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford F-350 Super Duty**
**VIN 1FD8X3FT3LEE12479**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,408.74          $26,460.00

---

**2.8.3**

**Ford Motor**
Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford F-350 Super Duty**
**VIN 1FD8X3FT1LEE12478**

**Describe the lien**

$6,372.75          $26,460.00

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 59 of 77

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 4 | **Ford Motor** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Ford Lightning**
**VIN 1FT6W1EV3PWG02062**

**Describe the lien**

$70,455.94    $56,700.00

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 5 | **John Deere Financial** | | |
|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 Vermeer TR620**
**VIN 56S5402M5JF001020**

**Describe the lien**

$42,917.87    $85,050.00

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 60 of 77

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Mitsubitshi-Hitachi Capital American Cor** | | |
|---|---|---|---|

Creditor's Name

**21925 Network Place
Chicago, IL 60673-1219**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-350 Super Duty
VIN 1FT7W3BT3MEC62559**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,255.99     $27,720.00

---

| 2.8 7 | **Mitsubitshi-Hitachi Capital American Cor** | | |
|---|---|---|---|

Creditor's Name

**21925 Network Place
Chicago, IL 60673-1219**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F-350 Super Duty
VIN 1FD8X3FT9MEC82421**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,062.00     $27,720.00

---

| 2.8 8 | **Plumas Bank** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 588
Chester, CA 96020**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford F-350 Super Duty
VIN 1FD8X3F60LEC57397**

**Describe the lien**

$14,594.09     $26,460.00

---

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 61 of 77

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 9 | **Plumas Bank** | Describe debtor's property that is subject to a lien | $14,594.69 | $26,460.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P. O. Box 588
Chester, CA 96020**

Creditor's mailing address

**2020 Ford F-350 Super Duty
VIN 1FD8X3F6XLEC57388**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 0 | **Plumas Bank** | Describe debtor's property that is subject to a lien | $14,594.69 | $26,460.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P. O. Box 588
Chester, CA 96020**

Creditor's mailing address

**2020 Ford F-350 Super Duty VIN
1FD8X3F64LEC57399**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 62 of 77

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 1 | | | | |
|---|---|---|---|---|

**Plumas Bank**
_____
Creditor's Name

**P. O. Box 588**
**Chester, CA 96020**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford F-250 Super Duty**
**VIN 1FT7W2BT2LEE21354**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,564.02**    **$25,200.00**

---

| 2.9 2 | | | | |
|---|---|---|---|---|

**Plumas Bank**
_____
Creditor's Name

**P. O. Box 588**
**Chester, CA 96020**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford F-250 Super Duty VIN**
**1FT7W2BT1LEE07476**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,544.35**    **$25,200.00**

---

| 2.9 3 | | | | |
|---|---|---|---|---|

**Plumas Bank**
_____
Creditor's Name

**P. O. Box 588**
**Chester, CA 96020**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford F-250 Super Duty VIN**
**1FT7W2BT4LEE21355**

**Describe the lien**

**$15,564.02**    **$25,200.00**

---

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 63 of 77

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 4 | **US Bank** | | |
|---|---|---|---|

Creditor's Name

**P. O. Box 790448
Saint Louis, MO 63179-0448**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford senne
VIN 1FMCU9G68LUA36222**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$6,617.59    $12,600.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,841,407.18

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **Kingsborough Atlas Tree Surgery Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **25-10088**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $136.68 | $136.68 |

2.1 Priority creditor's name and mailing address
**EDD**
**P.O. Box 426879**
**San Francisco, CA 94142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.2 Priority creditor's name and mailing address
**Sonoma County Tax Collector**
**585 Fiscal Dr., #100F**
**Santa Rosa, CA 95403**

$685,765.45     $685,765.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023 & 2024**

Basis for the claim:
**Unsecured property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

31183
Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 65 of 77

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,152.50 |
|---|---|---|---|

**Ace Enterprise Inc.**
**1665 Goulart Ranch ARoad**
**Newcastle, CA 95658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072,764.74 |
|---|---|---|---|

**Anvil Builders**
**1550 Park Avenue**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money paid to KBA after June 19, 2023 sale to Anvil - subject offset**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,959.75 |
|---|---|---|---|

**Anvil Builders Inc..**
**1550 Park Avenue**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipmwent Rental - subject offset**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,108,717.72 |
|---|---|---|---|

**Anvil Power**
**1550 Power Avenue**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money paid to KBA after June 19, 2023 sale to Anvil - subject offset**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637,572.97 |
|---|---|---|---|

