Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>　　　　Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>　　　　Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual,<br>　　　　Defendants. | AP No. 25-01005<br><br>STATUS CONFERENCE STATEMENT<br><br>Date: May 14, 2025<br>Time: 10:30 a.m.<br>Place: Via Zoom |

///

Plaintiff Kingsborough Atlas Tree Surgery, Inc. hereby submits the following Status Conference Statement:

## BACKGROUND AND STATUS

On March 20, 2025, Kingsborough Atlas Tree Surgery, Inc. ("Debtor") filed an adversary proceeding in the above referenced bankruptcy proceeding and a motion seeking injunctive relief from Defendants as follows:

> (1) Enjoining Defendants from transferring, changing, disbursing, dissipating, converting, conveying, pledging, assigning, encumbering, foreclosing, using, wasting, or otherwise disposing of any interest in any of Debtor's equipment at issue; and
>
> (2) Requiring Defendants to immediately turn over to Debtor possession of equipment belonging to Debtor and in Defendants' possession.

The hearing on Debtor's application for injunctive relief was set for March 26, 2025. While Defendants initially opposed the injunctive relief, Defendants did agree unilaterally to return and turnover equipment and vehicles belonging to Debtor without further order from the Court. However, Defendants conditioned their willingness to return equipment and vehicles to those items located in Defendants' nearby Windsor, California location, and advised Debtor that it would have to make its own arrangements to retrieve equipment and vehicles located out of the area.

The Court continued the hearing for a status conference to April 2, 2025, and again to May 14, 2025, for final resolution of the matter.

Since March 26, 2025, Defendants have returned equipment and vehicles in their possession located nearby in their Windsor Yard in Sonoma County to Debtor's facility in Santa Rosa, also in Sonoma County.

Unfortunately, the parties continue to disagree whether Debtor should bear the expense of retrieving equipment in Defendants' possession located out of the area in more distant or remote parts of California or whether Defendants should return the equipment they have in their possession.

The parties have discussed their competing views but have not reached any consensus.

CARLE, MACKIE, POWER & ROSS LLP

2

STATUS CONFERENCE STATEMENT

Case: 25-10088    Doc# 122    Filed: 05/13/25    Entered: 05/13/25 15:33:11    Page 2 of 5

Debtor has also asked for an updated list of equipment with more specific information as to locations, but Defendants have not yet provided such information.

      Debtor respectfully requests Court order Defendants to return the equipment and vehicles in their possession. The cost to Debtor is prohibitive to retrieve equipment and vehicles in various regions of the state. Since Defendants took possession and removed the equipment and vehicles in question from Sonoma County, it is reasonable that Defendants should bear the expense of returning such items to Debtor's Sonoma County location.

Dated: May 13, 2025                    CARLE, MACKIE, POWER & ROSS LLP

By: _____
Philip J. Terry
Kimberly Corcoran
Attorneys for Plaintiffs
KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, and
CINDY KINGSBOROUGH

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 100 B Street, Suite 400, Santa Rosa, CA 95401. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served a *true copy* of the following document(s):

**STATUS CONFERENCE STATEMENT**

addressed as follows :

| | |
|---|---|
| Sean J. Filippini<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444.1000<br>Facsimile: (916) 444.2100<br>Email:<br>sfilippini@downeybrand.com<br><br>Sandy Russell, Legal Assistant<br>srussell@DowneyBrand.com | Attorneys for Defendants<br><br>ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, and ALAN GUY |

☐ (BY FIRST CLASS MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Rosa, California.

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY EMAIL-SELF REPRESENTED PARTY) (California Rule of Court, Rule 2.251) – I caused the aforementioned document(s) to be electronically served upon the addressee(s) as indicated above. The email address(es) to be used for electronic service has/have been confirmed and acceptance of electronic service has been agreed, pursuant to the requirements for electronic service. Please contact our office immediately should any recipient object to continued electronic service.

☒ (BY EMAIL) (C.C.P. §§ 1010.6(a)(2) and (e)(1 and 2)) – I caused the aforementioned document(s) to be electronically served upon the addressee(s) as indicated above. The email address(es) to be used for electronic service has/have been confirmed and acceptance of electronic service has been agreed, pursuant to the requirements for electronic service. Please contact our office immediately should any recipient object to continued electronic service.

☐ (BY ELECTRONIC SERVICE VIA ONE LEGAL) I transmitted a true and correct copy of the document(s) listed above to One Legal to be sent to all parties listed on the Proof of Service. This service complies with local rules and California Rules of Court Rule 2.251. A copy of the One Legal Filing Receipt page will be maintained with the original document(s) in our office.

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) with postage thereon fully prepaid to be delivered by overnight delivery on this date the offices of the addressee(s).

☐ (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the person(s) at the address(es) listed above and providing them to a messenger for service.

1 ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 13, 2025

_____
Joseph P. Young