MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.  Chapter 11

    Debtor.  NOTICE OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

_____/

    Kingsborough Atlas Tree Surgery, Inc. ("Debtor") has filed a motion for authority to sell Debtor's Customer List at the sale price of $200,000, all cash. You have been identified by the Debtor as a company that might have an interest in purchasing the customer list, consisting primarily of residential customers, that has been developed by the Debtor since the company started operating in 1982.

    If you are interested in purchasing the client list you should contact the Debtor's counsel, Michael Fallon, not later than Wednesday, May 28, 2025. Michael Fallon can be reached at 707.546.6770 or by email at mcfallon@fallonlaw.net.

    If one or more parties expresses an interest in purchasing the client list, an auction sale will be conducted at a date and time on not less than ten days notice to the parties who wish to participate in the auction sale.

Dated: May 15, 2025          /s/ *Michael C. Fallon*
                                      Michael C. Fallon
                                      Attorney for Debtor