MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
E: mcfallon@fallonlaw.net
E: fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery Inc.                Chapter 11

    Debtor.
_____/

CERTIFICATE OF SERVICE

I, Merla Anders, declare:

I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

On May 15, 2025, I served the NOTICE OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY on the said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at Santa Rosa, California and/or via email addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2025, at Santa Rosa, California.

                                                                /s/ *Merla Anders*
                                                                MERLA ANDERS

| | |
|---|---|
| Arborworks<br>40266 Junction Drive<br>Oakhurst, Ca. 93644<br>559-641-2434<br>information@arborworksinc.com | Mountain Enterprises<br>950 Iron Point Road, Suite 210<br>Folsom, Ca. 95630<br>530-626-4127<br>MFE@Mtfent.com |
| West Coast Arborist<br>2200 E. Via Burton Street<br>Anaheim, Ca. 92806<br>800-521-3714<br>corporate@wcainc.com | Professional Tree<br>2828 8th Street<br>Berkeley, Ca. 94710<br>510-549-3954 |
| Signature Tree Solutions<br>1250 Church Street, Suite R2<br>St. Helena, Ca. 94574<br>707-963-3333<br>info@signaturetreesolutions.com | Bartlett Tree Service<br>22725 Eighth Street East, Suite B<br>Sonoma, Ca. 95476<br>707-935-3220<br>sonomaoffice@bartlett.com |
| Wright Tree Service<br>Post Office Box 1718<br>Des Moines, Iowa, 50306<br>800-882-1216 | Vema<br>Santa Rosa, Napa and Surrounding Areas<br>707-510-4306<br>Office@Vematreeservicellc.com |