MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.

_____/

Case No. 25-10088 WJL

Chapter 11

DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

    I, Richard Kingsborough, declare that my wife and I are the sole shareholders of Kingsborough Atlas Tree Surgery, Inc, and that I am personally familiar with the statements in this declaration. If called as a witness in these proceedings I could and would testify as follows.

    In June of 2023, the Debtor entered an Asset Purchase Agreement with Anvil Builders wherein the Debtor agreed to sell its entire business, commercial and residential tree service, to Anvil Builders. As a term of the agreement I was hired by Anvil Builders to oversee all of the utility, heavy commercial, residential, landscape and forest management divisions. In January of 2025 I was terminated. After my termination I entered discussions with Davey Tree Experts, Canopy Investment and Bartlett Tree Experts for a position for myself and several key employees. These discussions included my bringing the Debtor's customer list with me to continue to service the customers I had worked with since the inception of the business. I elected to go with Davey Tree Experts because, in addition to my salary, Davey Tree Experts agreed to

1

pay the Debtor $200,000 for its customer list whereas neither Canopy Investment nor Bartlett Tree Experts were interested in purchasing the customer list. In my view, the only reason the customer list has any value is due to my involvement with Davey Tree Experts.

In addition to the offer to purchase the customer list, Davey Tree Experts agreed to purchase the Debtor's telephone number, fictitious business name and website if I could deliver these items to Davey Tree Experts. I have thus far not been able to do so.

After the initial hearing on the motion to approve the sale of the customer list, I instructed our attorney to send out notice of the opportunity to purchase the Debtor's customer list to the largest tree service companies in Northern California. To the best of my knowledge there has not been any response.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on May 20, 2025, at Santa Rosa, California.

/s/ *Richard Kingsborough*

_____

Richard Kingsborough