```
MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net
```

The following constitutes the order of the Court.
Signed: May 20, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
| Debtor. | ORDER AUTHORIZING SALE OF PERSONAL PROPERTY |

The court having considered Debtor's Motion for Authority to Sell Personal Property (Dkt No. 102) and the Notice of Motion for Authority to Sell Personal Property and Opportunity for Hearing (Dkt No, 103), notice of the Motion appearing to have been proper, there having been no objection or request for hearing, it is

ORDERED the Motion is approved. Debtor is authorized to sell a 2000 WF-1 Trailer to National Waste Management-Louisiana, Inc. at the sale price of $15,000, all cash.

**END OF ORDER**

COURT SERVICE LIST