MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: May 21, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.
_____/

Case No. 25-10088 WJL

Chapter 11

ORDER AUTHORIZING SALE OF PERSONAL PROPERTY

The court having considered Debtor's Motion for Authority to Sell Personal Property (Dkt No. 104) and the Notice of Motion for Authority to Sell Personal Property and Opportunity for Hearing (Dkt No, 105), notice of the Motion appearing to have been proper, there having been no objection or request for hearing, it is

ORDERED the Motion is approved. Debtor is authorized to sell to Fahy Tree Services the following equipment: 2017 TR620 Screen ($73,800), 2001 Murray-Lowboy Trailer ($63,000), 2018 Trailer 15 ($4,000), 2019 CTX No. 5 ($20,250), 2019 Trailer 25 ($2,700), 2019 Mini Brush Grapple $1,080), 2019 Mini Log Grapple ($1,350), 2019 Mini Bucket ($720); 2019 Mini Mower ($1,350). The sale price is $168,250, all cash. The sale proceeds are to be distributed as follows:

    - $32,400 is to be paid to secured creditor John Deere as payment in full of the balance due to John Deere (2017 TR620 Screen);

    - $66,150 is to be paid to CCG as payment towards its blanket lien of approximately

$2,000,000 (2017 TR620 Screen [$41,400]; CTX No. 5 [20,250]; Mini Brush Grapple [$1,080], Mini Log Grapple [$1,350], Mini Bucket [$720], Mini Mower [$1,350]);

- $69,700 to be paid to Debtor (Murray Lowboy Trailer, Trailer 15, Trailer 25).

**END OF ORDER**

COURT SERVICE LIST