| | |
|---|---|
| 1 | MICHAEL C. FALLON, SBN 088313 |
| 2 | MICHAEL C. FALLON, JR., SBN 303082 |
|   | 100 E Street, Suite 219 |
| 3 | Santa Rosa, California 95404 |
|   | Telephone: (707) 546-6770 |
| 4 | mcfallon@fallonlaw.net |
|   | fallonmc@fallonlaw.net |
| 5 | |
| 6 | Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No.  25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.            Chapter 11

   Debtor.                                      DECLARATION OF CINDY
                                                KINGSBOROUGH IN SUPPORT OF
_____/               MOTION FOR AUTHORITY TO SELL
                                                PERSONAL PROPERTY

I, Cindy Kingsborough, declare that my husband and I are the sole shareholders of Kingsborough Atlas Tree Surgery, Inc, and that I am personally familiar with the statements in this declaration.

Debtor has accepted an offer to purchase a 2021 Vermeer HG6800TX Horizontal GRINDER w/Dolly, Serial Number 1VRK4804EM1001008, from National Waste Management at the sale price of $575,000, all cash. The sale is with the consent of Commercial Credit Group ("CCG") that holds a valid and perfected security interest in the Horizontal Grinder that secures a loan to Debtor with a current balance of more than $2,000,000. The proceeds of sale are to be paid to CCG.

I believe the sale of the equipment Debtor no longer needs will result in lowering Debtor's operating expenses while paying down Debtor's obligation to Commercial Credit Group and is therefore in the best interest of the estate.

1

1   I declare under penalty of perjury the foregoing is true and correct and that this
2   declaration was executed by me on May 21, 2025, at Santa Rosa, California.

                                            /s/ *Cindy Kingsborough*
                                            _____
    \                                       Cindy Kingsborough