MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                   Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.         Chapter 11

    Debtor.                                    DECLARATION OF TODD
                                                      EISENHAUER IN SUPPORT OF
_____/   MOTION FOR AUTHORITY TO SELL
                                                      PERSONAL PROPERTY

      I, Todd Eisenhauer, declare that I am over the age of 18 years and that I am personally familiar with the statements in this declaration. If called as a witness in these proceedings I could and would testify as follows:

      I have been involved with the purchase and sale of heavy equipment for the past 35 years through TDE Equipment, Inc., a California Corporation formed by me on January 30, 2014. I have also been buying and selling equipment used in the tree care business for the Debtor for more than 20 years. I am married to Jamie Eisenhauer who was a long term employee of the Debtor and who now works for Davey Tree Expert Company.

      The starting point for determining the sale price for the equipment to be sold by the Debtor was an appraisal of all of the equipment that was started in late 2022 that was finished in June of 2023. I considered the wear and tear of the equipment over the last two years and how the depreciation of the equipment affected the value. I also looked at what similar equipment was

available on the market by going to web sites such as Machinery Trader and Truck Trader, and looked at the results of auction sales at Ritchie Bros. I spoke with the dealers who sold the equipment to the Debtor and people I have known in the industry during the thirty-five years I have been in the business.

    In my opinion, the price at which the Debtor is selling the equipment is the market value of the equipment that is more than what might be obtained at an auction sale.

    I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on May 21, 2025, at Santa Rosa, California.

/s/ *Todd Eisenhauer*

_____

Todd Eisenhauer