1  Michael C. Fallon, SBN 088313
   Michael C. Fallon, Jr., SBN 303082
2  100 E Street, Suite 219
   Santa Rosa, California 95404
3  T: (707) 546-6770
   F: (707) 546-5775
4  E: mcfallon@fallonlaw.net
      fallonmc@fallonlaw.net
5
   Attorneys for Debtor
6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 In Re:                                    Case No. 25-10088 WJL

11 Kingsborough Atlas Tree Surgery, Inc.     Chapter 11

12       Debtor.                             Date: June 3, 2025
                                             Time: 9:30 am
13 _____/         Ctrm: U.S. Bankruptcy Court, Room 220
                                                   Oakland, California 94612
14                                                 or by Zoom

15              STATUS CONFERENCE STATEMENT

16       The Debtor reported at the initial Status Conference that it intended to liquidate its

17 equipment, pay the purchase money lenders and pay down the blanket lien on all of the

18 equipment that secures the claim of Commercial Credit Group, with the balance of the sale

19 proceeds to pay creditor claims. Three sales have been approved; four proposed sales are

20 contested by Anvil Builders with the objections to be resolved at the continued hearing on June

21 3rd.

22       Since the last hearing, the Complaint brought by the Debtor in the State Court against

23 Anvil Builders for breach of contract, as well as other claims, has been removed to this court.

24       Debtor will file its plan not later than 120 days from the petition date that will propose

25 to continue the sale of its equipment and to continue with the litigation against Anvil Builders.

26
                                             Respectfully submitted.
27
   Dated: May 28, 2025                       /s/ Michael C. Fallon
28                                           Michael C. Fallon
                                             Attorney for Debtor