MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
E: mcfallon@fallonlaw.net
E: fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                            Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery Inc.              Chapter 11

    Debtor.
_____/

CERTIFICATE OF SERVICE

I, Merla Anders, declare:

I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

On May 28, 2025, I served the STATUS CONFERENCE STATEMENT on the said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at Santa Rosa, California addressed as follows:

SEE ATTACHED MAILING MATRIX

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2025, at Santa Rosa, California.

                                       /s/ *Merla Anders*
                                       MERLA ANDERS

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 25-10088<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Wed May 28 11:16:35 PDT 2025 | Anvil Builders<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | Anvil Power<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 |
| Anvil Power<br>1550 Power Avenue<br>Emeryville, CA 94608 | Benchmark Insurance Companies<br>P.O. Box 856583<br>Minneapolis, MN 55485-6563 | CCG<br>525 N. Tryon Street, Suite 1000<br>Charlotte, NC 28202-0210 |
| Community Tree Service LLC (Ace Tree Ent<br>466 Salinas Road<br>Watsonville, CA 95076 | Dept of Industrial Relations<br>P. O. Box 511283<br>Los Angeles, CA 90051-7838 | Eydent Insurance Services<br>P. O. Box 1905<br>Mount Pleasant, MI 48804-1905 |
| Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404-4606 | Alan W Forsley<br>FLP Law Group LLP<br>1875 Century Park East<br>Suite 2230<br>Los Angeles, CA 90067-2522 | Gabriel P Herrera<br>Kronick Moskovitz Tiedemann & Girard<br>1331 Garden Highway<br>2nd Floor<br>Sacramento, CA 95833-9774 |
| Jim Armstrong, Inc.<br>P. O. Box 1544<br>Twain Harte, CA 95383-1544 | William J. Lafferty<br>Oakland, CA 94612 | Paul Gregory Leahy<br>Office of the United States Trustee<br>280 South First Street<br>Room 268<br>San Jose, CA 95113-3000 |
| Matthew P. Minser<br>Saltzman and Johnson Law Corp.<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521 | NEBF-NEAP<br>P. O. Box 824510<br>Philadelphia, PA 19182-4510 | Northbay Petroleum<br>P. O. Box 511578<br>Los Angeles, CA 90051-8133 |
| Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | (p)PMA COMPANIES<br>ATTN SUZANNA ELLEFSEN<br>380 SENTRY PARKWAY<br>BLUE BELL PA 19422-2328 | Jack Praetzellis<br>Fox Rothschild LLP<br>345 California St. #2200<br>San Francisco, CA 94104-2670 |
| Ritchie Bros Auctioneers<br>5500 Co Rd 99W<br>Dunnigan, CA 95937 | Small Business Administration<br>P. O. Box 3918<br>Portland, OR 97208-3918 | Sonoma County Tax Collector<br>585 Fiscal Dr., #100F<br>Santa Rosa, CA 95403-2835 |
| Michael A. Sweet<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 | Philip J. Terry<br>Carle, Mackie, Power and Ross LLP<br>100 B St. #400<br>Santa Rosa, CA 95401-6376 | Noah Thomas<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 |
| Traffic Management, Inc.<br>Dept. La 24606<br>Pasadena, CA 91185-0001 | Verizon<br>P. O. Box 660108<br>Dallas, TX 75266-0108 | Vito Trucking LLC<br>1415 Sandpoint Drive<br>Ceres, CA 95307-7463 |

| | |
|---|---|
| Wilhelm LLC<br>2500 Daniels Bridge Road<br>Bldg. 200, Suite 1-D<br>Athens, GA 30606-6178 | (p)MCCARTHY & HOLTHUS  LLP<br>2763 CAMINO DEL RIO S SUITE 100<br>SAN DIEGO CA 92108-3708 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PMAIC-PMA Companies<br>P. O. Box 824870<br>Philadelphia, PA 19182-4870 | Jennifer C. Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Not Assigned - SR | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients     1<br>Total                  32 |