MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No.  25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.               Chapter 11

    Debtor.                                     DECLARATION OF MICHAEL FALLON
                                                    IN SUPPORT OF MOTION FOR
_____/          AUTHORITY TO SELL PERSONAL
                                                    PROPERTY

    I, Michael Fallon, declare that I am an attorney licensed to practice in this court and that I am personally familiar with the statements in this declaration. If called as a witness in these proceedings I could and would testify as follows:

    In my declaration dated May 20, 2025, I represented that my office sent out notice to the largest tree service companies in Northern California of the Debtor's intention to sell its customer list (Dkt No. 133).  The notice requested that interested parties respond not later than May 28, 2025. I did not receive any responses.

    I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on May 30, 2025, at Santa Rosa, California.

                                    /s/ *Michael C. Fallon*

\                                                   _____
                                                    Michael C. Fallon