MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.
_____/

Case No. 25-10088 WJL

Chapter 11

DECLARATION OF TODD EISENHAUER IN SUPPORT OF AMENDED MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

Date: July 1, 2025
Time: 9:30 am
Ctrm: 1300 Clay Street, Room 220
       Oakland, CA 94612
       Video Conference

    I, Todd Eisenhauer, declare that I am over the age of 18 years and that I am personally familiar with the statements in this declaration. If called as a witness in these proceedings I could and would testify as follows:

    I have been involved with the purchase and sale of heavy equipment for the past 35 years through TDE Equipment, Inc., a California Corporation formed by me on January 30, 2014. I have also been buying and selling equipment used in the tree care business for the Debtor for more than 20 years. I am married to Jamie Eisenhauer who was a long term employee of the Debtor and who now works for Davey Tree Expert Company.

    The starting point for determining the sale price for the trailers was an appraisal of all of

1

Debtor's equipment that was started in late 2022 and finished in June of 2023.  I considered the wear and tear of the equipment over the last two years and how the depreciation of the equipment affected the value. I also looked at what similar equipment was available on the market by going to web sites such as Truck Trader and by looking at the results of auction sales at Ritchie Bros.

Buyer is a business I have worked with over many years that has transported equipment for myself, the Debtor and Anvil Builders, as well as many other customers.

In my opinion the price at which the Debtor is selling the trailers is the market value that is more than what might be obtained at an auction sale.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on June 11, 2025, at Santa Rosa, California.

/s/ *Todd Eisenhauer*

---

Todd Eisenhauer

\