MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No.  25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.                     Chapter 11

    Debtor.                                              DECLARATION OF CINDY
                                                         KINGSBOROUGH IN SUPPORT OF
_____/               AMENDED MOTION FOR AUTHORITY
                                                         TO SELL PERSONAL PROPERTY

                                                         Date:   July 1, 2025
                                                         Time:   9:30 am
                                                         Ctrm:   1300 Clay Street, Room 220
                                                                 Oakland, CA 94612
                                                                 Video Conference

      I, Cindy Kingsborough, declare that my husband and I are the sole shareholders of

Kingsborough Atlas Tree Surgery, Inc, and that I am personally familiar with the statements in

this declaration.

      Debtor has accepted an offer to purchase the following equipment from JCC Transport:

2021 Traileze TR-28 Trailer ($45,000); 2017 Trailmax TR-7 Trailer ($3,500); 1-Light-Tower

(parts only) and Light Tower ($2,000).  The sale price is $50,500. The sale proceeds are to be

distributed as follows: $2,000 to Commercial Credit Group that has a duly perfected security

interest in the equipment that secures a loan to Debtor with a current balance of more than

$2,000,000; $48,500 to the Debtor.

1

1    The price at which the trailers are to be sold was determined by Todd Eisenhauer who

2  has been in the business of purchasing and selling heavy equipment for the past 35 years through

3  TDE Equipment, Inc., a California Corporation formed by him on January 30, 2014, and who has

4  been buying and selling equipment used in the tree care business for the Debtor for more than 20

5  years.

6    I believe the sale of the trailers Debtor no longer needs will result in a benefit to the

7  estate and is therefore in the best interest of the estate.

8    I declare under penalty of perjury the foregoing is true and correct and that this

9  declaration was executed by me on June 11, 2025, at Santa Rosa, California.

10

11

12                                    /s/ *Cindy Kingsborough*
                                      Cindy Kingsborough

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2