MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.

_____/

Case No. 25-10088 WJL

Chapter 11

NOTICE OF CONDITIONAL WITHDRAWAL OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

Date: July 1, 2025
Time: 9:30 am
Ctrm: 1300 Clay Street, Room 220
      Oakland, CA 94612
      Video Conference

TO: COMMERCIAL CREDIT GROUP AND PARTIES IN INTEREST

NOTICE is hereby given that Kingsborough Atlas Tree Surgery, Inc. ("Debtor") hereby conditionally withdraws its motion for authority to sell Debtor's Customer List (Dkt No, 95). If Anvil Builders, the only party to object to the sale, withdraws its objection and consents to the sale under 11 USC § 363(f), the motion will be heard at the continued hearing on July 1, 2025. However, if Anvil Builders continues to object, the motion will be withdrawn.

Dated: June 11, 2025

/s/ *Michael C. Fallon*
Michael C. Fallon
Attorney for Debtor