MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.           Chapter 11

    Debtor.                                NOTICE OF CONDITIONAL
                                                WITHDRAWAL OF MOTION FOR
_____/               AUTHORITY TO SELL PERSONAL
                                                PROPERTY

                                                Date:  July 1, 2025
                                                Time:  9:30 am
                                                Ctrm:  1300 Clay Street, Room 220
                                                       Oakland, CA 94612
                                                       Video Conference

TO: COMMERCIAL CREDIT GROUP AND PARTIES IN INTEREST

    NOTICE is hereby given that Kingsborough Atlas Tree Surgery, Inc. ("Debtor") hereby conditionally withdraws its motion for authority to sell six pieces of equipment to Davey Tree Expert Company (Dkt No, 97). If Anvil Builders, the only party to object to the sale, withdraws its objection and consents to the sale under 11 USC § 363(f), the motion will be heard at the continued hearing on July 1, 2025. However, if Anvil Builders continues to object, the motion will be withdrawn.

Dated: June 11, 2025                            /s/ *Michael C. Fallon*
                                                Michael C. Fallon
                                                Attorney for Debtor