MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                               Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.                Chapter 11

    Debtor.                                        NOTICE OF CONDITIONAL
                                        /  WITHDRAWAL OF MOTION FOR
                                                     AUTHORITY TO SELL PERSONAL
                                                     PROPERTY

                                                     Date:  July 1, 2025
                                                     Time:  9:30 am
                                                     Ctrm:  1300 Clay Street, Room 220
                                                            Oakland, CA 94612
                                                            Video Conference

TO: COMMERCIAL CREDIT GROUP AND PARTIES IN INTEREST

    NOTICE is hereby given that Kingsborough Atlas Tree Surgery, Inc. ("Debtor") hereby conditionally withdraws its motion for authority to sell equipment to Davey Tree Expert Company (Dkt No. 112). If Anvil Builders, the only party to object to the sale, withdraws its objection and consents to the sale under 11 USC § 363(f), the motion will be heard at the continued hearing on July 1, 2025. However, if Anvil Builders continues to object, the motion will be withdrawn.

Dated:  June 11, 2025                          /s/ *Michael C. Fallon*
                                               Michael C. Fallon
                                               Attorney for Debtor