1   MICHAEL C. FALLON, SBN 088313
2   MICHAEL C. FALLON, JR., SBN 303082
    100 E Street, Suite 219
3   Santa Rosa, California 95404
    T: (707) 546-6770
4   E: mcfallon@fallonlaw.net
    E: fallonmc@fallonlaw.net
5
6   Attorneys for Debtor

7
                    UNITED STATES BANKRUPTCY COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9
10  In Re:                                    Case No. 25-10088 WJL

11  Kingsborough Atlas Tree Surgery Inc.      Chapter 11

12          Debtor.
13  _____/

14                      CERTIFICATE OF SERVICE

15      I, Merla Anders, declare:

16
        I am a citizen of the United States and resident of Sonoma County, California, I am over
17  the age of eighteen and not a party to the within entitled action; my business address is 100 E
    Street, Suite 219, Santa Rosa, California 95404.
18
19      On June 12, 2025, I served the NOTICE OF PROPOSED ABANDONMENT OF
    PERSONAL PROPERTY Re: Customer List, Davey Tree 1, Davey Tree 2 on the said action by
20  placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in
    the United States mail at Santa Rosa, California addressed as follows:
21
22                      SEE ATTACHED MAILING MATRIX

23      I declare under penalty of perjury that the foregoing is true and correct.  Executed on
    June 12, 2025,  at Santa Rosa, California.
24
                                        /s/ Merla Anders
25                                      MERLA ANDERS

26
27
28

                                        1

Label Matrix for local noticing
0971-1
Case 25-10088
California Northern Bankruptcy Court
Santa Rosa
Wed Jun 11 13:37:04 PDT 2025

Ace Enterprise Inc.
1665 Goulart Ranch ARoad
Newcastle, CA 95658-9777

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
P.O. Box 733203
Dallas, TX 75373-3203

Anvil Builders
c/o Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670

Anvil Builders
1550 Park Avenue
Emeryville, CA 94608-3502

(p)ANVIL BUILDERS INC
ATTN RICHARD JOSEPH LEIDER
1550 PARK AVENUE
EMERYVILLE CA 94608-3502

Anvil Power
1550 Park Avenue
Emeryville, CA 94608-3502

Anvil Power
1550 Power Avenue
Emeryville, CA 94608

Arborhawk, In.
2932 Ingalls Street
San Francisco, CA 94124-3640

Areg A. Sarkissian, Esq,
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316-1517

Bailey's Inc.
1210 Commerce Avenue, Suite B
Woodland, CA 95776-5927

Benchmark Insurance Companies
P.O. Box 856583
Minneapolis, MN 55485-6563

Buchanan Ingersoll Rooney
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3387

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952

CARB/PERP
P. O. Box 22038
Sacramento, CA 95822-0038

CCG
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202-0210

CalTrees Inc.
P. O. Box 310
Oakhurst, CA 93644-0310

California Labor Commissioner
455 Golden Gate Ave, 9th Floor (Ste 9628
San Francisco, CA 94102-3660

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111-5314

City Rise
686 E. Lockeford Street
Lodi, CA 95240-0712

Commercial Credit Group Inc.
c/o Gabriel P. Herrera
Kronick Moskovitz Tiedemann & Girard
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833-9774

Community Tree Service LLC (Ace Tree Ent
466 Salinas Road
Watsonville, CA 95076

D. Law, Inc.
David Yeremian/David Arkelyan
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

DMV
P.O. Box 942894
Sacramento, CA 94294-0001

Dave Gevas Heavy Transport
P. O. Box 757
Healdsburg, CA 95448-0757

Dept of Industrial Relations
P. O. Box 511283
Los Angeles, CA 90051-7838

Dept. of Industrial Relations
Office of the DIrector - Legal Unit
P. O. Box 420603
San Francisco, CA 94142-0603

Deuces Trucking
P. O. Box 279
Hercules, CA 94547

Diesel Truck and Fleet Services
c/o Herbert RA. Kraft SBN 345141
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266-3771

