MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.

_____/

Case No. 25-10088 WJL

Chapter 11

CORRECTED
CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 140
[LBR Rule 9014-1]

    As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the Motion for Authority to Sell Personal Property (Docket No. 140) ("Motion"). The undersigned has reviewed the Court's record and no answer, objection, or other responsive pleading to the Motion appears. Pursuant to the Opportunity for Hearing (Docket No. 141), objections to the Motion were to be filed and served no later than May 12, 2025. No informal extension of time to object has been provided.

    It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

DATED: June 13, 2025                /s/ *Michael C. Fallon*

                                            Michael C. Fallon
                                            Attorney for Debtor