Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr. SBN
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile:  (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.  25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
| Debtor. / | |

# DISCLOSURE STATEMENT
## IN SUPPORT OF DEBTOR'S PLAN OF REORGANIZATION
### (June 18, 2025)

YOU ARE BEING SENT THIS DISCLOSURE STATEMENT BECAUSE YOU ARE A CREDITOR OF KINGSBOROUGH ATLAS, TREE SURGERY, INC. THIS DOCUMENT DESCRIBES A PLAN OF REORGANIZATION WHICH, WHEN CONFIRMED BY THE BANKRUPTCY COURT, WILL GOVERN HOW YOUR CLAIM WILL BE PAID. YOU ARE URGED TO REVIEW THE DISCLOSURE STATEMENT AND THE PLAN OF REORGANIZATION CAREFULLY BEFORE VOTING ON THE PLAN.

DATED: June 18, 2025                /s/ *Michael C. Fallon*

_____
Michael C. Fallon
Attorney for Debtor

I.

Introduction

On February 20, 2025, Kingsborough Atlas Tree Surgery, Inc. (the "Debtor") filed for relief under chapter 11 of the United States Bankruptcy Code. This Disclosure Statement has been prepared by the Debtor in connection with its Plan of Reorganization proposed by it to comply with the provisions of the Bankruptcy Code that requires the submission of information necessary for creditors to arrive at an informed decision in exercising their rights to vote for acceptance or rejection of the Debtor's Plan of Reorganization.

A. Creditors Allowed to Vote: Deadline

Creditors who wish to vote on the Plan should review this Disclosure Statement and the Plan, complete the enclosed ballot and return it to the Law Offices of Michael C. Fallon, 100 E Street, Suite 219, Santa Rosa, California 95404, on or before the date set for the return of ballots as provided in the order approving this disclosure statement. Creditors who hold allowed claims are entitled to vote to accept or reject the Plan. Ballots received by counsel after the date set forth above will not be counted in determining whether the Plan should be confirmed. Even though a creditor may choose to not vote or may vote against the Plan, all creditors will be bound by the terms of the Plan if the Plan is accepted by the requisite majority in each class of creditor and/or is confirmed by the Court. Creditors who fail to vote will not be counted in determining acceptance or rejection of the Plan. Allowance of a claim or interest for voting purposes does not necessarily mean the claim will be allowed or disallowed for purposes of distribution under the Plan. Any claim on which an objection has been or will be made will be allowed only for distribution after determination by the Court. Such determination may be made after the Plan is confirmed.

B. Confirmation of the Chapter 11 Plan

The Bankruptcy Court will hold a hearing in the courtroom of the Honorable William J. Lafferty, United States Bankruptcy Judge, 1300 Clay Street, Room 220, Oakland, CA 94612. (Video Conference) to determine whether the Plan has been accepted by the requisite number of creditors and whether the other requirements for confirmation of the Plan have been

satisfied. The date of the hearing is contained in the order approving this Disclosure Statement.

For the Plan to be deemed accepted by a class of creditors the Plan must be accepted by creditors that hold at least two-thirds in dollar amount and more than one half in total number of allowed claims within that class. For purposes of this calculation, only the claims of creditors actually voting on the Plan will be counted. Under certain circumstances described in 11 U.S.C. §1129(b), the Court may confirm a plan notwithstanding the rejection thereof by more than one third in amount or one half in number of creditors voting on the plan in any given class. The Plan Proponent intends to seek confirmation under 11 U.S.C. §1129(b) in the event any class of creditors rejects the Plan.

C. Lack of Objection to the Disclosure Statement

The lack of an objection to the Disclosure Statement by any creditor or equity holder does not, and will not, operate as a waiver of the creditor's right to raise any objections to confirmation of the Plan of Reorganization.

D. Representations in the Disclosure Statement

The Debtor is not able to warrant or represent that the information contained in this Disclosure Statement is without error, although reasonable efforts have been made to insure that the information contained herein is accurate, complete and free from error.

Except as otherwise noted all estimates and analysis with respect to the Debtor's assets, claims against the Debtor's, property values, pending or anticipated litigation, are only the Debtor's best estimates taken from the Debtor's Schedule of Assets and Liabilities, as well as informal appraisals of the Debtor's assets. Debtor cannot warrant that actual values, results, and recoveries will, in fact, be consistent with this Disclosure Statement.

Any description of the terms of the Debtor's Plan is a summary only, and you are cautioned to review the terms of the Plan for significant details.

II.

Background

Debtor has been operating a tree surgery/landscape business since 1994. In June of 2023, Debtor entered an Asset Purchase Agreement ("APA") with Anvil builders and related

entities ("Anvil") wherein Debtor intended to sell its tree surgery/landscape business to Anvil. Debtor contends Anvil failed to perform under the APA and it was that breach that directly lead Debtor to file this Chapter 11 on February 20, 2025.

On January 29, 2025, Debtor filed a civil action against Anvil in the Sonoma County Superior Court, in and for the State of California, Case No. 25CV00751. The Complaint states causes of action for (1) Breach of Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Unfair Competition; (4) Conversion; (5) Intentional Misrepresentation; (6) Negligent Misrepresentation; (7) Conspiracy to Defraud; (8) Accounting; (9) Declaratory Relief; and (10) Injunctive Relief. The Superior Court action has been removed to the Bankruptcy Court.

III.

Classification of Claims and Interests

The following is a designation of the classes of claims and the class of interests provided for in this Plan. Administrative claims, priority tax claims, and priority wages claims of the kinds specified in Bankruptcy Code § 507(a)(2) and §507(a)(8) respectively, have not been classified and are excluded from the following classes in accordance with the provisions of §1123(a)(1) of the Bankruptcy Code. A claim or interest shall be deemed classified in a different class to the extent that any remainder of the claim or interest qualifies within the description of such different class. A claim is in a particular class only to the extent that the claim is an Allowed Claim in that class:

Class 1 consists of the claim of Ally Financial ("Ally") that is secured by a 2020 Ford F-350 Super Duty Pickup VIN 1FT7W3BT9LEE07487 (the "Truck").

Class 2 consists of the Allowed Claim of Caterpillar Financial

Class 3 consists of the Allowed Claim of Commercial Credit Group

Class 4 consists of the Allowed Claim of Celtic Bank

Class 5 consists of the Allowed Claim of Ford Motor Credit Company LLC

Class 6 consists of the Allowed Claim of Mitsubitshi-Hitachi Capital American

Class 7 consists of the Allowed Claim of Plumas Bank

Class 8 consists of the Allowed Claim of US Bank

Class 9 consists of the Allowed Claim of John Deere Financial

Class 10 consists of the Allowed Claim of SBA

Class 11 consists of the Disputed Claim of Anvil Builders

Class 13 consists of the equity interest of Richard and Cindy Kingsborough.

IV.

Treatment and Provision for Non-Classified Claims

Allowed Administrative Claims. Except to the extent that the holder of a particular Administrative Claim has agreed to a different treatment of such Claim, each holder of an allowed Administrative Claim shall be paid in cash, in full upon the later of (a) the Effective Date, (b) if such Claim is initially a Disputed Claim, when it becomes an Allowed Administrative Claim, and (c) if such Claim is incurred after the Petition Date in the ordinary course of the Debtor's business by a person other than an insider, within such time as payment is due pursuant to the terms giving rise to such Claim. Any request for allowance of an Administrative Claim pursuant to Section 503(a) of the Bankruptcy Code (including an estimation of expenses to be incurred after the Effective Date), other than by the Debtors's Professionals, must be filed on or before the Administrative Claims Bar Date or the holder of such Claim shall be forever barred from asserting such Claim or receiving any payment on account of such Claim.

