MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.               Chapter 11

    Debtor.                                    NOTICE OF HEARING ON APPROVAL
                                                    OF DISCLOSURE STATEMENT

                                                    Date:   August 5, 2025
                                                    Time:   9:30 am
                                                    Ctrm:   1300 Clay Street, Room 220
                                                            Oakland, CA 94612
                                                            Video Conference
_____/

    TO PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN that a hearing will be held at 9:30 a.m. on August 5, 2025, via Zoom Webinar in the courtroom of the Honorable William J. Lafferty, United States Bankruptcy Judge, 1300 Clay Street, Room 220, Oakland, CA 94612 to consider and rule upon the adequacy of the Debtor's Disclosure Statement and the information contained therein, to consider objections to the Disclosure Statement, and such other matters as may properly come before the court. The procedure for appearing by Tele/Video Conference can be found at www.canb.uscourts.gov.

    NOTICE IS FURTHER GIVEN that objections to the form or content of the Disclosure Statement should be in writing and filed with the Bankruptcy Court and served upon the attorney for the Debtor on or before July 22, 2025. Objections not so filed and served may be deemed waived.

    Any party who desires to receive a copy of the Disclosure Statement for review before being approved by the Bankruptcy Court should make a request to Debtor's counsel who will provide a copy at no cost to you.

Dated: June 18, 2025                                */s/ Michael C. Fallon*
                                                    _____
                                                    Michael C. Fallon
                                                    Attorney for Debtor