1 MICHAEL C. FALLON, SBN 088313
2 MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
3 Santa Rosa, California 95404
Telephone: (707) 546-6770
4 mcfallon@fallonlaw.net
fallonmc@fallonlaw.net
5
6 Attorneys for Debtor

**The following constitutes the order of the Court.
Signed: June 18, 2025**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.               Chapter 11

    Debtor.                                     ORDER AUTHORIZING SALE OF
                                                    PERSONAL PROPERTY
_____/

    The court having considered Debtor's Motion for Authority to Sell Personal Property (Dkt No. 140) and the Notice of Motion for Authority to Sell Personal Property and Opportunity for Hearing (Dkt No. 141), notice of the Motion appearing to have been proper, there having been no objection or request for hearing, it is

    ORDERED the Motion is approved. Debtor is authorized to sell to National Waste Management the 2021 Vermeer HG6800TX Horizontal GRINDER w/Dolly, Serial Number 1VRK4804EM1001008 at the sale price of $575,000, all cash. The sale proceeds are to be paid to Commercial Credit Group.

**END OF ORDER**

COURT SERVICE LIST