■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2025**          X **/s/ Richard Kingsborough**
                                          Signature of individual signing on behalf of debtor

                                          **Richard Kingsborough**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Marin** | **Savings** | **8245** | **$2,509.47** |
| 3.2. | **Bank of Marin** | **Checking** | **0090** | **$152,635.86** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **1 Cashier Check** | **$300,000.00** |
| 4.2. | **Retainer deposit Smith Dollar** | **$30,000.00** |

5.    **Total of Part 1.** | | **$485,145.33** |
| --- | --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Case number *(If known)* **25-10088**

7.      **Deposits, including security deposits and utility deposits**

        Description, including name of holder of deposit
        7.1. _____          _____

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

        Description, including name of holder of prepayment
        8.1. _____          _____

9.      **Total of Part 2.**
        Add lines 7 through 8. Copy the total to line 81.          _____

| Part 3: | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11b. Over 90 days old:    **756,036.02**  -  **756,036.02**  =....          **$0.00**
                                  face amount       doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$0.00**

| Part 4: | Investments |
| --- | --- |

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.     **Mutual funds or publicly traded stocks not included in Part 1**

        Name of fund or stock:

        14.1. _____          _____  _____

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

        Name of entity:                          % of ownership

        15.1. _____  _____ %          _____  _____

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

        Describe:

Debtor    **Kingsborough Atlas Tree Surgery Inc.**                    Case number *(If known)* **25-10088**
                    Name

Describe:

16.1. _____        _____        _____

17.    **Total of Part 4.**                                                                          [                    ]
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **20.    Work in progress** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **21.    Finished goods, including goods held for resale** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **22.    Other inventory or supplies** | | | | |
| _____ | _____ | _____ | _____ | _____ |

23.    **Total of Part 5.**                                                                          [                    ]
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

Case: 25-10088    Doc# 170    Filed: 06/20/25    Entered: 06/20/25 12:43:11    Page 4 of 27

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |
| | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33.  **Total of Part 6.**
     Add lines 28 through 32.  Copy the total to line 85.                           _____

34.  **Is the debtor a member of an agricultural cooperative?**
     ☐ No
     ☐ Yes.  Is any of the debtor's property stored at the cooperative?
             ☐ No
             ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
     ☐ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No.  Go to Part 8.
     ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |

Case: 25-10088    Doc# 170    Filed: 06/20/25    Entered: 06/20/25 12:43:11    Page 5 of
                                              27

**40.** Office fixtures

**41.** Office equipment, including all computer equipment and communication systems equipment and software

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.

**43.** Total of Part 7.
Add lines 39 through 42. Copy the total to line 86.

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **See Attachment Exhibit A Titled Untitled Equipment Unsecured** | $0.00 | Liquidation | $2,905,505.00 |
| 47.2. **See Attachment Exhibit B Equipment Secured Titled** | $0.00 | | $5,796,000.00 |
| 47.3. **See Attachment Exhibit C Equipment Secured Un-Titled** | $0.00 | | $1,089,000.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $9,790,505.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**
       **Debtor has a domain name which is under**
       **litigation:  atlas-tree.com**                     $0.00                                      $0.00

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **Debtor has a customer list that is under**
       **pending litigation.**                             $0.00                                      $0.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                          **Current value of**
                                                                          **debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

       **Pending Litigation against Anvil and its subsidiaries**                              **$61,000,000.00**

       | Nature of claim | **Breach of Contract, Fraud** |
       |---|---|
       | Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **Redwood Credit Union Personal Checking Account held
     by Cindy & Richard Kingsborough -  that is holding 1.3
     million dollars but who is entitled to the actual funds is
     in question.  Money came from sale of equipment.
     2023-2024 tax returns have not been generated and
     could possibly result in tax liability from sale of
     equipment**                                                    **$1,300,000.00**

     **Personal Loan to Richard & Cindy Kingsborough**              **$950,000.00**

78.  **Total of Part 11.**                                          **$63,250,000.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor **Kingsborough Atlas Tree Surgery Inc.**
Name
Case number *(If known)* **25-10088**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $485,145.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,790,505.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $63,250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $73,525,650.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $73,525,650.33 |

Case: 25-10088    Doc# 170    Filed: 06/20/25    Entered: 06/20/25 12:43:11    Page 10 of 27

