UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
KINGSBOROUGH ATLAS TREE SURGERY, INC.

Debtor(s)

Bankruptcy No.: 25-10088
R.S. No.:
Hearing Date: July 1, 2025
Time: 9:30 A.M.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: February 20, 2025      Chapter: 11
    Prior hearings on this obligation: _____      Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): See Attachment

   Secured Creditor [ X ] or lessor [  ]
   Fair market value:     $ 379,400.00            Source of value: Debtor
   Contract Balance:      $ 3,237,288.87 pd       Pre-Petition Default:   $ _____
   Monthly Payment:       $ _____                No. of months: _____
   Insurance Advance:     $ _____                Post-Petition Default:  $ _____
                                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $ _____      Source of value: _____      If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.           $ _____                Pre-Petition Default:   $ _____
   As of (date): _____                           No. of months: _____
   Mo. payment:           $ _____                Post-Petition Default:  $ _____
   Notice of Default (date): _____               No. of months: _____
   Notice of Trustee's Sale: _____               Advances Senior Liens:  $ _____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
   | 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | _____ : |  |  |  |
   | (Total) | $ _____ | $ _____ | $ _____ |

(D) Other pertinent information: The debtor has stipulated to relief from stay in the event the personal property is abandoned

Dated: June 20, 2025

_____
Signature
Gabriel P. Herrera
Print or Type Name
Creditor, Commerical Credit Group
Attorney for Inc.