In re:  
KINGSBOROUGH ATLAS TREE SURGERY, INC.

Debtor(s)

Bankruptcy No.: 25-10088  
R.S. No.:  
Hearing Date: July 1, 2025  
Time: 9:30 A.M.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: February 20, 2025    Chapter: 11  
   Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): See Attachment

   Secured Creditor [ X ] or lessor [  ]  
   Fair market value:        $ 379,400.00          Source of value: Debtor  
   Contract Balance:         $ 3,237,288.87 pd     Pre-Petition Default:   $ _____  
   Monthly Payment:          $ _____               No. of months: _____  
   Insurance Advance:        $ _____               Post-Petition Default:  $ _____  
                                                    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $ _____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.          $ _____           Pre-Petition Default:   $ _____  
   As of (date): _____                     No. of months: _____  
   Mo. payment:          $ _____           Post-Petition Default:  $ _____  
   Notice of Default (date): _____         No. of months: _____  
   Notice of Trustee's Sale: _____         Advances Senior Liens:  $ _____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ _____ | $ _____ | $ _____ |

(D) Other pertinent information: The debtor has stipulated to relief from stay in the event the personal property is abandoned

Dated: June 20, 2025

_____  
Signature  
Gabriel P. Herrera  
Print or Type Name  
Creditor, Commerical Credit Group  
Attorney for Inc.