```
 1 | GABRIEL P. HERRERA, State Bar No. 287093
   | gherrera@kmtg.com
 2 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   | A Professional Corporation
 3 | 1331 Garden Hwy, 2nd Floor
   | Sacramento, California 95833
 4 | Telephone: (916) 321-4500
   | Facsimile: (916) 321-4555
 5 |
   | Attorneys for Creditor,
 6 | COMMERCIAL CREDIT GROUP INC.
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| In re | Case No. 25-10088 |
|---|---|
| KINGSBOROUGH ATLAS TREE SURGERY, INC., | Chapter 11 |
| Debtor. | **DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION OF THE PARTIES REGARDING PERSONAL PROPERTY** |
| | Judge: Hon. William J. Lafferty, III |
| | Date: July 1, 2025 |
| | Time: 9:30 a.m. |
| | Dept.: Crtrm 220 or via Zoom |

I, Gabriel Herrera, declare as follows:

1. I am an attorney duly admitted to practice law before this Court. I serve as counsel for creditor Commercial Credit Group Inc. ("Creditor" or "CCG") in the above-captioned case. I have personal knowledge of all facts stated herein. If called as a witness, I could and would competently testify to all matters stated herein unless otherwise specified. I make this declaration in support of Creditor's motion for relief from the automatic stay in order to allow Creditor to enforce its state law rights with respect to the following personal property in which the Debtor seeks to abandon: (a) 2020 Bandit 18XP Chipper (Doc. 153); (b) 2010 Bandit 19XP Chipper (Doc. 153); (c) 2020 Vermeer 42" Log Grappler (Doc. 153); (d) 2020 Felling Equipment Trailer (Doc. 153); (e) 2010 Vermeer SC292 Stump Grinder (Doc. 153); (f) 2017 Caterpillar 208-D Excavator (Doc. 154); (g) 2017 Rotobec Rotating Grapple Attachment (Doc. 154); (h) 2019 Vermeer CTX (Doc. 154); and (i) a residential customer list (Doc. 152) (collectively "Personal Property").

2.	The docket reflects that on or about June 11, 2025, the Debtor filed three Notices of Proposed Abandonment of Personal Property, seeking to abandon the Personal Property. The Notices of Proposed Abandonment are set to be heard on July 1, 2025. The Notices are known as Docket Nos. 152-154.

3.	On or about June 18, 2025, the Creditor and the Debtor entered into a Stipulation for Relief from the Automatic Stay. Under the terms of the Stipulation, the parties agreed that CCG shall have relief from stay to enforce its state law rights with respect to the Personal Property in the event the Personal Property is abandoned. A true and correct copy of the Stipulation is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 20, 2025, at Sacramento, California.

_____
GABRIEL P. HERRERA

# Exhibit A

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

Debtor.

Case No. 25-10088
Chapter 11

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**

Creditor COMMERCIAL CREDIT GROUP INC. ("CCG") and debtor in possession KINGSBOROUGH ATLAS TREE SURGERY, INC. ("Debtor"), by and through their counsel, stipulate for relief from stay under 11 U.S.C. section 362(d) in order to allow CCG to enforce its state law rights with respect to the following personal property in which the Debtor seeks to abandon: (a) 2020 Bandit 18XP Chipper (Doc. 153); (b) 2010 Bandit 19XP Chipper (Doc. 153); (c) 2020 Vermeer 42" Log Grappler (Doc. 153); (d) 2020 Felling Equipment Trailer (Doc. 153); (e) 2010 Vermeer SC292 Stump Grinder (Doc. 153); (f) 2017 Caterpillar 208-D Excavator (Doc. 154); (g) 2017 Rotobec Rotating Grapple Attachment (Doc. 154); (h) 2019 Vermeer CTX (Doc. 154); and (i) a residential customer list (Doc. 152) (collectively "Personal Property"). In support of their stipulation, the parties recite as follows:

1. On or about February 20, 2025, the Debtor commenced the above-captioned bankruptcy case by the filing of a Chapter 11 petition. The Debtor is the debtor-in-possession.

2. Among the assets of the Debtor's bankruptcy estate is the Personal Property. The

Personal Property is subject to the senior secured claim of CCG which was in the approximate amount of $3,237,288.87 on the petition date. Under the terms of CCG's security agreements, the Debtor pledged to CCG, among other things, a security interest in all of the Debtor's personal property assets, including "all accounts, accounts receivable, chattel paper, contract rights, documents, equipment, fixtures, general intangibles, goods, instruments, securities, deposit accounts, investment property and all other property of whatever nature and kind, wherever located…."

3. On or about June 11, 2025, the Debtor filed three Notices of Proposed Abandonment of Personal Property, seeking to abandon the Personal Property. (Doc. 152-154.)

4. In the event the Personal Property is abandoned, the parties agree that CCG shall have relief from stay to enforce its state law rights with respect to the Personal Property.

WHEREFORE, the parties stipulate, subject to Court approval, that:

A. Pursuant to 11 U.S.C. section 362(d), CCG shall be granted relief from stay in order to enforce any of its state law rights with respect to the Personal Property.

NOW THEREFORE, the parties request an order consistent with the foregoing and for such other and further relief as the Court deems necessary and proper.

DATED: June 20, 2025

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
Gabriel P. Herrera
Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

DATED: June 18, 2025

LAW OFFICES OF MICHAEL C. FALLON

By: ___*/s/ Michael C. Fallon*___
Michael C. Fallon
Attorneys for Debtor,
KINGSBOROUGH ATLAS TREE SURGERY INC.