GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>　　　　Debtor. | Case No. 25-10088<br>Chapter 11<br><br>**PROOF OF SERVICE RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**<br><br>Judge:　Hon. William J. Lafferty, III<br>Date:　　July 1, 2025<br>Time:　　9:30 a.m.<br>Dept.:　　Crtrm 220 or via Zoom |

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

　　　　At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of . My business address is 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833.

　　　　On June 20, 2025, I served true copies of the following document(s) described as:

　　　　**1.**　　**RELIEF FROM STAY COVER SHEET**

　　　　**2.**　　**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

　　　　**3.**　　**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

　　　　**4.**　　**DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Kronick, Moskovitz, Tiedemann & Girard for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2025, at Sacramento, California.

_____
Bao Xiong

**Service List**
**In re Kingsborough Atlas Tree Surgery, Inc.**
**Case No. 25-10088**

| | |
|---|---|
| Kingsborough Atlas Tree Surgery Inc.<br>1544 Ludwig Avenue<br>Santa Rosa, CA 95407 | *Debtor* |
| Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404 | *Counsel for Debtor* |
| Paul Gregory Leahy<br>Office of the United States Trustee<br>280 South First Street<br>Room 268<br>San Jose, CA 95113 | *Counsel for U.S. Trustee* |

**20 Largest Unsecured Creditors (Notice of Hearing Only):**

**See Attached Creditor's Matrix.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 25-10088<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Fri Jun 20 12:35:10 PDT 2025 | Anvil Builders<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | Anvil Power<br>1550 Power Avenue<br>Emeryville, CA 94608 |
| Anvil Power<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | Benchmark Insurance Companies<br>P.O. Box 856583<br>Minneapolis, MN 55485-6563 | CCG<br>525 N. Tryon Street, Suite 1000<br>Charlotte, NC 28202-0210 |
| Community Tree Service LLC (Ace Tree Ent<br>466 Salinas Road<br>Watsonville, CA 95076 | Dept of Industrial Relations<br>P. O. Box 511283<br>Los Angeles, CA 90051-7838 | Eydent Insurance Services<br>P. O. Box 1905<br>Mount Pleasant, MI 48804-1905 |
| Jim Armstrong, Inc.<br>P. O. Box 1544<br>Twain Harte, CA 95383-1544 | NEBF-NEAP<br>P. O. Box 824510<br>Philadelphia, PA 19182-4510 | Northbay Petroleum<br>P. O. Box 511578<br>Los Angeles, CA 90051-8133 |
| (p)PMA COMPANIES<br>ATTN SUZANNA ELLEFSEN<br>380 SENTRY PARKWAY<br>BLUE BELL PA 19422-2328 | Ritchie Bros Auctioneers<br>5500 Co Rd 99W<br>Dunnigan, CA 95937 | Small Business Administration<br>P. O. Box 3918<br>Portland, OR 97208-3918 |
| Sonoma County Tax Collector<br>585 Fiscal Dr., #100F<br>Santa Rosa, CA 95403-2835 | Traffic Management, Inc.<br>Dept. La 24606<br>Pasadena, CA 91185-0001 | Verizon<br>P. O. Box 660108<br>Dallas, TX 75266-0108 |
| Vito Trucking LLC<br>1415 Sandpoint Drive<br>Ceres, CA 95307-7463 | Wilhelm LLC<br>2500 Daniels Bridge Road<br>Bldg. 200, Suite 1-D<br>Athens, GA 30606-6178 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PMAIC-PMA Companies<br>P. O. Box 824870<br>Philadelphia, PA 19182-4870 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                   19 |