GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

In re

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

Debtor.

Case No. 25-10088
Chapter 11

**DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION OF THE PARTIES REGARDING PERSONAL PROPERTY**

I, Gabriel Herrera, declare as follows:

1. I am an attorney duly admitted to practice law before this Court. I serve as counsel for creditor Commercial Credit Group Inc. ("Creditor" or "CCG") in the above-captioned case. I have personal knowledge of all facts stated herein. If called as a witness, I could and would competently testify to all matters stated herein unless otherwise specified. I make this declaration in support of Creditor's application for an order shortening time to hear CCG's motion for relief from the automatic stay in order to allow Creditor to enforce its state law rights with respect to the following personal property in which the Debtor seeks to abandon: (a) 2020 Bandit 18XP Chipper (Doc. 153); (b) 2010 Bandit 19XP Chipper (Doc. 153); (c) 2020 Vermeer 42" Log Grappler (Doc. 153); (d) 2020 Felling Equipment Trailer (Doc. 153); (e) 2010 Vermeer SC292 Stump Grinder (Doc. 153); (f) 2017 Caterpillar 208-D Excavator (Doc. 154); (g) 2017 Rotobec Rotating Grapple Attachment (Doc. 154); (h) 2019 Vermeer CTX (Doc. 154); and (i) a residential customer list (Doc. 152) (collectively "Personal Property").

2. The docket reflects that on or about June 11, 2025, the Debtor filed three Notices of Proposed Abandonment of Personal Property, seeking to abandon the Personal Property. The Notices of Proposed Abandonment are set to be heard on July 1, 2025. The Notices are shown as Docket Nos. 152-154.

3. On or about June 18, 2025, the Creditor and the Debtor entered into a Stipulation for Relief from the Automatic Stay. Under the terms of the Stipulation, the parties agreed that CCG shall have relief from stay to enforce its state law rights with respect to the Personal Property in the event the Personal Property is abandoned.

4. In addition, I requested that the Debtor stipulate that the hearing on this motion be shortened given that the abandonment is set to be heard on July 1, 2025. The Debtor, through counsel, stipulated and agreed that the motion can be heard on shortened time. An order shortening time, in my opinion, is warranted given that the Debtor intends on abandoning the Personal Property, the hearing is set on July 1, 2025, and the next hearing date on proper notice would not be until August 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 20, 2025, at Sacramento, California.

GABRIEL P. HERRERA