GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Debtor. | Case No. 25-10088<br>Chapter 11<br><br>**PROOF OF SERVICE RE: APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**<br><br>Judge:    Hon. William J. Lafferty, III<br>Date:     July 1, 2025<br>Time:    9:30 a.m.<br>Dept.:   Crtrm 220 or via Zoom |

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of . My business address is 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833.

On June 20, 2025, I served true copies of the following document(s) described as:

**1. APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

**2. DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

**3. [PROPOSED] ORDER APPROVING APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM THE AUTOMATIC**

4925-1981-2431.1 015137.003                                      1

**STAY PURSUANT TO STIPULATION BY THE PARTIES REGARDING PERSONAL PROPERTY**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒       **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Kronick, Moskovitz, Tiedemann & Girard for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2025, at Sacramento, California.

_____
Bao Xiong

4925-1981-2431.1 015137.003                    2

Label Matrix for local noticing
0971-1
Case 25-10088
California Northern Bankruptcy Court
Santa Rosa
Fri Jun 20 12:35:10 PDT 2025

Anvil Builders
1550 Park Avenue
Emeryville, CA 94608-3502

Anvil Power
1550 Power Avenue
Emeryville, CA 94608

Anvil Power
1550 Park Avenue
Emeryville, CA 94608-3502

Benchmark Insurance Companies
P.O. Box 856583
Minneapolis, MN 55485-6563

CCG
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202-0210

Community Tree Service LLC (Ace Tree Ent
466 Salinas Road
Watsonville, CA 95076

Dept of Industrial Relations
P. O. Box 511283
Los Angeles, CA 90051-7838

Eydent Insurance Services
P. O. Box 1905
Mount Pleasant, MI 48804-1905

Jim Armstrong, Inc.
P. O. Box 1544
Twain Harte, CA 95383-1544

NEBF-NEAP
P. O. Box 824510
Philadelphia, PA 19182-4510

Northbay Petroleum
P. O. Box 511578
Los Angeles, CA 90051-8133

(p)PMA COMPANIES
ATTN SUZANNA ELLEFSEN
380 SENTRY PARKWAY
BLUE BELL PA 19422-2328

Ritchie Bros Auctioneers
5500 Co Rd 99W
Dunnigan, CA 95937

Small Business Administration
P. O. Box 3918
Portland, OR 97208-3918

Sonoma County Tax Collector
585 Fiscal Dr., #100F
Santa Rosa, CA 95403-2835

Traffic Management, Inc.
Dept. La 24606
Pasadena, CA 91185-0001

Verizon
P. O. Box 660108
Dallas, TX 75266-0108

Vito Trucking LLC
1415 Sandpoint Drive
Ceres, CA 95307-7463

Wilhelm LLC
2500 Daniels Bridge Road
Bldg. 200, Suite 1-D
Athens, GA 30606-6178

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PMAIC-PMA Companies
P. O. Box 824870
Philadelphia, PA 19182-4870

End of Label Matrix
Mailable recipients     19
Bypassed recipients      0
Total                   19

| | |
|---|---|
| 1 | **Service List**<br>**In re Kingsborough Atlas Tree Surgery, Inc.** |
| 2 | **Case No. 25-10088** |
| 3 | |
| 4 | Kingsborough Atlas Tree Surgery Inc.          *Debtor*<br>1544 Ludwig Avenue<br>Santa Rosa, CA 95407 |
| 5 | |
| 6 | Michael C. Fallon          *Counsel for Debtor*<br>Law Offices of Michael C. Fallon<br>100 E St. #219 |
| 7 | Santa Rosa, CA 95404 |
| 8 | Paul Gregory Leahy          *Counsel for U.S. Trustee*<br>Office of the United States Trustee |
| 9 | 280 South First Street<br>Room 268 |
| 10 | San Jose, CA 95113 |
| 11 | |
| 12 | **20 Largest Unsecured Creditors:** |
| 13 | **See Attached Creditor's Matrix.** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4925-1981-2431.1 015137.003