MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No.  25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.                     Chapter 11

    Debtor.                                           Date:   July 1, 2025
                                                          Time:   9:30 a.m.
                                                          Ctrm:   1300 Clay St., Room 220
                                                                  Oakland, CA 94612
_____/                        Honorable William J. Lafferty

RESPONSE TO OMNIBUS OBJECTION
TO NOTICE OF INTENT TO ABANDON PERSONAL PROPERTY

    The equipment Debtor intends to abandon is collateral for a loan held by Commercial Credit Group ("CCG") with a balance of nearly two million dollars. The equipment is also collateral for a loan held by the SBA and a disputed loan held by the objecting party. Debtor filed motions for authority to sell the equipment Debtor no longer needs to pay down Debtor's obligation to CCG that continues to accrue interest. The sales would have benefitted the junior secured creditors, as well as the unsecured creditors. Anvil Builders objected to the sales and now objects to abandonment.

    The objection to the sales created an unnecessary and wasteful controversy that is best resolved by abandonment of the assets. The abandonment will allow for the sale of the

1

equipment at either a public or private sale to accomplish Debtor's objective of reducing its obligation to CCG.

Dated: June 26, 2025 /s/ *Michael C. Fallon*

Michael C. Fallon
Attorney for Debtor