

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
NOAH THOMAS (SBN 358134)
nthomas@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Anvil Builders*

The following constitutes the order of the Court.
Signed: June 26, 2025

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON THE AMENDED MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY [DKT. NO. 148]** |

Upon stipulation of the Debtor Kingsborough Atlas Tree Surgery, Inc. (the "Debtor") and Creditor Anvil Builders ("Anvil") filed at Docket No. 169 and good cause appearing, the Debtor's Amended Motion For Authority To Sell Personal Property on June 11, 2025 [Dkt. No. 148] (the "Sale Motion") set for hearing on July 1, 2025 is ordered continued to August 5, 2025 at 9:30 a.m.

It is so ORDERED.

***END OF ORDER***

1

## Court Service List

All parties on ECF.