MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

The following constitutes the order of the Court.
Signed: July 8, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
| Debtor. | ORDER AUTHORIZING SALE OF PERSONAL PROPERTY |
| | Date: July 1, 2025<br>Time: 9:30 am<br>Ctrm: 1300 Clay Street, Room 220<br>Oakland, California<br>Hon. William J. Lafferty |

The matter of Debtor's Motion for Authority to Sell Personal Property (Dkt. No. 97) came on for hearing before the Honorable William J. Lafferty, United States Bankruptcy Judge, on July 1, 2025, with Michael Fallon appearing for the Debtor, Jack Praetzellis appearing for objecting party Anvil Builders, and Gabriel Herrara appearing for Commercial Credit Group, the court having been advised the parties had resolved the objection, for the reasons stated on the record, it is

ORDERED Debtor is authorized pursuant to 11 USC § 362(f) to sell free and clear of Anvil Builders' claim of lien the following equipment: 2020 Bandit 18XP Chipper; 2010 Bandit 19XP Chipper; 2020 Vermeer 42" Log Grappler; 2020 Vermeer Rotating Grappler; 2020 Felling Equipment Trailer; 2010 Vermeer SC292 Stump Grinder to Davey Tree Expert Company at the sale price of $97,400, all cash, with the sale proceeds to be paid directly to

Commercial Credit Group.

***END OF ORDER***

APPROVED AS TO FORM.

Fox Rothschild LLP

/s/ Jack Praetzellis

By_____
    Jack Praetzellis
    Attorney for Anvil Builders

COURT SERVICE LIST