MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: July 8, 2025

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.
_____/

Case No. 25-10088 WJL

Chapter 11

ORDER AUTHORIZING SALE OF PERSONAL PROPERTY

Date: July 1, 2025
Time: 9:30 am
Ctrm: 1300 Clay Street, Room 220
       Oakland, California
Hon. William J. Lafferty

    The matter of Debtor's Motion for Authority to Sell Personal Property (Dkt. No. 112) came on for hearing before the Honorable William J. Lafferty, United States Bankruptcy Judge, on July 1, 2025, with Michael Fallon appearing for the Debtor, Jack Praetzellis appearing for objecting party Anvil Builders, and Gabriel Herrara appearing for Commercial Credit Group, the court having been advised the parties had resolved the objection, for the reasons stated on the record, it is

    ORDERED Debtor is authorized pursuant to 11 USC § 362(f) to sell free and clear of Anvil Builders' claim of lien the following equipment: 2017 Caterpillar 308-D Excavator; 2017 Rotobec Rotating Grapple Attachment; 2019 Vermeer CTX to Davey Tree Expert Company at the sale price of $82,000, with the sale proceeds to be paid directly to Commercial Credit Group

that has a duly perfected security interest in the equipment.

**END OF ORDER**

APPROVED AS TO FORM.

Fox Rothschild LLP

/s/ Jack Praetzellis

By_____
    Jack Praetzellis
    Attorney for Anvil Builders

COURT SERVICE LIST