MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.

_____/

Case No. 25-10088 WJL

Chapter 11

NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

Date: August 5, 2025
Time: 9:30 am
Ctrm: 1300 Clay Street, Room 220
       Oakland, CA 94612
       Video Conference

NOTICE IS HEREBY GIVEN that Kingsborough Atlas Tree Surgery, Inc. hereby withdraws its motion for authority to sell personal property pursuant to 11 USC § 363(b) as to the proposed JCC Transport sale (Dkt Nos. 140, 148, 186)

Dated: August 1, 2025          /s/ *Michael C. Fallon*
                                             Michael C. Fallon
                                             Attorney for Debtor