MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Kingsborough Atlas Tree Surgery, Inc.

    Debtor.

_____/

Case No. 25-10088 WJL

Chapter 11

NOTICE OF THE HEARING TO CONSIDER APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT WILL NOT BE HEARD ON AUGUST 5, 2025

Date: August 5, 2025
Time: 9:30 am
Ctrm: 1300 Clay Street, Room 220
      Oakland, CA 94612
      Video Conference

NOTICE IS HEREBY GIVEN the hearing to consider approval of the Debtor's Disclosure Statement (Dkt No. 160) will not proceed on August 5, 2025, as originally noticed (Dkt No. 162). The Disclosure Statement will be considered after Debtor has resolved the several objections to the Disclosure Statement.

Dated: August 1, 2025

                    /s/ *Michael C. Fallon*
                    Michael C. Fallon
                    Attorney for Debtor