Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
   fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
|     Debtor. _____/ | Date: August 5, 2025<br>Time: 9:30 am<br>Ctrm: U.S. Bankruptcy Court, Room 220<br>      Oakland, California 94612<br>      or by Zoom |

STATUS CONFERENCE STATEMENT

     Debtor has with limited success sold assets with court approval and paid secured creditor claims, retaining the proceeds received from the sale of titled or certificated vehicles/trailers for the estate. Debtor has obtained an order authorizing the employment of an auctioneer to liquidate the balance of the assets and will shortly be filing a motion for authority to sell the assets free and clear of secured claims consistent with Debtor's proposed plan of reorganization. Debtor expects Commercial Credit Group (CCG), the senior lienholder on Debtor's non-titled equipment, will consent to the sale. Debtor also expects the Operating Engineers and the SBA, both of whom have a security interest in the non-titled equipment junior to CCG, will also consent to the sale.

     The principals of the Debtor, Richard and Cindy Kingsborough, filed Chapter 11 earlier this week. There has been preliminary discussion of moving for the joint administration of the recently filed Chapter 11 with this Chapter 11 due to the numerous debts of the corporation that

were personally guaranteed by the principals. It is expected a decision will be made within the next several weeks.

      Debtor and Anvil Builders have stipulated that the litigation initiated by Debtor in the Superior Court County of Sonoma that was removed to this court is to be sent back to the Superior Court. A hearing to consider the stipulation is to be held on August 13.

      Debtor is in discussions with Ford Motor Credit to resolve the motions for relief from stay brought by Ford that will give the Debtor 90 days to sell Ford's collateral consistent with Debtor's auction sale motion.

Respectfully submitted.

Dated: August 1, 2025

*/s/ Michael C. Fallon*
Michael C. Fallon
Attorney for Debtor