# EXHIBIT A

| Year | Make | Model | Type | VIN | Price |
|---|---|---|---|---|---|
| 2022 | Subaru | crosstrek | SUV | JF2GTHNC3N8260717 | $ 18,900.00 |
| 2022 | Subaru | Outback | SUV | 4S4BTANC3N3226866 | $ 20,700.00 |
| 2021 | Subaru | crosstrek | SUV | JF2GTAPC7M8267074 | $ 18,900.00 |
| 2020 | Ford | Escape | SUV | 1FMCU9H90LUA5818 8 | $ 18,000.00 |
| 2022 | Ford | Escape | SUV | 2FMPK4J93NBA21830 | $ 21,600.00 |
| 2020 | Ford | senne | SUV | 1FMCU9G68LUA3622 2 | $ 18,000.00 |
| 2023 | Ford | Lightning | Pickup Truck | 1FT6W1EV3PWG0206 2 | $ 81,000.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT1LEE12478 | $ 37,800.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT3LEE12479 | $ 37,800.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT3LEE45494 | $ 37,800.00 |
| 2020 | Ford | F-150 | Pickup Truck | 1FTEW1EP9LKF40584 | $ 25,200.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT7LEE37303 | $ 37,800.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6LEE89587 | $ 37,800.00 |
| 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FD7X2B61LEE90443 | $ 36,000.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC09596 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7MEC09595 | $ 39,600.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP2MFA39255 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EPXMFA3925 9 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP4MFA39256 | $ 27,000.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9MEC6254 8 | $ 39,600.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39257 | $ 27,000.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC82421 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT3MEC6255 9 | $ 39,600.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB9MFA3924 2 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39260 | $ 27,000.00 |

| Year | Make | Model | Type | VIN | Price |
|---|---|---|---|---|---|
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP5MFA39251 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB2MFA3924 4 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB7MFA39241 | $ 27,000.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB4MFA3924 5 | $ 27,000.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BN4MEE1049 6 | $ 39,600.00 |
| 2022 | Ford | F-250 Super Duty | Pickup Truck | 1FT8W2BT3NEC33692 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BTXNEC46350 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXNEC65922 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65921 | $ 39,600.00 |
| 2022 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT4NEC65916 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65918 | $ 39,600.00 |
| 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6NEC65917 | $ 39,600.00 |
| 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP3MFC35575 | $ 27,000.00 |
| 2022 | Ford | F-150 | Pickup Truck | 1FTFW1E88NFA92072 | $ 27,000.00 |
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM4038 42 | $ 19,800.00 |
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN4MM3907 92 | $ 19,800.00 |
| 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN8NM47711 3 | $ 19,800.00 |
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN6MM3965 59 | $ 25,200.00 |
| 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM45503 4 | $ 25,200.00 |
| 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM45323 5 | $ 19,800.00 |
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7MM4052 67 | $ 19,800.00 |
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN9MM4030 04 | $ 19,800.00 |
| 2022 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5AN6NT077180 | $ 19,800.00 |
| 2021 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5ANS3MT01254 4 | $ 25,200.00 |
| 2020 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7LM29474 9 | $ 25,200.00 |

| Year | Make | Model | Type | VIN | Value |
|---|---|---|---|---|---|
| 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM3736 45 | $ 19,800.00 |
| 2020 | Ford | F-150 Roush | Pickup Truck | 1FTEW1E50LFC10453 | $ 27,000.00 |
| 2022 | Ford | F-350 Super Duty | Todd's Truck | 1FT8W3BT3NEF58252 | $ 75,000.00 |
| 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT4LEE21355 | $ 36,000.00 |
| 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT1LEE07476 | $ 36,000.00 |
| 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT2LEE21354 | $ 36,000.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F64LEC57399 | $ 37,800.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F6XLEC57388 | $ 37,800.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F60LEC57397 | $ 37,800.00 |
| 2020 | Ford | F-450 XL Super Duty | Mechanics Truck | 1FD0W4HT0LEE26603 | $ 72,000.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT8LEE07481 | $ 37,800.00 |
|  |  |  |  |  |  |

| Year | Make | Model | Type | VIN | Value |
|---|---|---|---|---|---|
| 2021 | Isuzu | NQR | Dump Truck | JALE5J163M7901004 | $ 49,500.00 |
| 2021 | Isuzu | NQR | Dump Truck | JALE5J168M7901144 | $ 49,500.00 |
| 2020 | International | MV 607 | Dump Truck | 3HAEUMML4LL046004 | $ 67,500.00 |

| Year | Make | Model | Type | VIN | Value |
|---|---|---|---|---|---|
| 2015 | Dodge | Ram 1500 | Pickup Truck | 3C6JR6DM9FG687064 | $ 15,000.00 |
| 2017 | Ford | F-150 | Pickup Truck | 1FTEW1C89HKC30907 | $ 8,100.00 |
| 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9LEE07487 | $ 37,800.00 |
| 2012 | Peterbilt | 367 | Truck Tractor | 1XPTD40X7CD146722 | $ 31,050.00 |
| 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT2KED12663 | $ 36,000.00 |
| 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT0KED12662 | $ 36,000.00 |
| 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7KEE93680 | $ 36,000.00 |

