MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.  Chapter 11

    Debtor.

_____/

DECLARATION OF CINDY KINGSBOROUGH IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY BY AUCTION

    I, Cindy Kingsborough, declare that my husband and I are the sole shareholders of Kingsborough Atlas Tree Surgery, Inc, and that I am personally familiar with the statements in this declaration.

    When the Chapter 11 was filed, Debtor estimated the value of its titled/certificated trucks and trailers to be in the range of 1.5 to 2.0 million dollars. This total has been reduced by the assets that have been sold with court approval and the assets that were recovered and liquidated by First Financial Holdings. The remaining titled/certificated trucks and trailers are scheduled in Exhibit A.

    On July 21, 2025, an order was entered appointing Grafe Auction and Dudley Resources ("Grafe") as online auctioneer to evaluate and liquidate property of the estate. Grafe has agreed to market and sell various pieces of equipment on behalf of Debtor for a commission of 7.5 % of

1

the sale price, exclusive of sales tax. Grafe will also be paid by the purchasers of the equipment an industry-standard buyer's premium of 15%. At the conclusion of the auction sale, Grafe will also be paid $62,500 for pre-auction tag/catalog/photography and sale catalog creation, advertising and marketing and post-auction management for this sale as well as the sale of the non-titled assets.

There is to be a floor or minimum on equipment that is collateral for titled/certificated trucks and trailers that are subject to the security interests held by various lenders such that the secured lenders must be paid in full for the asset being sold unless the secured lender agrees to a different treatment.

The proceeds from the sale of the titled or certificated vehicles will be paid to Ford, and any other lender that is secured by titled or certificated vehicles, with the balance of the sale proceeds to be paid to Debtor.

There appears to be a significant amount of equity in the assets to be sold that will best be realized from an auction sale. I am of the opinion that if the unsecured creditors are to benefit from the sale of the titled/certificated trucks and trailers, the assets must be sold in an orderly manner as quickly as possible.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on August 15, 2025, at Santa Rosa, California.

/s/ *Cindy Kingsborough*

Cindy Kingsborough