MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No.  25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.               Chapter 11

    Debtor.

_____/            NOTICE OF MOTION FOR AUTHORITY
                                                    TO SELL PERSONAL PROPERTY BY
                                                    AUCTION  OPPORTUNITY FOR
                                                    HEARING

    Kingsborough Atlas Tree Surgery, Inc. ("Debtor") has filed a motion for authority to sell personal property by auction pursuant to 11 USC § 363(b).  The Motion seeks authority to sell by auction Debtor's titled/certificated trucks, trailers and other vehicles and from the proceeds pay the lenders that are secured by the assets to be sold, with the balance of the sale proceeds paid to the estate.  When the Chapter 11 was filed Debtor estimated the value of its titled/certificated trucks and trailers to be in the range of 1.5 to 2.0 million dollars. This total has been reduced by the assets that have been sold with court approval and the assets that were recovered and liquidated by First Financial Holdings.  A schedule of the assets to be sold is attached to the motion as Exhibit A and is available upon request.

    On July 21, 2025, an order was entered appointing Grafe Auction and Dudley Resources ("Grafe") as online auctioneer to evaluate and liquidate property of the estate. Grafe has agreed to

1

market and sell various pieces of equipment on behalf of Debtor for a commission of 7.5 % of the sale price, exclusive of sales tax. Grafe will also be paid by the purchasers of the equipment an industry-standard buyer's premium of 15%. At the conclusion of the auction sale, Grafe will also be paid $62,500 for pre-auction tag/catalog/photography and sale catalog creation, advertising and marketing and post-auction management. There is to be a floor or minimum on equipment that is collateral for titled/certificated trucks and trailers that are subject to the security interests held by various lenders such that the secured lenders must be paid in full for the asset being sold unless the secured lender agrees to a different treatment. Any party who would like to participate in the auction should contact Debtor's counsel for details of the sale.

## OPPORTUNITY FOR HEARING

Notice of the Sale is given pursuant to B.L.R. Section 9014-1(b)(3), which provides that unless otherwise ordered, a party in interest may, in certain situations, initiate a request for relief, without setting a hearing by giving notice that a request for relief governed by B.L.R. 9014-1(b)(3) shall be accompanied by a Notice and Opportunity for Hearing.

1. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

2. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

3. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default;

4. If there is a timely objection to the requested relief or a request for hearing, a hearing will be held on not less ten (10) days notice to the objecting in the in the courtroom of the Honorable William Lafferty, 1300 Clay Street, Room 220, Oakland, CA 94612. Parties may

participate in the hearing by video conference. The procedure for appearing by Tele/Video Conference can be found at www.canb.uscourts.gov.

Dated: August 15, 2025

/s/ *Michael C. Fallon*
Michael C. Fallon
Attorney for Debtor