MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
E: mcfallon@fallonlaw.net
E: fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery Inc.            Chapter 11

    Debtor.
_____/

CERTIFICATE OF SERVICE

I, Merla Anders, declare:

I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

On August 15, 2025, I served the Notice of Motion for Authority to Sell Personal Property by Auction, Motion for Authority to Sell Personal Property by Auction (w/Exhibit) and Declaration of Cindy Kingsborouch on the said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at Santa Rosa, California addressed as follows:

SEE ATTACHED MAILING MATRIX

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2025, at Santa Rosa, California.

                                                /s/ *Merla Anders*
                                                MERLA ANDERS

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 25-10088<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Fri Aug 15 08:57:08 PDT 2025 | Anvil Builders<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | Anvil Power<br>1550 Power Avenue<br>Emeryville, CA 94608 |
| Anvil Power<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | Benchmark Insurance Companies<br>P.O. Box 856583<br>Minneapolis, MN 55485-6563 | CCG<br>525 N. Tryon Street, Suite 1000<br>Charlotte, NC 28202-0210 |
| Community Tree Service LLC (Ace Tree Ent<br>466 Salinas Road<br>Watsonville, CA 95076 | Dept of Industrial Relations<br>P. O. Box 511283<br>Los Angeles, CA 90051-7838 | Eydent Insurance Services<br>P. O. Box 1905<br>Mount Pleasant, MI 48804-1905 |
| Jim Armstrong, Inc.<br>P. O. Box 1544<br>Twain Harte, CA 95383-1544 | NEBF-NEAP<br>P. O. Box 824510<br>Philadelphia, PA 19182-4510 | Northbay Petroleum<br>P. O. Box 511578<br>Los Angeles, CA 90051-8133 |
| (p)PMA COMPANIES<br>ATTN SUZANNA ELLEFSEN<br>380 SENTRY PARKWAY<br>BLUE BELL PA 19422-2328 | Ritchie Bros Auctioneers<br>5500 Co Rd 99W<br>Dunnigan, CA 95937 | Small Business Administration<br>P. O. Box 3918<br>Portland, OR 97208-3918 |
| Sonoma County Tax Collector<br>585 Fiscal Dr., #100F<br>Santa Rosa, CA 95403-2835 | Traffic Management, Inc.<br>Dept. La 24606<br>Pasadena, CA 91185-0001 | Verizon<br>P. O. Box 660108<br>Dallas, TX 75266-0108 |
| Vito Trucking LLC<br>1415 Sandpoint Drive<br>Ceres, CA 95307-7463 | Wilhelm LLC<br>2500 Daniels Bridge Road<br>Bldg. 200, Suite 1-D<br>Athens, GA 30606-6178 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PMAIC-PMA Companies
P. O. Box 824870
Philadelphia, PA 19182-4870

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19