MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
| Debtor. | NOTICE TO CLARIFY PERSONAL PROPERTY DEBTOR INTENDS TO SELL AT AUCTION |

Kingsborough Atlas Tree Surgery, Inc. ("Debtor") filed a motion for authority to sell personal property by auction pursuant to 11 USC § 363(b). The Motion seeks authority to sell by auction, Debtor's titled/certificated trucks, trailers and other vehicles and from the proceeds pay the lenders that are secured by the assets to be sold, with the balance of the sale proceeds paid to the estate. When the Chapter 11 was filed Debtor estimated the value of its titled/certificated trucks and trailers to be in the range of 1.5 to 2.0 million dollars. This total has been reduced by the assets that have been sold with the approval of court and the assets that were recovered and liquidated by First Financial Holdings. Attached to this Notice is a schedule of assets that were recovered and liquidated by First Financial Holdings that are ***not to be sold at auction by the Debtor***.

Dated: August 26, 2025           /s/ *Michael C. Fallon*
                                 Michael C. Fallon
                                 Attorney for Debtor

# EXHIBIT A

| Make | Model | VIN or Serial Number |
|---|---|---|
| Toyota | Tacoma | 3TMCZ5AN5MM373645 |
| Toyota | Tacoma | 3TYSZ5AN3MT012544 |
| Toyota | Tacoma | 3TMCZ5AN4MM390792 |
| Toyota | Tacoma | 3TMCZ5AN6MM396559 |
| Toyota | Tacoma | 3TMCZ5AN9MM403004 |
| Toyota | Tacoma | 3TMCZ5AN5MM403842 |
| Toyota | Tacoma | 3TMCZ5AN7MM405267 |
| Toyota | Tacoma | 3TMCZ5AN7LM294749 |
| Toyota | Tacoma | 3TMCZ5AN1NM455034 |
| Toyota | Tacoma | 3TMCZ5AN1NM453235 |
| Toyota | Tacoma | 3TMCZ5AN8NM477113 |
| Toyota | Tacoma | 3TYSZ5AN6NT077180 |
| Subaru | Crosstrek | JF2GTAPC7M8267074 |
| Subaru | Crosstrek | JF2GTHNC3N8260717 |
| Subaru | Outback | 4S4BTANC3N3226866 |
| International | MV607 | 3HAEUMML9PL195871 |
| International | MV607 | 3HAEUMML9PL209347 |
| Bandit | 12XPC | 4FMUS1614PR525111 |
| Bandit | 12XPC | 4FMUS1619PR525668 |
| Bandit | 12XPC | 4FMUS1610PR525669 |
| Bandit | 12XPC | 4FMUS1619PR525671 |
| Bandit | 12XPC | 4FMUS1610PR525672 |
| Bandit | 12XPC | 4FMUS1615PR525666 |
| Bandit | 12XPC | 4FMUS1619PR525511 |
| Bandit | 12XPC | 4FMUS1610PR525512 |

| Bandit | 12XPC | 4FMUS1613PR525519 |
|---|---|---|
| Bandit | 12XPC | 4FMUS161XPR525520 |
| Bandit | 12XPC | 4FMUS1617PR525510 |
| Bandit | 12XPC | 4FMUS1617PR525670 |
| Bandit | 12XPC | 4FMUS1611PR525521 |
| Bandit | 12XPC | 4FMUS161XPR525517 |
| Bandit | 12XPC | 4FMUS1611PR525518 |
| Bandit | 12XPC | 4FMUS1615PR524842 |
| Bandit | 12XPC | 4FMUS1610PR525025 |
| Bandit | 12XPC | 4FMUS1616PR525028 |
| Bandit | 12XPC | 4FMUS1617PR524891 |
| Bandit | 12XPC | 4FMUS1611PR524840 |