MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
E: mcfallon@fallonlaw.net
E: fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery Inc.                Chapter 11

    Debtor.
_____/

CERTIFICATE OF SERVICE

I, Merla Anders, declare:

I am a citizen of the United States and resident of Sonoma County, California, I am over the age of eighteen and not a party to the within entitled action; my business address is 100 E Street, Suite 219, Santa Rosa, California 95404.

On August 26, 2025, I served the Notice to Clarify Personal Property Debtor Intends to Sell at Auction on the said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid in the United States mail at Santa Rosa, California addressed as follows:

SEE ATTACHED MAILING MATRIX

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2025, at Santa Rosa, California.

                                          /s/ *Merla Anders*
                                          MERLA ANDERS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 25-10088<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Tue Aug 26 12:42:09 PDT 2025 | Ace Enterprise Inc.<br>1665 Goulart Ranch ARoad<br>Newcastle, CA 95658-9777 | Ally Bank<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>P.O. Box 733203<br>Dallas, TX 75373-3203 | Anvil Builders<br>c/o Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 |
| Anvil Builders<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 | (p)ANVIL BUILDERS INC<br>ATTN RICHARD JOSEPH LEIDER<br>1550 PARK AVENUE<br>EMERYVILLE CA 94608-3502 | Anvil Power<br>1550 Park Avenue<br>Emeryville, CA 94608-3502 |
| Anvil Power<br>1550 Power Avenue<br>Emeryville, CA 94608 | Arborhawk, In.<br>2932 Ingalls Street<br>San Francisco, CA 94124-3640 | Areg A. Sarkissian, Esq,<br>Sarkissian Law Group<br>6345 Balboa Blvd., Suite #114<br>Encino, CA 91316-1517 |
| Bailey's Inc.<br>1210 Commerce Avenue, Suite B<br>Woodland, CA 95776-5927 | Benchmark Insurance Companies<br>P.O. Box 856583<br>Minneapolis, MN 55485-6563 | Buchanan Ingersoll Rooney<br>One America Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CARB/PERP<br>P. O. Box 22038<br>Sacramento, CA 95822-0038 |
| CCG<br>525 N. Tryon Street, Suite 1000<br>Charlotte, NC 28202-0210 | CalTrees Inc.<br>P. O. Box 310<br>Oakhurst, CA 93644-0310 | California Labor Commissioner<br>455 Golden Gate Ave, 9th Floor (Ste 9628<br>San Francisco, CA 94102-3660 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Celtic Bank<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111-5314 | City Rise<br>686 E. Lockeford Street<br>Lodi, CA 95240-0712 |
| City and County of San Francisco Tax Collect<br>P.O. Box 7027<br>SAN FRANCISCO, CA 94120-7027 | Commercial Credit Group Inc.<br>c/o Gabriel P. Herrera<br>Kronick Moskovitz Tiedemann & Girard<br>1331 Garden Hwy, 2nd Floor<br>Sacramento, CA 95833-9774 | Commercial Credit Group Inc.<br>c/o KMTG<br>1331 Garden Hwy, 2nd Floor<br>Sacramento, CA 95833-9755 |
| Community Tree Service LLC (Ace Tree Ent<br>466 Salinas Road<br>Watsonville, CA 95076 | D. Law, Inc.<br>David Yeremian/David Arkelyan<br>450 N. Brand Blvd., Suite 840<br>Glendale, CA 91203-2920 | DMV<br>P.O. Box 942894<br>Sacramento, CA 94294-0001 |

