Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
    fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 25-10088 WJL |
| Kingsborough Atlas Tree Surgery, Inc. | Chapter 11 |
| Debtor. _____/ | Date: November 4, 2025<br>Time: 9:30 am<br>Ctrm: U.S. Bankruptcy Court, Room 220<br>Oakland, California 94612<br>or by Zoom |

STATUS CONFERENCE STATEMENT

Debtor has been authorized to sell its titled/certificated vehicles, trailers and equipment by auction. A certificate of no objection to Debtor's motion for authority to sell its remaining assets, the non-titled/certificated equipment, was filed on Thursday, October 30, 2025, and an order uploaded.

The auctioneer has reported that 10 vehicles have been sold at a gross sale price of $272,000 from which Ford is to be paid an estimated $154,256.60, with approximately $117,943 to be paid to the Debtor. Two more vehicles are in the que that will generate a gross of $84,000 that will pay secured lenders an estimated $26,675.13 with approximately $57,300 going to the Debtor. Also in the que, awaiting the order authorizing sale, are equipment sales that will generate $666,000 that is to be paid to commercial credit group.

Debtor is expecting an insurance payment of $26,405, after paying the lien holder, from a truck that had been in an accident and deemed a total loss.

The Debtor and Anvil Builders have spent considerable time with Judge Montali both in

person in San Francisco and in Zoom conferences to mediate the pending litigation. Judge Montali expects a further response from the Debtor on Tuesday, November 4, 2025.

Dated: October 31, 2025

Respectfully submitted,

/s/ *Michael C. Fallon*

_____
Michael C. Fallon
Attorney for Debtor