Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
   fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.                    Chapter 11

        Debtor.                                          Date: December 17, 2025
_____/                       Time: 10:30 am
                                                         Ctrm: U.S. Bankruptcy Court, Room 220
                                                               Oakland, California 94612
                                                               or by Zoom

DECLARATION OF CINDY KINGSBOROUGH
IN SUPPORT OF DEBTOR'S MOTION FOR
APPOINTMENT OF CHAPTER 11 TRUSTEE

        I, Cindy Kingsborough, declare that I, together with my husband, Richard Kingsborough, are the sole shareholders of Kingsborough Atlas Tree Surgery, Inc. ("Debtor"), that I have personal knowledge of the matters herein, and if called as a witness in these proceedings I could and would testify as follows.

        In June of 2023 Debtor entered an Asset Purchase Agreement (APA) with Anvil Builders. Anvil was to purchase up to $30 Million dollars of Debtor's equipment, share profits and join forces to work together as "One Team, One Direction". After just 30 days into the agreement, it was clear that Anvil and the Debtor's future together was not going to go well. Anvil refused to give the Debtor money for the equipment and has not paid rent for the equipment that was used by Anvil during the two years prior to the commencement of the Chapter 11.

        Prior to the filing of the Chapter 11, Debtor filed suit in the Sonoma County Superior

Court to recover its damages for what Debtor has alleged, among other things, Anvil's breach of the APA. The Superior Court action was removed to this court and, by agreement, subsequently remanded to the Superior Court.

During the Chapter 11, Debtor has sold equipment, paid the claims of secured creditors, and brought the surplus sale proceeds into the estate. Debtor obtained authorization to retain an auctioneer to sell the remainder of Debtor's equipment and orders were entered approving the sale of the equipment at auction. Debtor is awaiting a report of the auction sales.

Debtor participated in an unsuccessful mediation with Honorable Dennis Montali in an effort to resolve the litigation against Anvil; Judge Montali closed the mediation on Thursday, November 13, 2025. My husband and I have determined it is in the best interest of creditors to have an independent trustee oversee the final liquidation of assets and to assess the claims made by the Debtor against Anvil.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed by me on November 14, 2025, at Santa Rosa, California.

*/s/ Cindy Kingsborough*
Cindy Kingsborough