Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
   fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                      Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.                       Chapter 11

        Debtor.                                             Date: December 17, 2025
_____/                         Time: 10:30 am
                                                            Ctrm: U.S. Bankruptcy Court, Room 220
                                                                  Oakland, California 94612
                                                                  or by Zoom

NOTICE OF DEBTOR'S MOTION FOR
APPOINTMENT OF CHAPTER 11 TRUSTEE

       Kingsborough Atlas Tree Surgery, Inc. ("Debtor") has filed a motion for an order
appointing a Chapter 11 trustee pursuant to 11 USC § 1104(a)(2), FRBP Rules 2007.1, and
9014. The principals of the debtor, Richard and Cindy Kingsborough, who are themselves
debtors in chapter 11, have determined it is in the best interest of creditors to have an
independent trustee oversee the final liquidation of assets and to assess the claims made by the
Debtor against Anvil Builders and related entities. There will be a hearing to consider the
motion and the objections thereto at 10:30 am on December 17, 2025, in the courtroom of the
Honorable William Lafferty, 1300 Clay Street, Room 220, Oakland, CA 94612. Parties may
participate in the hearing by video conference. The procedure for appearing by Tele/Video
Conference can be found at www.canb.uscourts.gov.

Dated: November 14, 2025                        /s/ *Michael C. Fallon*
                                                Michael C. Fallon
                                                Attorney for Debtor

Case: 25-10088   Doc# 313   Filed: 11/14/25   Entered: 11/14/25 10:22:31   Page 1 of 1