MICHAEL C. FALLON, SBN 088313
MICHAEL C. FALLON, JR., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
E: mcfallon@fallonlaw.net
E: fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery Inc.          Chapter 11

        Debtor.
_____/

CERTIFICATE OF SERVICE

        I, Merla Anders, declare:

        I am a citizen of the United States and resident of Sonoma County, California, I am over
the age of eighteen and not a party to the within entitled action; my business address is 100 E
Street, Suite 219, Santa Rosa, California 95404.

        On November 14, 2025, I served the NOTICE OF DEBTOR'S MOTION FOR
APPOINTMENT OF CHAPTER 11 TRUSTEE, MOTION FOR APPOINTMENT OF
CHAPTER 11 TRUSTEE AND DECLARATION on the said action by placing a true copy
thereof, enclosed in  a sealed envelope, with postage thereon fully prepaid in the United States
mail at Santa Rosa, California and/or via email addressed as follows:

SEE ATTACHED LIST

        I declare under penalty of perjury that the foregoing is true and correct.  Executed on
November 14, 2025,  at Santa Rosa, California.

                                        /s/ *Merla Anders*
                                        MERLA ANDERS

1

Label Matrix for local noticing
0971-1
Case 25-10088
California Northern Bankruptcy Court
Santa Rosa
Fri Nov 14 08:55:52 PST 2025

Ally Bank
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Anvil Builders
c/o Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670

Commercial Credit Group Inc.
c/o Gabriel P. Herrera
Kronick Moskovitz Tiedemann & Girard
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833-9774

Ford Motor Credit Company LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108-3708

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Kingsborough Atlas Tree Surgery Inc.
1544 Ludwig Avenue
Santa Rosa, CA 95407-7357

Mitsubishi HC Capital America, Inc.
Global Legal Law Firm
322 Encinitas Blvd
Ste 200
Encinitas, CA 92024-3780

Operating Engineers Health  and Welfare Trus
c/o Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Suite 373
Concord, CA 94521

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Rich and Cindy Kingsborough
1040 Bluie Oak Place
Santa Rosa, CA 95404-2086

Sonoma County Tax Collector
585 Fiscal Drive, Suite 100
Santa Rosa, CA 95403-2835

U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612-1426

Ace Enterprise Inc.
1665 Goulart Ranch ARoad
Newcastle, CA 95658-9777

Ally Financial
P.O. Box 733203
Dallas, TX 75373-3203

Anvil Builders
1550 Park Avenue
Emeryville, CA 94608-3502

(p)ANVIL BUILDERS INC
ATTN RICHARD JOSEPH LEIDER
1550 PARK AVENUE
EMERYVILLE CA 94608-3502

Anvil Power
1550 Park Avenue
Emeryville, CA 94608-3502

Anvil Power
1550 Power Avenue
Emeryville, CA 94608

Arborhawk, In.
2932 Ingalls Street
San Francisco, CA 94124-3640

Areg A. Sarkissian, Esq,
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316-1517

Bailey's Inc.
1210 Commerce Avenue, Suite B
Woodland, CA 95776-5927

Benchmark Insurance Companies
P.O. Box 856583
Minneapolis, MN 55485-6563

Buchanan Ingersoll Rooney
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3387

CARB/PERP
P. O. Box 22038
Sacramento, CA 95822-0038

CCG
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202-0210

CalTrees Inc.
P. O. Box 310
Oakhurst, CA 93644-0310

California Labor Commissioner
455 Golden Gate Ave, 9th Floor (Ste 9628
San Francisco, CA 94102-3660

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111-5314

City Rise
686 E. Lockeford Street
Lodi, CA 95240-0712

City and County of San Francisco Tax Collect
P.O. Box 7027
SAN FRANCISCO, CA 94120-7027

Commercial Credit Group Inc.
c/o KMTG
1331 Garden Hwy, 2nd Floor
Sacramento, CA 95833-9755

Community Tree Service LLC (Ace Tree Ent
466 Salinas Road
Watsonville, CA 95076

D. Law, Inc.
David Yeremian/David Arkelyan
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

DMV
P.O. Box 942894
Sacramento, CA 94294-0001

Dave Gevas Heavy Transport
P. O. Box 757
Healdsburg, CA 95448-0757

Dept of Industrial Relations
P. O. Box 511283
Los Angeles, CA 90051-7838

Dept. of Industrial Relations
Office of the DIrector - Legal Unit
P. O. Box 420603
San Francisco, CA 94142-0603

Deuces Trucking
P. O. Box 279
Hercules, CA 94547

Diesel Truck and Fleet Services
c/o Herbert RA. Kraft SBN 345141
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266-3771

