Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
   fallonmc@fallonlaw.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.           Chapter 11

     Debtor.                                   Date: December 2, 2025
_____/        Time: 9:30 am
                                                Ctrm: U.S. Bankruptcy Court, Room 220
                                                      Oakland, California 94612
                                                      or by Zoom

STATUS CONFERENCE STATEMENT

The Debtor and Anvil Builders spent considerable time with Judge Montali both in person in San Francisco and in Zoom conferences to mediate the pending litigation. The parties did not reach a settlement.

Dudley continues to sell at auction assets of the estate, with the next auction sale scheduled for December 16, 2025. To date there have been $665,500 in gross sales of the titled equipment from which secured creditors (Ford and Plumas Bank) have been paid $405,514.92. Debtor has not been paid from these sales.

Debtor expects to receive more than $20,000 from its insurance carrier, after payment to Ford on its secured claim, for a truck determined to be a total wreck.

Dudley is in the process of finalizing the sale of equipment that should pay Commercial Credit Group approximately $650,000.

Debtor has paid from a combination of insurance and sale proceeds $790,474.25 to Commercial Credit Group, $33,200.16 to John Deere Financial; and $405,514.92 to Ford Motor

1

Credit and Plumas Bank.

Debtor has $1,858,047.22 in three DIP accounts.

Debtor has filed a motion to request the appointment of a trustee that is to be heard on December 17th.

Dated: November 26, 2025

Respectfully submitted,

/s/ *Michael C. Fallon*

Michael C. Fallon
Attorney for Debtor