GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE<br>SURGERY, INC.,<br><br>       Debtor. | Case No. 25-10088<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE:<br>RESPONSE TO DEBTOR'S MOTION<br>FOR APPOINTMENT OF CHAPTER 11<br>TRUSTEE**<br><br>Judge:    Hon. William J. Lafferty, III<br>Date:     December 17, 2025<br>Time:    10:30 am.<br>Dept.:    Crtrm 220, Oakland, CA<br>          or via Zoom |

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of . My business address is 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833.

On December 3, 2025, I served true copies of the following document(s) described as

**1.    RESPONSE TO DEBTOR'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

**2.    DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF RESPONSE TO DEBTOR'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**

on the interested parties in this action as follows:

Kingsborough Atlas Tree Surgery Inc.    *Debtor*
1544 Ludwig Avenue
Santa Rosa, CA 95407

4917-2809-5614.1 015137.003          1

Michael C. Fallon                                    *Counsel for Debtor*
Law Offices of Michael C. Fallon
100 E St. #219
Santa Rosa, CA 95404

Paul Gregory Leahy                                   *Counsel for U.S. Trustee*
Office of the United States Trustee
280 South First Street
Room 268
San Jose, CA 95113

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Kronick, Moskovitz, Tiedemann & Girard for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 3, 2025, at Sacramento, California.

_____
Bao Xiong

Case: 25-10088   Doc# 317-2   Filed: 12/03/25   Entered: 12/03/25 10:26:44   Page 2
4917-2809-5614.1 015137.003                         of 2        2