MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
NOAH THOMAS (SBN 358134)
nthomas@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Anvil Builders, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 11<br><br>**ANVIL BUILDERS, INC.'S RESPONSE TO DEBTOR'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE**<br><br>Date: December 17, 2025<br>Time: 9:30 am<br>Location: 1300 Clay Street, Courtroom 220<br>Oakland, CA |

Anvil Builders, Inc. ("Anvil"), a creditor in the above-captioned case, respectfully submits this Response to the Debtor's Motion to Appoint a Chapter 11 Trustee (the "Motion"):

**I.     INTRODUCTION**

Anvil joins the request for entry of an order appointing a Chapter 11 trustee pursuant to Bankruptcy Code § 1104(a). In the alternative, if the Court declines to appoint a Chapter 11 trustee, Anvil requests conversion of this case to Chapter 7 under Bankruptcy Code § 1112(b).

1

Anvil is one of the more active creditors in the above case. Upon receipt of the Debtor's Motion, Anvil considered filing a counter-request that the case be converted to Chapter 7. Anvil has elected not to do that, and instead supports appointment of a Chapter 11 trustee.[1]

II. **ARGUMENT**

A. **A Chapter 11 Trustee (That Is Aso A Panel Trustee) Should Be Appointed**

During the December 2 Status Conference, counsel for the Debtor appeared to represent that some of the pending activity and sales in the case weighed in favor of appointment of a Chapter 11 trustee over conversion of the case, at least for the short term. If the Debtor's counsel has represented that a benefit may be achieved through appointment of a Chapter 11 trustee, then some benefit may in fact exist. However, Anvil lacks visibility in the specifics.

Further, assuming that the office of the United States Trustee (the "UST") appoints a panel trustee as the Chapter 11 trustee (who would remain as the Chapter 7 trustee upon a conversion), the downside to a potential two-step process – the appointment of a Chapter 11 trustee and then a later conversion to Chapter 7 – appears limited to the administrative expense of filing such a motion. Consistent with this thinking, in advance of filing of this statement, Anvil communicated its view to the UST that if the Bankruptcy Court appoints a Chapter 11 trustee, a Chapter 7 panel trustee should be selected.

B. **In The Alternative, The Case Should Be Converted**

Anvil's current position with respect to appointment of a Chapter 11 trustee versus conversion should not in any way whatsoever be considered an endorsement of the Debtor's current management. Had the Debtor not filed this Motion, Anvil would have moved to convert for cause or appoint a trustee for gross mismanagement or fraud. It is, undoubtedly, in the best interest of creditors for existing management to be displaced by a professional fiduciary. And Anvil sees limited downside from appointment of a Chapter 11 trustee versus immediate conversion of the case. Finally, to the extent the Bankruptcy Court declines to appoint a Chapter 11 trustee under Bankruptcy Code § 1104, the case should be converted under § 1112(b).

---

[1] Anvil reserves the right to withdraw its support at the hearing should it learn new or additional information.

### III. CONCLUSION

Anvil joins in the Debtor's request to appoint a Chapter 11 trustee. In the event the Bankruptcy Court declines to appoint a Chapter 11 trustee, the case should be converted.

Date: December 3, 2025

FOX ROTHSCHILD LLP

/s/ Jack Praetzellis
Jack Praetzellis
*Attorneys for Anvil Builders, Inc.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: ANVIL BUILDERS, INC.'S RESPONSE TO DEBTOR'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/03/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Mary Coyne     kcoyne@csglaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Michael C. Fallon     fallonmc@fallonlaw.net, manders@fallonlaw.net
- Michael C. Fallon     mcfallon@fallonlaw.net, manders@fallonlaw.net
- Alan W Forsley     alan.forsley@flpllp.com
- Darren M. Grzyb     dgrzyb@csglaw.com
- Gabriel P Herrera     gherrera@kmtg.com, bxiong@kmtg.com
- James C. Huber     jhuber@attorneygl.com
- Paul Gregory Leahy     Paul.Leahy@usdoj.gov
- Matthew P. Minser     mminser@sjlawcorp.com
- Office of the U.S. Trustee / SR     USTPRegion17.SF.ECF@usdoj.gov
- Teresa L Polk     tp@smtdlaw.com, tugland@smtdlaw.com
- Jack Praetzellis     jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Kristin A. Schuler-Hintz     bknotice@mccarthyholthus.com, khintz@ecf.courtdrive.com
- Michael A. Sweet     msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Philip J. Terry     pjterry@cmprlaw.com, dmarshall@cmprlaw.com
- Jennifer C. Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/03/2025 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2