Michael C. Fallon, SBN 088313
Michael C. Fallon, Jr., SBN 303082
100 E Street, Suite 219
Santa Rosa, California 95404
T: (707) 546-6770
F: (707) 546-5775
E: mcfallon@fallonlaw.net
   fallonmc@fallonlaw.net

Attorneys for Debtor

**The following constitutes the order of the Court.**
**Signed: December 26, 2025**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 25-10088 WJL

Kingsborough Atlas Tree Surgery, Inc.        Chapter 11

          Debtor.                                         Date: December 17, 2025
_____/        Time: 10:30 am
                                                          Ctrm: U.S. Bankruptcy Court, Room 220
                                                                    Oakland, California 94612
                                                                    or by Zoom

ORDER GRANTING DEBTOR'S MOTION
TO APPOINT CHAPTER 11 TRUSTEE

The matter of the motion of Kingsborough Atlas Tree Surgery, Inc. for an order appointing a Chapter 11 trustee came on for hearing before the Honorable William Lafferty, United States Bankruptcy Judge, on December 17, 2025; appearances were noted on the record. For the reasons stated on the record, it is

ORDERED the Motion is granted pursuant to 11 USC § 1104(a)(2); a trustee shall be appointed by the Office of the U.S. Trustee.

**END OF ORDER**

Approved as to form.

Office of the United States Trustee

By____Paul Leahy_____
          Paul Leahy, Trial Attorney