PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re:

KINGSBOROUGH ATLAS TREE
SURGERY INC.,

                    Debtor.

Case No: 25-10088-WJL

Chapter 11

### UNITED STATES TRUSTEE'S APPLICATION FOR ORDER
### APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Peter C. Anderson, the United States Trustee for Region 17 (the "United States Trustee"),

hereby applies to the Court pursuant to 11 U.S.C. § 1104(d) and Fed. R. Bankr. P. 2007.1(c) for

an order approving the appointment of a Chapter 11 trustee, and in support thereof, states:

1.      On November 14, 2025, debtor Kingsborough Atlas Tree Surgery Inc. ("Debtor"),

filed a motion requesting a Chapter 11 trustee be appointed pursuant to 11 U.S.C. § 1104(a)(2)

(the "Motion") in the above-captioned case.  ECF No. 312.  Commercial Credit Group Inc.

("CCG") filed a response requesting the Court convert the case while Anvil Builders Inc. also

filed a response supporting the appointment of a Chapter 11 trustee.  *See* ECF Nos. 317 & 318.

2. After conducting a hearing on the Motion, the Court entered an order granting the relief sought therein and directing the appointment of a Chapter 11 trustee in the above-captioned case on December 26, 2025. ECF No. 324.

3. The Office of the United States Trustee has consulted with the following parties-in-interest regarding the appointment of the Chapter 11 trustee:

    a. Debtor through its counsel of record, Michael Fallon;

    b. Debtor's owners Richard and Cynthia Kingsborough through their counsel of record, Brent Meyer;

    c. Mitsubishi HC Capital America, Inc. through its counsel of record, James C. Huber;

    d. Ford Motor Credit Company LLC through its counsel of record, Jennifer C. Wong and Kristin A. Schuler-Hintz;

    e. Ally Bank through its counsel of record, Jennifer C. Wong;

    f. CCG through its counsel of record, Gabriel P. Herrera;

    g. First Financial Holdings, LLC through its counsel of record, Alan W. Forsley;

    i. Operating Engineers Health and Welfare Truste Fund for Northern California through its counsel of record, Matthew P. Minser;

    h. California Labor Commissioner through counsel Sonja Sonnenburg;

    j. California Franchise Tax Board through counsel Carissa Lynch, Jeff Curl, and Michele Thompson;

    k. Anvil Builders Inc. through its counsel of record, Jack Praetzellis and Michael Sweet;

Case: 25-10088   Doc# 325   Filed: 12/29/25   Entered: 12/29/25 13:48:38   Page 2 of 14

l. Everest Reinsurance Company through its counsel of record, Katherine Mary Coyne, Darren M. Grzyb, and Teresa L. Polk;

m. Deere Credit Services, Inc. through Angela L. Johnson;

n. U.S. Bank through Craig A. Edelman;

o. Celtic Bank through Trevor S. Rawlins;

p. U.S. Small Business Administration through its district counsel, Todd Henderson;

q. Sonoma County through its county counsel Robert Pittman;

r. City and County of San Francisco through Sokheang Siv;

s. Wilhelm LLC through David Greenberg;

t. Benchmark Insurance Companies through Rodolfo Gaba, Jr.;

u. Eydent Insurance Companies through Rodolfo Gaba, Jr.;

v. Nova Casualty Company through Rodolfo Gaba, Jr.;

w. Smith Dollar through Diane Aqui;

x. National Electrical through Peter J tkach;

y. AWP Inc. through Matthew R. Hunt;

z. PMA Companies through Robert S. Bell;

aa. Vito Trucking through Vito Ranuio;

ab. Traffic Management Services LLC through Elva Pinedo;

ac. Verizon through Michelle K. Jones;

ad. PG&E through Jessica Woodward;

ae. Miguel Bazan through Svetlana Hovhannisyan; and

af. Alan W. Forsley.

Case: 25-10088  Doc# 325  Filed: 12/29/25  Entered: 12/29/25 13:48:38  Page 3 of 14

4.      The United States Trustee has appointed Janina Hoskins as the Chapter 11 Trustee ("Chapter 11 Trustee") in the above-captioned case.

5.      To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with the Debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, and any persons employed by the United States Trustee identified in the Chapter 11 Trustee's verified statement and affidavit of disinterestedness are limited to the connections set forth therein.  A copy of the Chapter 11 Trustee's verified statement is attached hereto as Exhibit 1.

WHEREFORE, the United States Trustee requests that the Court enter an order approving the appointment of Janina Hoskins as Chapter 11 Trustee in the above-captioned case.

