PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN (MN SBN 310931)
ASSISTANT UNITED STATES TRUSTEE
PAUL G. LEAHY (CA SBN 320775)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Fifth Floor
San Francisco, California 94102
Telephone: (415) 705-3333
Email: paul.leahy@usdoj.gov

Attorneys for Peter C. Anderson,
United States Trustee for Region 17

The following constitutes the order of the Court.
Signed: December 31, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

IN RE:

KINGSBOROUGH ATLAS TREE
SURGERY INC.,

Debtor.

Case No: 25-10088-WJL

Chapter 11

## ORDER APPROVING APPOINTMENT
## OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for Order Approving the Appointment of Janina Hoskins as the Chapter 11 Trustee in the above-captioned case (ECF No. 325), including the exhibits thereto ("Application"),

IT IS HEREBY ORDERED that the Application is approved; and

IT IS HEREBY FURTHER ORDERED that the appointment of Janina Hoskins as the Chapter 11 Trustee is approved.

* * END OF ORDER * *

**COURT MAILING LIST:**
ECF Participants Only

Case: 25-10088   Doc# 327   Filed: 12/31/25   Entered: 12/31/25 13:57:19   Page 2 of 2