MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
NOAH THOMAS (SBN 358134)
nthomas@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436

*Attorneys for Anvil Builders, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 11<br><br>**ANVIL BUILDERS, INC.'S RESPONSE TO MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>Date:    March 18, 2026<br>Time:    10:30 am<br>Location:    1300 Clay Street, Courtroom 220<br>    Oakland, CA |

Anvil Builders, Inc. ("Anvil"), a creditor in the above-captioned case, respectfully submits this Response to the Debtor's Motion to Convert to Chapter 7:

Anvil supported the initial request for entry of an order appointing a Chapter 11 trustee pursuant to Bankruptcy Code § 1104(a) made by the Debtor based on representations by the Debtor's counsel that some of the pending activity in the case weighed in favor of appointment of a Chapter 11 trustee over conversion of the case, at least for the short term. Doc # 318. At that time, Anvil requested the United States Trustee (the "UST") appoint a panel trustee as the Chapter 11 trustee who would remain as the Chapter 7 trustee upon a conversion. *See id.*

1

182665130.1

Continuing the service of the Chapter 11 Truste would provide continuity with respect to the liquidation and administration of various Estate assets (e.g., the equipment), the investigation into KBA's financial affairs, and its various claims. In contrast, replacing the current Chapter 11 Trustee – a panel trustee – with a new panel trustee would squander the resources spent to get the existing trustee and her counsel up to speed and would force creditors to consider an election under Bankruptcy Code § 702 to avoid that brain drain.

In sum, Anvil does not oppose the Trustee's conversion request but respectfully requests the UST (and the Court to the extent it is able to encourage the UST on this topic) to continue the service of the existing Trustee.

Date:  February 26, 2026

FOX ROTHSCHILD LLP

*/s/ Jack Praetzellis*

Jack Praetzellis
*Attorneys for Anvil Builders, Inc.*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: ANVIL BUILDERS, INC.'S RESPONSE TO MOTION TO CONVERT CASE TO CHAPTER 7 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/26/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Mary Coyne    kcoyne@csglaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Michael C. Fallon    fallonmc@fallonlaw.net, manders@fallonlaw.net
- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Alan W Forsley    alan.forsley@flpllp.com
- Darren M. Grzyb    dgrzyb@csglaw.com
- Gabriel P Herrera    gherrera@kmtg.com, bxiong@kmtg.com
- Janina M Hoskins    jmelder7@aol.com, Ca80@ecfcbis.com
- James C. Huber    jhuber@attorneygl.com
- Paul Gregory Leahy    Paul.Leahy@usdoj.gov
- Charles P. Maher    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- Matthew P. Minser    mminser@sjlawcorp.com
- Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
- Richard L. Pierotti    Rpierotti@kpmd.com
- Teresa L Polk    tp@smtdlaw.com, tugland@smtdlaw.com
- Jack Praetzellis    jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Kristin A. Schuler-Hintz    bknotice@mccarthyholthus.com, khintz@ecf.courtdrive.com
- Sonja Sonnenburg    ssonnenburg@dir.ca.gov
- Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Philip J. Terry    pjterry@cmprlaw.com, dmarshall@cmprlaw.com
- Jennifer C. Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.     SERVED BY UNITED STATES MAIL**: On  N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3.     SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

Active\118534396.v2-1/12/21

Case: 25-10088   Doc# 347   Filed: 02/26/26   Entered: 02/26/26 11:24:31   Page 3 of 4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/26/2026 | Kimberly Hoang | /s/ Kimberly Hoang |
| Date | Printed Name | Signature |

Active\118534396.v2-1/12/21