**Entered on Docket**
**March 24, 2026**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 11 Trustee

**The following constitutes the order of the Court.**
**Signed: March 24, 2026**

_____

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In re

KINGSBOROUGH ATLAS
TREE SURGERY INC.,

Debtor.

Case No. 25-10088 WJL
Chapter 11
Hon. William J. Lafferty

Date: March 18, 2026
Time: 10:30 a.m.
Place: 1300 Clay Street
Courtroom 220
Oakland, CA 94612
Or Via Zoom Webinar or
AT&T Teleconference

## ORDER CONVERTING CASE TO CHAPTER 7

On March 18, 2026, a hearing was held on the motion of Janina M. Hoskins, Chapter 11 Trustee of the estate of the above Debtor, for an order converting the above case to a Chapter 7 case. Charles P. Maher of Rincon Law, LLP, appeared on behalf of the Chapter 11 Trustee. Michael C. Fallon appeared on behalf of the Debtor. Jack C. Praetzellis of Fox Rothschild, LLP, appeared on behalf of Anvil Builders, Inc. Gabriel Herrera of Kronick Moskovitz Tiedemann & Girard appeared on behalf of Commercial Credit Group, LLC. Brent Meyer appeared on behalf of Richard and Cindy Kingsborough, principals of the Debtor and Debtors-in-Possession in their own Chapter 11 Case No. 25-10461 WJL.

Based on the Chapter 11 Trustee's motion and supporting declaration, it appearing that notice has been adequate, that no formal opposition has been filed or served, that no objection was

presented at the hearing, and it further appearing that good cause exists, it is

ORDERED as follows:

1.      The Chapter 11 Trustee's motion for an order converting the above case, filed on February 13, 2026, as Docket No. 339 is granted.

2.      The above case is converted to a Chapter 7 case effective March 19, 2026.

***END OF ORDER***

*__\*\*COURT SERVICE LIST\*\*__*

No Court service required.