# Notice Recipients

District/Off: 0971–1          User: admin          Date Created: 3/24/2026
Case: 25–10088          Form ID: 309D          Total: 150

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Courtesy NEF |
| cr | First Financial Holdings, LLC |
| cr | Everest Reinsurance Company |
| auc | Grafe Auction and Dudley Resources |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db   Kingsborough Atlas Tree Surgery Inc.   1544 Ludwig Avenue   Santa Rosa, CA 95407

ust   Office of the U.S. Trustee / SR   Office of the United States Trustee   Phillip J. Burton Federal Building   450 Golden Gate Ave. 5th Fl., #05–0153   San Francisco, CA 94102

cr   Anvil Builders   c/o Fox Rothschild LLP   345 California Street, Suite 2200   San Francisco, CA 94104 UNITED STATES

cr   Commercial Credit Group Inc.   c/o Gabriel P. Herrera   Kronick Moskovitz Tiedemann & Girard   1331 Garden Hwy, 2nd Floor   Sacramento, CA 95833

intp   PG&E   P.O. Box 997300   Sacramento, CA 95899–7300

intp   Rich and Cindy Kingsborough   1040 Bluie Oak Place   Santa Rosa, CA 95404

sp   Phillip Terry   Carle Mackie Power Ross LLP   100 B Street, Suite 400   Santa Rosa, CA 95401

cr   Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118

acc   Fred P. Klemenok   Fred Klemenok, CPA   5510 Volkerts Road   Sebastopol, CA 95472

cr   Operating Engineers Health and Welfare Trust Fund for Northern California, et al.   c/o Saltzman & Johnson Law Corporation   5100–B1 Clayton Road, Suite 373   Concord, CA 94521

cr   Ford Motor Credit Company LLC   c/o McCarthy & Holthus, LLP   2763 Camino Del Rio South, Suite 100   San Diego, CA 92108

cr   Ally Bank c/o AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118

cr   Sonoma County Tax Collector   585 Fiscal Drive, Suite 100   Santa Rosa, CA 95403

cr   Ally Bank   c/o McCarthy & Holthus, LLP   2763 Camino Del Rio South, Suite 100   San Diego, CA 92108

aty   Mitsubishi HC Capital America, Inc.   Global Legal Law Firm   322 Encinitas Blvd   Ste 200   Encinitas, CA 92024 UNITED STATES

cr   California Labor Commissioner   Legal   455 Golden Gate Ave, 9th Fl   San Francisco

tr   Janina M Hoskins   Janina M. Hoskins, Trustee   P.O. Box 158   Middletown, CA 95461

tract   Richard L. Pierotti   Kokjer, Pierotti, Maiocco and Duck   333 Pine St. 5th Fl.   San Francisco, CA 94104

tract   Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants   333 Pine Street, 5th Floor   San Francisco, CA 94104

tr   Janina M Hoskins   Janina M. Hoskins, Trustee   P.O. Box 158   Middletown, CA 95461

aty   Alan W Forsley   FLP Law Group LLP   1875 Century Park East   Suite 2230   Los Angeles, CA 90067

aty   Darren M. Grzyb   Chiesa Shahinian & Giantomasi PC   105 Eisenhower Parkway   Roseland, NJ 07068

aty   Gabriel P Herrera   Kronick Moskovitz Tiedemann & Girard   1331 Garden Highway   2nd Floor   Sacramento, CA 95833

aty   Jack Praetzellis   Fox Rothschild LLP   345 California St. #2200   San Francisco, CA 94104

aty   James C. Huber   Global Legal Law Firm   322 Encinitas Blvd   Ste 200   Encinitas, CA 92024

aty   Jennifer C. Wong   McCarthy & Holthus LLP   2763 Camino Del Rio South, Suite 100   San Diego, CA 92108

aty   Katherine Mary Coyne   Chiesa Shahinian & Giantomasi PC   105 Eisenhower Parkway   Roseland, NJ 07068

aty   Kristin A. Schuler–Hintz   McCarthy and Holthus   2763 Camino Del Rio South   San Diego, CA 92108

aty   Matthew P. Minser   Saltzman and Johnson Law Corp.   5100–B1 Clayton Road, Suite 373   Concord, CA 94521

aty   Michael A. Sweet   Fox Rothschild LLP   345 California Street, Suite 2200   San Francisco, CA 94104

aty   Michael C. Fallon   Law Offices of Michael C. Fallon   100 E St. #219   Santa Rosa, CA 95404

