Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Janina M. Hoskins,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

|  |  |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS<br>TREE SURGERY INC.,<br><br>     Debtor. | Case No. 25-10088 WJL<br>Chapter 7<br>Hon. William J. Lafferty |

## SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE EXPENSES
### (Rule 1019 of the Federal Rules of Bankruptcy Procedure)

Janina M. Hoskins, Chapter 7 Trustee of the estate of the above Debtor, files this statement of unpaid debts incurred during the Chapter 11 case. The list is prepared to the best of the Trustee's information and belief.

| CREDITOR NAME | AMOUNT |
|---|---|
| Law Offices of Michael C. Fallon<br>100 E Street, Suite 219<br>Santa Rosa, CA 95404 | Unknown |
| Carle Mackie Power & Ross LLP<br>520 3rd Street, Suite 500<br>Santa Rosa, CA 95401<br><br>/ / / | Unknown |

| CREDITOR NAME | AMOUNT |
|---|---|
| Fred Klemenok, CPA<br>5510 Volkerts Road<br>Sebastopol, CA 95472 | Unknown |
| Richard Paul Kingsborough<br>1040 Blue Oak Place<br>Santa Rosa, CA 95404 | Unknown |
| Cynthia Eileen Kingsborough<br>1040 Blue Oak Place<br>Santa Rosa, CA 95404 | Unknown |
| California Department<br>of Tax and Fee Administration<br>Collections Support Bureau MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Unknown |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | Unknown |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unknown |
| Sonoma County Tax Collector<br>585 Fiscal Drive, Suite 100<br>Santa Rosa, CA 95403-2835 | Unknown |
| California Employment Development Department<br>P.O. Box 426879<br>San Francisco, CA  94142-6879 | Unknown |
| Ritchie Brothers Auctioneers<br>5500 County Road 99W<br>Dunnigan, CA  95937 | Unknown |
| Janina M. Hoskins, Trustee<br>P.O. Box 158<br>Middletown, CA  95461-0158 | $25,000 (est.) |

/ / /

Case: 25-10088   Doc# 357   Filed: 03/31/26   Entered: 03/31/26 15:09:34   Page 2 of 3

| CREDITOR NAME | AMOUNT |
|---|---|
| Kokjer, Pierotti, Maiocco & Duck, LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA  94104 | $9,910 (est.) |
| Rincon Law, LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA  94104 | $29,500 (est.) |

DATED:  March 31, 2026          RINCON LAW, LLP


By: */s/Charles P. Maher*
_____
Charles P. Maher
Counsel for Janina M. Hoskins,
Chapter 7 Trustee