

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel.  415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

**The following constitutes the order of the Court.**
**Signed: April 2, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY INC.,<br><br>Debtor. | Case No. 25-10088 WJL<br>Chapter 7<br>Hon. William J. Lafferty |

## <u>ORDER SETTING CHAPTER 11 CLAIM BAR DATE</u>

Based on the *ex parte* application of the Trustee and her supporting declaration, and it appearing from those documents that notice to the United States Trustee only is adequate, and that good cause exists, it is

ORDERED as follows:

1.     The Trustee's *Ex Parte* Application for Order Setting Deadline for Filing Chapter 11 Administrative Expense Requests and Fee Applications and Authority for Notice of Deadline filed April 1, 2026, as Docket 358 is approved.

2.     The deadline for Chapter 11 administrative expense requests shall be a date that is no fewer than 60 days after date on which the Trustee files and serves notice of the deadline, and the Trustee is authorized to serve notice of the deadline in substantially the same form as the form attached to the Trustee's declaration [Docket 358-1].

3.     The Trustee shall serve written notice of the deadline for filing requests for payment of Chapter 11 expense to those persons identified in: (a) the Statement of Unpaid Debts filed under

Rule 1019 of the Federal Rules of Bankruptcy Procedure; (b) the Court's Mailing Matrix; (c) federal, state, and local tax agencies (to the extent they are not included in the Court's Mailing Matrix); and (d) persons who have filed proofs of claim.

**\*\*END OF ORDER\*\***

Case: 25-10088    Doc# 360    Filed: 04/02/26    Entered: 04/02/26 13:48:39    Page 2 of 3

**COURT SERVICE LIST**

No Court service required.