UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re

KINGSBOROUGH ATLAS
TREE SURGERY INC.,

Debtor.

Case No. 25-10088 WJL
Chapter 7
Hon. William J. Lafferty

## NOTICE OF OPPORTUNITY AND DEADLINE FOR FILING REQUESTS
## FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES

**TO CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Bankruptcy Court has established a deadline for filing requests for payment of Chapter 11 expenses in the above bankruptcy case. **Requests for payment of unpaid chapter 11 expenses, including fee applications of professionals, must be filed no later than June 12, 2026.** This deadline is different from the May 28, 2026, deadline for filing claims based on prepetition debt set by the Court in a separate notice [Docket No. 354]. The Trustee admonishes pre-petition creditors not to confuse the two deadlines.

The Debtor filed a voluntary Chapter 11 petition on February 20, 2025. On March 24, 2026, the Bankruptcy Court entered an order converting the above case to a Chapter 7 case, effective March 19, 2026. On March 31, 2026, the Trustee filed a statement of unpaid debts that were incurred during the Chapter 11 period (*i.e.*, between February 20, 2025, and March 19, 2026) [Docket No. 357].

This notice is being served on the parties identified in the Court's general mail matrix, the court's claim register, and in the statement of unpaid debts incurred during the Chapter 11 case to inform them of the opportunity and deadline for filing requests for payment of Chapter 11 expenses.

If the Debtor incurred a debt to you during the Chapter 11 period, you are entitled to file a request for payment of that Chapter 11 expense. If the Debtor incurred a debt to you before it filed its Chapter 11 petition on February 20, 2025, and you have not already filed a proof of claim, the deadline for filing proofs of prepetition claims is May 28, 2026, as set by separate notice provided by the Bankruptcy Court [Docket No. 354].

If you wish to file a request for payment of an unpaid administrative expense incurred between February 20, 2025, and March 19, 2026, you may use the attached form or you may use a form of your own choosing. You must attach to your request invoices, contracts, or other documentation demonstrating the Debtor's liability for the debt, and you must identify the basis for the debt, the amount of the debt, and the date or dates on which the debt was incurred. You should include complete contact information on the request, including telephone number and e-mail address. Questions regarding submission of Chapter 11 administrative expense requests may be addressed to counsel for the Trustee at the address and phone number below.

Requests for payment of Chapter 11 administrative expenses must be in writing and filed with the Clerk of the United States Bankruptcy Court, 1300 Clay Street, Suite 300, Oakland, CA 94612, no later than **June 12, 2026**.

DATED: April 8, 2026      RINCON LAW LLP

By:   */s/Charles P. Maher*

Charles P. Maher,
Counsel for Janina M. Hoskins, Chapter 7 Trustee

Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP, 268 Bush Street, Suite 3335, San Francisco, CA 94104
Telephone No.: 415-840-4199 / Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Name of Creditor:
Address:
Telephone Number:
Email address:

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

KINGSBOROUGH ATLAS
TREE SURGERY INC.,

　　　Debtor.

Case No. 25-10088 WJL
Chapter 7
Hon. William J. Lafferty

### **REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE**

The undersigned, on behalf of _____, files this request for payment of a Chapter 11 administrative expense incurred by the Debtor between February 20, 2025, through March 18, 2026, that remains unpaid.

_____ is requesting payment of $_____ as a Chapter 11 administrative expense based on the invoice(s), lease, or other documents attached to this form. The expenses were incurred by the Debtor for services rendered or goods provided on the following dates: _____.

I declare under penalty of perjury that the information provided in this Request for Payment of Chapter 11 Administrative Expense is true and correct to the best of my knowledge, information, and reasonable belief. I further acknowledge that there are penalties for presenting a fraudulent claim under 18 U.S.C. §§ 152 and 3571.

DATED:      _____, 2026

By:  _____

[Print or Type Name and Position]

Case: 25-10088   Doc# 362   Filed: 04/08/26   Entered: 04/08/26 03:41:38   Page 2 of 2