Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Janina M. Hoskins,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

|  |  |
|---|---|
| In re | Case No. 25-10088 WJL |
| | Chapter 7 |
| KINGSBOROUGH ATLAS TREE SURGERY INC., | Hon. William J. Lafferty |
| Debtor. | |

**REQUEST FOR ENTRY OF ORDER
CONFIRMING REJECTION OF LEASE**

Janina M. Hoskins, Chapter 7 Trustee of the estate of the above Debtor, files this request for an order confirming the rejection of the lease of the non-residential real property commonly known as 6263 Sebastopol Road, Santa Rosa, California.

On April 6, 2026, the Trustee served on Richard and Cynthia Kingsborough c/o Brent Meyer of Meyer Law Group LLP, her motion for an order confirming rejection of the lease of the 6263 Sebastopol Road, Santa Rosa, California property, by them to the Debtor. The motion, supporting declaration, and certificate of service by hand delivery and e-mail of those documents appear on the docket as Docket Nos. 361, 361-1, and 361-2, respectively.

The motion was brought under Bankruptcy Rule 6006-1, which permits rejection of a lease on 24 hours' notice.

The motion indicated that the rejection was to be effective at 11:59 p.m. on April 7, 2026.

/ / /

Case: 25-10088   Doc# 365   Filed: 04/09/26   Entered: 04/09/26 10:07:51   Page 1 of 2

1

The Trustee did not receive opposition to the motion on or before April 7, 2026, or as of the date of this request, and none has been filed with the Court or served on her counsel.

WHEREFORE, the Trustee requests entry of an order confirming rejection of the lease of the non-residential real property commonly known as 6263 Sebastopol Road, Santa Rosa, California, effective at 11:59 p.m. on April 7, 2026.

DATED:   April 9, 2026                    RINCON LAW, LLP


By:   */s/Charles P. Maher*
      Charles P. Maher,
      Counsel for Janina M. Hoskins,
      Chapter 7 Trustee