Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Janina M. Hoskins,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| In re | Case No. 25-10088 WJL |
|---|---|
| KINGSBOROUGH ATLAS TREE SURGERY INC., | Chapter 7 Hon. William J. Lafferty |
| Debtor. | |

## DECLARATION OF CHARLES P. MAHER

I, Charles P. Maher, declare as follows:

1. I am a partner at the law firm Rincon Law, LLP, counsel for Janina M. Hoskins, Chapter 7 Trustee of the estate of the above Debtor.

2. On April 6, 2026, at my instruction, this office filed a motion for an order confirming rejection of the rental agreement or lease of the non-residential real property commonly known as 6263 Sebastopol Road, Santa Rosa, California.

3. Prior to service the motion, on April 3, 2026, I spoke by telephone with Brent Meyer of Meyer Law Group LLP, counsel for the lessors, Richard and Cynthia Kingsborough. Mr. Meyer consented to service of the motion upon him by e-mail.

4. On April 6, 2026, I personally served the motion and supporting declaration by email on Richard and Cynthia Kingsborough in care of their counsel, Brent Meyer of Meyer Law Group LLP (brent@meyerllp.com) and by hand delivery to them in care of Mr. Meyer at Meyer Law Group LLP, 268 Bush Street, Suite 3639, San Francisco, California.

5. The motion, supporting declaration of the Trustee, and certificate of service appear on the docket as Docket Nos. 361, 361-1, and 361-2, respectively.

6. The respondent was required to file and serve opposition by April 7, 2026. As of the date of this declaration, I have not received opposition or any response and none is on file with the Court.

I declare under penalty of perjury that the above statements are true and that if called as a witness I would testify to their truthfulness. This declaration is executed on the 9th day of April 2026 in San Francisco, California.

*/s/Charles P. Maher*
Charles P. Maher