Entered on Docket
April 10, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Janina M. Hoskins,
Chapter 7 Trustee

**The following constitutes the order of the Court.**
**Signed: April 10, 2026**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY INC.,<br><br>Debtor. | Case No. 25-10088 WJL<br>Chapter 7<br>Hon. William J. Lafferty |

## ORDER CONFIRMING REJECTION OF LEASE

Based on the request of Janina M. Hoskins, Chapter 7 Trustee, and the supporting declaration of counsel, filed April 9, 2026 as Docket Nos. 365 and 365-1, respectively, and it appearing that notice has been adequate under Bankruptcy Local Rule 6006-1, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's motion for an order confirming rejection of the month-to-month lease of the non-residential real property commonly known as 6263 Sebastopol Road, Santa Rosa, California, disclosed in the Debtor's Amended Schedule G [Docket No.170] and described in the Trustee's Motion filed on April 6, 2026 as Docket No. 361, is confirmed.

2. To the extent the month-to-month lease of 6263 Sebastopol Road, Santa Rosa, California, was not previously rejected as a matter of law during the Chapter 11 case, rejection is confirmed effective at 11:59 p.m. on April 7, 2026.

*****END OF ORDER*****

*****COURT SERVICE LIST*****

No Court service required.