Name of Creditor: Nicholas Nocifora c/o Sarkissian Law Group
Address: 6345 Balboa Blvd., Suite 114 Encino, CA 91316
Telephone Number: (818) 827-5199
Email address: areg@sarkissianlawgroup.com

FILED
APR 20 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY INC.,<br><br>Debtor. | Case No. 25-10088 WJL<br>Chapter 7<br>Hon. William J. Lafferty |

**REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE**

The undersigned, on behalf of Nicholas Nocifora files this request for payment of a Chapter 11 administrative expense incurred by the Debtor between February 20, 2025, through March 18, 2026, that remains unpaid.

Sarkissian Law Group is requesting payment of $40,568.55 (Judgment) +$914.50 (Admin fees/costs) Total $41,483.05 as a Chapter 11 administrative expense based on the invoice(s), lease, or other documents attached to this form. The expenses were incurred by the Debtor for services rendered or goods provided on the following dates: Judgment from 2/6/25. Admin 7/1/25 - 3/18/26

I declare under penalty of perjury that the information provided in this Request for Payment of Chapter 11 Administrative Expense is true and correct to the best of my knowledge, information, and reasonable belief. I further acknowledge that there are penalties for presenting a fraudulent claim under 18 U.S.C. §§ 152 and 3571.

DATED: April 14, 2026

By: [signature]

[Print or Type Name and Position]
Areg A. Sarkissian, Esq.
Rep. Nicholas Nocifora

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
Areg A. Sarkissian, Esq. SBN: 276797
Sarkissian Law Group
6345 Balboa Blvd., Ste. 114
Encino, CA 91316
TELEPHONE NO.: 818 827 5199 FAX NO. (Optional): 818 827 5198
EMAIL ADDRESS (Optional): areg@sarkissianlawgroup.com
ATTORNEY FOR (Name): Nicholas Nociforo, an individual

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
2/6/2025 2:26 PM
Robert Oliver, Clerk of the Court
By: Angela Mendia, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 3055 Cleveland Avenue
MAILING ADDRESS: 3055 Cleveland Avenue
CITY AND ZIP CODE: Santa Rosa, 95403
BRANCH NAME: Sonoma County Civil and Family Law Courthouse

PLAINTIFF: Nicholas Nociforo, an individual
DEFENDANT: Kingsborough Atlas Tree Surgery, INC.,et al.

JUDGMENT

[ ] By Clerk [X] By Default [ ] After Court Trial
[X] By Court [ ] On Stipulation [ ] Defendant Did Not Appear at Trial

CASE NUMBER: 24CV04041

## JUDGMENT

1. [X] BY DEFAULT
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [X] plaintiff's written declaration (Code Civ. Proc., § 585(d)).
2. [ ] ON STIPULATION
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court [ ] the stipulation was stated on the record.
3. [ ] AFTER COURT TRIAL. The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*
      before *(name of judicial officer):*
   b. Appearances by:
      [ ] Plaintiff *(name each):*
      (1)
      (2)
      [ ] Continued on Attachment 3b.
      [ ] Plaintiff's attorney *(name each):*
      (1)
      (2)
      [ ] Defendant *(name each):*
      (1)
      (2)
      [ ] Continued on Attachment 3b.
      [ ] Defendant 's attorney *(name each):*
      (1)
      (2)
   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not [ ] was requested.



Case: 25-10088 Doc# 368 Filed: 04/20/26 Entered: 04/20/26 10:19:11 Page 2 of 6

| PLAINTIFF: Nicholas Nociforo, an individual<br>DEFENDANT: Kingsborough Atlas Tree Surgery, INC., a corporation; Richard Kingsborough, an individual; Cindy Kingsborough, an individual | CASE NUMBER:<br>24CV04041 |
|---|---|

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [X] THE COURT [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [X] for plaintiff *(name each):*
Nicholas Nociforo, an individual

and against defendant *(names):*
Kingsborough Atlas Tree Surgery, INC., a corporation; Richard Kingsborough, an individual; Cindy Kingsborough, an individual

