Name of Creditor: Nicholas Nociforo c/o Sarkissian Law Group
Address: 6345 Balboa Blvd., Suite 114 Encino, CA 91316
Telephone Number: (818) 827-5199
Email address: areg@sarkissianlawgroup.com

FILED

APR 20 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY INC.,<br><br>Debtor. | Case No. 25-10088 WJL<br>Chapter 7<br>Hon. William J. Lafferty |

**REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE**

The undersigned, on behalf of Nicholas Nociforo, files this request for payment of a Chapter 11 administrative expense incurred by the Debtor between February 20, 2025, through March 18, 2026, that remains unpaid.

Sarkissian Law Group is requesting payment of $914.50 as a Chapter 11 administrative expense based on the invoice(s), lease, or other documents attached to this form. The expenses were incurred by the Debtor for services rendered or goods provided on the following dates: Admin 7/1/25-3/15/26

I declare under penalty of perjury that the information provided in this Request for Payment of Chapter 11 Administrative Expense is true and correct to the best of my knowledge, information, and reasonable belief. I further acknowledge that there are penalties for presenting a fraudulent claim under 18 U.S.C. §§ 152 and 3571.

DATED: April 16, 2026

By: [signature]

[Print or Type Name and Position]

Areg Allen Sarkissian, Esq.
Rep. Nicholas Nociforo

Cases >

# *725. (NH) Nicholas Nociforo v. Kingsborough Atlas Tree Surgery, Inc.

24CV04041

Case details generated 04/16/2026

Date Range: All time

Bulk Actions | Add time entry

| Total | BILLABLE | NON-BILLABLE | INVOICED | UN-INVOICED |
|---|---|---|---|---|
| $2,303.50<br>11.20 hour(s) | $2,303.50<br>11.20 hour(s) | $0.00<br>0.00 hour(s) | $0.00<br>0.00 hour(s) | $2,303.50<br>11.20 hour(s) |

Text Size − +

| Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|
| Mar 18, 2026 | appeared in zoom hearing (only listened) | 0.3 | appeared in zoom hearing (only listened) | $445.00/hr | $133.50 | Open | Akabi Danielian |
| Feb 9, 2026 | looked at recent court developments and emailed client | 0.1 | looked at recent court developments and emailed client. | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Nov 13, 2025 | sent bankruptcy lawyer an email to get update | 0.1 | sent bankruptcy lawyer an email to get update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Nov 3, 2025 | sent follow-up email to bankruptcy lawyer | 0.1 | sent follow-up email to bankruptcy lawyer for an update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Oct 21, 2025 | email to OC for Kingsborough | 0.1 | email to OC for Kingsborough asking for status update | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Oct 14, 2025 | participated in zoom meeting for bankruptcy Hearing | 0.5 | Participated in a zoom hearing which was a bankruptcy settlement conference | $445.00/hr | $222.50 | Open | Akabi Danielian |
| Sep 29, 2025 | call to court | 0.1 | call to bankruptcy court | $100.00/hr | $10.00 | Open | Riley Villanueva |
| Sep 25, 2025 | talk w/bankruptcy lawyer of the debtor | 0.1 | talk w/bankruptcy lawyer of debtor | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Aug 25, 2025 | answered call from Michael Fallon's law firm | 0.1 | answered call from Michael Fallon's law firm | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Aug 25, 2025 | email to BK paralegal asking for update on the case | 0.1 | email to BK paralegal asking for update on the case | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Aug 18, 2025 | Work on documents | 0.8 | Finalized, printed, scanned, and emailed form | $100.00/hr | $80.00 | Open | Riley Villanueva |
| Aug 18, 2025 | Document Preparation | 0.5 | work on US Debtor form | $100.00/hr | $50.00 | Open | Riley Villanueva |
| Jul 1, 2025 | Filing Fee | 0.5 | Uploaded Bankruptcy Documents | $125.00/hr | $62.50 | Open | Raffi Azarian |
| Jul 1, 2025 | Review, upload, and email client | 0.1 | Review, upload, and email client the bankruptcy docs from Kingsborough | $445.00/hr | $44.50 | Open | Akabi Danielian |
| Oct 31, 2024 | Filing / Submission of Documents | 0.3 | Filed three defaults. | $90.00/hr | $27.00 | Open | Sledra Akhtar |
| Oct 22, 2024 | Filing / Submission of Documents | 0.5 | e filed defaults for Richard, Cindy and Kingsborough | $80.00/hr | $40.00 | Open | Johana A Stansfield |
| Oct 21, 2024 | Default | 1.0 | Kingsborough Atlas Tree Surgery, Inc. | $80.00/hr | $80.00 | Open | Johana A Stansfield |
| Oct 21, 2024 | Default | 1.0 | Richard Kingsborough | $80.00/hr | $80.00 | Open | Johana A Stansfield |
| Oct 21, 2024 | Deafault | 1.0 | Cindy Kingsborough | $80.00/hr | $80.00 | Open | Johana A Stansfield |

| | Date | Activity | Duration | Description | Rate | Total | Status | User |
|---|---|---|---|---|---|---|---|---|
| ☐ | Sep 24, 2024 | ● e-mail to client | 0.2 | case status re: service of Summons & Complaint | $80.00/hr | $16.00 | Open | Johana A Stansfield |
| ☐ | Aug 29, 2024 | ● Communication | 0.2 | Called Sonoma courthouse it is closed checked the online portal and no updated does show the order to post was filed. But no order as of yet. | $430.00/hr | $86.00 | Open | Areg A Sarkissian |
| ☐ | Aug 21, 2024 | ● Document Preparation | 1.5 | application and order for publication | $80.00/hr | $120.00 | Open | Johana A Stansfield |
| ☐ | Jun 10, 2024 | ● Communication with Opposing Counsel | 0.1 | Emailed follow up demand letter. | $430.00/hr | $43.00 | Open | Princepreet (Prince) Singh |
| ☐ | Jun 10, 2024 | ● Document Preparation | 0.5 | Finished follow up demand letter. | $430.00/hr | $215.00 | Open | Princepreet (Prince) Singh |
| ☐ | May 20, 2024 | ● Document Preparation | 1.0 | Write demand letter. | $430.00/hr | $430.00 | Open | Princepreet (Prince) Singh |
| ☐ | May 20, 2024 | ● Review file/docs | 0.4 | Review and analyze documents to prep for demand letter. | $430.00/hr | $172.00 | Open | Princepreet (Prince) Singh |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is Encino Office Park 1 | 6345 Balboa Blvd., Ste. 114 | Encino, CA 91316.

On 4/16/2026, I served on the interested parties in this action the within document entitled:

**REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE**
**Case No. 25-10088 WJL**

[ ] by personally delivering the copies to:

[XX] by emailing the copies to:

**Michael Fallon**
mcfallon@fallonlaw.net

**Charles P. Maher**
cmaher@rinconlawllp.com

[XX] by placing [ ] the original [XX] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Charles P. Maher**
268 Bush Street, Suite 3335
San Francisco, CA 94104

[ ] (BY USPS MAIL) As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the USPS. Said correspondence will be collected directly from this office by an employee of the USPS in the afternoon of this same day in the ordinary course of business. I am aware that upon motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as declared herein.

Executed on 4/16/2026, at Encino, California.

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Giselle De La O, DECLARANT