**KINGSBOROUGH ATLAS TREE SURGERY INC.**
**MONTHLY OPERATING REPORT DISCLOSURE STATEMENT**
**CASE NO. 25-10088 WJL**
**FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 18, 2026**

The Debtor filed a Chapter 11 Petition on February 20, 2025. Janina M. Hoskins was appointed Chapter 11 Trustee ("Trustee") by order of the Court dated December 31, 2025. This report covers the period March 1, 2026, through March 18, 2026. The Trustee was not involved with the Debtor in any manner prior to her appointment on December 31, 2025, and has relied upon the Debtor's financial records as currently available to prepare this report. The case was converted to Chapter 7 on March 19, 2026. This is the final Chapter 11 monthly operating report.

The Trustee is currently investigating the Debtor's cash transactions, assets and liabilities. If there are findings that affect the amounts included in this report, it will be amended if necessary.

The Debtor failed to file monthly operating reports for the months of November 2025 and December 2025 and did not complete all required sections of the operating reports that were filed. Please note the following for this report-

1. Part 2: Asset and Liability Status-The amounts in the current report represent amounts reported by the Debtor in its filed October report adjusted for November 2025 through March 18, 2026, cash activity and the accrual of reorganization expenses. The Trustee makes no representation regarding the accuracy of the Asset and Liability Status included in this report.

2. Part 4: Income Statement-The Current Month and Cumulative Columns represent January 2026 through March 18, 2026, activity only. The Debtor did not complete Part 4 in previously filed reports.

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
March 01, 2026 - March 31, 2026


Ms. Janina M. Hoskins
16687 Butts Canyon Road
Middletown CA 95461

| | |
|---|---|
| Case Number | 25-10088 |
| Case Name | Kingsborough Atlas Tree Surgery, Inc. DEBTOR |
| Trustee Number | 007880 |
| Trustee Name | Ms. Janina M. Hoskins TRUSTEE |

**Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | [redacted]8004 | $1,303,006.48 | $0.00 |
| TRUSTEE CHECKING | [redacted]8764 | $465,322.81 | $0.00 |
| TRUSTEE CHECKING | [redacted]8772 | $90,890.50 | $0.00 |
| TRUSTEE CHECKING | [redacted]8225 | $0.00 | $1,862,093.07 |
| TRUSTEE CHECKING | [redacted]8944 | $0.00 | $0.00 |
| TRUSTEE CHECKING | [redacted]8951 | $0.00 | $0.00 |
| **Total** | | **$1,859,219.79** | **$1,862,093.07** |

## TRUSTEE CHECKING — Account Number: [redacted]8004

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$1,303,006.48** |
| | | + Total Additions | $559,086.59 |
| | | - Total Subtractions | $1,862,093.07 |
| | | **Ending Balance** | **$0.00** |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-26 | OUTGOING WIRE TO KINGSBOROUGH ATLAS TREE SURGERY INC 581318 | $1,862,093.07 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-17 | CUSTOMER DEPOSIT | $227.02 |
| 03-17 | CUSTOMER DEPOSIT | $2,895.00 |
| 03-25 | TRN FROM 8772 TO 8004 | $90,641.76 |
| 03-25 | TRN FROM 8764 TO 8004 | $465,322.81 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $1,303,006.48 | 03-17 | $1,306,128.50 | 03-25 | $1,862,093.07 |
| 03-26 | $0.00 | | | | |

## TRUSTEE CHECKING

**Account Number: [redacted]8764**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$465,322.81** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $465,322.81 |
| | | **Ending Balance** | **$0.00** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-25 | TRN FROM 8764 TO 8004 | $465,322.81 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $465,322.81 | 03-25 | $0.00 | | |

## TRUSTEE CHECKING

**Account Number: [redacted]8772**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$90,890.50** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $90,890.50 |
| | | **Ending Balance** | **$0.00** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-19 | QUARTERLY FEE PAYMENT KINGSBOROUGH ATLAS TRE | $248.74 |
| 03-25 | TRN FROM 8772 TO 8004 | $90,641.76 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $90,890.50 | 03-19 | $90,641.76 | 03-25 | $0.00 |

