MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
NOAH THOMAS (SBN 358134)
nthomas@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Anvil Builders, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.<br><br>Debtor. | Case No. 25-10088 (WJL)<br><br>Chapter 7<br><br>**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |

The undersigned, on behalf of Anvil Builders, Inc. ("Anvil"), files this Request for Payment of a Chapter 11 Administrative Expense incurred by the Debtor between February 20, 2025, through March 18, 2026, that remains unpaid. Anvil is requesting payment of $216,500 as a Chapter 11 administrative expense, as more fully described below.

The Debtor's equipment occupied Anvil's real property without Anvil's consent. The following amounts represent the reasonable value of the use and occupancy of Anvil's property during the administrative expense period and the expenses associated with hauling certain equipment to the Debtor's property for disposition:

A. Storage Rent — 10,000 Square Feet (February 20, 2025 through December 31, 2025). The Debtor stored its equipment on approximately 10,000 square feet of Anvil's property located in Vacaville, California, for a period of approximately ten (10) months. At the prevailing market rate for short-term gravel and storage space in the area of $2.00 per square foot per month, administrative rent

for this period totals $200,000. That equipment was ultimately liquidated by the Debtor's auctioneer, sold by the Debtor, or retaken by a creditor.

B. Storage Rent — 800 Square Feet (January 1, 2026 through March 18, 2026). Following partial removal of equipment, the Debtor continued to store a skidder and related equipment on approximately 800 square feet of Anvil's property for a period of approximately two and one-half (2.5) months. At the same market rate of $2.00 per square foot per month, administrative rent for this period totals $4,000.

C. Hauling Expenses. Anvil incurred costs of approximately $25,000.00 to move the Debtor's equipment from Anvil's yard to the Debtor's Santa Rosa yard for disposition by the auction house. The auction house reimbursed Anvil for one-half of that amount. The unreimbursed balance of hauling costs totals $12,500.

| Component | Period | Amount |
|---|---|---|
| Storage Rent (10,000 sq. ft.) | Feb. 20, 2025 – Dec. 31, 2025 (10 months) | $200,000.00 |
| Storage Rent (800 sq. ft.) | Jan. 1, 2026 – Mar. 18, 2026 (2.5 months) | $4,000.00 |
| Unreimbursed Hauling Costs | — | $12,500.00 |
| **Total** | | **$216,500.00** |

Nothing in this Request shall be deemed a waiver, release, or relinquishment of any rights, claims, causes of action, or defenses that Anvil may have against the Debtor, the bankruptcy estate, or any other party in interest, whether arising under the Bankruptcy Code, applicable nonbankruptcy law, or otherwise. Anvil expressly reserves all such rights and claims in full, including but not limited to: (a) the right to assert additional or amended administrative expense claims; (b) the right to assert claims for ongoing storage rent accruing after the date of this filing; (c) any claims related to damage to Anvil's property caused by the storage of the Debtor's equipment; and (d) any rights arising under 11 U.S.C. §§ 503(b), 507(a)(2), or any other applicable provision of the Bankruptcy Code. The amounts

set forth herein are based on information presently available to Anvil and are subject to adjustment, amendment, or supplementation as additional information becomes available.

Anvil is prepared to amend this Request or provide further documentation, information, or evidence in support of this claim upon request by the Court, the Chapter 7 Trustee, or any other party in interest. Further, Anvil has used the language and form provided by the Chapter 7 Trustee, and reserves the right to supplement, if necessary, to include further evidence and argument concerning why it is entitled to payment as an administrative expense.

I declare under penalty of perjury that the factual information provided in this Request for Payment of Chapter 11 Administrative Expense is true and correct to the best of my knowledge, information, and reasonable belief. I further acknowledge that there are penalties for presenting a fraudulent claim under 18 U.S.C. §§ 152 and 3571.

DATED: 5/11, 2026

By: ______________________________
Alan Guy, CEO Anvil Builders, Inc.



184831363.1

Case: 25-10088 Doc# 374 Filed: 05/11/26 Entered: 05/11/26 13:13:34 Page 3 of 5

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/11/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Mary Coyne kcoyne@csglaw.com
- Jamie P. Dreher jdreher@downeybrand.com
- Michael C. Fallon fallonmc@fallonlaw.net, manders@fallonlaw.net
- Michael C. Fallon mcfallon@fallonlaw.net, manders@fallonlaw.net
- Alan W Forsley alan.forsley@flpllp.com
- Darren M. Grzyb dgrzyb@csglaw.com
- Gabriel P Herrera gherrera@kmtg.com, bxiong@kmtg.com
- Janina M Hoskins jmelder7@aol.com, Ca80@ecfcbis.com
- James C. Huber jhuber@attorneygl.com
- Paul Gregory Leahy Paul.Leahy@usdoj.gov
- Charles P. Maher cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- Matthew P. Minser mminser@sjlawcorp.com
- Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
- Richard L. Pierotti Rpierotti@kpmd.com
- Teresa L Polk tp@smtdlaw.com, tugland@smtdlaw.com
- Jack Praetzellis jpraetzellis@foxrothschild.com, jack-praetzellis-1683@ecf.pacerpro.com
- Kristin A. Schuler-Hintz bknotice@mccarthyholthus.com, khintz@ecf.courtdrive.com
- Sonja Sonnenburg ssonnenburg@dir.ca.gov
- Michael A. Sweet msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com
- Philip J. Terry pjterry@cmprlaw.com, dmarshall@cmprlaw.com
- Jennifer C. Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/orentities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/11/2026 | Kimberly Hoang | */s/ Kimberly Hoang* |
| *Date* | *Printed Name* | *Signature* |