Entered on Docket
May 18, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: May 17, 2026

William J. Lafferty, III
U.S. Bankruptcy Judge

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Creditor,
COMMERCIAL CREDIT GROUP INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Debtor. | Case No. 25-10088<br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004** |

An application for authority to issue discovery pursuant to Federal Rule of Bankruptcy Procedure 2004 has been made by Creditor COMMERCIAL CREDIT GROUP, INC. ("Creditor"). Upon consideration of the application and the record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Creditor is authorized to examine the following parties concerning the collateral of the Creditor, including the location and dealings with respect to the Creditor's collateral and a 2021 Bandit BTC-300 pursuant to Federal Rule of Bankruptcy Procedure 2004(a)-(c):

(a) ANVIL BUILDERS, INC.;

(b) ANVIL POWER, INC. (collectively, "Anvil");

(c) Todd Eisenhauer ("T. Eisenhauer"); and

(d) TDE Equipment (collectively with Anvil and T. Eisenhauer "Interested Parties")

2. In connection with the examination, the Creditor is authorized to request, for inspection and copying, the production of documents from the Interested Parties relating to the collateral of the Creditor, including the location and dealings with respect to the Creditor's collateral

and a 2021 Bandit BTC-300 pursuant to Federal Rule of Bankruptcy Procedure 2004(a)-(c).

3. Attendance for examination and production of documentary evidence can be compelled in the manner provided in Federal Rule of Bankruptcy Procedure 9016 for the attendance of witnesses at a hearing or trial, pursuant to Federal Rule of Bankruptcy Procedure 2004(c).

4. The discovery authorized herein shall occur within 180 days of the date of this Order.

***** END OF ORDER*****

## COURT SERVICE LIST

**None.**