**Anvil Power**
**1550 Park Avenue**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money paid to KBA after June 19, 2023 sale to Anvil - subject offset**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Arborhawk, In.**
**2932 Ingalls Street**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,276.41 |
|---|---|---|---|

**Bailey's Inc.**
**1210 Commerce Avenue, Suite B**
**Woodland, CA 95776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$499,252.00** |
|---|---|---|---|

**Benchmark Insurance Companies**
**P. O. Box 856583**
**Minneapolis, MN 55485-6563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Workers Comp Audit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,035.94** |
|---|---|---|---|

**CalTrees Inc.**
**P. O. Box 310**
**Oakhurst, CA 93644**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00** |
|---|---|---|---|

**CARB/PERP**
**P. O. Box 22038**
**Sacramento, CA 95812**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,589.60** |
|---|---|---|---|

**City Rise**
**686 E. Lockeford Street**
**Lodi, CA 95240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,859.59** |
|---|---|---|---|

**Community Tree Service LLC (Ace Tree Ent**
**466 Salinas Road**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**D. Law, Inc.**
**David Yeremian/David Arkelyan**
**450 N. Brand Blvd., Suite 840**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,532.84** |
|---|---|---|---|

**Dave Gevas Heavy Transport**
**P. O. Box 757**
**Healdsburg, CA 95448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342,551.89 |

**Dept of Industrial Relations**
**P. O. Box 511283**
**Los Angeles, CA 90051-7838**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,664.50 |

**Deuces Trucking**
**P. O. Box 279**
**Hercules, CA 94547**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,156.90 |

**Diesel Truck and Fleet Services**
**c/o Herbert RA. Kraft SBN 345141**
**1500 Rosecrans Avenue, Suite 500**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Vendor - Lawsuit - Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

**DMV**
**P.O. Box 942894**
**Sacramento, CA 94294**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,164.44 |

**Donahoo, Inc.**
**6901 Hwy 20**
**Ukiah, CA 95482**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.79 |

**EF Recovery**
**P. O. Box 1582**
**Port Orchard, WA 98366**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Elias Diaz**
**c/o D. Law Inc.**
**450 N. Brand Blvd., Suite 840**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Employee Claim__

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 68 of
77

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Erin O'Connor**
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Employee Clam__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,094,026.00** |
|---|---|---|---|

**Eydent Insurance Services**
P. O> Box 1905
Mount Pleasant, MI 48804-1905

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Insurance Audit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,533.60** |
|---|---|---|---|

**G&G Heavy Equipment Rental**
P. O. Box 1386
Healdsburg, CA 95448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,318.32** |
|---|---|---|---|

**George Hills**
P. O. Box 278
Rancho Cordova, CA 95741

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Demand letter for damage caused by employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Greg A. Sarkissian, Esq,**
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,325.00** |
|---|---|---|---|

**Gregory & Associates**
4641 Post Street #5456
El Dorado Hills, CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,575.00** |
|---|---|---|---|

**Hartill Heavy Hail Inc.**
P. O. Box 762
Arbuckle, CA 95912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 69 of 77

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457,372.50 |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address
**Jim Armstrong, Inc.**
**P. O. Box 1544**
**Twain Harte, CA 95383**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$457,372.50**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
**Laborers Trust Fund**
**Attorey Ronald Richman**
**101 Montgomery Street, Suite #2600**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,000,000.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
**McSherry & HUdson**
**P. O. Box 2690**
**Watsonville, CA 95077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$107,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**Miguel Bazan**
**c/o D. Law Inc.**
**450 N. Brand Blvd., Suite 840**
**Glendale, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$50,000.00**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Employee Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**NEBF-NEAP**
**P. O. Box 824510**
**Philadelphia, PA 19182**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$627,664.77**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Union Audit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
**Nicholas Nociforo**
**c/o Sarkissian Law Group**
**6345 Balboa Blvd., Suite 114**
**Encino, CA 91316**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**Northbay Petroleum**
**P. O. Box 511578**
**Los Angeles, CA 90051-8133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$214,183.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 70 of 77

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nova Casualty  Company**
c/o Gaba Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Insurance - Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|

**Operating Engineers Local 3**
3000 Clayton Road
Concord, CA 94519

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Union Audit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,933.76 |
|---|---|---|---|

**Peterson Cat/Caterpillar Financial Comm.**
P. O. Box 735638
Dallas, TX 75373-5638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704,264.00 |
|---|---|---|---|

**PMAIC-PMA Companies**
P. O. Box 824870
Philadelphia, PA 19182-4870

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Insurance Audit

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,109.00 |
|---|---|---|---|

**R&A Tire Service**
387 Pollard Way
Windsor, CA 95492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,613.27 |
|---|---|---|---|