Donahoo, Inc.
6901 Hwy 20
Ukiah, CA 95482-9259

EDD
P.O. Box 426879
San Francisco, CA 94142-6879

EF Recovery
P. O. Box 1582
Port Orchard, WA 98366-0140

Elias Diaz
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Erin O'Connor
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Eydent Insurance Services
P. O. Box 1905
Mount Pleasant, MI 48804-1905

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E St. #219
Santa Rosa, CA 95404-4606

First Financial Holdings LLC
750 The CIty Drive S., Suite 300
Orange, CA 92868-6905

First FinancialFirst Financial Holdings,
750 The City Drive S., Suite 300
Orange, CA 92868-6905

Ford Motor
P. O. Box 552679
Detroit, MI 48255-2679

Ford Motor Credit Company LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

Ford Motor Credit Company LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Alan W Forsley
FLP Law Group LLP
1875 Century Park East
Suite 2230
Los Angeles, CA 90067-2522

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

G&G Heavy Equipment Rental
P. O. Box 1386
Healdsburg, CA 95448-1386

Gaba Law
8583 Irvine Center Dr Ste 500
Irvine, CA 92618-4298

George Hills
P. O. Box 278
Rancho Cordova, CA 95741-0278

Greg A. Sarkissian, Esq,
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316-1517

Gregory & Associates
4641 Post Street #5456
El Dorado Hills, CA 95762-3019

Hartill Heavy Hail Inc.
P. O. Box 762
Arbuckle, CA 95912-0762

Gabriel P Herrera
Kronick Moskovitz Tiedemann & Girard
1331 Garden Highway
2nd Floor
Sacramento, CA 95833-9774

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jim Armstrong, Inc.
P. O. Box 1544
Twain Harte, CA 95383-1544

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Jonathan Teperson
PO Box 890123
Temecula, CA 92589-0123

Kingsborough Atlas Tree Surgery Inc.
1544 Ludwig Avenue
Santa Rosa, CA 95407-7357

Fred P. Klemenok
Fred Klemenok, CPA
5510 Volkerts Road
Sebastopol, CA 95472-5938

Laborers Trust Fund
Attorey Ronald Richman
101 Montgomery Street, Suite #2600
San Francisco, CA 94104-4146

Paul Gregory Leahy
Office of the United States Trustee
280 South First Street
Room 268
San Jose, CA 95113-3000

Mark F. Magnozzi
THE MAGNOZZI LAW FIRM PC
23 Green Street, Suite 302
Huntington, NY 11743-3336

McSherry & HUdson
P. O. Box 2690
Watsonville, CA 95077-2690

Miguel Bazan
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Matthew P. Minser
Saltzman and Johnson Law Corp.
5100-B1 Clayton Road, Suite 373
Concord, CA 94521

Mitsubishi HC Capital America, Inc.
c/o Mark F. Magnozzi
The Magnozzi Law Firm, PC
Mark F. Magnozzi, The Magnozzi Law Firm,
Huntington, NY 11743

Mitsubitshi-Hitachi Capital American Cor
21925 Network Place
Chicago, IL 60673-1219

NEBF-NEAP
P. O. Box 824510
Philadelphia, PA 19182-4510

National Electrical Annuity Plan
900 7th St NW
Suite 1020
Washington, DC 20001-3888

National Electrical Benefit Fund
900 7th St NW
Suite 1020
Washington, DC 20001-3888

Nicholas Nociforo
c/o Sarkissian Law Group
6345 Balboa Blvd., Suite 114
Encino, CA 91316-1517

Northbay Petroleum
P. O. Box 511578
Los Angeles, CA 90051-8133

Nova Casualty  Company
c/o Gaba Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618-4298

Nova Casualty Company
8583 Irvine Center Dr
500
8583 Irvine Center Dr, 500
Irvine, CA 92618-4298

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Operating Engineers Health  and Welfare Trus
c/o Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Suite 373
Concord, CA 94521

Operating Engineers Local 3
3000 Clayton Road
Concord, CA 94519-2731

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

(p)PMA COMPANIES
ATTN SUZANNA ELLEFSEN
380 SENTRY PARKWAY
BLUE BELL PA 19422-2328

Pension Plan for Pension Trust Fund for Oper
5100-B1 Clayton Rd. Ste. 373
Concord, CA 94521