Tax Claims. The holders of allowed Claims entitled to priority under 11 U.S.C. § 507(a)(8) ("Allowed Tax Claims") will be paid in full as follows:

- Franchise Tax Board ("FTB"). Franchise Tax Board shall be paid in full on the Effective Date.

- Employment Development Department ("EDD"). EDD shall be paid in full on the Effective Date.

- Sonoma County Tax Collector ("Sonoma County"). Sonoma County shall be paid in full together with statutory interest in amount to be determined, after costs of administration are considered, no less than quarterly with the first distribution to be January 15, 2026, and

continuing on the fifteenth day of each quarter thereafter until no funds remain for distribution.

- Internal Revenue Service ("IRS"). Debtor is not aware that the IRS is entitled to payment of any kind. However, to the extent a claim is owed, IRS shall be paid in full together with statutory interest in amount to be determined, after costs of administration are considered, no less than quarterly with the first distribution to be January 15, 2026, and continuing on the fifteenth day of each quarter thereafter until no funds remain for distribution.

V

Summary and Implementation of the Plan

Debtor will employ Grafe Auction Co., as online auctioneer to evaluate and liquidate Debtor's equipment, trucks and automobiles on terms to be approved by the court. The liquidation process is expected to take five to seven months. The sale will be "free and clear of liens" pursuant to 11 USC § 363(f). The undisputed claims of Classes 1 - 10 will be paid in full upon the sale of the equipment securing each of the claimants. After the payment of the undisputed claims, Anvil's disputed lien will attach to the sale proceeds, with the proceeds to be held in an interest bearing trust account until Anvil's rights in the sale proceeds has been adjudicated. The sale proceeds and any recovery from the litigation against Anvil will be distributed pro rata to the Allowed Unsecured Claim until no funds remain.

VII

Satisfaction of Claims and Interests

The Plan is intended to deal with all Claims against the Debtor of whatever character, whether or not contingent or liquidated, and whether or not allowed by the Court. However, only those Claims allowed will receive distributions under the Plan. All Creditors and other parties in interest who have or assert Claims in any Class shall, upon Confirmation of the Plan, be deemed to have acknowledged that their respective Claims are fully satisfied by the distribution provided herein, each of which Claims, whether known or unknown, scheduled or unscheduled, filed or unfiled, asserted or assertable, are declared and shall be, for all purposes, upon the entry of the Order Confirming Plan, satisfied in full. All Impaired Classes of Claims shall receive the distributions set forth in the Plan on account of, and in complete satisfaction

of, all such Allowed Claims. Without limiting the foregoing, on the Effective Date, each Creditor shall be deemed to have waived, relinquished and released any and all of their rights, Claims, other than as provided for in the Plan.

## VIII

## SUMMARY OF ASSETS AND LIABILITIES

Debtor scheduled $72,575,650 in assets of which $61,000,000 is the damage claim against Anvil. Subtracting the damage claim from the total value of the assets, Debtor estimates the value of the assets on the day was filed is $11,000,000. This total has been reduced by the assets that have been sold with the approval of court and the assets that were recovered and liquidated by First Financial Holdings. The remaining equipment is scheduled in Exhibit A.

Debtor scheduled $4,856,748 in claims secured by Debtor's assets, which has been reduced as assets have been sold and the secured creditors paid.

Debtor scheduled $16,241,974 in unsecured claims, $5,000,000 or more of which are disputed. Debtor will not know the exact total of unsecured claims until the bar date for filing claims has passed.

## VIII.

## Alternative to the Plan

To arrive at a judgment on whether or not to vote for or against the Plan proposed by the Debtor, a Creditor or other party in interest needs to have an understanding of the consequences of what would happen if the Case was converted to Chapter 7.

Exhibit A is a detailed description of the equipment that is to be sold (creditor's may also wish to review Debtor's Official Form 106 A/B to confirm the assets that are to be sold). Debtor estimates value of the assets to be sold to be in the range of ten to twelve million dollars ($10,000,000 - to $12,000,000). The actual value will be determined by the price received for each sale. After the payment of the roughly four million ($4,000,000) in claims secured by the equipment (Classes 1- 10), several of which have been paid down by sales of equipment that have been approved by the court or that will be approved, the balance of the sale proceeds will be available to pay unsecured claims.

When a Chapter 11 is converted to Chapter 7 a trustee is appointed who is given the task of liquidating assets that will, net of costs of sale and net of liens, allow for a meaningful distribution to the unsecured creditors. What the debtor is proposing is not a good deal different than what would occur in a Chapter 7 proceeding. However, Debtor is of the opinion that by utilizing the services of Grafe Auction Co., at what appear to be very favorable terms, the unsecured creditors should realize a better return with payment considerably sooner than in a Chapter 7 case.

IX.

Executory Contracts and Unexpired Leases

Debtor has a month to month tenancy with the Richard and Cindy Kingsborough for the property at 6263 Sebastopol Avene, Santa Rosa that is used for the storage of the equipment. The monthly rental is $11,000. If the month to month tenancy is deemed to be an unexpired lease, Debtor assumes the lease.

X.

Tax Consequences

There should not be any tax consequences to any class of creditors as a result of confirmation of the plan except those creditors who receive a distribution that may have previously written off the claim for tax purposes. As to those creditors there may be a recognizable gain when the claim is paid. Creditors are urged to consult with their own tax advisors.

XI.

1111(b) Election

An undersecured creditor may elect to have its claim treated as fully secured under section 1111(b)(2), meaning that a creditor relinquishes the right to vote and to share in the distribution as an unsecured creditor. However, a class of claims may not make such election if (i) the interest on account of such claim of the holder of such claim in such property is of inconsequential value or (ii) the holder of a claim has recourse against the Debtor on account of such claim and such property is sold.

## XII.
## Conclusion

If Debtor's Plan is not confirmed and the case converted to chapter 7, Debtor believes there will be a delay in the liquidation of the equipment and a significant delay any distribution to creditors.

Dated: June 18, 2025					Kingsborough Atlas Tree Service, Inc.