EXHIBIT A

| Titled-Non Titled | Equipment | Year | Make | Model | Description | VIN/SN | Discounted FLV- 10% |
|---|---|---|---|---|---|---|---|
| NT | Arbor Box 2 (AB 2 Utility) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 3 (AB 3) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 4 (AB 4) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 5 (AB 5) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 6 (AB 6) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 7 (AB 7) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| NT | Arbor Box 8 (AB 8) | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| T | BAD 1 | 2019 | Peterbilt | 567 | Dump Truck | 1NPCL40X1LD686659 | $ 135,000.00 |
| T | BAD 2 | 2020 | Peterbilt | 567 | Dump Truck | 1NPCL40X8LD686660 | $ 144,000.00 |
| T | BT-A35 | 2015 | Ford | F-750 Super Duty | Bucket Truck | 3FRWF7FB7FV670741 | $ 67,500.00 |
| T | BT-A42 | 2017 | Freightliner | M2 106 | Bucket Truck | 1FVACWDT0HHJB3916 | $ 67,500.00 |
| T | CHP-18XP F | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1817LR512064 | $ 45,000.00 |
| T | CHP-18XP G | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1819LR513303 | $ 45,000.00 |
| T | HP-18XP TRACK- | 2018 | Bandit | 18XP Track | Tracked Chipper | 505513 | $ 103,500.00 |
| T | CHP-19XP 1 | 2018 | Bandit | Intimidator 19XP | Tow-Behind Chipper | 4FMUS1910JR505540 | $ 67,500.00 |
| T | CHP-20XP TX A | 2019 | Bandit | Intimidator 20XP Track | Tracked Chipper | 509247 | $ 139,500.00 |
| T | DT-A120 | 2021 | Isuzu | NQR | Dump Truck | JALE5J163M7901004 | $ 49,500.00 |
| T | DT-A129 | 2021 | Isuzu | NQR | Dump Truck | JALE5J168M7901144 | $ 49,500.00 |
| T | DT-A84 | 2020 | International | MV 607 | Dump Truck | 3HAEUMML4LL046004 | $ 67,500.00 |
| NT | EX-308 | 2017 | CAT | 3.08E+04 | Mid Hydraulic Excavator | fjx08131 | $ 67,500.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | Light Tower | | Light Tower | | Light Towers (6) | | $ 5,000.00 |
| NT | MBG1 | | Vermeer | GP | Grapple Bucket | WG47151 | $ 1,800.00 |
| NT | MBG2 | | Vermeer | GP | Grapple Bucket | 524194 | $ 1,800.00 |
| NT | MBG3 | | Vermeer | GP | Grapple Bucket | 535901 | $ 1,800.00 |
| NT | MBG4 | | Vermeer | GP | Grapple Bucket | 536545 | $ 1,800.00 |
| NT | MBG5 | | Vermeer | GP | Grapple Bucket | WG88134 | $ 1,800.00 |
| NT | MBS1 | | Vermeer | GP | Bucket | 1VR0030G1G1000169 | $ 900.00 |
| NT | MBS2 | | Vermeer | GP | Bucket | 1VR0030G3K1000361 | $ 900.00 |
| NT | MBS3 | | Vermeer | GP | Bucket | 1V0030G7K1000363 | $ 900.00 |
| NT | MBS4 | | Vermeer | GP | Bucket | 1VR0030G8K1000369 | $ 900.00 |
| NT | MBS5 | | Vermeer | GP | Bucket | 1VR0030G4K1000370 | $ 900.00 |
| NT | MBS6 | | Vermeer | GP | Bucket | 1VR0030G6K1000368 | $ 900.00 |
| NT | MC-1 Connex | N\A | Connex | 8x20 | Container | N\A | $ 3,600.00 |
| T | MC-A68 | 2015 | Dodge | Ram 1500 | Pickup Truck | 3C6JR6DM9FG687064 | $ 15,000.00 |
| T | MC-A88 | 2017 | Ford | F-150 | Pickup Truck | 1FTEW1C89HKC30907 | $ 8,100.00 |
| T | MC-A89 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9LEE07487 | $ 37,800.00 |
| T | PB-T6 | 2012 | Peterbilt | 367 | Truck Tractor | 1XPTD40X7CD146722 | $ 31,050.00 |
| NT | Pemberton Grapple 308/309 | 2020 | Pemberton | P-2813 | Grapple Attachment | LR/P-2813-0120 | $ 16,200.00 |
| T | PU-A49 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT2KED12663 | $ 36,000.00 |
| T | PU-A51 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT0KED12662 | $ 36,000.00 |
| T | PU-A58 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7KEE93680 | $ 36,000.00 |
| T | PU-A59 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXKEF03649 | $ 36,000.00 |
| NT | Rotobec - Saw | 2021 | Rotobec | Saw | Attachment Saw | 16882-6-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 1 | 2023 | Rotobec | Grapple | Attachment Grapple | 188561-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 2 | 2023 | Rotobec | Grapple | Attachment Grapple | 18846-2-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 A | 2021 | Rotobec | Grapple | Attachment Grapple | 121043-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 B | 2021 | Rotobec | Grapple | Attachment Grapple | 175619-1-1 | $ 7,200.00 |
| NT | Rotobec Grapple 308 C | 2021 | Rotobec | Grapple | Attachment Grapple | 2614565-16 | $ 7,200.00 |
| NT | Rotobec Grapple 308 D | 2021 | Rotobec | Grapple | Attachment Grapple | 160678-1-1 | $ 7,200.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NT | Rotobec Grapple 308 E | 2021 | Rotobec | Grapple | Attachment Grapple | 176526-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 | 2021 | Rotobec | Grapple | Attachment Grapple | 188466-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 A | 2021 | Rotobec | Grapple | Attachment Grapple | 08-19-309-029 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 B | 2021 | Rotobec | Grapple | Attachment Grapple | 173563-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 309 C | 2021 | Rotobec | Grapple | Attachment Grapple | 172446-1-1 | $ | 7,200.00 |