| Year | Make | Model | Type | VIN | Value |
|---|---|---|---|---|---|
| 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXKEF03649 | $ 36,000.00 |
| Spray Rig 1 - 500gal | | Wylie | 500 Gallon water wagon | 16362 | $ 1,620.00 |
| 2021 | TrailKing | 18 Load Master | Equipment Trailer | 1TKC024203M112047 | $ 2,700.00 |
| 2005 | Vermeer | | Utility Trailer | 1VRN091J051003693 | $ 450.00 |
| 2018 | Karavan | 6 ft x 12 ft | Utility Trailer | 5KTVS1419JF547295 | $ 810.00 |
| 2018 | Fabform | BX612-7KR 6?X12? | Utility Trailer | 58XBD1225J1001118 | $ 4,050.00 |
| 2018 | Victory | 7'-14' | Van Trailer | 4RAVS1425KK068591 | $ 3,150.00 |
| 2018 | FELLING | FT14 | Equipment Trailer | 5FTBE1714J1004939 | $ 1,800.00 |
| 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004941 | $ 1,800.00 |
| 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1710J1001083 | $ 1,800.00 |
| 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004938 | $ 1,800.00 |
| 2020 | FELLING | FT14 | Equipment Trailer | 5FTBE1710L1002141 | $ 1,800.00 |
| 2020 | FELLING | FT14 | Equipment Trailer | 5FTCE1718L2002239 | $ 1,800.00 |
| 2019 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2723KA003965 | $ 11,250.00 |
| 2019 | Butler | LT-1214 | Equipment Trailer | 1b9df1224k2726155 | $ 1,125.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2624M1233227 | $ 10,800.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2224L1233006 | $ 10,800.00 |
| 2021 | Traileze Trailer | TE801-41 | Equipment Trailer | 1DASFCY23MP023204 | $ 5,850.00 |
| 2020 | Fabform | BX612-7KR 6?X14? | Utility Trailer | 58XBF1429L1000550 | $ 2,700.00 |
| 2020 | FabForm | BX612-7KR 6?X16? | Utility Trailer | 58XBF1624L1000551 | $ 3,150.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226L1233007 | $ 10,800.00 |
| 2020 | FELLING | LT-712 | Equipment Trailer | 1B9DF122XL2726211 | $ 2,700.00 |
| 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipmant Trailer | 4YMBU2020LR002287 | $ 2,025.00 |

| Year | Make | Model | Type | VIN | Value |
|---|---|---|---|---|---|
| 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipment Trailer | 4YMBU2024LR003457 | $ 2,025.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2220L1233004 | $ 10,800.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2626M1233228 | $ 10,800.00 |
| 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2629M1233188 | $ 10,800.00 |
| 2021 | FELLING | FT14 | Equipment Trailer | 5FTCE2025M1001906 | $ 4,050.00 |
| 1985 | Zeiman | 1185 | Equipment Trailer | 1ZCE29E24FZP12097 | $ 1,800.00 |
| 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226M1233316 | $ 10,800.00 |
| 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2220M1233313 | $ 10,800.00 |
| 2021 | Victory | 7'-14' | Van Trailer | 4RAVS1422NK082355 | $ 3,150.00 |
| 2021 | Towmaster | T-10DT | Equipment Trailer | 4KNBT2123ML161501 | $ 2,475.00 |
| 2022 | Summit Trailer | C5FB718TA3 | Equipment Trailer | 59KBU182XP1012043 | $ 2,925.00 |
| 2000 | Zeiman | 1185 | Equipment Trailer | 1ZCE33A27XZP21278 | $ 1,800.00 |
| 2011 | Eagle | 16' x 82" | Equipment Trailer | 184BU2020BC10182 | $ 1,125.00 |
| 2018 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2726JA003473 | $ 11,250.00 |
| 2004 | Butler | LT-1214 | Equipment Trailer | 1B9DR121842726153 | $ 1,125.00 |
| 2001 | Murray | 55 Ton | Lowboy Trailer | 1M9G4520X1A056145 | $ 61,200.00 |
| 2008 | Butler | LT-1014 | Equipment Trailer | 1B9DR142982726898 | $ 1,350.00 |
| 2014 | Chevrolet | Express Passenger | Van | 1GAZG1FG7E1194856 | $ 19,800.00 |
| 2000 | ACE | Semi | Walking Floor Trailer | 1A9236196Y0074099 | $ 4,500.00 |
| 2021 | Dorsey | 45' | Walking Floor Trailer | 5JYCW452XNEP23976 | $ 31,500.00 |