| | | |
|---|---|---|
| Dave Gevas Heavy Transport<br>P. O. Box 757<br>Healdsburg, CA 95448-0757 | Dept of Industrial Relations<br>P. O. Box 511283<br>Los Angeles, CA 90051-7838 | Dept. of Industrial Relations<br>Office of the DIrector - Legal Unit<br>P. O. Box 420603<br>San Francisco, CA 94142-0603 |
| Deuces Trucking<br>P. O. Box 279<br>Hercules, CA 94547 | Diesel Truck and Fleet Services<br>c/o Herbert RA. Kraft SBN 345141<br>1500 Rosecrans Avenue, Suite 500<br>Manhattan Beach, CA 90266-3771 | Donahoo, Inc.<br>6901 Hwy 20<br>Ukiah, CA 95482-9259 |
| EDD<br>P.O. Box 426879<br>San Francisco, CA 94142-6879 | EF Recovery<br>P. O. Box 1582<br>Port Orchard, WA 98366-0140 | Elias Diaz<br>c/o D. Law Inc.<br>450 N. Brand Blvd., Suite 840<br>Glendale, CA 91203-2920 |
| Erin O'Connor<br>c/o D. Law Inc.<br>450 N. Brand Blvd., Suite 840<br>Glendale, CA 91203-2920 | Everest Reinsurance Company<br>Attn:Anthony Managaniello<br>Warren Corporate Center<br>100 Everest Way<br>Warren NJ 07059-5195 | Eydent Insurance Services<br>P. O. Box 1905<br>Mount Pleasant, MI 48804-1905 |
| Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St. #219<br>Santa Rosa, CA 95404-4606 | First Financial Holdings LLC<br>750 The CIty Drive S., Suite 300<br>Orange, CA 92868-6905 | First FinancialFirst Financial Holdings,<br>750 The City Drive S., Suite 300<br>Orange, CA 92868-6905 |
| Ford Motor<br>P. O. Box 552679<br>Detroit, MI 48255-2679 | Ford Motor Credit Company LLC<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 | Ford Motor Credit Company LLC<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Alan W Forsley<br>FLP Law Group LLP<br>1875 Century Park East<br>Suite 2230<br>Los Angeles, CA 90067-2522 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 |
| G&G Heavy Equipment Rental<br>P. O. Box 1386<br>Healdsburg, CA 95448-1386 | Gaba Law<br>8583 Irvine Center Dr Ste 500<br>Irvine, CA 92618-4298 | George Hills<br>P. O. Box 278<br>Rancho Cordova, CA 95741-0278 |
| Greg A. Sarkissian, Esq,<br>Sarkissian Law Group<br>6345 Balboa Blvd., Suite #114<br>Encino, CA 91316-1517 | Gregory & Associates<br>4641 Post Street #5456<br>El Dorado Hills, CA 95762-3019 | Hartill Heavy Hail Inc.<br>P. O. Box 762<br>Arbuckle, CA 95912-0762 |
| Gabriel P Herrera<br>Kronick Moskovitz Tiedemann & Girard<br>1331 Garden Highway<br>2nd Floor<br>Sacramento, CA 95833-9774 | James C. Huber<br>Global Legal Law Firm<br>322 Encinitas Blvd<br>Ste 200<br>Encinitas, CA 92024-3780 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jim Armstrong, Inc.<br>P. O. Box 1544<br>Twain Harte, CA 95383-1544 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Jonathan Teperson<br>PO Box 890123<br>Temecula, CA 92589-0123 | Kingsborough Atlas Tree Surgery Inc.<br>1544 Ludwig Avenue<br>Santa Rosa, CA 95407-7357 | Fred P. Klemenok<br>Fred Klemenok, CPA<br>5510 Volkerts Road<br>Sebastapol, CA 95472-5938 |
| Laborers Trust Fund<br>Attorey Ronald Richman<br>101 Montgomery Street, Suite #2600<br>San Francisco, CA 94104-4146 | Paul Gregory Leahy<br>Office of the United States Trustee<br>280 South First Street<br>Room 268<br>San Jose, CA 95113-3000 | Mark F. Magnozzi<br>THE MAGNOZZI LAW FIRM PC<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 |
| McSherry & HUdson<br>P. O. Box 2690<br>Watsonville, CA 95077-2690 | Miguel Bazan<br>c/o D. Law Inc.<br>450 N. Brand Blvd., Suite 840<br>Glendale, CA 91203-2920 | Matthew P. Minser<br>Saltzman and Johnson Law Corp.<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521 |
| Mitsubishi HC Capital America, Inc.<br>Global Legal Law Firm<br>322 Encinitas Blvd<br>Ste 200<br>Encinitas, CA 92024-3780 | Mitsubishi HC Capital America, Inc.<br>c/o Mark F. Magnozzi<br>The Magnozzi Law Firm, PC<br>Mark F. Magnozzi, The Magnozzi Law Firm,<br>Huntington, NY 11743 | Mitsubitshi-Hitachi Capital American Cor<br>21925 Network Place<br>Chicago, IL 60673-1219 |
| NEBF-NEAP<br>P. O. Box 824510<br>Philadelphia, PA 19182-4510 | National Electrical Annuity Plan<br>900 7th St NW<br>Suite 1020<br>Washington, DC 20001-3888 | National Electrical Benefit Fund<br>900 7th St NW<br>Suite 1020<br>Washington, DC 20001-3888 |
| Nicholas Nociforo<br>c/o Sarkissian Law Group<br>6345 Balboa Blvd., Suite 114<br>Encino, CA 91316-1517 | Northbay Petroleum<br>P. O. Box 511578<br>Los Angeles, CA 90051-8133 | Nova Casualty Company<br>c/o Gaba Law<br>8583 Irvine Center Drive, Suite 500<br>Irvine, CA 92618-4298 |
| Nova Casualty Company<br>8583 Irvine Center Dr<br>500<br>8583 Irvine Center Dr, 500<br>Irvine, CA 92618-4298 | Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | Operating Engineers Health<br>and Welfare Trust Fund et al.<br>5100-B1 Clayton Road, Ste 373<br>Concord CA 94521 |
| Operating Engineers Health and Welfare Trus<br>c/o Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | (p)PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 |
| (p)PMA COMPANIES<br>ATTN SUZANNA ELLEFSEN<br>380 SENTRY PARKWAY<br>BLUE BELL PA 19422-2328 | (p)PAYCOM PAYROLL LLC<br>ATTN LEGAL DEPARTMENT<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY OK 73142-1404 | Pension Plan for Pension Trust Fund for Oper<br>5100-B1 Clayton Rd. Ste. 373<br>Concord, CA 94521 |