Donahoo, Inc.
6901 Hwy 20
Ukiah, CA 95482-9259

EDD
P.O. Box 426879
San Francisco, CA 94142-6879

EF Recovery
P. O. Box 1582
Port Orchard, WA 98366-0140

Elias Diaz
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Erin O'Connor
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Everest Reinsurance Company
Attn:Anthony Managaniello
Warren Corporate Center
100 Everest Way
Warren NJ 07059-5195

Eydent Insurance Services
P. O. Box 1905
Mount Pleasant, MI 48804-1905

First Financial Holdings LLC
750 The CIty Drive S., Suite 300
Orange, CA 92868-6905

First FinancialFirst Financial Holdings,
750 The City Drive S., Suite 300
Orange, CA 92868-6905

Ford Motor
P. O. Box 552679
Detroit, MI 48255-2679

Ford Motor Credit Company LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

G&G Heavy Equipment Rental
P. O. Box 1386
Healdsburg, CA 95448-1386

Gaba Law
8583 Irvine Center Dr Ste 500
Irvine, CA 92618-4298

George Hills
P. O. Box 278
Rancho Cordova, CA 95741-0278

Greg A. Sarkissian, Esq,
Sarkissian Law Group
6345 Balboa Blvd., Suite #114
Encino, CA 91316-1517

Gregory & Associates
4641 Post Street #5456
El Dorado Hills, CA 95762-3019

Hartill Heavy Hail Inc.
P. O. Box 762
Arbuckle, CA 95912-0762

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jim Armstrong, Inc.
P. O. Box 1544
Twain Harte, CA 95383-1544

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Jonathan Teperson
PO Box 890123
Temecula, CA 92589-0123

Laborers Trust Fund
Attorey Ronald Richman
101 Montgomery Street, Suite #2600
San Francisco, CA 94104-4146

Mark F. Magnozzi
THE MAGNOZZI LAW FIRM PC
23 Green Street, Suite 302
Huntington, NY 11743-3336

McSherry & HUdson
P. O. Box 2690
Watsonville, CA 95077-2690

Miguel Bazan
c/o D. Law Inc.
450 N. Brand Blvd., Suite 840
Glendale, CA 91203-2920

Mitsubishi HC Capital America, Inc.
c/o Mark F. Magnozzi
The Magnozzi Law Firm, PC
Mark F. Magnozzi, The Magnozzi Law Firm,
Huntington, NY 11743

Mitsubitshi-Hitachi Capital American Cor
21925 Network Place
Chicago, IL 60673-1219

NEBF-NEAP
P. O. Box 824510
Philadelphia, PA 19182-4510

National Electrical Annuity Plan
900 7th St NW
Suite 1020
Washington, DC 20001-3888

National Electrical Benefit Fund
900 7th St NW
Suite 1020
Washington, DC 20001-3888

Nicholas Nociforo
c/o Sarkissian Law Group
6345 Balboa Blvd., Suite 114
Encino, CA 91316-1517

Northbay Petroleum
P. O. Box 511578
Los Angeles, CA 90051-8133

Nova Casualty  Company
c/o Gaba Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618-4298

Nova Casualty Company
8583 Irvine Center Dr
500
8583 Irvine Center Dr, 500
Irvine, CA 92618-4298

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3661

Operating Engineers Health
and Welfare Trust Fund et al.
5100-B1 Clayton Road, Ste 373
Concord CA 94521

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

(p)PMA COMPANIES
ATTN SUZANNA ELLEFSEN
380 SENTRY PARKWAY
BLUE BELL PA 19422-2328

(p)PAYCOM PAYROLL LLC
ATTN LEGAL DEPARTMENT
7501 W MEMORIAL RD
OKLAHOMA CITY OK 73142-1404

Pension Plan for Pension Trust Fund for Oper
5100-B1 Clayton Rd. Ste. 373
Concord, CA 94521

Peterson Cat/Caterpillar Financial Comm.
P. O. Box 735638
Dallas, TX 75373-5638

Plumas Bank
P. O. Box 588
Chester, CA 96020-0588

R&A Tire Service
387 Pollard Way
Windsor, CA 95492

Ritchie Bros Auctioneers
5500 Co Rd 99W
Dunnigan, CA 95937

Sapere Environmental
5616 Gery Blvd., Suite 211
San Francisco, CA 94121-2253

Sean W McDonald
Weinberg, Roger & Rosenfeld
3199 E Warm Springs Rd Ste 400
Las Vegaw, NV 89120-3150

Small Business Administration
P. O. Box 3918
Portland, OR 97208-3918

Smith Dollar PC
418 B Street, Fourth Floor
Santa Rosa, CA 95401-8508

Sonja Sonnenburg
455 Golden Gate Ave, 9th Fl (Ste 9628)
San Francisco, CA 94102-3660