Date: December 29, 2025                    PETER C. ANDERSON
                                                           UNITED STATES TRUSTEE

                                     By:     /s/ Cameron M. Gulden
                                             Cameron M. Gulden
                                             Assistant United States Trustee

# EXHIBIT A – Verified Statement

JANINA M. HOSKINS
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 483-2910
Email:     Jmelder7@aol.com

Proposed CHAPTER 11 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA
Santa Rosa   Division

In re:                                              )          Case No.  25-10088
                                                    )
KINGSBOROUGH ATLAS TREE                             )
SURGERY, INC.,                                      )          Chapter 11
                                                    )
        Debtor.                                     )

---

### VERIFIED STATEMENT OF JANINA M. HOSKINS-
### FED. BANKR. R. PROC. 2007.1©

I,  Janina M. Hoskins, declare as follows:

1. I have reviewed the list of all employees of the Office of the United States Trustee responsible for the above-referenced Chapter 11 case of Kingsborough Atlas Tree Surgery, Inc., ("the Debtor")  and determined that I do not have any "connections" with any employees of the Office of the United States Trustee.

2. I have reviewed the Debtor's Voluntary Petition for Relief, the Creditor Matrix, the Schedule of Assets and Liabilities and Statement of Financial Affairs (including amendments), the List of Twenty Largest Unsecured Creditors, the Claims docket as of December 23, 2025, and the Court's Creditor Matrix in this case and any related amendments to the foregoing

HOSKINS' VERIFIED STATEMENT

documents. Based upon my review, to the best of my knowledge, I have no connection with the Debtor, any of the Debtor's creditors, or any other party in interest, or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, nor do I hold or represent any interest adverse to the estate of the Debtor. I am also "disinterested" as defined by 11 U.S.C. § 101(14) and Federal Rules of Bankruptcy Procedure 2014 in connection with the matters for which my appointment is sought, except as set forth below, and I agree to update these disclosures if subsequent connections arise:

- Brent Meyer- Counsel for the principals of the Debtor, Richard Kingsborough and Cindy Kingsborough: As a Chapter 7 Trustee, I have engaged Mr. Meyer to represent me in various Chapter 7 matters over the last five (5) years. Mr. Meyer currently represents me in three (3) active Chapter 7 cases. This "connection" to Mr. Meyer will not have any impact on my decision making and case administration.

-Michael Fallon- Counsel for the Debtor: As a Chapter 7 Trustee, I have engaged Mr. Fallon to represent me in various matters over the last twenty (20) years. Mr. Fallon and his firm are currently acting as my counsel in one (1) active Chapter 7 case. This "connection" to Mr. Fallon and his firm will not have any impact on my decision making and case administration.

3. I have served as a Chapter 7 panel Trustee for the Northern District of California since April 1, 2005.

4. I have served as a Chapter 11 Trustee in the Northern District of California over the last 17 years in a wide variety of cases. My Chapter 11 Trustee experience is broad and a significant number of cases have involved distressed real estate assets, including multi unit apartment buildings and condominium conversions. My prior Chapter 11 Trustee experience, along with my prior experience as an attorney in the Chapter 11 area, representing debtors and secured creditors, I believe qualifies me for the Chapter 11 position in this case.

5. I have served as a Chapter 11 Trustee in the Northern District of California in the following cases in the last two (2) years:

a. Diamond Creek Villa- 22-51125: Appointed in October, 2023. This case involved real estate assets consisting of a multi-unit condo complex and five (5) town homes all within the

Diamond Creek complex located in Morgan Hill, California. The case also involved recovery of assets paid during the course of a pre-petition receivership to non-debtor/obligor entities, analysis of avoidance actions and investigation of the principal of the Debtor. I successfully sold the condo-complex for $31,000,000.00 and the case converted to a case under Chapter 7. I currently serve as the Chapter 7 Trustee.

6. I was also appointed as a Chapter 11 Examiner, with expanded powers on April 20, 2018 in the Oakland Division for the Northern District of California for the Estate of Floyd and Betty Squires (17-10828), in which I continued to serve as the liquidating agent after confirmation of a consensual Plan of Reorganization until a Final Decree was recently entered.

The Squires case involved the analysis of over thirty (30) real property assets (commercial real estate, single family residences and apartment buildings) in Northern California. I developed a strategic plan to marshal the real property assets to maximize the recovery to the creditors of the Estate and immediately address the serious abatement violations at the properties. The vast majority of the real estate assets were liquidated with a few abandoned. All of the properties were distressed real estate projects, often in states of serious disrepair with multiple code violations and abatement orders.