aty   Noah Thomas   Fox Rothschild LLP   345 California Street, Suite 2200   San Francisco, CA 94104

aty   Paul Gregory Leahy   Office of the United States Trustee   280 South First Street   Room 268   San Jose, CA 95113

aty   Philip J. Terry   Carle, Mackie, Power and Ross LLP   520 Third Street, Suite 500   Santa Rosa, CA 95401

aty   Sonja Sonnenburg   Division of Labor Standards Enforcement   455 Golden Gate Ave., 9th Floor   Ste 9628   San Francisco, CA 94102

aty   Teresa L Polk   SMTD Law LLP   17901 Von Karman Ave, Suite 500   Irvine, CA 92614

smg   CA Franchise Tax Board   Bankruptcy Group   P.O. Box 2952   Sacramento, CA 95812–2952

smg   CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001

15727363   Ace Enterprise Inc.   1665 Goulart Ranch ARoad   Newcastle, CA 95658

15746498   Ally Bank c/o AIS Portfolio Services, LLC   4515 N. Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118

15733569   Ally Financial   P.O. Box 733203   Dallas, TX 75373

| | | |
|---|---|---|
| Anvil Builders | 1550 Park Avenue | Emeryville, CA 94608 |
| Anvil Builders Inc.. | 1550 Park Avenue | Emeryville, CA 94608 |
| Anvil Builders, Inc. | c/o Richard J. Leider | 1550 Park Avenue Emeryville, CA 94608 |
| Anvil Power | 1550 Park Avenue | Emeryville, CA 94608 |
| Anvil Power | 1550 Power Avenue | Emeryville, CA 94608 |
| Anvil Power Inc. | 1550 Power Avenue | Emeryville, CA 94608 |
| Arborhawk, In. | 2932 Ingalls Street | San Francisco, CA 94124 |
| Areg A. Sarkissian, Esq, | Sarkissian Law Group | 6345 Balboa Blvd., Suite #114 Encino, CA 91316 |
| Bailey's Inc. | 1210 Commerce Avenue, Suite B | Woodland, CA 95776 |
| Benchmark Insurance Companies | P.O. Box 856583 | Minneapolis, MN 55485–6563 |
| Buchanan Ingersoll Rooney | One America Plaza | 600 West Broadway, Suite 1100 San Diego, CA 92101 |
| CARB/PERP | P. O. Box 22038 | Sacramento, CA 95812 |
| CCG | 525 N. Tryon Street, Suite 1000 | Charlotte, NC 28202 |
| CalTrees Inc. | P. O. Box 310 | Oakhurst, CA 93644 |
| California Labor Commissioner | 455 Golden Gate Ave, 9th Floor (Ste 9628) | San Francisco, CA 94102 |
| Caterpillar Financial | 2120 West End Avenue | Nashville, TN 37203 |
| Celtic Bank | 268 South State Street, Suite 300 | Salt Lake City, UT 84111 |
| City Rise | 686 E. Lockeford Street | Lodi, CA 95240 |
| City and County of San Francisco Tax Collector | P.O. Box 7027 | SAN FRANCISCO, CA 94120–7027 |
| Commercial Credit Group Inc. | c/o KMTG | 1331 Garden Hwy, 2nd Floor Sacramento, CA 95833 |
| Community Tree Service LLC (Ace Tree Ent | 466 Salinas Road | Watsonville, CA 95076 |
| D. Law, Inc. | David Yeremian/David Arkelyan | 450 N. Brand Blvd., Suite 840 Glendale, CA 91203 |
| DMV | P.O. Box 942894 | Sacramento, CA 94294 |
| Dave Gevas Heavy Transport | P. O. Box 757 | Healdsburg, CA 95448 |
| Dept of Industrial Relations | P. O. Box 511283 | Los Angeles, CA 90051–7838 |
| Dept. of Industrial Relations | Office of the DIrector – Legal Unit | P. O. Box 420603 San Francisco, CA 94142 |