[ ] Continued on Attachment 5a.

b. [ ] for defendant *(name each):*

c. [ ] for cross-complainant *(name each):*

and against cross-defendant *(name each):*

[ ] Continued on Attachment 5c.

d. [ ] for cross-defendant *(name each):*

6. **Amount.**

a. [X] Defendant named in item 5a above must pay plaintiff on the complaint:

| | |
|---|---|
| (1) [X] Damages | $ 30,000.00 |
| (2) [X] Prejudgment interest at the annual rate of 10 % | $ 3,688.05 |
| (3) [X] Attorney fees | $ 5,000.00 |
| (4) [X] Costs | $ 1,880.50 |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ 40,568.55 |

c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | |
|---|---|
| (1) [ ] Damages | $ |
| (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ ] Attorney fees | $ |
| (4) [ ] Costs | $ |
| (5) [ ] Other *(specify):* | $ |
| (6) **TOTAL** | $ |

b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
[ ] Defendant named in item 5b to recover costs $
[ ] and attorney fees $

d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
[ ] Cross-defendant named in item 5d to recover costs $
[ ] and attorney fees $

7. [ ] Judgment debtor is a natural person, and as provided in Code Civ. Proc., §§ 683.110, 685.010:
$ of this judgment is on a claim related to medical expenses
$ of this judgment is on a claim related to personal debt

8. [ ] Other *(specify):*

Date: 2/6/2025 [ ] Patrick M. Broderick
JUDICIAL OFFICER
PATRICK M. BRODERICK

Date: [ ] Clerk, by ______________________, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*
I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by ______________________, Deputy



For your protection and privacy, please press the Clear This Form button after you have printed the form.
Print this form Save this form Clear this form

Cases >

# *725. (NH) Nicholas Nociforo v. Kingsborough Atlas Tree Surgery, Inc.

24CV04041

Case details generated 04/14/2026

Date Range: All time

Bulk Actions | Add time entry

| Total | BILLABLE | NON-BILLABLE | INVOICED | UN-INVOICED |
|---|---|---|---|---|
| $2,303.50<br>11.20 hour(s) | $2,303.50<br>11.20 hour(s) | $0.00<br>0.00 hour(s) | $0.00<br>0.00 hour(s) | $2,303.50<br>11.20 hour(s) |