## TRUSTEE CHECKING

**Account Number:[redacted]8225**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| | | + Total Additions | $1,862,093.07 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$1,862,093.07** |

### Credits

| Date | Description | Additions |
|---|---|---|
| 03-26 | INCOMING WIRE FROM JANINA M. H OSKINS 95899430 | $1,862,093.07 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-25 | $0.00 | 03-26 | $1,862,093.07 | | |

## TRUSTEE CHECKING

**Account Number: [redacted]8944**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-27 | $0.00 | | | | |

## TRUSTEE CHECKING

**Account Number: [redacted]8951**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-27 | $0.00 | | | | |

ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 30 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**Kingsborough Atlas Tree Surgery, Inc. 25-10088**
**TriSate Capital Bank - A/C XXXXXX8004**
**Bank Reconciliation**
**March 18, 2026**

| | Balance March 1, 2026 | Receipts | Disbursements | Balance March 18, 2026 |
|---|---|---|---|---|
| Per Bank | 1,303,006.48 | 3,122.02 | - | 1,306,128.50 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| Per Books | 1,303,006.48 | 3,122.02 | - | 1,306,128.50 |

Outstanding Items-3/18/26-

| Payee | Date | Check Number | Amount |
|---|---|---|---|

No outstanding items 3/18/26

**Kingsborough Atlas Tree Surgery, Inc. 25-10088**
**TriSate Capital Bank - A/C XXXXXX8764**
**Bank Reconciliation**
**March 18, 2026**

| | Balance March 1, 2026 | Receipts | Disbursements | Balance March 18, 2026 |
|---|---|---|---|---|
| Per Bank | 465,322.81 | - | - | 465,322.81 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| Per Books | 465,322.81 | - | - | 465,322.81 |

Outstanding Items-3/18/26-

| Payee | Date | Check Number | Amount |
|---|---|---|---|

No outstanding items 3/18/26

Case: 25-10088 Doc# 370-1 Filed: 04/21/26 Entered: 04/21/26 11:20:34 Page 7 of 14

**Kingsborough Atlas Tree Surgery, Inc. 25-10088**
**TriSate Capital Bank - A/C XXXXXX8772**
**Bank Reconciliation**
**March 18, 2026**

| | Balance March 1, 2026 | Receipts | Disbursements | Balance March 18, 2026 |
|---|---|---|---|---|
| Per Bank | 90,890.50 | - | - | 90,890.50 |
| Outstanding- | | | | |
| Beginning | - | - | - | - |
| Ending | - | | - | - |
| Per Books | 90,890.50 | - | - | 90,890.50 |

Outstanding Items-3/18/26-

| Payee | Date | Check Number | Amount |
|---|---|---|---|

No outstanding items 3/18/26

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-10088
**Case Name:** Kingsborough Atlas Tree Surgery, Inc.

**For Period Ending:** 03/31/2026

**Trustee Name:** (007880) Janina M. Hoskins
**Date Filed (f) or Converted (c):** 03/24/2026 (c)
**§ 341(a) Meeting Date:** 04/15/2026
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Savings Account at Bank of Marin xxxx8245 (See Footnote) | 2,509.47 | 0.00 | | 0.00 | FA |
| 2* | Checking account at Bank of Marin xxxx0090 (See Footnote) | 152,635.86 | 0.00 | | 0.00 | FA |
| 3* | Cashier's Check (See Footnote) | 300,000.00 | 0.00 | | 0.00 | FA |
| 4 | Retainer agreement with Smith Dollar | 30,000.00 | 30,000.00 | | 0.00 | 30,000.00 |
| 5* | Accounts Recevables<br>AR;s subject to security agreement/liens and claims by Anvil re ownership (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6* | Equipment Unsecured (See Footnote) | 2,905,505.00 | 2,905,505.00 | | 0.00 | FA |
| 7* | Equipment- Secured title (See Footnote) | 5,796,000.00 | 5,796,000.00 | | 0.00 | FA |
| 8* | Equipment secured, untitled (See Footnote) | 1,089,000.00 | 1,089,000.00 | | 0.00 | FA |
| 9 | Domain name- atlas-tree.com | 0.00 | 0.00 | | 0.00 | FA |
| 10* | Customer list (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 11* | CLAIMS AGAINST THIRD PARTIES (See Footnote) | 61,000,000.00 | 61,000,000.00 | | 0.00 | 3,000,000.00 |
| 12* | OTHER PROPERTY<br>Redwood Credit Union Personal Checking Account held by Cindy & Richard Kingsborough - that is holding 1.4 million dollars but who is entitled to the actual funds is in question. Money came from sale of equipment. 2023-2024 tax returns have not been generated and could possibly result in tax liability from sale of equipment (See Footnote) | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 13 | Personal Loan to City and Richard Kingsborough (u) | 950,000.00 | 950,000.00 | | 0.00 | 950,000.00 |
| 14 | Principal stock shares (100shares) (u)<br>Principal shares dividend | 0.00 | 0.00 | | 0.00 | 0.00 |
| **14** | **Assets Totals (Excluding unknown values)** | **$73,525,650.33** | **$71,770,505.00** | | **$0.00** | **$3,980,000.00** |