**Ritchie Bros Auctioneers**
5500 Co Rd 99W
Dunnigan, CA 95937

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Shortfall at equipment auction

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,958.50 |
|---|---|---|---|

**Sapere Environmental**
5616 Gery Blvd., Suite 211
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 71 of 77

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216,934.11 |
|---|---|---|---|

**Small Business Administration**
**P. O. Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SBA loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,455.00 |
|---|---|---|---|

**Statewide Traffic Safety & Signs Inc.**
**P. O. Box 31001-2620**
**Pasadena, CA 91110-2620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,193.00 |
|---|---|---|---|

**TDE Equipment Inc.**
**150 Decanter Circle**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,266.08 |
|---|---|---|---|

**Tenna LLC**
**P. O. Box 855856**
**Minneapolis, MN 55485-5856**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,288.00 |
|---|---|---|---|

**The Prince Firm**
**208 E Street**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Traffic Control Pros, Inc.**
**P. O Box 5127**
**Concord, CA 94524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $686,004.12 |
|---|---|---|---|

**Traffic Management, Inc.**
**Dept. La 24606**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 72 of 77

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**True IT LLC**
**1500 4th Street**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**TTCP Express**
**4298 Larma Lane**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378,120.48 |
|---|---|---|---|

**Verizon**
**P. O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Verizon Cellular**
**P. O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448,201.07 |
|---|---|---|---|

**Vito Trucking LLC**
**1415 Sandpoint Drive**
**Ceres, CA 95307**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**Volcano Creek Trucking**
**23850 Foresthill Road**
**Foresthill, CA 95631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393,483.94 |
|---|---|---|---|

**Wilhelm LLC**
**2500 Daniels Bridge Road**
**Bldg. 200, Suite 1-D**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Case: 25-10088    Doc# 26    Filed: 03/06/25    Entered: 03/06/25 16:14:13    Page 73 of 77

Debtor  **Kingsborough Atlas Tree Surgery Inc.**            Case number (if known)   **25-10088**
        Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

<table>
<tr><td colspan="4">**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 685,902.13 |
| **5b. Total claims from Part 2** | 5b. + | $ | 16,241,974.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,927,877.12 |

Case: 25-10088     Doc# 26     Filed: 03/06/25     Entered: 03/06/25 16:14:13     Page 74 of 77

Fill in this information to identify the case:

Debtor name   **Kingsborough Atlas Tree Surgery Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **25-10088**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **In Pending Litigation - Dispute** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anvil Power Inc.**<br>**1550 Power Avenue**<br>**Emeryville, CA 94608** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **In Pending Litigation - Dispute** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899-7300** |

**Fill in this information to identify the case:**

Debtor name **Kingsborough Atlas Tree Surgery Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) **25-10088**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rich and Cindy Kingsborough** | **1040 Bluie Oak Place Santa Rosa, CA 95404** | **CCG** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rich and Cindy Kingsborough** | **1040 Bluie Oak Place Santa Rosa, CA 95404** | **CCG** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rich and Cindy Kingsborough** | **1040 Bluie Oak Place Santa Rosa, CA 95404** | **CCG** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rich and Cindy Kingsborough** | **1040 Bluie Oak Place Santa Rosa, CA 95404** | **CCG** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Rich and Cindy Kingsborough** | **1040 Bluie Oak Place Santa Rosa, CA 95404** | **CCG** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Kingsborough Atlas Tree Surgery Inc. | Case number *(if known)* | 25-10088 |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| 2.6 | Rich and Cindy Kingsborough | 1040 Bluie Oak Place<br>Santa Rosa, CA 95404 | CCG | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Rich and Cindy Kingsborough | 1040 Bluie Oak Place<br>Santa Rosa, CA 95404 | CCG | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Rich and Cindy Kingsborough | 1040 Bluie Oak Place<br>Santa Rosa, CA 95404 | CCG | ■ D   **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Rich and Cindy Kingsborough | 1040 Bluie Oak Place<br>Santa Rosa, CA 95404 | Northbay Petroleum | ☐ D _____<br>■ E/F   **3.35**<br>☐ G _____ |
| 2.10 | Rich and Cindy Kingsborough | 1040 Bluie Oak Place<br>Santa Rosa, CA 95404 | Small Business Administration | ☐ D _____<br>■ E/F   **3.43**<br>☐ G _____ |

Case: 25-10088   Doc# 26   Filed: 03/06/25   Entered: 03/06/25 16:14:13   Page 77 of 77