Peterson Cat/Caterpillar Financial Comm.
P. O. Box 735638
Dallas, TX 75373-5638

Plumas Bank
P. O. Box 588
Chester, CA 96020-0588

Jack Praetzellis
Fox Rothschild LLP
345 California St. #2200
San Francisco, CA 94104-2670

R&A Tire Service
387 Pollard Way
Windsor, CA 95492

Rich and Cindy Kingsborough
1040 Bluie Oak Place
Santa Rosa, CA 95404-2086

Ritchie Bros Auctioneers
5500 Co Rd 99W
Dunnigan, CA 95937

Sapere Environmental
5616 Gery Blvd., Suite 211
San Francisco, CA 94121-2253

Small Business Administration
P. O. Box 3918
Portland, OR 97208-3918

Sonja Sonnenburg
455 Golden Gate Ave, 9th Fl (Ste 9628)
San Francisco, CA 94102-3660

Sonoma County Tax Collector
585 Fiscal Dr., #100F
Santa Rosa, CA 95403-2835

Statewide Traffic Safety & Signs Inc.
P. O. Box 31001-2620
Pasadena, CA 91110-2620

Statewide Traffic Safety & Signs, Inc.
P.O. Box 36963
Canton, OH 44735-6963

Michael A. Sweet
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670

TDE Equipment Inc.
150 Decanter Circle
Windsor, CA 95492-6654

TTCP Express
4298 Larma Lane
Cincinnati, OH 45245-1811

Tenna LLC
P. O. Box 855856
Minneapolis, MN 55485-5856

Philip J. Terry
Carle, Mackie, Power and Ross LLP
100 B St. #400
Santa Rosa, CA 95401-6376

Phillip Terry
Carle Mackie Power Ross LLP
100 B Street, Suite 400
Santa Rosa, CA 95401-6376

The Prince Firm
208 E Street
Santa Rosa, CA 95404-4426

Noah Thomas
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670

Traffic Control Pros, Inc.
P. O Box 5127
Concord, CA 94524-0127

Traffic Management, Inc.
Dept. La 24606
Pasadena, CA 91185-0001

True IT LLC
1500 4th Street
Santa Rosa, CA 95404-4018

(p)U S  ATTORNEY'S OFFICE  NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

U.S. Small Business Administration
Attn: District Counsel
455 Market St, Suite 600
San Francisco, CA 94105-5472

US Bank
P. O. Box 790448
Saint Louis, MO 63179-0448

United Legal Group
PO Box 890123
Temecula, CA 92589-0123

Verizon
P. O. Box 660108
Dallas, TX 75266-0108

Verizon Cellular
P. O. Box 660108
Dallas, TX 75266-0108

Vito Trucking LLC
1415 Sandpoint Drive
Ceres, CA 95307-7463

Volcano Creek Trucking
23850 Foresthill Road
Foresthill, CA 95631-9260

Wilhelm LLC
2500 Daniels Bridge Road
Bldg. 200, Suite 1-D
Athens, GA 30606-6178

(p)MCCARTHY & HOLTHUS  LLP
2763 CAMINO DEL RIO S SUITE 100
SAN DIEGO CA 92108-3708

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Anvil Builders Inc..
1550 Park Avenue
Emeryville, CA 94608

Caterpillar Financial
2120 West End Avenue
Nashville, TN 37203

John Deere Construction & Forestry Company
PO Box 6600
Johnston, IA 50131

(d)John Deere Financial
6400 NW 86th Street
Johnston, IA 50131

PMAIC-PMA Companies
P. O. Box 824870
Philadelphia, PA 19182-4870

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3400

Jennifer C. Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Anvil Power Inc.
1550 Power Avenue
Emeryville, CA 94608

(u)Courtesy NEF

(u)First Financial Holdings, LLC

(d)First Financial Holdings, LLC
750 The City Drive S., Suite 300
Orange, CA 92868-6905

(u)Not Assigned - SR

(d)Volcano Creek Trucking, Inc.
23850 Foresthill Rd
Foresthill, CA 95631-9260

End of Label Matrix
Mailable recipients    114
Bypassed recipients      6
Total                  120