								/s/ *Cindy Kingsborough*
							By _____
								Cindy Kingsborough
								Its Vice-President

Dated:   June 18, 2025			/s/ *Michael C. Fallon*
							_____
							Michael C. Fallon
							Attorney for Debtor

# EXHIBIT A

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fairfield | 525 A Skidder | 2015 | CAT | 525D | GKP00134 | | CCG | $ 57,967.48 | | $20,000.00 | $35,000.00 |
| | Arbor Box 2 (AB 2) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $2,000.00 | $3,600.00 |
| Hwy 12 | Arbor Box 3 (AB 3) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $1,000.00 | $3,000.00 |
| | Arbor Box 4 (AB 4) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $2,520.00 | $3,600.00 |
| | Arbor Box 5 (AB 5) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $2,520.00 | $3,600.00 |
| | Arbor Box 6 (AB 6) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $2,520.00 | $3,600.00 |
| Hwy 12 | Arbor Box 7 (AB 7) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $1,000.00 | $3,000.00 |
| Windsor | Arbor Box 8 (AB 8) | N\A | Connex | 8x20 | N\A | | | | 20' Cargo Container | $1,000.00 | $3,000.00 |
| Hwy 12 | BAD 1 | 2019 | Peterbilt | 567 | 1NPCL40X1LD686659 | 63,034 | | | 4 Axle, Auto, 50 Yd OX Debris Box | $100,000.00 | $140,000.00 |
| Hwy 12 | BAD 2 | 2020 | Peterbilt | 567 | 1NPCL40X8LD686660 | 67,447 | | | 4 Axle, Auto, 50 Yd OX Debris Box | $100,000.00 | $140,000.00 |
| Hwy 12 | BT-A35 | 2015 | Ford | F-750 Super Duty | 3FRWF7FB7FV670741 | | | | 55' Bucket/Chip Truck, Front Grill | $25,000.00 | $35,000.00 |
| Hwy 12 | BT-A42 | 2017 | Freightliner | M2 106 | 1FVACWDT0HHJB3916 | | | | 65' Bucket/Chip Truck | $30,000.00 | $50,000.00 |
| | CHP-18XP A | 2019 | Bandit | Intimidator 18XP | 4FMUS1810KR508151 | 1748 | | | 18" Chipper | $25,000.00 | $33,000.00 |
| Hwy 12 | CHP-18XP F | 2020 | Bandit | Intimidator 18XP | 4FMUS1817LR512064 | 1579 | | | 18" Chipper | $38,000.00 | $38,000.00 |
| Fairfield | CHP-18XP G | 2020 | Bandit | Intimidator 18XP | 4FMUS1819LR513303 | | | | 18" Chipper | $28,000.00 | $35,000.00 |
| Fairfield | CHP-18XP TRACK-1 | 2018 | Bandit | 18XP Track | 505513 | 2632 | | | | $65,000.00 | $80,000.00 |
| Hwy 12 | CHP-19XP 1 | 2018 | Bandit | Intimidator 19XP | 4FMUS1910JR505540 | 2252 | | | 19" Chipper | $42,000.00 | $42,000.00 |
| Hwy 12 | CHP-20XP TX A | 2019 | Bandit | Intimidator 20XP Track | 509247 | 2595 | | | 20" Track Chipper | $120,000.00 | $150,000.00 |
| Fairfield | CHP-20XP-1 | 2020 | Bandit | Intimidator 20XP | 4FMUS2022LR511855 | | CCG | $ 45,132.54 | | $110,000.00 | $150,000.00 |
| Hwy 12 | CHP-2100 C | 2018 | Vermeer | BC2100XL | 1VR2212Y9H1002038 | 1841 | CELTIC | $ 40,000.00 | | $50,000.00 | $70,000.00 |
| Fairfield | CHP-2300 B | 2019 | Vermeer | WC2300XL | 1VRC302J9F1002004 | | CELTIC | $ 40,000.00 | | $115,000.00 | $135,000.00 |
| Fairfield | CHP-2500 F | 2020 | Vermeer | WC2500XL | 1VRF27007K1000118 | 1168 | CCG | $ 449,349.75 | | $150,000.00 | $225,000.00 |
| Hwy 12 | CHP-3090 A | 2021 | Bandit | 3090T | 517857 | 2071 | CCG | $ 504,873.73 | 30" Chipper | $380,000.00 | $430,000.00 |
| Hwy 12 | CHP-3090 B | 2021 | Bandit | 3090T | 519143 | 585 | CCG | $ 569,069.58 | 30" Chipper | $400,000.00 | $450,000.00 |
| Windsor | DT 6 | 2022 | | | 1FDUF5HT3NDA19196 | | Ford Motor | $ 63,721.00 | | $45,000.00 | $60,000.00 |
| Windsor | DT 7 | 2022 | | | 1FDUF5HT3NDA19195 | | Ford Motor | $ 62,923.00 | | $45,000.00 | $60,000.00 |
| Hwy 12 | DT-A129 | 2021 | Isuzu | NQR | JALE5J168M7901144 | 35052 | | | Landscape Body/Dump | $40,000.00 | $50,000.00 |
| Windsor | DT-A84 | 2020 | International | MV 607 | 3HAEUMML4LL046004 | | | | | $35,000.00 | $50,000.00 |
| Hwy 12 | ES 8 | 2020 | Ford | Escape | 1FMCU9H90LUA58188 | 32156 | Ford Motor | $ 9,967.00 | White, All Wheel Drive | $10,000.00 | $10,000.00 |
| Hwy 12 | ES-10 | 2022 | Ford | Escape | 2FMPK4J93NBA21830 | 48262 | Ford Motor | $ 19,478.00 | White, All Wheel Drive | $15,000.00 | $20,000.00 |
| Hwy 12 | ES-9 | 2020 | Ford | senne | 1FMCU9G68LUA36222 | 74015 | US BANK | $ 6,617.59 | White, All Wheel Drive | $9,000.00 | $12,000.00 |
| Hwy 12 | ex308 | 2017 | CAT | 308 EX | fjx08131 | | | | | $50,000.00 | $50,000.00 |
| Fairfield | EX-310 PR | 2019 | Hitachi | ZX310F-LL-6N | 1FFDDP71VKF316030 | | CCG | $ 349,677.91 | | $175,000.00 | $220,000.00 |
| Todd | GR-HG6800 B | 2021 | Vermeer | HG6800TX | 1VRK4804EM1001008 | | CCG | $ 501,892.00 | Sale Pending | $570,000.00 | $570,000.00 |
| Todd | Light Tower | | Light Tower | | | | | | | $1,000.00 | $1,000.00 |
| Todd | Light Tower | | Light Tower | | | | | | | $1,000.00 | $1,000.00 |
| | Light Tower | | Light Tower | | | | | | | $3,500.00 | $5,000.00 |
| | Light Tower | | Light Tower | | | | | | | $3,500.00 | $5,000.00 |
| | Light Tower | | Light Tower | | | | | | | $3,500.00 | $5,000.00 |
| | Light Tower | | Light Tower | | | | | | | $3,500.00 | $5,000.00 |
| Hwy 12 | MBG1 | | Vermeer | GP | WG47151 | | | | | $500.00 | $500.00 |
| | MBG2 | | Vermeer | GP | 524194 | | | | | $1,260.00 | $1,800.00 |
| | MBG3 | | Vermeer | GP | 535901 | | | | | $1,260.00 | $1,800.00 |
| Todd | MBG4 | | Vermeer | GP | 536545 | | | | | $600.00 | $1,100.00 |
| Hwy 12 | MBG5 | | Vermeer | GP | WG88134 | | | | | $1,200.00 | $1,200.00 |
| Hwy 12 | MBG7 | 2022 | Vermeer | | 641347 | | | | | $1,200.00 | $1,200.00 |
| Hwy 12 | MBS1 | | Vermeer | GP | 1VR0030G1G1000169 | | | | | $500.00 | $500.00 |
| Hwy 12 | MBS2 | | Vermeer | GP | 1VR0030G3K1000361 | | | | | $500.00 | $500.00 |
| Hwy 12 | MBS3 | | Vermeer | GP | 1V0030G7K1000363 | | | | | $500.00 | $500.00 |
| Todd | MBS4 | | Vermeer | GP | 1VR0030G8K1000369 | | | | | $300.00 | $500.00 |
| | MBS6 | | Vermeer | GP | 1VR0030G6K1000368 | | | | | $630.00 | $900.00 |