| NT | Rotobec Grapple 325 B | 2021 | Rotobec | Grapple | Attachment Grapple | 165096-4-1 | $ | 22,500.00 |
| NT | Rotobec Grapple 325 C | 2021 | Rotobec | Grapple | Attachment Grapple | 152641-2-1-1 | $ | 22,500.00 |
| NT | Spray Rig 1 - 500gal | | Wylie | 500 Gallon | Water Wagon | 16362 | $ | 1,620.00 |
| NT | SS-249 | 2017 | CAT | 249D | Track Skid Steer Loader | GWR01886 | $ | 34,650.00 |
| NT | SS-279 D | 2017 | CAT | 279D | Track Skid Steer Loader | GTL03507 | $ | 34,650.00 |
| NT | SS-279-M | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB901948 | $ | 58,500.00 |
| NT | SS-279-P | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB902036 | $ | 58,500.00 |
| NT | SS-CTX100 2 | 2017 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H0K1001660 | $ | 21,600.00 |
| NT | SS-CTX100-1 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H9K1001561 | $ | 23,400.00 |
| NT | SS-CTX100-4 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H5K1001699 | $ | 23,400.00 |
| NT | SS-CTX100-5 | 2019 | Vermeer | CTX100 | Mini Skid Steer | AVRZ080H1K1001781 | $ | 23,400.00 |
| NT | SS-CTX100-6 | 2020 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H3K1001944 | $ | 23,400.00 |
| NT | SS-CTX160 7 | 2021 | Vermeer | CTX160 | Mini Skid Steer | 1VR3080MAM1000467 | $ | 34,200.00 |
| NT | STGR 5HP | 2020 | Honda | | Stump Grinder | N/A | $ | 2,000.00 |
| NT | STGR-292-1 | 2018 | Vermeer | SC292 | Stump Grinder | 1VF102Y2J1001169 | $ | 7,650.00 |
| NT | STGR-382 A | 2019 | Vermeer | SC382 | Stump Grinder | 1VRU112BXK1000197 | $ | 22,500.00 |
| NT | STGR-552-1 | 2019 | Vermeer | SC552 | Stump Grinder | 1VR9138U3L1000344 | $ | 43,200.00 |
| NT | STGR-852-B | 2017 | Vermeer | SC852 | Wheeled Stump Grinder - Large | AVR7122L4H1001088 | $ | 47,250.00 |
| NT | Tong Thrower | 2022 | Summit | Tong Thrower | | 12-2987-00007 | $ | 50,000.00 |
| T | TR 1 | 2021 | TrailKing | 18 Load Master | Equipment Trailer | 1TKC024203M112047 | $ | 2,700.00 |
| T | TR 13 | 2005 | Vermeer | | Utility Trailer | 1VRN091J051003693 | $ | 450.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | TR 14 | 2018 | Karavan | 6 ft x 12 ft | Utility Trailer | 5KTVS1419JF547295 | $ 810.00 |
| T | TR 15 | 2018 | Fabform | BX612-7KR 6'X12' | Utility Trailer | 58XBD1225J1001118 | $ 4,050.00 |
| T | TR 16 | 2018 | Victory | 7'-14' | Van Trailer | 4RAVS1425KK068591 | $ 3,150.00 |
| T | TR 17 | 2018 | FELLING | FT14 | Equipment Trailer | 5FTBE1714J1004939 | $ 1,800.00 |
| T | TR 18 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004941 | $ 1,800.00 |
| T | TR 19 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1710J1001083 | $ 1,800.00 |
| T | TR 20 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004938 | $ 1,800.00 |
| T | TR 22 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTBE1710L1002141 | $ 1,800.00 |
| T | TR 23 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTCE1718L2002239 | $ 1,800.00 |
| T | TR 24 | 2019 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2723KA003965 | $ 11,250.00 |
| T | TR 25 | 2019 | Butler | LT-1214 | Equipment Trailer | 1b9df1224k2726155 | $ 1,125.00 |
| T | TR 26 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2624M1233227 | $ 10,800.00 |
| T | TR 27 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2224L1233006 | $ 10,800.00 |
| T | TR 28 | 2021 | Traileze Trailer | TE801-41 | Equipment Trailer | 1DASFCY23MP023204 | $ 5,850.00 |
| T | TR 29 | 2020 | Fabform | BX612-7KR 6'X14' | Utility Trailer | 58XBF1429L1000550 | $ 2,700.00 |
| T | TR 30 | 2020 | FabForm | BX612-7KR 6'X16' | Utility Trailer | 58XBF1624L1000551 | $ 3,150.00 |
| T | TR 31 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226L1233007 | $ 10,800.00 |
| T | TR 32 | 2020 | FELLING | LT-712 | Equipment Trailer | 1B9DF122XL2726211 | $ 2,700.00 |
| T | TR 33 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipmant Trailer | 4YMBU2020LR002287 | $ 2,025.00 |
| T | TR 34 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipment Trailer | 4YMBU2024LR003457 | $ 2,025.00 |
| T | *TR 35* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2220L1233004* | *$ 10,800.00* |
| T | *TR 36* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2626M1233228* | *$ 10,800.00* |
| T | *TR 38* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2629M1233188* | *$ 10,800.00* |
| T | TR 39 | 2021 | FELLING | FT14 | Equipment Trailer | 5FTCE2025M1001906 | $ 4,050.00 |
| T | TR 4 | 1985 | Zeiman | 1185 | Equipment Trailer | 1ZCE29E24FZP12097 | $ 1,800.00 |
| T | TR 40 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226M1233316 | $ 10,800.00 |
| T | TR 41 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2220M1233313 | $ 10,800.00 |
| T | TR 42 | 2021 | Victory | 7'-14' | Van Trailer | 4RAVS1422NK082355 | $ 3,150.00 |