| | | |
|---|---|---|
| Peterson Cat/Caterpillar Financial Comm.<br>P. O. Box 735638<br>Dallas, TX 75373-5638 | Plumas Bank<br>P. O. Box 588<br>Chester, CA 96020-0588 | Teresa L Polk<br>SMTD Law LLP<br>17901 Von Karman Ave, Suite 500<br>Irvine, CA 92614-5218 |
| Jack Praetzellis<br>Fox Rothschild LLP<br>345 California St. #2200<br>San Francisco, CA 94104-2670 | R&A Tire Service<br>387 Pollard Way<br>Windsor, CA 95492 | Rich and Cindy Kingsborough<br>1040 Bluie Oak Place<br>Santa Rosa, CA 95404-2086 |
| Ritchie Bros Auctioneers<br>5500 Co Rd 99W<br>Dunnigan, CA 95937 | Sapere Environmental<br>5616 Gery Blvd., Suite 211<br>San Francisco, CA 94121-2253 | Kristin A. Schuler-Hintz<br>McCarthy and Holthus<br>2763 Camino Del Rio South<br>San Diego, CA 92108-3708 |
| Sean W McDonald<br>Weinberg, Roger & Rosenfeld<br>3199 E Warm Springs Rd Ste 400<br>Las Vegaw, NV 89120-3150 | Small Business Administration<br>P. O. Box 3918<br>Portland, OR 97208-3918 | Smith Dollar PC<br>418 B Street, Fourth Floor<br>Santa Rosa, CA 95401-8508 |
| Sonja Sonnenburg<br>455 Golden Gate Ave, 9th Fl (Ste 9628)<br>San Francisco, CA 94102-3660 | Sonoma County Tax Collector<br>585 Fiscal Drive, Suite 100<br>Santa Rosa, CA 95403-2835 | Sonoma County Tax Collector<br>585 Fiscal Dr., #100F<br>Santa Rosa, CA 95403-2835 |
| Statewide Traffic Safety & Signs Inc.<br>P. O. Box 31001-2620<br>Pasadena, CA 91110-2620 | Statewide Traffic Safety & Signs, Inc.<br>P.O. Box 36963<br>Canton, OH 44735-6963 | Michael A. Sweet<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 |
| TDE Equipment Inc.<br>150 Decanter Circle<br>Windsor, CA 95492-6654 | TTCP Express<br>4298 Larma Lane<br>Cincinnati, OH 45245-1811 | Tenna LLC<br>P. O. Box 855856<br>Minneapolis, MN 55485-5856 |
| Philip J. Terry<br>Carle, Mackie, Power and Ross LLP<br>100 B St. #400<br>Santa Rosa, CA 95401-6376 | Phillip Terry<br>Carle Mackie Power Ross LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 | The Boards of Trustees of the Laborers Trust<br>c/o Sean W McDonald<br>Weinberg, Roger & Rosenfeld<br>3199 E Warm Springs Rd Ste 400<br>Las Vegas, NV 89120-3150 |
| The Prince Firm<br>208 E Street<br>Santa Rosa, CA 95404-4426 | Noah Thomas<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670 | Traffic Control Pros, Inc.<br>P. O Box 5127<br>Concord, CA 94524-0127 |
| Traffic Management, Inc.<br>4900 Airport Plaza Drive, Suite 300<br>Long Beach, CA 90815-1375 | Traffic Management, Inc.<br>Dept. La 24606<br>Pasadena, CA 91185-0001 | True IT LLC<br>1500 4th Street<br>Santa Rosa, CA 95404-4018 |