Sonoma County Tax Collector
585 Fiscal Dr., #100F
Santa Rosa, CA 95403-2835

Statewide Traffic Safety & Signs Inc.
P. O. Box 31001-2620
Pasadena, CA 91110-2620

Statewide Traffic Safety & Signs, Inc.
P.O. Box 36963
Canton, OH 44735-6963

TDE Equipment Inc.
150 Decanter Circle
Windsor, CA 95492-6654

TTCP Express
4298 Larma Lane
Cincinnati, OH 45245-1811

Tenna LLC
P. O. Box 855856
Minneapolis, MN 55485-5856

The Boards of Trustees of the Laborers Trust
c/o Sean W McDonald
Weinberg, Roger & Rosenfeld
3199 E Warm Springs Rd Ste 400
Las Vegas, NV 89120-3150

The Prince Firm
208 E Street
Santa Rosa, CA 95404-4426

Traffic Control Pros, Inc.
P. O Box 5127
Concord, CA 94524-0127

Traffic Management, Inc.
4900 Airport Plaza Drive, Suite 300
Long Beach, CA 90815-1375

Traffic Management, Inc.
Dept. La 24606
Pasadena, CA 91185-0001

True IT LLC
1500 4th Street
Santa Rosa, CA 95404-4018

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

U.S. Bank National Association Bankruptcy De
2800 Tamarack Road
Owensboro, Kentucky 42301-6566

U.S. Small Business Administration
Attn: District Counsel
455 Market St, Suite 600
San Francisco, CA 94105-5472

US Bank
P. O. Box 790448
Saint Louis, MO 63179-0448

United Legal Group
PO Box 890123
Temecula, CA 92589-0123

Verizon
P. O. Box 660108
Dallas, TX 75266-0108

Verizon Cellular
P. O. Box 660108
Dallas, TX 75266-0108

Verizon Connect
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Vito Trucking LLC
1415 Sandpoint Drive
Ceres, CA 95307-7463

Volcano Creek Trucking
23850 Foresthill Road
Foresthill, CA 95631-9260

Wilhelm LLC
2500 Daniels Bridge Road
Bldg. 200, Suite 1-D
Athens, GA 30606-6178

Fred P. Klemenok
Fred Klemenok, CPA
5510 Volkerts Road
Sebastapol, CA 95472-5938

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E St. #219
Santa Rosa, CA 95404-4606

Philip J. Terry
Carle, Mackie, Power and Ross LLP
520 Third Street, Suite 500
Santa Rosa, CA 95401-6414

Phillip Terry
Carle Mackie Power Ross LLP
100 B Street, Suite 400
Santa Rosa, CA 95401-6376

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Anvil Builders Inc.. <br> 1550 Park Avenue <br> Emeryville, CA 94608 | (d)Anvil Builders, Inc. <br> c/o Richard J. Leider <br> 1550 Park Avenue <br> Emeryville, CA 94608 | Caterpillar Financial <br> 2120 West End Avenue <br> Nashville, TN 37203 |
| John Deere Construction & Forestry Company <br> PO Box 6600 <br> Johnston, IA 50131 | (d)John Deere Financial <br> 6400 NW 86th Street <br> Johnston, IA 50131 | PG&E <br> PO BOX 8329 <br> C/O BANKRUPTCY <br> STOCKTON, CA 95208 |
| PMAIC-PMA Companies <br> P. O. Box 824870 <br> Philadelphia, PA 19182-4870 | Paycom Payroll, LLC <br> 7501 W. Memorial Road <br> Oklahoma City, OK 73142 | U.S. Bank National Association <br> Bankruptcy Department <br> 2800 Tamarack Road <br> Owensboro, Kentucky 42301 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Everest Reinsurance Company | (u)First Financial Holdings, LLC |
| (u)Grafe Auction and Dudley Resources | (u)Not Assigned - SR | (d)Ally Bank c/o AIS Portfolio Services, LLC <br> 4515 N. Santa Fe Ave. Dept. APS <br> Oklahoma City, OK 73118-7901 |
| (d)Anvil Power Inc. <br> 1550 Power Avenue <br> Emeryville, CA 94608 | (d)First Financial Holdings, LLC <br> 750 The City Drive S., Suite 300 <br> Orange, CA 92868-6905 | (d)PG&E <br> P.O. Box 997300 <br> Sacramento, CA 95899-7300 |
| (d)Volcano Creek Trucking, Inc. <br> 23850 Foresthill Rd <br> Foresthill, CA 95631-9260 | End of Label Matrix <br> Mailable recipients    118 <br> Bypassed recipients     10 <br> Total                  128 | |