Prior to my appointment, the City of Eureka obtained the appointment of a State Court Receiver to manage, repair and liquidate the Squires' real property assets due to the long-standing and pervasive abatement issues at each of the Squires' real properties in the City of Eureka. I successfully worked with the various lenders, the City of Eureka, and the Debtors and obtained confirmation of a Plan of Reorganization, under which I served as the liquidating agent. The confirmed Plan of Reorganization resulted in payment in full to the general unsecured creditor class due to negotiations with the City of Eureka to subordinate its unsecured claims.

7. I currently serve as an Examiner with expanded powers in the Chapter 11 case of James N. Hardwick 24-40945. I was appointed Examiner with expanded powers in the Hardwick case in September, 2025.

8. As of January 1, 2025, my current rate as a Chapter 11 Trustee and/or Examiner is $525.00 per hour. I agree to file with the Court proposed rate increases, if any. I do not plan to

hire my firm in any matters for this case.

9. I anticipate hiring counsel to represent me should I be appointed in this case. subject to their ability to clear a conflict review.

10. To the extent that I determine that it is necessary to hire an accountant to represent me in this case, I would consider Jay Crom, with Bachecki, Crom, *et al.*, subject to a conflicts review by any proposed accountant.

11. If appointed as Chapter 11 Trustee for the Estate of Kingsborough Atlas Tree Surgery, Inc., I would be the only person assigned to this case from my office. I do not believe that this case presents any unique circumstances or facts that would require additional staff to handle this appointment. However, I reserve the right to retain a legal assist or paralegal in the future to work on this case. If I elect to retain further staff or hire any independent contractors for assignment on this case, I will complete a conflicts check, file the appropriate notice with the Court and advise the Office of the United States Trustee. .

12. If selected to serve as Chapter 11 Trustee for the Estate of Kingsborough Atlas Tree Surgery, Inc., I acknowledge, and agree to comply with, the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, the Local Rules of the Court, and Guidelines, as issued by the Office of the United States Trustee including, but not limited to, retention and compensation. I expressly acknowledge that all compensation is subject to Bankruptcy Court approval and applicable provisions of the U.S. Bankruptcy Code.

13. I acknowledge that the United States Trustee expects compliance with the United States Trustee's Guidelines, Chapter 11 Trustee Handbook and other guidance and I agree to cooperate with the United States Trustee, including, but not limited to, any periodic reports.

14. I acknowledge that I will ensure that the financial accounting and reporting required in this case will be timely filed. I will obtain a bond if required in this matter.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Middletown, California on December 23 , 2025.

JANINA M. HOSKINS

HOSKINS' VERIFIED STATEMENT

# JANINA M. HOSKINS

P.O. Box 158, Middletown, CA 95461 |  Jmelder7@aol.com  |  (707) 483-2910

Experienced Chapter 7 and 11 Trustee managing cases ranging from commercial and residential rental properties to business cases involving lumber mills, gas stations, vineyards, and medical device manufacturing companies.  Over thirty (30) years' legal experience with a focus on real estate, business reorganization and secured creditor rights and remedies throughout the State and Federal Courts of California.

Served as Probate Trustee in the Sonoma County Superior Court and as an Examiner with expanded powers in the Oakland Division of the Northern District of California Bankruptcy Court involving a case with over 30 residential and commercial properties in Northern California (Humboldt County), resulting in a confirmed Plan of Reorganization and currently serve as the Plan Liquidating Agent to effect an orderly sale of the Humboldt County real property assets.

Served as Examiner with expanded powers in the Northern District of California, Santa Rosa Division liquidating residential and commercial real property assets involving marshalling of assets to maximize value to the Estate.  Confirmed a Chapter 11 Plan of Reorganization and served as the Liquidating Agent under the confirmed Plan.

Served as Referee in partition action in San Francisco County Superior Court. 2023 to liquidate a residence in San Francisco.

**CURRENT  POSITION-  Chapter 7 Panel Trustee for the Northern District of California, San Francisco Division** APRIL, 2005 – CURRENT:

 Significant Cases:

In re Diamond Creek Villa LLC:  22-51125: Chapter 11 Trustee appointment then converted to Chapter 7 case and reappointed as Chapter 7 Trustee.  Sale of two condo buildings consisting of 63 units for over $31,000,000.00 and pending liquidation of 5 townhomes within the Diamond Creek Villa Association complex located in Morgan Hill, CA.  Litigation filed regarding insider transactions and improper receivership payments to non-debtor/obligor entity.

In re Squires: 17-10802:  Chapter 11 Examiner appointment for a case involving over thirty (30) real property assets (commercial, residential and multi-unit properties).  Several properties had cross collateralized liens and there were numerous abatement issues to be addressed with almost every property. Worked with the local government agencies to address abatement issues and marshalled assets to conduct sales to resolve cross collateralized liens and maximize recovery to the unsecured creditor class. Successful Chapter 11 Plan proposed which resulted in substantial payment to the general unsecured creditors.  This case involved assets located in the most northern reaches of California and the Chapter 11 Examiner and her professionals took all reasonable steps to keep administrative fees to a reasonable level (telephonic Court appearances, as warranted, reduced time charged for travel, etc.).