| Deuces Trucking | P. O. Box 279 | Hercules, CA 94547 |
| Diesel Truck and Fleet Services | c/o Herbert RA. Kraft SBN 345141 | 1500 Rosecrans Avenue, Suite 500 Manhattan Beach, CA 90266 |
| Donahoo, Inc. | 6901 Hwy 20 | Ukiah, CA 95482 |
| EDD | P.O. Box 426879 | San Francisco, CA 94142 |
| EF Recovery | P. O. Box 1582 | Port Orchard, WA 98366 |
| Elias Diaz | c/o D. Law Inc. | 450 N. Brand Blvd., Suite 840 Glendale, CA 91203 |
| Erin O'Connor | c/o D. Law Inc. | 450 N. Brand Blvd., Suite 840 Glendale, CA 91203 |
| Everest Reinsurance Company | Attn:Anthony Managaniello | Warren Corporate Center 100 Everest Way Warren NJ 07059 |
| Eydent Insurance Services | P. O. Box 1905 | Mount Pleasant, MI 48804–1905 |
| First Financial Holdings LLC | 750 The CIty Drive S., Suite 300 | Orange, CA 92868 |
| First Financial Holdings, LLC | 750 The City Drive S., Suite 300 | Orange, CA 92868 |
| First FinancialFirst Financial Holdings, | 750 The City Drive S., Suite 300 | Orange, CA 92868 |
| Ford Motor | P. O. Box 552679 | Detroit, MI 48255 |
| Ford Motor Credit Company LLC | c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |
| Franchise Tax Board | Bankruptcy Section MS A340 | PO BOX 2952 Sacramento CA 95812–2952 |
| G&G Heavy Equipment Rental | P. O. Box 1386 | Healdsburg, CA 95448 |
| Gaba Law | 8583 Irvine Center Dr Ste 500 | Irvine, CA 92618 |
| George Hills | P. O. Box 278 | Rancho Cordova, CA 95741 |
| Greg A. Sarkissian, Esq, | Sarkissian Law Group | 6345 Balboa Blvd., Suite #114 Encino, CA 91316 |
| Gregory & Associates | 4641 Post Street #5456 | El Dorado Hills, CA 95762 |
| Hartill Heavy Hail Inc. | P. O. Box 762 | Arbuckle, CA 95912 |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 |
| Jim Armstrong, Inc. | P. O. Box 1544 | Twain Harte, CA 95383 |
| John Deere Construction & Forestry Company | PO Box 6600 | Johnston, IA 50131 |
| John Deere Financial | 6400 NW 86th Street | Johnston, IA 50131 |
| Jonathan Teperson | PO Box 890123 | Temecula, CA 92591 |
| Jose Garcia Vieyra | 3780 Selby Avenue | Los Angeles, CA 90034 |
| Laborers Trust Fund | Attorey Ronald Richman | 101 Montgomery Street, Suite #2600 San Francisco, CA 94104 |
| Mark F. Magnozzi | THE MAGNOZZI LAW FIRM PC | 23 Green Street, Suite 302 Huntington, NY 11743 |
| McSherry & HUdson | P. O. Box 2690 | Watsonville, CA 95077 |
| Miguel Bazan | c/o D. Law Inc. | 450 N. Brand Blvd., Suite 840 Glendale, CA 91203 |
| Mitsubishi HC Capital America, Inc. | c/o Mark F. Magnozzi | The Magnozzi Law Firm, PC Mark F. Magnozzi, The Magnozzi Law Firm, PC Huntington, NY 11743 |
| Mitsubitshi–Hitachi Capital American Cor | 21925 Network Place | Chicago, IL 60673–1219 |
| NEBF–NEAP | P. O. Box 824510 | Philadelphia, PA 19182 |
| National Electrical Annuity Plan | 900 7th St NW Suite 1020 | Washington, DC 20001 |
| National Electrical Benefit Fund | 900 7th St NW Suite 1020 | Washington, DC 20001 |