Text Size − | +

| ☐ | Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|---|
| ☐ | Mar 18, 2026 | appeared in zoom hearing (only listened) | 0.3 | appeared in zoom hearing (only listened) | $445.00/hr | $133.50 | Open | Akabi Danielian |
| ☐ | Feb 9, 2026 | looked at recent court developments and emailed client | 0.1 | looked at recent court developments and emailed client. | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Nov 13, 2025 | sent bankruptcy lawyer an email to get update | 0.1 | sent bankruptcy lawyer an email to get update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Nov 3, 2025 | sent follow-up email to bankruptcy lawyer | 0.1 | sent follow-up email to bankruptcy lawyer for an update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Oct 21, 2025 | email to OC for Kingsborough | 0.1 | email to OC for Kingsborough asking for status update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Oct 14, 2025 | participated in zoom meeting for bankruptcy Hearing | 0.5 | Participated in a zoom hearing which was a bankruptcy settlement conference | $445.00/hr | $222.50 | Open | Akabi Danielian |
| ☐ | Sep 29, 2025 | call to court | 0.1 | call to bankruptcy court | $100.00/hr | $10.00 | Open | Riley Villanueva |
| ☐ | Sep 25, 2025 | talk w/bankruptcy lawyer of the debtor | 0.1 | talk w/bankruptcy lawyer of debtor | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Aug 25, 2025 | answered call from Michael Fallon's law firm | 0.1 | answered call from Michael Fallon's law firm | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Aug 25, 2025 | email to BK paralegal asking for update on the case | 0.1 | email to BK paralegal asking for update on the case | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Aug 18, 2025 | Work on documents | 0.8 | Finalized, printed, scanned, and emailed form | $100.00/hr | $80.00 | Open | Riley Villanueva |
| ☐ | Aug 18, 2025 | Document Preparation | 0.5 | work on US Debtor form | $100.00/hr | $50.00 | Open | Riley Villanueva |
| ☐ | Jul 1, 2025 | Filing Fee | 0.5 | Uploaded Bankruptcy Documents | $125.00/hr | $62.50 | Open | Raffi Azarian |
| ☐ | Jul 1, 2025 | Review, upload, and email client | 0.1 | Review, upload, and email client the bankruptcy docs from Kingsborough | $445.00/hr | $44.50 | Open | Akabi Danielian |
| ☐ | Oct 31, 2024 | Filing / Submission of Documents | 0.3 | Filed three defualts. | $90.00/hr | $27.00 | Open | Siedra Akhtar |
| ☐ | Oct 22, 2024 | Filing / Submission of Documents | 0.5 | e filed defaults for Richard, Cindy and Kingsborough | $80.00/hr | $40.00 | Open | Johana A Stansfield |
| ☐ | Oct 21, 2024 | Default | 1.0 | Kingsborough Atlas Tree Surgery, Inc. | $80.00/hr | $80.00 | Open | Johana A Stansfield |
| ☐ | Oct 21, 2024 | Default | 1.0 | Richard Kingsborough | $80.00/hr | $80.00 | Open | Johana A Stansfield |
| ☐ | Oct 21, 2024 | Deafault | 1.0 | Cindy Kingsborough | $80.00/hr | $80.00 | Open | Johana A Stansfield |

| | Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|---|
| ☐ | Sep 24, 2024 | ● e-mail to client | 0.2 | case status re: service of Summons & Complaint | $80.00/hr | $16.00 | Open | Johana A Stansfield |
| ☐ | Aug 29, 2024 | ● Communication | 0.2 | Called Sonoma courthouse it is closed checked the online portal and no updated does show the order to post was filed. But no order as of yet. | $430.00/hr | $86.00 | Open | Areg A Sarkissian |
| ☐ | Aug 21, 2024 | ● Document Preparation | 1.5 | application and order for publication | $80.00/hr | $120.00 | Open | Johana A Stansfield |
| ☐ | Jun 10, 2024 | ● Communication with Opposing Counsel | 0.1 | Emailed follow up demand letter. | $430.00/hr | $43.00 | Open | Princepreet (Prince) Singh |
| ☐ | Jun 10, 2024 | ● Document Preparation | 0.5 | Finished follow up demand letter. | $430.00/hr | $215.00 | Open | Princepreet (Prince) Singh |
| ☐ | May 20, 2024 | ● Document Preparation | 1.0 | Write demand letter. | $430.00/hr | $430.00 | Open | Princepreet (Prince) Singh |
| ☐ | May 20, 2024 | ● Review file/docs | 0.4 | Review and analyze documents to prep for demand letter. | $430.00/hr | $172.00 | Open | Princepreet (Prince) Singh |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is Encino Office Park 1 | 6345 Balboa Blvd., Ste. 114 | Encino, CA 91316.

On 4/16/26, I served on the interested parties in this action the within document entitled:

**REQUEST FOR PAYMENT OF CHAPTER 11 ADMINSTRATIVE EXPENSE**

[ ] by personally delivering the copies to:

[XX] by emailing the copies to:

**Michael Fallon**
mcfallon@fallonlaw.net

**Charles P. Maher**
cmaher@rinconlawllp.com

[XX] by placing [ ] the original [XX] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Charles P. Maher**
268 Bush Street, Suite 3335
San Francisco, CA 94104

[ ] (BY USPS MAIL) As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the USPS. Said correspondence will be collected directly from this office by an employee of the USPS in the afternoon of this same day in the ordinary course of business. I am aware that upon motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as declared herein.

Executed on 4/16/2026, at Encino, California.

[XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Giselle De La O, DECLARANT