RE PROP# 1 C11 pre-petition account

RE PROP# 2 Chapter 11 pre-petition asset

RE PROP# 3 Chapter 11 pre-petition asset

RE PROP# 5 Over 90 days old FACE amount $756,036.02- doubtful/uncollectible amount- $756,036.09

RE PROP# 6 Auctions completed during C 11 case

RE PROP# 7 C11 asset - auction completed

RE PROP# 8 C11 auction

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-10088
**Case Name:** Kingsborough Atlas Tree Surgery, Inc.

**Trustee Name:** (007880) Janina M. Hoskins
**Date Filed (f) or Converted (c):** 03/24/2026 (c)
**§ 341(a) Meeting Date:** 04/15/2026

**For Period Ending:** 03/31/2026
**Claims Bar Date:**

| | |
|---|---|
| RE PROP# 10 | subject to litigation |
| RE PROP# 11 | Breach of contract and fraud litigation against Anvil and its subsidiaries |
| RE PROP# 12 | turned over in C. 11 case during DIP period |

**Major Activities Affecting Case Closing:**

3/25/26- open case after conversion from C 11- transfer C. 11 funds then close C. 11 banking
3/20/26- update EFTR date
4/1/26- converted to C. 7 3/26- ongoing litigation and avoidance action analysis

**Initial Projected Date Of Final Report (TFR):** 12/31/2027 **Current Projected Date Of Final Report (TFR):** 12/31/2027

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-10088 | **Trustee Name:** | Janina M. Hoskins (007880) |
| **Case Name:** | Kingsborough Atlas Tree Surgery, Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5228 | **Account #:** | ******8225 Checking |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $55,133,939.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/26/26 | | Chapter 11 Estate of Kingsborough Altas Tree Surgery bank account turnover | INCOMING WIRE FROM JANINA M. H OSKINS 95899430 | 9999-000 | 1,862,093.07 | | 1,862,093.07 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **1,862,093.07** | **0.00** | **$1,862,093.07** |
| Less: Bank Transfers/CDs | 1,862,093.07 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-10088 | **Trustee Name:** | Janina M. Hoskins (007880) |
| **Case Name:** | Kingsborough Atlas Tree Surgery, Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5228 | **Account #:** | ******8944 Checking 2 - cash collateral |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $55,133,939.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 25-10088 | **Trustee Name:** | Janina M. Hoskins (007880) |
| **Case Name:** | Kingsborough Atlas Tree Surgery, Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5228 | **Account #:** | ******8951 Checking- Receivables |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $55,133,939.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 25-10088
**Case Name:** Kingsborough Atlas Tree Surgery, Inc.
**Taxpayer ID #:** **-***5228
**For Period Ending:** 03/31/2026

**Trustee Name:** Janina M. Hoskins (007880)
**Bank Name:** TriState Capital Bank
**Account #:** ******8951 Checking- Receivables
**Blanket Bond (per case limit):** $55,133,939.00
**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8225 Checking | $0.00 | $0.00 | $1,862,093.07 |
| ******8944 Checking 2 - cash collateral | $0.00 | $0.00 | $0.00 |
| ******8951 Checking- Receivables | $0.00 | $0.00 | $0.00 |
| | **$0.00** | **$0.00** | **$1,862,093.07** |