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hwy 12 | MBS8 | | Vermeer | GP | 1VR0030GV1001018 | | | | | $1,500.00 | $1,500.00 |
| Windsor | MC-1 Connex | N\A | Connex | 8x20 | N\A | | | | | $2,000.00 | $4,000.00 |
| Todd | MC-A68 | 2015 | Dodge | Ram 1500 | 3C6JR6DM9FG687064 | | | | | $4,000.00 | $8,000.00 |
| Hwy 12 | MC-A88 | 2017 | Ford | F-150 | 1FTEW1C89HKC30907 | 89610 | | | Gas-Crew Cab-XL-4x4 | $16,000.00 | $20,000.00 |
| Hwy 12 | MC-A89 | 2020 | Ford | F-350 Super Duty | 1FT7W3BT9LEE07487 | 118678 | | | Diesel, Crew Cab XLT, 4X4, Long | $33,000.00 | $33,000.00 |
| Hwy 12 | PB-T6 | 2012 | Peterbilt | 367 | 1XPTD40X7CD146722 | | | | 3 Axle, Cummins,10 SP, Wet KIT | $30,000.00 | $52,000.00 |
| Todd | Pemberton Grapple 950 | 2020 | Pemberton | P-2813 | LR/P-2813-0120 | | | | | $8,000.00 | $16,000.00 |
| Hwy 12 | PU-A1 | 2023 | Ford | Lightning | 1FT6W1EV3PWG02062 | | Ford Motor | $ 74,293.00 | | $74,300.00 | $74,300.00 |
| Hwy 12 | PU-A100 | 2020 | Ford | F-350 Super Duty | 1FD8X3FT1LEE12478 | 100154 | Ford Motor | $ 8,987.50 | Diesel,X CabXL.4x4 Service Body | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A101 | 2020 | Ford | F-350 Super Duty | 1FD8X3FT3LEE12479 | 122038 | Ford Motor | $ 9,038.35 | Diesel,X Cab XL.4x4 Service Body | $35,000.00 | $35,000.00 |
| Fairfield | PU-A102 | 2020 | Ford | F-350 Super Duty | 1FT8W3BT3LEE45494 | | Ford Motor | $ 11,875.25 | | $30,000.00 | $40,000.00 |
| Fairfield | PU-A104 | 2020 | Ford | F-150 | 1FTEW1EP9LKF40584 | | Ford Motor | $ 7,835.05 | | $16,000.00 | $20,000.00 |
| Fairfield | PU-A105 | 2020 | Ford | F-350 Super Duty | 1FT8W3BT7LEE37303 | | Ford Motor | $ 10,393.91 | | $30,000.00 | $40,000.00 |
| Fairfield | PU-A106 | 2020 | Ford | F-350 Super Duty | 1FD8X3FT6LEE89587 | | Ford Motor | $ 11,798.51 | | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A107 | 2020 | Ford | F-250 Super Duty | 1FD7X2B61LEE90443 | 82443 | Ford Motor | $ 9,366.49 | Gas, X Cab XL, 4X4, Service Body | $27,000.00 | $34,000.00 |
| Hwy 12 | PU-A108 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT9MEC09596 | 78297 | Ford Motor | $ 13,532.10 | Diesel, X Cab XL, 4X4 Service | $37,000.00 | $37,000.00 |
| Hwy 12 | PU-A112 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT7MEC09595 | 55495 | Ford Motor | $ 15,131.41 | Diesel, X Cab XL, 4X4, Service | $40,000.00 | $40,000.00 |
| Fairfield | PU-A114 | 2021 | Ford | F-150 | 1FTEW1EP2MFA39255 | | Ford Motor | $ 10,014.95 | | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A115 | 2021 | Ford | F-150 | 1FTEW1EPXMFA39259 | 133796 | Ford Motor | $ 10,014.95 | Gas,Crew Cab XL | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A116 | 2021 | Ford | F-150 | 1FTEW1EP4MFA39256 | 125412 | Ford Motor | $ 10,014.95 | Gas,Crew Cab XL, Wheels/Tires | $16,000.00 | $20,000.00 |
| Fairfield | PU-A118 | 2021 | Ford | F-350 Super Duty | 1FT7W3BT9MEC62548 | | Ford Motor | $ 13,582.81 | | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A119 | 2021 | Ford | F-150 | 1FTEW1EP6MFA39257 | 92474 | Ford Motor | $ 10,009.06 | Gas, Crew Cab XL,. Missing | $9,000.00 | $12,000.00 |
| | PU-A123 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT9MEC82421 | | Hitachi-Mitsubitshi | $ 25,255.00 | | $27,720.00 | $39,600.00 |
| | PU-A124 | 2021 | Ford | F-350 Super Duty | 1FT7W3BT3MEC62559 | | Hitachi-Mitsubitshi | $ 21,255.00 | | $27,720.00 | $39,600.00 |
| Hwy 12 | PU-A128 | 2021 | Ford | F-150 | 1FTEW1EB9MFA39242 | 96244 | Ford Motor | $ 12,343.81 | Gas, Crew Cab XL, Wheels/Tires | $19,000.00 | $19,000.00 |
| Hwy 12 | PU-A131 | 2021 | Ford | F-150 | 1FTEW1EP6MFA39260 | 111148 | Ford Motor | $ 13,367.60 | Gas, Crew Cab XL, Wheels/Tires | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A132 | 2021 | Ford | F-150 | 1FTEW1EP5MFA39251 | 102682 | Ford Motor | $ 13,367.60 | Gas, Crew Cab XL, Wheels/Tires | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A133 | 2021 | Ford | F-150 | 1FTEW1EB2MFA39244 | 72498 | Ford Motor | $ 13,741.43 | Gas, Crew Cab XL, Wheels/Tires | $22,000.00 | $22,000.00 |
| Hwy 12 | PU-A134 | 2021 | Ford | F-150 | 1FTEW1EB7MFA39241 | 116847 | Ford Motor | $ 13,741.30 | Gas, Crew Cab XL, Wheels/Tires | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A135 | 2021 | Ford | F-150 | 1FTEW1EB4MFA39245 | 88966 | Ford Motor | $ 13,741.43 | Gas, Crew Cab XL, Dents on | $12,000.00 | $15,000.00 |
| Fairfield | PU-A136 | 2021 | Ford | F-350 Super Duty | 1FT8W3BN4MEE10496 | | Ford Motor | $ 16,759.69 | Damaged | $1,000.00 | $10,000.00 |
| Fairfield | PU-A137 | 2022 | Ford | F-250 Super Duty | 1FT8W2BT3NEC33692 | | Ford Motor | $ 22,944.98 | | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A138 | 2021 | Ford | F-350 Super Duty | `1FT8W3BTXNEC46350 | 113654 | Ford Motor | $ 24,016.78 | Diesel, F350 Crew Cab Long Bed, | $30,000.00 | $40,000.00 |
| Hwy 12 | PU-A139 | 2021 | Ford | F-350 Super Duty | 1FD8X3FTXNEC65922 | 74680 | Ford Motor | $ 29,619.55 | Diesel,X Cab XL/ 4x4, Service | $34,000.00 | $40,000.00 |
| Fairfield | PU-A140 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT8NEC65921 | | Ford Motor | $ 29,619.55 | | $34,000.00 | $40,000.00 |
| Fairfield | PU-A141 | 2022 | Ford | F-350 Super Duty | 1FD8X3FT4NEC65916 | | Ford Motor | $ 29,511.31 | | $34,000.00 | $40,000.00 |
| Fairfield | PU-A142 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT8NEC65918 | | Ford Motor | $ 29,478.70 | | $34,000.00 | $40,000.00 |
| Fairfield | PU-A143 | 2021 | Ford | F-350 Super Duty | 1FD8X3FT6NEC65917 | | Ford Motor | $ 29,512.12 | Blown Motor/Fuel System | $34,000.00 | $40,000.00 |
| Fairfield | PU-A144 | 2021 | Ford | F-150 | 1FTEW1EP3MFC35575 | | Ford Motor | $ 21,606.90 | | $16,000.00 | $20,000.00 |
| Hwy 12 | PU-A145 | 2022 | Ford | F-150 | 1FTFW1E88NFA92072 | 67664 | Ford Motor | $ 33,324.05 | | $31,000.00 | $31,000.00 |
| Hwy 12 | PU-A158 | 2020 | Ford | F-150 Roush | 1FTEW1E50LFC10453 | 81435 | Ford Motor | $ 17,227.14 | Gas, Crew Cab Roush, | $25,000.00 | $30,000.00 |
| Hwy 12 | PU-A159 | 2022 | Ford | F-350 Super Duty | 1FT8W3BT3NEF58252 | | Ford Motor | $ 62,923.95 | | $64,000.00 | $64,000.00 |
| Hwy 12 | PU-A49 | 2019 | Ford | F-350 Super Duty | 1FD8X3FT2KED12663 | 114008 | | | Diesel, X Cab XL, 4X4, Service | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A51 | 2019 | Ford | F-350 Super Duty | 1FD8X3FT0KED12662 | 172621 | | | Diesel, X Cab XL, 4X4, Service | $26,000.00 | $33,000.00 |
| Hwy 12 | PU-A58 | 2019 | Ford | F-350 Super Duty | 1FD8X3FT7KEE93680 | 103279 | | | Diesel, X Cab XL, 4X4, Service | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A59 | 2019 | Ford | F-350 Super Duty | 1FD8X3FTXKEF03649 | 94761 | | | Diesel, X Cab XL, 4X4, Service | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A92 | 2020 | Ford | F-250 Super Duty | 1FT7W2BT4LEE21355 | 128068 | Plumas Bank | $ 15,564.02 | Diesel, Crew Cab STX Short Bed, | $27,000.00 | $34,000.00 |
| Hwy 12 | PU-A93 | 2020 | Ford | F-250 Super Duty | 1FT7W2BT1LEE07476 | 120976 | Plumas Bank | $ 14,556.28 | Diesel,Crew Cab STX Short Bed, | $27,000.00 | $34,000.00 |
| Hwy 12 | PU-A94 | 2020 | Ford | F-250 Super Duty | 1FT7W2BT2LEE21354 | 131693 | Plumas Bank | $ 13,544.35 | Diesel, Crew Cab STX Short Bed, | $27,000.00 | $34,000.00 |
| Fairfield | PU-A95 | 2020 | Ford | F-350 Super Duty | 1FD8X3F64LEC57399 | | Plumas Bank | $ 14,594.69 | | $35,000.00 | $40,000.00 |
| Hwy 12 | PU-A96 | 2020 | Ford | F-350 Super Duty | 1FD8X3F6XLEC57388 | | Plumas Bank | $ 14,594.69 | Gas, X Cab XL, Service Body, 4X4. | $27,000.00 | $34,000.00 |