| | Item | Year | Make | Model | Type | VIN/Serial | Value |
|---|---|---|---|---|---|---|---|
| T | TR 43 | 2021 | Towmaster | T-10DT | Equipment Trailer | 4KNBT2123ML161501 | $ 2,475.00 |
| T | TR 44 | 2022 | Summit Trailer | C5FB718TA3 | Equipment Trailer | 59KBU182XP1012043 | $ 2,925.00 |
| T | TR 5 | 2000 | Zeiman | 1185 | Equipment Trailer | 1ZCE33A27XZP21278 | $ 1,800.00 |
| T | TR 6 | 2011 | Eagle | 16' x 82" | Equipment Trailer | 184BU2020BC10182 | $ 1,125.00 |
| T | TR 7 | 2018 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2726JA003473 | $ 11,250.00 |
| T | TR 8 | 2004 | Butler | LT-1214 | Equipment Trailer | 1B9DR121842726153 | $ 1,125.00 |
| T | TR LB 1 | 2001 | Murray | 55 Ton | Lowboy Trailer | 1M9G4520X1A056145 | $ 61,200.00 |
| T | TR12 | 2008 | Butler | LT-1014 | Equipment Trailer | 1B9DR142982726898 | $ 1,350.00 |
| T | Van 1 | 2014 | Chevrolet | Express Passenger | Van | 1GAZG1FG7E1194856 | $ 19,800.00 |
| T | WF 1 | 2000 | ACE | Semi | Walking Floor Trailer | 1A9236196Y0074099 | $ 4,500.00 |
| T | WF 4 | 2021 | Dorsey | 45' | Walking Floor Trailer | 5JYCW452XNEP23976 | $ 31,500.00 |
| NT | z-24" Bucket (308/309) | | CAT | 24" | Attachment Excavator Bucket | | $ 360.00 |
| NT | z-30" Bucket (308/309) | | CAT | 30" | Attachment Excavator Bucket | UM08005A | $ 360.00 |
| NT | z-309 Masticator Head 1 | | CAT | HM208 | Attachment Masticator | HM208 | $ 10,800.00 |
| NT | z-BG 1 | | CAT | | Attachment Brush Grapple | BRUSH GRAPPLE | $ 900.00 |
| NT | z-BG 10 | | CAT | | Attachment Brush Grapple | NW08804 | $ 900.00 |
| NT | z-BG 11 | | CAT | | Attachment Brush Grapple | A4196GR30049 | $ 900.00 |
| NT | z-BG 12 | | CAT | | Attachment Brush Grapple | A4196GR30056 | $ 900.00 |
| NT | z-BG 13 | 2020 | CAT | | Attachment Brush Grapple | NW10318 | $ 900.00 |
| NT | z-BG 14 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW09960 | $ 6,750.00 |
| NT | z-BG 15 | | CAT | | Attachment Brush Grapple | A4202GR30060 | $ 900.00 |
| NT | z-BG 16 | | CAT | | Attachment Brush Grapple | A4202GR30054 | $ 900.00 |
| NT | z-BG 17 | | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | 2869274-02 | $ 900.00 |
| NT | z-BG 19 | 2020 | CAT | | Attachment Brush Grapple | | $ 900.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-BG 2 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 20 | 2020 | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 21 | 2020 | CAT | | Attachment Brush Grapple | NW 12175 | $ 900.00 |
| NT | Z-BG 24 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 25 | | CAT | | Attachment Brush Grapple | PT000041376 | $ 900.00 |
| NT | z-BG 26 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4212GR30110 | $ 900.00 |
| NT | z-BG 27 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30330 | $ 900.00 |
| NT | z-BG 28 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421BGR30119 | $ 900.00 |
| NT | z-BG 3 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG 30 | 2020 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30335 | $ 900.00 |
| NT | z-BG 31 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | a4221GR30410 | $ 900.00 |
| NT | z-BG 32 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4226GR30124 | $ 900.00 |
| NT | z-BG 4 | | CAT | | Attachment Brush Grapple | 286-9301 | $ 900.00 |
| NT | z-BG 6 | | CAT | | Attachment Brush Grapple | 108647 | $ 900.00 |
| NT | z-BG 7 | | CAT | | Attachment Brush Grapple | 109607 | $ 900.00 |
| NT | z-BG 8 | | CAT | | Attachment Brush Grapple | 162-8139 | $ 900.00 |
| NT | z-BG 9 | | CAT | | Attachment Brush Grapple | | $ 900.00 |
| NT | z-BG18 | 2020 | CAT | | Attachment Brush Grapple | a4208gr30010 | $ 900.00 |
| NT | z-BS 10 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-113 | $ 10,800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-BS 11 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-112 | $ 10,800.00 |
| NT | z-BS 12 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-100 | $ 10,800.00 |
| NT | z-BS 13 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-101 | $ 10,800.00 |
| NT | z-BS 15 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000041555 | $ 10,800.00 |
| NT | z-BS 16 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12484/PT000041554 | $ 10,800.00 |
| NT | z-BS 17 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12487/PT000062172 | $ 10,800.00 |
| NT | Z-BS 18 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-128/PT000062189 | $ 10,800.00 |
| NT | z-BS 19 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12489 | $ 10,800.00 |
| NT | z-BS 20 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW-12---869/PT000062172 | $ 10,800.00 |
| NT | z-BS 21 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW 12485 | $ 10,800.00 |
| NT | z-BS 22 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-132 | $ 10,800.00 |
| NT | z-BS 23 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-130/PT000041566 | $ 10,800.00 |
| NT | Z-BS 24 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | nw12482/PT000041551 | $ 10,800.00 |
| NT | z-BS 25 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-149/NW13211 | $ 10,800.00 |