| | | |
|---|---|---|
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | U.S. Bank National Association Bankruptcy De<br>2800 Tamarack Road<br>Owensboro, Kentucky 42301-6566 |
| U.S. Small Business Administration<br>Attn: District Counsel<br>455 Market St, Suite 600<br>San Francisco, CA 94105-5472 | US Bank<br>P. O. Box 790448<br>Saint Louis, MO 63179-0448 | United Legal Group<br>PO Box 890123<br>Temecula, CA 92589-0123 |
| Verizon<br>P. O. Box 660108<br>Dallas, TX 75266-0108 | Verizon Cellular<br>P. O. Box 660108<br>Dallas, TX 75266-0108 | Verizon Connect<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Vito Trucking LLC<br>1415 Sandpoint Drive<br>Ceres, CA 95307-7463 | Volcano Creek Trucking<br>23850 Foresthill Road<br>Foresthill, CA 95631-9260 | Wilhelm LLC<br>2500 Daniels Bridge Road<br>Bldg. 200, Suite 1-D<br>Athens, GA 30606-6178 |
| (p)MCCARTHY & HOLTHUS LLP<br>2763 CAMINO DEL RIO S SUITE 100<br>SAN DIEGO CA 92108-3708 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Anvil Builders Inc..<br>1550 Park Avenue<br>Emeryville, CA 94608 | (d)Anvil Builders, Inc.<br>c/o Richard J. Leider<br>1550 Park Avenue<br>Emeryville, CA 94608 | Caterpillar Financial<br>2120 West End Avenue<br>Nashville, TN 37203 |
| John Deere Construction & Forestry Company<br>PO Box 6600<br>Johnston, IA 50131 | (d)John Deere Financial<br>6400 NW 86th Street<br>Johnston, IA 50131 | PG&E<br>PO BOX 8329<br>C/O BANKRUPTCY<br>STOCKTON, CA 95208 |
| PMAIC-PMA Companies<br>P. O. Box 824870<br>Philadelphia, PA 19182-4870 | Paycom Payroll, LLC<br>7501 W. Memorial Road<br>Oklahoma City, OK 73142 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |
| U.S. Bank National Association<br>Bankruptcy Department<br>2800 Tamarack Road<br>Owensboro, Kentucky 42301 | Jennifer C. Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Anvil Power Inc.<br>1550 Power Avenue<br>Emeryville, CA 94608 | (u)Courtesy NEF |
| (u)Everest Reinsurance Company | (u)First Financial Holdings, LLC | (d)First Financial Holdings, LLC<br>750 The City Drive S., Suite 300<br>Orange, CA 92868-6905 |
| (u)Grafe Auction and Dudley Resources | (u)Not Assigned - SR | (d)PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| (d)Volcano Creek Trucking, Inc.<br>23850 Foresthill Rd<br>Foresthill, CA 95631-9260 | End of Label Matrix<br>Mailable recipients   132<br>Bypassed recipients    10<br>Total                 142 | |