In re Hujazi:  13-30477:  Chapter 7 liquidation commercial properties and apartment buildings in Northern California.  Included liquidation of Probate claim assets, denial of the Debtor's discharge and resolution of

Case: 25-10088    Doc# 325    Filed: 12/29/25    Entered: 12/29/25 13:48:38    Page 11 of 14

creditor disputes regarding claims related to the Debtor's pre-petition apartment building mismanagement in Los Angeles County.  Liquidated apartment building in SF Tenderloin, commercial warehouse in Oakland and commercial units in San Bruno, CA.

In re Wescott and Stephens:  12-30143: Chapter 7 liquidation and analysis of numerous business entities, real property holdings and operations of business entities holding real property assets in several Central American countries.

In re Apieron:  10-31111:  Chapter 7 case which involved initial operations of a medical device manufacturing company in order to retain value of assets as a going concern.  Successful sale of the business assets for over $7,000,000.00.   Analysis and resolution of patent disputes and intellectual property issues.


CURRENT CHAPTER 11 APPOINTMENT:  Chapter 11 Trustee for Reynoso Vineyards, Northern District of Illinois, Chicago:


In re Reynoso Vineyards, Inc.  24-15572:  Appointed in January 2025 to operate a 365 acre vineyard in Northern Sonoma County and analyze Chapter 11 exit strategies in connection with cross-collateralized secured debt and a pending, companion Chapter 11 case in the Northern District of California – Sugarloaf Ventures (24-10673).  Obtained Debtor-in-Possession financing and currently in the marketing phase for the Vineyard.


In re James N. Hardwick,  24-40945:  Appointed in September, 2025 as Examiner with expanded powers. Debtor held over thirty (30) residential and commercial real property assets in California and Oklahoma as of the appointment.  As Examiner, I have been tasked with evaluating the real property assets for potential sale or abandonment and rejected an executory contract with one of the Estate's more active creditors.   We are evaluating the ability to fund a viable Chapter 11 Plan of Reorganization.


**LEGAL EXPERIENCE**

**ATTORNEY: LAW OFFICES OF JANINA M. ELDER** AUGUST, 1997 – APRIL, 2005

Representation of Debtors and Secured Creditors in All Phases of Chapter 7, 11 and 13 Cases.  Litigation Experience in the Bankruptcy and State Court Forums, Focus on Real Property
Disputes, Collection, Receiverships and Preference/fraudulent Transfer Defenses.  Successful Chapter 11 Plan Confirmation Experience in both Individual and Corporate Cases.   Served as Official Creditor's Committee Counsel.

**ASSOCIATE ATTORNEY:  LAW OFFICES OF CHRISTOPHER LEE**

 May, 1992 – August, 1997

Associate Attorney.  Bankruptcy and Civil Litigation Practice.  Emphasis on Secured Creditor Representation Including, Receivership Actions and Collections throughout California.


**BAR ADMISSIONS**        1992 PRESENT:

U.S. District Court, Northern District of California

U.S. District Court, Central District of California

U.S. District Court, Eastern District of California

U.S. District Court, Southern District of California

Ninth Circuit Court of Appeals


California State Bar - Active

Case: 25-10088   Doc# 325   Filed: 12/29/25   Entered: 12/29/25 13:48:38   Page 12 of 14

PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

IN RE:

KINGSBOROUGH ATLAS TREE
SURGERY INC.,

               Debtor.

Case No: 25-10088-WJL

Chapter 11

## <u>NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE</u>

To:

**Janina M. Hoskins**
P.O. Box 158
Middletown, CA 95461
Phone: (707) 483-2910
E-mail: jmelder7@aol.com

Pursuant to the Order of this Court, entered on December 26, 2025, directing the United States Trustee to appoint a Chapter 11 trustee in the above-captioned case (ECF No. 324), the United States Trustee hereby appoints Janina Hoskins to serve as the Chapter 11 Trustee (the "Chapter 11 Trustee").

The Chapter 11 Trustee is required to obtain a bond satisfactory to the United States Trustee for the period that the Chapter 11 Trustee accomplishes his duties. The bond may require adjustment as the Chapter 11 Trustee fulfills his duties, collects, and/or liquidates assets of the estate. The Chapter 11 Trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 29th day of December, 2025.

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:     */s/ Cameron M. Gulden*
Cameron M. Gulden
Assistant United States Trustee