| | | | | |
|---|---|---|---|---|
| 15727409 | Nicholas Nociforo | c/o Sarkissian Law Group | 6345 Balboa Blvd., Suite 114 | Encino, CA 91316 |
| 15727410 | Northbay Petroleum | P. O. Box 511578 | Los Angeles, CA 90051–8133 | |
| 15727411 | Nova Casualty Company | c/o Gaba Law | 8583 Irvine Center Drive, Suite 500 | Irvine, CA 92618 |
| 15760035 | Nova Casualty Company | 8583 Irvine Center Dr 500 | 8583 Irvine Center Dr, 500 | Irvine, CA 92618 |
| 15727412 | Operating Engineers Health | and Welfare Trust Fund et al. | 5100–B1 Clayton Road, Ste 373 | Concord CA 94521 |
| 15771935 | PG&E | P.O. Box 997300 | Sacramento, CA 95899–7300 | |
| 15785048 | PG&E | PO BOX 8329 | C/O BANKRUPTCY | STOCKTON, CA 95208 |
| 15727415 | PMAIC–PMA Companies | P. O. Box 824870 | Philadelphia, PA 19182–4870 | |
| 15773600 | Paycom Payroll, LLC | 7501 W. Memorial Road | Oklahoma City, OK 73142 | |
| 15749836 | Pension Plan for Pension Trust Fund for Operating | 5100–B1 Clayton Rd. Ste. 373 | Concord, CA 94521 | |
| 15727413 | Peterson Cat/Caterpillar Financial Comm. | P. O. Box 735638 | Dallas, TX 75373–5638 | |
| 15727414 | Plumas Bank | P. O. Box 588 | Chester, CA 96020 | |
| 15727416 | R&A Tire Service | 387 Pollard Way | Windsor, CA 95492 | |
| 15727417 | Ritchie Bros Auctioneers | 5500 Co Rd 99W | Dunnigan, CA 95937 | |
| 15727418 | Sapere Environmental | 5616 Gery Blvd., Suite 211 | San Francisco, CA 94121 | |
| 15775571 | Sean W McDonald | Weinberg, Roger & Rosenfeld | 3199 E Warm Springs Rd Ste 400 | Las Vegaw, NV 89120–3150 |
| 15727419 | Small Business Administration | P. O. Box 3918 | Portland, OR 97208–3918 | |
| 15769674 | Smith Dollar PC | 418 B Street, Fourth Floor | Santa Rosa, CA 95401 | |
| 15755329 | Sonja Sonnenburg | 455 Golden Gate Ave, 9th Fl (Ste 9628) | San Francisco, CA 94102 | |
| 15727420 | Sonoma County Tax Collector | 585 Fiscal Dr., #100F | Santa Rosa, CA 95403 | |
| 15727421 | Statewide Traffic Safety & Signs Inc. | P. O. Box 31001–2620 | Pasadena, CA 91110–2620 | |
| 15737890 | Statewide Traffic Safety & Signs, Inc. | P.O. Box 36963 | Canton, OH 44735–6963 | |
| 15727422 | TDE Equipment Inc. | 150 Decanter Circle | Windsor, CA 95492 | |
| 15727428 | TTCP Express | 4298 Larma Lane | Cincinnati, OH 45245 | |
| 15727423 | Tenna LLC | P. O. Box 855856 | Minneapolis, MN 55485–5856 | |
| 15775572 | The Boards of Trustees of the Laborers Trust Funds | c/o Sean W McDonald | Weinberg, Roger & Rosenfeld 3199 E Warm Springs Rd Ste 400 | Las Vegas, NV 89120–3150 |
| 15727424 | The Prince Firm | 208 E Street | Santa Rosa, CA 95404 | |
| 15727425 | Traffic Control Pros, Inc. | P. O Box 5127 | Concord, CA 94524 | |
| 15727426 | Traffic Management, Inc. | 4900 Airport Plaza Drive, Suite 300 | Long Beach, CA 90815 | |
| 15774530 | Traffic Management, Inc. | Dept. La 24606 | Pasadena, CA 91185 | |
| 15727427 | True IT LLC | 1500 4th Street | Santa Rosa, CA 95404 | |
| 15769719 | U.S. Bank National Association | Bankruptcy Department | 2800 Tamarack Road | Owensboro, Kentucky 42301 |
| 15769718 | U.S. Bank National Association Bankruptcy Departme | 2800 Tamarack Road | Owensboro, Kentucky 42301 | |
| 15741475 | U.S. Small Business Administration | Attn: District Counsel | 455 Market St, Suite 600 | San Francisco, CA 94105 |
| 15727429 | US Bank | P. O. Box 790448 | Saint Louis, MO 63179–0448 | |
| 15758934 | United Legal Group | PO Box 890123 | Temecula, CA 92591 | |
| 15727430 | Verizon | P. O. Box 660108 | Dallas, TX 75266–0108 | |
| 15727431 | Verizon Cellular | P. O. Box 660108 | Dallas, TX 75266–0108 | |
| 15770139 | Verizon Connect | William M Vermette | 22001 Loudoun County PKWY | Ashburn, VA 20147 |
| 15727432 | Vito Trucking LLC | 1415 Sandpoint Drive | Ceres, CA 95307 | |
| 15727433 | Volcano Creek Trucking | 23850 Foresthill Road | Foresthill, CA 95631 | |
| 15737123 | Volcano Creek Trucking, Inc. | 23850 Foresthill Rd | Foresthill, CA 95631 | |
| 15727434 | Wilhelm LLC | 2500 Daniels Bridge Road | Bldg. 200, Suite 1–D | Athens, GA 30606 |

TOTAL: 146