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hwy 12 | PU-A97 | 2020 | Ford | F-350 Super Duty | 1FD8X3F60LEC57397 | 83076 | Plumas Bank | $ 14,594.69 | Gas, X Cab XL, Service Body, 4X4 | $27,000.00 | $34,000.00 |
| Hwy 12 | PU-A98 | 2020 | Ford | F-450 XL Super Duty | 1FD0W4HT0LEE26603 | 92858 | Ford Motor | $ 10,421.10 | Diesel, Crew Cab, XL,Welder | $55,000.00 | $60,000.00 |
| Hwy 12 | PU-A99 | 2020 | Ford | F-350 Super Duty | 1FT7W3BT8LEE07481 | 101956 | Ford Motor | $ 8,309.06 | Diesel, Crew Cab STX Long | $35,000.00 | $40,000.00 |
| | Rotobec - Saw | 2021 | Rotobec | Saw | 16882-6-1 | | | | | $5,040.00 | $7,200.00 |
| Fairfield | Rotobec Grapple | 2023 | Rotobec | Grapple | 188561-1-1 | | | | | $5,000.00 | $8,000.00 |
| Fairfield | Rotobec Grapple | 2023 | Rotobec | Grapple | 18846-2-1 | | | | | $5,000.00 | $8,000.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 121043-1-1 | | | | | $5,040.00 | $7,200.00 |
| Fairfield | Rotobec Grapple | 2021 | Rotobec | Grapple | 175619-1-1 | | | | | $3,500.00 | $5,000.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 2614565-16 | | | | | $5,040.00 | $7,200.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 160678-1-1 | | | | | $5,040.00 | $7,200.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 176526-1-1 | | | | | $5,040.00 | $7,200.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 188466-1-1 | | | | | $5,040.00 | $7,200.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 08-19-309-029 | | | | | $5,040.00 | $7,200.00 |
| Fairfield | Rotobec Grapple | 2021 | Rotobec | Grapple | 173563-1-1 | | | | | $5,000.00 | $8,000.00 |
| Fairfield | Rotobec Grapple | 2021 | Rotobec | Grapple | 172446-1-1 | | | | | $5,000.00 | $8,000.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 165096-4-1 | | | | | $15,750.00 | $22,500.00 |
| | Rotobec Grapple | 2021 | Rotobec | Grapple | 152641-2-1-1 | | | | | $15,750.00 | $22,500.00 |
| Hwy 12 | Spider Lift 1 | 2022 | CMC | S25 | S22A3554 | 611 | CCG | $ 141,786.48 | 83' Spider Lift, Non Marking | $120,000.00 | $130,000.00 |
| Hwy 12 | Spray Rig 1 - 500gal | | Wylie | 500 Gallon | 16362 | | | | | $1,200.00 | $2,000.00 |
| | SS-279 D | 2017 | CAT | 279D | GTL03507 | | | | | $24,255.00 | $34,650.00 |
| Windsor | SS-279-M | 2020 | CAT | 279D3 | RB901948 | | | | | $30,000.00 | $40,000.00 |
| | SS-279-P | 2020 | CAT | 279D3 | RB902036 | | | | | $40,950.00 | $58,500.00 |
| Hwy 12 | SS-249D | 2017 | CAT | 249 | CAT0249DCGWR01886 | 1918 | | | Open Rop, Needs Tracks. | $25,000.00 | $30,000.00 |
| Todd | SS-CTX100 2 | 2017 | Vermeer | CTX100 | 1VRZ080H0K1001660 | | | | | $21,000.00 | $27,000.00 |
| Hwy 12 | SS-CTX100-1 | 2019 | Vermeer | CTX100 | 1VRZ080H9K1001561 | 1242 | | | Stand On, Bent Sheet Metal and | $21,000.00 | $27,000.00 |
| Hwy 12 | SS-CTX100-4 | 2019 | Vermeer | CTX100 | 1VRZ080H5K1001699 | 951 | | | Stand On, Bent Sheet Metal and | $21,000.00 | $27,000.00 |
| Hwy 12 | SS-CTX100-5 | 2019 | Vermeer | CTX100 | AVRZ080H1K1001781 | 976 | | | | $27,000.00 | $27,000.00 |
| Hwy 12 | SS-CTX160 7 | 2021 | Vermeer | CTX160 | 1VR3080MAM1000467 | 467 | | | Stand On,     Ludwig | $23,000.00 | $27,000.00 |
| | STGR 5HP | 2020 | Honda | | N/A | | | | | $1,400.00 | $2,000.00 |
| Hwy 12 | STGR-292-1 | 2018 | Vermeer | SC292 | 1VF102Y2J1001169 | | | | | $11,000.00 | $11,000.00 |
| Hwy 12 | STGR-382 A | 2019 | Vermeer | SC382 | 1VRU112BXK1000197 | | | | | $15,000.00 | $18,000.00 |
| Hwy 12 | STGR-552-1 | 2019 | Vermeer | SC552 | 1VR9138U3L1000344 | 661 | CELTIC | $ 20,000.00 | | $35,000.00 | $40,000.00 |
| Hwy 12 | STGR-852-B | 2017 | Vermeer | SC852 | AVR7122L4H1001088 | 2632 | | | | $28,000.00 | $33,000.00 |
| | Tong Thrower | 2022 | Summit | Tong Thrower | 12-2987-00007 | | | | | $35,000.00 | $50,000.00 |
| Hwy 12 | TR 1 | 2021 | TrailKing | 18 Load Master | 1TKC024203M112047 | | | | Damaged/Drivers Side Wreaked | $5,000.00 | $10,000.00 |
| | TR 13 | 2005 | Vermeer | | 1VRN091J051003693 | | | | | $315.00 | $450.00 |
| Hwy 12 | TR 14 | 2018 | Karavan | 6 ft x 12 ft | 5KTVS1419JF547295 | | | | | $2,000.00 | $3,500.00 |
| | TR 16 | 2018 | Victory | 7'-14' | 4RAVS1425KK068591 | | | | | $2,205.00 | $3,150.00 |
| Hwy 12 | TR 17 | 2018 | FELLING | FT14 | 5FTBE1714J1004939 | | | | | $2,000.00 | $2,000.00 |
| Hwy 12 | TR 18 | 2017 | FELLING | FT14 | 5FTBE1712J1004941 | N/A | | | | $2,000.00 | $3,000.00 |
| Hwy 12 | TR 19 | 2017 | FELLING | FT14 | 5FTBE1710J1001083 | N/A | | | | $2,000.00 | $3,000.00 |
| Todd | TR 20 | 2017 | FELLING | FT14 | 5FTBE1712J1004938 | | | | | $2,000.00 | $3,000.00 |
| Hwy 12 | TR 22 | 2020 | FELLING | FT14 | 5FTBE1710L1002141 | N/A | | | | $3,000.00 | $3,000.00 |
| Hwy 12 | TR 23 | 2020 | FELLING | FT14 | 5FTCE1718L2002239 | | | | | $4,000.00 | $5,000.00 |
| Fairfield | TR 24 | 2019 | Trailmax | T-16-UT | 5UCPT2723KA003965 | | | | | $4,000.00 | $5,000.00 |
| Hwy 12 | TR 26 | 2020 | Valor | 12TUS-5 | 1V9PT2624M1233227 | | | | | $4,000.00 | $5,000.00 |
| | TR 27 | 2020 | Valor | 12TUS-5 | 1V9PT2224L1233006 | | | | | $7,560.00 | $10,800.00 |
| Hwy 12 | TR 28 | 2021 | Traileze Trailer | TE801-41 | 1DASFCY23MP023204 | | | | | $45,000.00 | $45,000.00 |
| Windsor | TR 29 | 2020 | Fabform | BX612-7KR 6'X14' | 58XBF1429L1000550 | | | | | $1,500.00 | $2,500.00 |
| Hwy 12 | TR 30 | 2020 | FabForm | BX612-7KR 6'X16' | 58XBF1624L1000551 | | | | 16' Trailer | $3,000.00 | $3,000.00 |
| Fairfield | TR 31 | 2020 | Valor | 12TUS-5 | 1V9PT2226L1233007 | | | | | $4,000.00 | $5,000.00 |