| NT | z-BS 26 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-148/NW13210 | $ 10,800.00 |
| NT | z-BS 27 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW13209/PT000062143 | $ 10,800.00 |
| NT | z-BS 28 | 2021 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14624/PT000074555 | $ 10,800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-BS 29 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | BW22-107 | $ 10,800.00 |
| NT | z-BS 30 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000061865 | $ 10,800.00 |
| NT | z-BS 31 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14616/PT000074556 | $ 10,800.00 |
| NT | z-BS 4 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-107 | $ 10,800.00 |
| NT | z-BS 5 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-110 | $ 10,800.00 |
| NT | z-BS 6 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 18-112 | $ 10,800.00 |
| NT | z-BS 7 (PG&E ONLY) | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-113 | $ 10,800.00 |
| NT | z-BS 8 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-114 | $ 10,800.00 |
| NT | z-BS 9 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BSG - 15 | $ 10,800.00 |
| NT | z-BTC 300 Masticator Head | 2022 | Bandit | BTC 300 MA | Track Masticator Grinding Head Attachment | 73890 | $ 40,500.00 |
| NT NT | z-BTC 300 Stump Grinder | 2021 | Bandit | BTC-300 | Track Masticator Grinding Head Attachment | 505266 | $ 40,500.00 |
| NT | z-CAF 1 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ 4,500.00 |
| NT | z-CAF 7 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ 4,500.00 |
| NT | z-CAF 8 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A | $ 4,500.00 |
| NT | z-CB 1-Chip Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |
| NT | z-DB 1-Dirt Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-DB 2-Dirt Bucket 2 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |
| NT | z-DB 3-Dirt Bucket 3 (SS) | | CAT | | Attachment Skid Steer Bucket | A420CBK20334 | $ 540.00 |
| NT | z-DB 4-Dirt Bucket 4 (SS) | | CAT | | Attachment Skid Steer Bucket | A4214BK23411 | $ 540.00 |
| NT | z-DB 5-Dirt Bucket 5 (SS) | | CAT | | Attachment Skid Steer Bucket | A4215BK20004 | $ 540.00 |
| NT | z-EX Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | | $ 1,800.00 |
| NT | z-Forks 1 | | CAT | GP | Attachment Mini Skid Steer Bucket | | $ 540.00 |
| NT | z-M 1-FAE Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A | $ 1,080.00 |
| NT | z-M 2-Yellow Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A | $ 1,080.00 |
| NT | z-Mini DB 1 | | CAT | | Attachment Forks | 4409646 | $ 540.00 |
| NT | z-Mini DB 2 | | Vermeer | | Attachment Mini Skid Steer Bucket | N/A | $ 540.00 |
| NT | z-Mini Mower 1 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10046 | $ 1,080.00 |
| NT | z-Mini Mower 2 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10050 | $ 1,080.00 |
| NT | z-Rake - Rockland | 2019 | Rockland | Rake | Attachment Rack | 128702 | $ 3,150.00 |
| NT | z-SB 1 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200915 | $ 720.00 |
| NT | z-SB 2 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200922 | $ 720.00 |
| NT | z-Shear 323 A | 2020 | WesttecH | C350 Wood Cracker | Attachment Tree Shear | 8120687 (001-70027470) | $ 16,000.00 |
| NT | z-ss 1 | | CAT | GP | Attachment Skid Steer Bucket | | $ 720.00 |
| NT | z-ss 2 | | CAT | GP | Attachment Skid Steer Bucket | 783740190 | $ 720.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NT | z-ss 3 | 2020 | Wolverine | SG-13-08D | Attachment Stump Grinder | | $ 720.00 |
| NT | z-ss Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | 403121 | $ 1,800.00 |
| T | LT1 | 2021 | Interstate | Trailer | Land Trailer | 4RALS1423MK077137 | $ 4,500.00 |
| T | LT2 | 2020 | Partriot | Trailer | Land Trailer | 4YMBC1425MR005243 | $ 4,500.00 |
| NT | BS - 32 | | Beever Squeezer | Attachment | SS Attachment | BW22-133 | $ 9,000.00 |
| NT | Rotobec | | Rotobec | Attachment | 308 Grapple | 175330-1-1 | $ 7,200.00 |
| NT | Office | | | ABCONN009 | Mobile Office | | $ 17,100.00 |
| NT | Connex | | | | Connex | | $ 3,600.00 |
| NT | Connex | | | | Connex- Land | | $ 3,600.00 |
| NT | Connex | | | | Connex- Land | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Mech | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex-Utility | | $ 3,600.00 |
| NT | Connex | | | | Connex | | $ 3,600.00 |
| T | HG6800 Dolly | | | Mower | Equipment Trailer HG6800 B Dolly | | $ 18,000.00 |
| NT | Mower | | | | FAE Mower 2 | | $ 4,500.00 |
| NT | CAF | 2021 | | CAF 30GL | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | CAF | 2019 | | CAF 30GL | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | CAF | | | DX225 | Compressed Air Foam Fire System | | $ 4,500.00 |
| NT | Shear | | | 295-5950 | SH 1 - Stump Harvester | | $ 22,500.00 |
| NT | Bucket | | | 12" | 12" Bucket (CAT 308) | | $ 900.00 |
| NT | Bucket | | | 24" | 24" Bucket (CAT 308) | | $ 1,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| |
|---|
| |
| |
| |
| $ 2,905,505.00 |