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | TR 32 | 2020 | FELLING | LT-712 | 1B9DF122XL2726211 |  |  |  |  | $1,890.00 | $2,700.00 |
| Hwy 12 | TR 33 | 2020 | Carry-on | 7 ft x 18 ft | 4YMBU2020LR002287 |  |  |  | 18" Trailer | $3,000.00 | $4,000.00 |
|  | TR 34 | 2020 | Carry-on | 7 ft x 18 ft | 4YMBU2024LR003457 |  |  |  |  | $1,417.50 | $2,025.00 |
| Fairfield | TR 35 | 2020 | Valor | 12TUS-5 | 1V9PT2220L1233004 |  |  |  |  | $4,000.00 | $5,000.00 |
| Fairfield | TR 36 | 2020 | Valor | 12TUS-5 | 1V9PT2626M1233228 |  |  |  |  | $4,000.00 | $5,000.00 |
| Hwy 12 | TR 38 | 2020 | Valor | 12TUS-5 | 1V9PT2629M1233188 |  |  |  |  | $4,000.00 | $4,000.00 |
| Hwy 12 | TR 39 | 2021 | FELLING | FT14 | 5FTCE2025M1001906 |  |  |  | Landscape Trailer 14'.   Ludwig | $3,000.00 | $5,000.00 |
| Fairfield | TR 4 | 1985 | Zeiman | 1185 | 1ZCE29E24FZP12097 |  |  |  |  | $1,500.00 | $3,000.00 |
| Hwy 12 | TR 40 | 2021 | Valor | 12TUS-5 | 1V9PT2226M1233316 |  |  |  | 16' Trailer.   Ludwig | $3,500.00 | $5,000.00 |
| Hwy 12 | TR 41 | 2021 | Valor | 12TUS-5 | 1V9PT2220M1233313 |  |  |  |  | $3,500.00 | $5,000.00 |
| Fairfield | TR 42 | 2021 | Victory | 7'-14' | 4RAVS1422NK082355 |  |  |  |  | $2,500.00 | $4,000.00 |
| Hwy 12 | TR 43 | 2021 | Towmaster | T-10DT | 4KNBT2123ML161501 |  |  |  |  | $2,000.00 | $3,500.00 |
| Hwy 12 | TR 44 | 2022 | Summit Trailer | C5FB718TA3 | 59KBU182XP1012043 |  |  |  |  | $2,500.00 | $4,000.00 |
|  | TR 5 | 2000 | Zeiman | 1185 | 1ZCE33A27XZP21278 |  |  |  |  | $1,260.00 | $1,800.00 |
|  | TR 6 | 2011 | Eagle | 16' x 82" | 184BU2020BC10182 |  |  |  |  | $787.50 | $1,125.00 |
| Hwy 12 | TR 7 | 2018 | Trailmax | T-16-UT | 5UCPT2726JA003473 |  |  |  |  | $3,500.00 | $3,500.00 |
|  | TR 8 | 2004 | Butler | LT-1214 | 1B9DR121842726153 |  |  |  |  | $787.50 | $1,125.00 |
|  | TR12 | 2008 | Butler | LT-1014 | 1B9DR142982726898 |  |  |  |  | $945.00 | $1,350.00 |
| Hwy 12 | Van 1 | 2014 | Chevrolet | Express Passenger | 1GAZG1FG7E1194856 | 93071 |  |  | 11 person | $12,000.00 | $16,000.00 |
| Hwy 12 | WF 1 | 2000 | ACE | Semi | 1A9236196Y0074099 |  |  |  |  | $15,000.00 | $15,000.00 |
| Hwy 12 | WF 4 | 2021 | Dorsey | 45' | 5JYCW452XNEP23976 |  |  |  | 45' Pitts Walking Floor | $40,000.00 | $55,000.00 |
| Hwy 12 | Wood Mill |  | WoodMiser |  |  |  |  |  |  | $10,000.00 | $20,000.00 |
|  | z-24" Bucket |  | CAT | 24" |  |  |  |  |  | $252.00 | $360.00 |
|  | z-30" Bucket |  | CAT | 30" | UM08005A |  |  |  |  | $252.00 | $360.00 |
|  | z-309 Masticator |  | CAT | HM208 | HM208 |  |  |  |  | $7,560.00 | $10,800.00 |
| Hwy 12 | z-BG 1 |  | CAT |  | BRUSH GRAPPLE |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 10 |  | CAT |  | NW08804 |  |  |  |  | $1,200.00 | $2,500.00 |
| Fairfield | z-BG 11 |  | CAT |  | A4196GR30049 |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 12 |  | CAT |  | A4196GR30056 |  |  |  |  | $1,200.00 | $2,500.00 |
| Fairfield | z-BG 13 | 2020 | CAT |  | NW10318 |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 14 | 2020 | Beaver | BSG | NW09960 |  |  |  |  | $1,200.00 | $2,500.00 |
|  | z-BG 15 |  | CAT |  | A4202GR30060 |  |  |  |  | $1,200.00 | $2,500.00 |
| Hwy 12 | z-BG 16 |  | CAT |  | A4202GR30054 |  |  |  |  | $1,500.00 | $2,500.00 |
| Fairfield | z-BG 17 |  | CAT | 286-9301 | 2869274-02 |  |  |  |  | $1,500.00 | $2,500.00 |
| Hwy 12 | z-BG 19 | 2020 | CAT |  |  |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 2 |  | CAT |  |  |  |  |  |  | $1,200.00 | $2,500.00 |
| Fairfield | z-BG 20 | 2020 | CAT |  |  |  |  |  |  | $1,500.00 | $2,500.00 |
| Fairfield | z-BG 21 | 2020 | CAT |  | NW 12175 |  |  |  |  | $1,500.00 | $2,500.00 |
|  | Z-BG 24 |  | CAT |  |  |  |  |  |  | $1,200.00 | $2,500.00 |
|  | z-BG 25 |  | CAT |  | PT000041376 |  |  |  |  | $1,200.00 | $2,500.00 |
| Hwy 12 | z-BG 26 | 2021 | CAT | 286-9301 | A4212GR30110 |  |  |  |  | $1,500.00 | $2,500.00 |
| Fairfield | z-BG 27 | 2021 | CAT | 286-9301 | A421AGR30330 |  |  |  |  | $1,500.00 | $2,500.00 |
| Fairfield | z-BG 28 | 2021 | CAT | 286-9301 | A421BGR30119 |  |  |  |  | $1,500.00 | $2,500.00 |
| Hwy 12 | z-BG 3 |  | CAT |  |  |  |  |  |  | $1,500.00 | $2,500.00 |
| Hwy 12 | z-BG 30 | 2020 | CAT | 286-9301 | A421AGR30335 |  |  |  |  | $1,500.00 | $2,500.00 |
| Hwy 12 | z-BG 31 | 2022 | CAT | 286-9301 | a4221GR30410 |  |  |  |  | $1,500.00 | $2,500.00 |
| Fairfield | z-BG 32 | 2021 | CAT | 286-9301 | A4226GR30124 |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 4 |  | CAT | 286-9301 |  |  |  |  |  | $1,200.00 | $2,500.00 |
| Fairfield | z-BG 6 |  | CAT |  | 108647 |  |  |  |  | $1,500.00 | $2,500.00 |
|  | z-BG 7 |  | CAT |  | 109607 |  |  |  |  | $1,200.00 | $2,500.00 |
| Hwy 12 | z-BG 8 |  | CAT |  | 162-8139 |  |  |  |  | $1,500.00 | $2,500.00 |