| Titled | Equipment | Year | Make | Model | Description | VIN/SN | Discounted FLV-10% |
|--------|-----------|------|------|-------|-------------|--------|---------------------|
| T | CHP-12XPC 1 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1616PR525028 | $ 36,000.00 |
| T | CHP-12XPC 12 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1613PR525519 | $ 36,000.00 |
| T | CHP-12XPC 13 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525511 | $ 36,000.00 |
| T | CHP-12XPC 14 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR25512 | $ 36,000.00 |
| T | CHP-12XPC 15 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR525666 | $ 36,000.00 |
| T | CHP-12XPC 16 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 718.0.2089 | $ 36,000.00 |
| T | CHP-12XPC 17 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525671 | $ 36,000.00 |
| T | CHP-12XPC 18 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525669 | $ 36,000.00 |
| T | CHP-12XPC 19 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | | $ 36,000.00 |
| T | CHP-12XPC 2 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525025 | $ 36,000.00 |
| T | CHP-12XPC 20 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525672 | $ 36,000.00 |
| T | CHP-12XPC 3 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR524842 | $ 36,000.00 |
| T | CHP-12XPC 4 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR524891 | $ 36,000.00 |
| T | CHP-12XPC 5 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR52480 | $ 36,000.00 |
| T | CHP-12XPC 7 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525670 | $ 36,000.00 |
| T | CHP-12XPC 8 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525517 | $ 36,000.00 |
| T | CHP-12XPC 9 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525510 | $ 36,000.00 |
| T | CHP-12XPC-10 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525521 | $ 36,000.00 |
| T | CHP-12XPC-11 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525520 | $ 36,000.00 |
| T | CHP-12XPC-6 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525518 | $ 36,000.00 |
| T | CHP-18XP A | 2019 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1810KR508151 | $ 36,000.00 |
| T | CHP-20XP-1 | 2020 | Bandit | Intimidator 20XP | Tow-Behind Chipper | 4FMUS2022LR511855 | $ 184,500.00 |
| T | CHP-2100 C | 2018 | Vermeer | BC2100XL | Wood Chipper | 1VR2212Y9H1002038 | $ 94,500.00 |
| T | CHP-2300 B | 2019 | Vermeer | WC2300XL | Chipper | 1VRC302J9F1002004 | $ 180,000.00 |
| T | CHP-2500 F | 2020 | Vermeer | WC2500XL | Wood Chipper | 1VRF27007K1000118 | $ 252,000.00 |
| T | CHP-3090 A | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 517857 | $ 472,500.00 |
| T | CHP-3090 B | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 519143 | $ 526,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T | DT 4 | 2022 | | | | 3HAEUMML9PL195871 | $ 60,000.00 |
| T | DT 5 | 2022 | | | | 3HAEUMML9PL209347 | $ 60,000.00 |
| T | DT 6 | 2022 | | | | 1FDUF5HT3NDA19196 | $ 60,000.00 |
| T | DT 7 | 2022 | | | | 1FDUF5HT3NDA19195 | $ 60,000.00 |
| T | ES 12 | 2022 | Subaru | crosstrek | SUV | JF2GTHNC3N8260717 | $ 18,900.00 |
| T | ES 13 | 2022 | Subaru | Outback | SUV | 4S4BTANC3N3226866 | $ 20,700.00 |
| T | ES 14 | 2021 | Subaru | crosstrek | SUV | JF2GTAPC7M8267074 | $ 18,900.00 |
| T | ES 8 | 2020 | Ford | Escape | SUV | 1FMCU9H90LUA58188 | $ 18,000.00 |
| T | ES-10 | 2022 | Ford | Escape | SUV | 2FMPK4J93NBA21830 | $ 21,600.00 |
| T | ES-9 | 2020 | Ford | senne | SUV | 1FMCU9G68LUA36222 | $ 18,000.00 |
| T | GR-HG6800 B | 2021 | Vermeer | HG6800TX | Horizontal Grinder | 1VRK4804EM1001008 | $ 405,000.00 |
| T | GR-Screener - TR620 | 2017 | Vermeer | TR620 | Screening/Trummel Plant | 56S5402M5JF001020 | $ 121,500.00 |
| T | GR-TG7000 A | 2018 | Vermeer | TG7000 | Tub Grinder | 1VRY46362J1002001 | $ 585,000.00 |
| T | PU-A1 (Rich's Truck) | 2023 | Ford | Lightning | Pickup Truck | 1FT6W1EV3PWG02062 | $ 81,000.00 |
| T | PU-A100 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT1LEE12478 | $ 37,800.00 |
| T | PU-A101 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT3LEE12479 | $ 37,800.00 |
| T | PU-A102 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT3LEE45494 | $ 37,800.00 |
| T | PU-A104 | 2020 | Ford | F-150 | Pickup Truck | 1FTEW1EP9LKF40584 | $ 25,200.00 |
| T | PU-A105 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT7LEE37303 | $ 37,800.00 |
| T | PU-A106 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6LEE89587 | $ 37,800.00 |
| T | PU-A107 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FD7X2B61LEE90443 | $ 36,000.00 |