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hwy 12 | z-BG 9 | | CAT | | | | | | | $1,500.00 | $2,500.00 |
| Hwy 12 | z-BG18 | 2020 | CAT | | a4208gr30010 | | | | | $1,500.00 | $2,500.00 |
| | z-BS 10 | 2023 | Beaver | BSG | BW19-113 | | | | | $7,560.00 | $10,800.00 |
| | z-BS 11 | 2023 | Beaver | BSG | BW19-112 | | | | | $7,560.00 | $10,800.00 |
| Fairfield | z-BS 12 | 2020 | Beaver | BSG | BW20-100 | | | | | $5,000.00 | $6,000.00 |
| Hwy 12 | z-BS 13 | 2020 | Beaver | BSG | BW20-101 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| | z-BS 14 | 2020 | Beaver | BSG | PT000041555 | | | | | $7,560.00 | $10,800.00 |
| Fairfield | z-BS 16 | 2020 | Beaver | BSG | NW12484/PT000041554 | | | | | $5,000.00 | $6,000.00 |
| Windsor | z-BS 17 | 2020 | Beaver | BSG | NW12487/PT000062172 | | | | | $5,000.00 | $6,000.00 |
| Hwy 12 | Z-BS 18 | 2020 | Beaver | BSG | BW20-128/PT000062189 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 19 | 2020 | Beaver | BSG | NW12489 | | | | | $5,000.00 | $6,000.00 |
| | z-BS 20 | 2020 | Beaver | BSG | NW-12---869/PT000062172 | | | | Skid Steer Log Grapple | $7,560.00 | $10,800.00 |
| Hwy 12 | z-BS 21 | 2020 | Beaver | BSG | NW 12485 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 22 | 2020 | Beaver | BSG | BW-20-132 | | | | | $5,000.00 | $6,000.00 |
| | z-BS 23 | 2020 | Beaver | BSG | BW-20-130/PT000041566 | | | | | $7,560.00 | $10,800.00 |
| Hwy 12 | Z-BS 24 | 2020 | Beaver | BSG | nw12482/PT000041551 | | | | Skid Steer Log Grapple. | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 25 | 2020 | Beaver | BSG | BW-20-149/NW13211 | | | | | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 26 | 2020 | Beaver | BSG | BW-20-148/NW13210 | | | | | $5,000.00 | $6,000.00 |
| Hwy 12 | z-BS 27 | 2020 | Beaver | BSG | NW13209/PT000062143 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| | z-BS 28 | 2021 | Beaver | BSG | NW14624/PT000074555 | | | | | $7,560.00 | $10,800.00 |
| | z-BS 29 | 2021 | CAT | 286-9301 | BW22-107 | | | | | $7,560.00 | $10,800.00 |
| Windsor | z-BS 30 | 2022 | Beaver | BSG | PT000061865 | | | | | $5,000.00 | $6,000.00 |
| Hwy 12 | z-BS 31 | 2020 | Beaver | BSG | NW14616/PT000074556 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| Hwy 12 | z-BS 32 | | | | BW-22-131 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| Hwy 12 | z-BS 4 | 2022 | Beaver | BSG | BW 15-107 | | | | Skid Steer Log Grapple | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 5 | 2022 | Beaver | BSG | BW 15-110 | | | | | $5,000.00 | $6,000.00 |
| Fairfield | z-BS 6 | 2022 | Beaver | BSG | BW 18-112 | | | | | $5,000.00 | $6,000.00 |
| | z-BS 7 (PG&E ONLY) | 2022 | Beaver | BSG | BW18-113 | | | | | $7,560.00 | $10,800.00 |
| | z-BS 8 | 2022 | Beaver | BSG | BW18-114 | | | | | $7,560.00 | $10,800.00 |
| | z-BS 9 | 2023 | Beaver | BSG | BSG - 15 | | | | | $7,560.00 | $10,800.00 |
| | z-BTC 300 | 2022 | Bandit | BTC 300 MA | 73890 | | | | | $28,350.00 | $40,500.00 |
| Windsor | z-BTC 300 Stump | 2021 | Bandit | BTC-300 | 505266 | | | | | $8,000.00 | $15,000.00 |
| Windsor | z-CAF 1 | 2022 | ECO | CAF 30GL | N/A | | | | | $3,500.00 | $5,000.00 |
| Windsor | z-CAF 7 | 2022 | ECO | CAF 30GL | N/A | | | | | $3,500.00 | $5,000.00 |
| Windsor | z-CAF 8 | 2022 | ECO | CAF 30GL | N/A | | | | | $3,500.00 | $5,000.00 |
| Windsor | z-CB 1-Chip Bucket | | CAT | GP | | | | | | $400.00 | $500.00 |
| Hwy 12 | z-DB 1-Dirt Bucket 1 | | CAT | GP | 565047 | | | | Ludwig | $400.00 | $500.00 |
| Hwy 12 | z-DB 2-Dirt Bucket 2 | | CAT | GP | 561847 | | | | Ludwig | $500.00 | $500.00 |
| | z-DB 3-Dirt Bucket 3 | | CAT | | A420CBK20334 | | | | | $500.00 | $540.00 |
| | z-DB 4-Dirt Bucket 4 | | CAT | | A4214BK23411 | | | | | $500.00 | $540.00 |
| | z-DB 5-Dirt Bucket 5 | | CAT | | A4215BK20004 | | | | | $500.00 | $540.00 |
| Fairfield | z-EX Wood Screw 1 | | Terex | SS22 | | | | | | $5,000.00 | $10,000.00 |
| Hwy 12 | z-Forks 1 | | CAT | GP | | | | | Ludwig | $500.00 | $500.00 |
| Fairfield | z-M 1-FAE Mower | | Vermeer | | N/A | | | | | $20,000.00 | $27,000.00 |
| Hwy 12 | z-M 2-Yellow | | Vermeer | | N/A | | | | Ludwig | $500.00 | $1,100.00 |
| | z-Mini DB 1 | | CAT | | 4409646 | | | | | $378.00 | $540.00 |
| | z-Mini DB 2 | | Vermeer | | N/A | | | | | $378.00 | $540.00 |
| | z-Mini Mower 2 | | Vermeer | SW-36 | SW-36-10050 | | | | | $756.00 | $1,080.00 |
| Hwy 12 | z-Rake - Rockland | 2019 | Rockland | Rake | 128702 | | | | | $500.00 | $750.00 |
| | z-SB 1 | 2022 | CAT | 286-9301 | D9200915 | | | | | $504.00 | $720.00 |
| | z-SB 2 | 2022 | CAT | 286-9301 | D9200922 | | | | | $504.00 | $720.00 |