| T | PU-A108 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC09596 | $ 39,600.00 |
| T | PU-A112 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7MEC09595 | $ 39,600.00 |
| T | PU-A114 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP2MFA39255 | $ 27,000.00 |
| T | PU-A115 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EPXMFA39259 | $ 27,000.00 |
| T | PU-A116 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP4MFA39256 | $ 27,000.00 |
| T | PU-A118 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9MEC62548 | $ 39,600.00 |
| T | PU-A119 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39257 | $ 27,000.00 |
| T | PU-A123 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC82421 | $ 39,600.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T | PU-A124 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT3MEC62559 | $ | 39,600.00 |
| T | PU-A128 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB9MFA39242 | $ | 27,000.00 |
| T | PU-A131 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39260 | $ | 27,000.00 |
| T | PU-A132 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP5MFA39251 | $ | 27,000.00 |
| T | PU-A133 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB2MFA39244 | $ | 27,000.00 |
| T | PU-A134 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB7MFA39241 | $ | 27,000.00 |
| T | PU-A135 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB4MFA39245 | $ | 27,000.00 |
| T | PU-A136 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BN4MEE10496 | $ | 39,600.00 |
| T | PU-A137 | 2022 | Ford | F-250 Super Duty | Pickup Truck | 1FT8W2BT3NEC33692 | $ | 39,600.00 |
| T | PU-A138 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BTXNEC46350 | $ | 39,600.00 |
| T | PU-A139 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXNEC65922 | $ | 39,600.00 |
| T | PU-A140 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65921 | $ | 39,600.00 |
| T | PU-A141 | 2022 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT4NEC65916 | $ | 39,600.00 |
| T | PU-A142 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65918 | $ | 39,600.00 |
| T | PU-A143 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6NEC65917 | $ | 39,600.00 |
| T | PU-A144 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP3MFC35575 | $ | 27,000.00 |
| T | PU-A145 | 2022 | Ford | F-150 | Pickup Truck | 1FTFW1E88NFA92072 | $ | 27,000.00 |
| T | PU-A146 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM403842 | $ | 19,800.00 |
| T | PU-A147 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN4MM390792 | $ | 19,800.00 |
| T | PU-A148 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN8NM477113 | $ | 19,800.00 |
| T | PU-A149 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN6MM396559 | $ | 25,200.00 |
| T | PU-A150 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM455034 | $ | 25,200.00 |
| T | PU-A151 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM453235 | $ | 19,800.00 |
| T | PU-A152 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7MM405267 | $ | 19,800.00 |
| T | PU-A153 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN9MM403004 | $ | 19,800.00 |
| T | PU-A154 | 2022 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5AN6NT077180 | $ | 19,800.00 |
| T | PU-A155 | 2021 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5ANS3MT012544 | $ | 25,200.00 |
| T | PU-A156 | 2020 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7LM294749 | $ | 25,200.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T | PU-A157 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM373645 | $ | 19,800.00 |
| T | PU-A158 | 2020 | Ford | F-150 Roush | Pickup Truck | 1FTEW1E50LFC10453 | $ | 27,000.00 |
| T | PU-A159 (Todd's) | 2022 | Ford | F-350 Super Duty | Todd's Truck | 1FT8W3BT3NEF58252 | $ | 75,000.00 |
| T | PU-A92 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT4LEE21355 | $ | 36,000.00 |
| T | PU-A93 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT1LEE07476 | $ | 36,000.00 |
| T | PU-A94 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT2LEE21354 | $ | 36,000.00 |
| T | PU-A95 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F64LEC57399 | $ | 37,800.00 |
| T | PU-A96 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F6XLEC57388 | $ | 37,800.00 |
| T | PU-A97 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F60LEC57397 | $ | 37,800.00 |
| T | PU-A98 | 2020 | Ford | F-450 XL Super Duty | Mechanics Truck | 1FD0W4HT0LEE26603 | $ | 72,000.00 |
| T | PU-A99 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT8LEE07481 | $ | 37,800.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | $ | 5,796,000.00 |