| Location | Equipment | Year | Make | Description | Serial # | Miles-Hours | Lender | Estimated Payoff | Description Details | Selling $ Low | Selling Higher$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | z-Shear 323 A | 2020 | WesttecH | C350 Wood Cracker | 8120687 (001-70027470) | | | | | $11,200.00 | $16,000.00 |
| | z-ss 1 | | CAT | GP | | | | | | $504.00 | $720.00 |
| Hwy 12 | z-ss 2 | | CAT | GP | 783740190 | | | | Damaged | $504.00 | $720.00 |
| Fairfield | z-ss 3 | 2020 | Wolverine | SG-13-08D | | | | | | $500.00 | $1,000.00 |
| Fairfield | z-ss Wood Screw 1 | | Terex | SS22 | 403121 | | | | | $2,500.00 | $5,000.00 |
| Hwy 12 | LT1 | 2021 | Interstate | Trailer | 4RALS1423MK077137 | | | | | $2,000.00 | $3,000.00 |
| Hwy 12 | LT2 | 2020 | Partriot | Trailer | 4YMBC1425MR005243 | | | | | $2,000.00 | $3,000.00 |
| | BS - | | Beever | Attachment | BW22-133 | | | | | $6,300.00 | $9,000.00 |
| Hwy 12 | Rotobec | | Rotobec | Attachment | 175330-1-1 | | | | | $5,000.00 | $5,000.00 |
| Hwy 12 | Office | | | ABCONN009 | | | | | | $4,000.00 | $7,000.00 |
| Hwy 12 | Connex | | | | | | | | 40' | $2,500.00 | $4,000.00 |
| Hwy 12 | Connex | | | | | | | | 20' office container | $5,000.00 | $7,000.00 |
| | Connex | | | | | | | | | $2,520.00 | $3,600.00 |
| Hwy 12 | Connex | | | | | | | | 40' Cargo Container | $3,000.00 | $4,500.00 |
| Hwy 12 | Connex | | | | | | | | 40' Cargo Container | $3,000.00 | $4,500.00 |
| Hwy 12 | Connex | | | | | | | | 40' Cargo Container | $3,000.00 | $4,500.00 |
| | Connex | | | | | | | | | $2,520.00 | $3,600.00 |
| | Connex | | | | | | | | | $2,520.00 | $3,600.00 |
| | Connex | | | | | | | | | $2,520.00 | $3,600.00 |
| | Connex | | | | | | | | | $2,520.00 | $3,600.00 |
| Hwy 12 | HG6800 Dolly | | | | | | | | | $15,000.00 | $15,000.00 |
| | Mower | | | | | | | | | $3,150.00 | $4,500.00 |
| Windsor | CAF | | 2022 | CAF 30GL | | | | | | $3,500.00 | $5,000.00 |
| Windsor | CAF | | 2021 | CAF 30GL | | | | | | $3,500.00 | $5,000.00 |
| Hwy 12 | CAF-2 | | 2019 | DX225 | | | | | | $2,000.00 | $3,000.00 |
| | Shear | | | 295-5950 | | | | | | $17,500.00 | $22,500.00 |
| Hwy 12 | Bucket | | | 12 | | | | | | $300.00 | $600.00 |
| Fairfield | Bucket | | | 24 | | | | | | $300.00 | $700.00 |