EXHIBIT C

| Not-Titled | Equipment | Year | Make | Model | Description | VIN/SN | | Discounted FLV-10% |
|---|---|---|---|---|---|---|---|---|
| NT | 525 A Skidder | 2015 | CAT | 525D | Wheeled Skidder | GKP00134 | $ | 81,000.00 |
| NT | EX-310 PR | 2019 | Hitachi | ZX310F-LL-6N | Processor | 1FFDDP71V KF316030 | $ | 265,500.00 |
| NT | SE718-4 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2089 | $ | 315,000.00 |
| NT | SE718-5 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2095 | $ | 315,000.00 |
| NT | Spider Lift 1 | 2022 | CMC | S25 | Crawler Articulating Boom Lift | S22A3554 | $ | 112,500.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | $ 1,089,000.00 |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **In Pending Litigation - Dispute** | |
| State the term remaining | **Anvil Power Inc.** |
| List the contract number of any government contract | **1550 Power Avenue** **Emeryville, CA 94608** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **In Pending Litigation - Dispute** | |
| State the term remaining | **PG&E** |
| List the contract number of any government contract | **P.O. Box 997300** **Sacramento, CA 95899-7300** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Debtor has a month to month tenancy for the property at 6263 Sebastopol Avene, Santa Rosa that is owned by Richard and Cindy Kingsborough at a cost of $11,000 per month. The property is used for the storage of the equipment** | |
| State the term remaining | **Richard & Cindy Kingsborough** |
| List the contract number of any government contract | **1040 Blue Oak Place** **Santa Rosa, CA 95404** |