# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

**Case Number:** 25-10088 **Case Name:** KINGSBOROUGH ATLAS TREE SUR...

**Case Type:** Asset **Judge:** WILLIAM LAFFERTY

**Petition Date:** 02/20/25

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Claims Administration & Objections | 02/02/26 | Follow up review of claims and analysis of claims with required lien releases after asset sales, follow up with counsel re same | 0.70 | -- |
| | 01/08/26 | Review and analyze claims filed | 3.00 | -- |
| | 01/08/26 | Review and analyze email from counsel re secured lien priority issues | 0.10 | -- |
| | **Subtotal for Category: Claims Administration & Objections** | | **3.80** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Relief from stay | 02/10/26 | Review and confirm entry of Order re CCG Motion for relief from the automatic stay | 0.10 | -- |
| | 02/04/26 | Review and analyze draft Order re CCG pending motion for relief from the automatic stay | 0.10 | -- |
| | 02/03/26 | Review and respond to email from Maher re MRS by CCG and abandonment option, telephone attend MRS, telephone conference with Maher after hearing on CCG MRS | 0.30 | -- |
| | 01/30/26 | Telephone conference with Maher re conference with counsel for CCG re pending MRS and lien payments | 0.20 | -- |
| | 01/12/26 | Review and analyze CCG Motion for relief from stay and supporting pleadings | 0.30 | -- |
| | **Subtotal for Category: Relief from stay** | | **1.00** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Fee/Employment Applicants | 02/13/26 | Follow up re Terry fee application | 0.50 | -- |
| | 01/09/26 | Review and approve Pierotti employment application, prepare email re same | 0.10 | -- |
| | 01/08/26 | Prepare email to Pierotti re employment and case assignment | 0.25 | -- |
| | 01/02/26 | Review, analyze and approve Maher employment Application, review Maher Declaration, prepare email re same to Maher | 0.20 | -- |
| | **Subtotal for Category: Fee/Employment Applicants** | | **1.05** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Litigation | 03/05/26 | Review and analyze email from Maher and summary of damages spreadsheet (Carle Mackie document) re Anvil litigation, follow up re same | 0.75 | -- |
| | 02/19/26 | Review and analyze email from counsel re additional leases between debtor and Anvil, review and analyze lease documents re claims against Anvil | 0.50 | -- |
| | 02/13/26 | Telephone conference with Maher re Anvil transaction and possible fraudulent transfer claim for relief, follow up review of documents re same | 1.50 | -- |
| | 02/10/26 | Review and analyze litigation documents provided by Carle Mackie firm | 1.50 | -- |
| | 01/30/26 | Telephone conference with Maher re discussions with Terry re Anvil litigation | 0.20 | -- |
| | 01/29/26 | Review and analyze email to current counsel for Debtor re Anvil litigation | 0.10 | -- |
| | 01/29/26 | Zoom conference with proposed special litigation counsel and Maher re case issues, conflicts, duty of loyalty and case analysis | 0.50 | -- |
| | 01/28/26 | Telephone conference with counsel re litigation re Anvil complaint and purchase dispute between Anvil and Debtor, follow up re same | 0.30 | -- |
| | 01/08/26 | Telephone conference with counsel re extension of time to answer Anvil complaint and discussions with counsel for Anvil | 0.20 | -- |
| | 01/08/26 | Review and analyze email and draft Stipulation/Order to extend time to answer Anvil Complaint, approve same | 0.25 | -- |

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 01/05/26 | Review and analyze Anvil AP Complaint and exhibits against Debtor | 0.50 | -- |
| | **Subtotal for Category: Litigation** | | **6.30** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Banking | 03/17/26 | Process two deposits | 0.20 | -- |
| | 03/12/26 | Review and reconcile Feb. 2026 bank account | 0.20 | -- |
| | 03/04/26 | Review UST delinquency notice, prepare check re same | 0.20 | -- |
| | 02/12/26 | Review and reconcile Jan. 2026 bank statements | 0.20 | -- |
| | 01/12/26 | Create two additional bank accounts and transfer funds from single wire into accounts to reallocate funds and maintain separate status re C 11 liens, transfer funds, confirm Exchange bank account balances at time of transfer | 0.30 | -- |
| | 01/08/26 | Review and analyze Dec. 2025 bank statements and wire into Estate account, follow up re same | 0.40 | -- |
| | 01/08/26 | Confirm wire receipt, prepare email to counsel re same, prepare email to debtor and counsel for debtor re same | 0.20 | -- |
| | 01/02/26 | Open estate bank account and prepare incoming wire instructions | 0.10 | -- |
| | **Subtotal for Category: Banking** | | **1.80** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Dismissal/Conversion Motion | 03/18/26 | Telephone conference with Maher re hearing on conversion Motion re case and status conference in personal case | 0.20 | -- |
| | 02/13/26 | Review, analyze and approve Conversion motion and supporting documents, prepare email to Maher re same | 0.30 | -- |
| | 02/12/26 | Review and analyze email from Maher re conversion motion, review and analyze draft Memorandum re same | 0.25 | -- |
| | | **Subtotal for Category: Dismissal/Conversion Motion** | **0.75** | **--** |

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Case Administration | 03/20/26 | Review, analyze and approve Feb. 2026 MOR | 0.20 | -- |
| | 03/17/26 | Review and respond to email from CPA re documents requested for Feb. 2026 MOR, generate Form 2 and send email with Feb. 2026 bank statements and Form 2 | 0.20 | -- |
| | 02/25/26 | Review and analyze CCG's Rule 2004 examination and document request, review and analyze email from Maher re same | 0.25 | -- |
| | 02/25/26 | Review and analyze email from CPA re post-petition bank activity and review report re same | 0.50 | -- |
| | 02/20/26 | Review and analyze, approve January 2026 MOR, follow up with cpa re same | 0.20 | -- |
| | 02/18/26 | Review and analyze email from Maher re status conference appearance, follow up with counsel re same | 0.20 | -- |
| | 02/16/26 | Review, analyze and approve Trustee's Section 1106 Report, follow up with counsel re same | 0.25 | -- |
| | 01/08/26 | Process USPS address change | 0.10 | -- |
| | 01/07/26 | Follow up with counsel for Debtor re inspection request, insurance status and bank account closure/turnover, follow up re same | 0.25 | -- |
| | 01/07/26 | Review and analyze case insurance coverage | 0.25 | -- |
| | 01/06/26 | Prepare for Zoom conference with counsel for Debtor, Zoom conference with Fallon and Maher re case status and assets, courses of action | 1.00 | -- |

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 01/06/26 | Onboarding meeting with U.S. Trustee re case assignment, bonding and MORs | 0.50 | -- |
| | 01/06/26 | Review and analyze email from Cindy Kingsborough to Gallagher Basset re insurance claim re 20XP Chipper | 0.20 | -- |
| | 01/06/26 | Follow up review re C 11 pleadings, auction information, monthly operating reports and preliminary claim review | 2.00 | -- |
| | 01/05/26 | Review and analyze C. 11 pleadings re case and analysis re courses of action | 3.50 | -- |
| | 01/02/26 | Review and analyze correspondence from UST re appointment, process and file Notice of Acceptance re C. 11 appointment, prepare email to UST re same and bonding | 0.30 | -- |
| | 01/02/26 | Telephone conference with proposed counsel, Maher re immediate case action issues | 0.20 | -- |
| | **Subtotal for Category: Case Administration** | | **10.10** | **--** |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Asset Analysis & Recovery | 02/25/26 | Review and analyze email from counsel for Anvil re location of skidsteer, follow up with counsel re same | 0.20 | -- |
| | 02/11/26 | Review, analyze and respond to email from CPA re source documents/spreadsheet re bank account funds and receivables, generate form 2 and send email to CPA with same | 0.20 | -- |
| | 02/10/26 | Review and analyze auction no. 3 list and brochure | 0.50 | -- |
| | 02/10/26 | Review and analyze email from Fallon and excel spreadsheet re KBA source funds re three bank accounts, follow up re same | 0.50 | -- |
| | 02/10/26 | Review and analyze email from Maher to CPA re bank account source documents | 0.10 | -- |
| | 01/28/26 | Telephone conference with Maher re bank account allocation questions that remain after debtor information provided | 0.10 | -- |
| | 01/27/26 | Telephone conference with counsel re case status, asset recovery and courses of action, auction proceeds and payments to CCG | 0.25 | -- |
| | 01/26/26 | Review and analyze DIP funds analysis from Debtor and reports re same, follow up re same and allocation of funds for 3 accounts | 1.50 | -- |

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
| --- | --- | --- | --- | --- |
| | 01/23/26 | Review and analyze email from auctioneer re remaining vehicles (Fords) with problems selling at prior auctions, CCG assets and review auction catalog re same, review and compare to prior information provided | 1.00 | -- |
| | 01/09/26 | Travel to and from equipment yard (SantaRosa/Sebastopl) re site inspection, meet with Rich Kingsborough and inspect remaining equipment and vehicles | 2.25 | -- |
| | 01/09/26 | Review and analyze CCG claim re list of collateral specific items, match to auction report and pictures re site visit, create dropbox folder re same, create report re same, prepare email to counsel re same | 1.50 | -- |
| | 01/09/26 | Review and analyze 3 emails from auctioneer re sale of equipment, reports and funds on hand. review attachments, telephone conference with Maher re same and courses of action re CCG lien | 1.00 | -- |
| | 01/02/26 | Prepare email to Fallon re meeting request and bank account turnover | 0.20 | -- |
| | **Subtotal for Category: Asset Analysis & Recovery** | | **9.30** | **--** |

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| Asset Disposition | 03/23/26 | Review and analyze emails between Fallon and Maher re missing skidsteer and Anvil request for same, follow up re location and tracking re same | 0.30 | -- |
| | 03/17/26 | Review and analyze forwarded mail re California Bank of Commerce account, prepare email to counsel re same, review UST approved c 11 banking contacts re demand to close account | 0.30 | -- |
| | 03/17/26 | Prepare email to counsel for California Bank of Commerce re turnover of bank account | 0.20 | -- |
| | 03/09/26 | Review and analyze report from auctioneer re 3rd round auction | 0.40 | -- |
| | 03/05/26 | Prepare email to auctioneer re third auction of equipment results, review response email re same | 0.20 | -- |
| | 03/05/26 | Travel to and from Santa Rosa to equipment yard, driveby inspection re remaining equipment and security of same | 2.20 | -- |
| | 03/04/26 | Review and analyze email from Maher to counsel for CCG re payments to CCG and post petition Debtor banking reports | 0.20 | -- |
| | 03/03/26 | Review and analyze emails from Cindy Kingsborough re 279D Skidstter and photo of SSN | 0.20 | -- |
| | 03/03/26 | Review and analyze email from counsel for Anvil re tracking and use of Skidseer and confirmation of recovery by Anvil | 0.20 | -- |

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 02/24/26 | Review and analyze emails between auctioneer and CCG re lien releases and remaining items to be sold at Auction no. 3 with reserve pricing | 0.20 | -- |
| | 02/19/26 | Review and analyze emails among McCartan, CCG and Maher re CCG reserve pricing for remaining CCG large equipment-lien specific equipment, follow up re same and impact on CCG claim re deficiency | 0.30 | -- |
| | 02/17/26 | Review and analyze emails among counsel, auctioneer and CCG re 279D Skidsteer location | 0.25 | -- |
| | 02/16/26 | Review and analyze emails between counsel and counsel for Debtor re sale of equipment to JCC and confirm status, off calendar | 0.20 | -- |
| | 02/10/26 | Review and analyze email and attachment from McCartan re vehicle titles after auction | 0.20 | -- |
| | 02/06/26 | Follow up re CCG lien releases re prior auction vehicles, review emails from McCartan re same | 0.20 | -- |
| | 02/03/26 | Telephone conference with Maher re CCG payment from auction proceeds, review and analyze email re same, second telephone conference with Maher approving proposed payment to CCG | 0.25 | -- |
| | 02/03/26 | Review and analyze revised Auction reports from Grafe auctions | 1.00 | -- |
| | 02/03/26 | Review and analyze response email and chart from Auctioneer re purchase money specific CCG liens and results re auctions re same | 0.30 | -- |

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 02/03/26 | Review and analyze email from Maher to counsel for CCG re wire transfer to CCG from auctioneer as authorized by Trustee and certificates of title | 0.20 | -- |
| | 01/30/26 | Review and respond to email from auctioneer re CCG lien payoff and title transfers | 0.20 | -- |
| | 01/30/26 | Telephone conference with Maher re auctioneer commission, allocation of expenses and CCG lien payments | 0.10 | -- |
| | 01/30/26 | Review and analyze email from Maher to auctioneer re allocation of expenses and prior auction proceeds with liens, telephone conference with counsel re same | 0.25 | -- |
| | 01/28/26 | Review and analyze emails between counsel and counsel for CCG re auction sales proceeds, auction results and accounting | 0.25 | -- |
| | 01/28/26 | Review and analyze email and attachment from Maher to counsel for CCG re auction settlement report including Ford vehicle sales. | 0.30 | -- |
| | 01/27/26 | Follow up with auctioneer re status of inspection, CCG releases of liens and discount re auction expenses | 0.40 | -- |
| | 01/27/26 | Review and analyze emails from counsel for secured creditor CCG re auctioneer expenses re prior asset sales and payment on secured claims/lien releases | 0.20 | -- |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 01/26/26 | Review and analyze email from auctioneer re AR liquidation, follow up with Maher re same, prepare response email to auctioneer re limited scope of employment and liens against AR's, review follow up email re same. | 0.50 | -- |
| | 01/23/26 | Review and analyze correspondence re BKA excel spreadsheet from Cindy Kingsborough-source funds from 6/1/23-1/6/25 , follow up re same | 1.00 | -- |
| | 01/19/26 | Telephone conference with Maher re remaining auction sales and CCG gross proceeds vs net proceeds | 0.20 | -- |
| | 01/15/26 | Review and analyze email from McCartan to Maher re remaining untitled vehicles to be sold at upcoming 3rd auction | 0.10 | -- |
| | 01/15/26 | Review and analyze email from McCartan re vehicles sold in Dec. 2025 auction with CCG holding title, review and analyze follow up email from Maher requesting verification of payment of liens re vehicles sold and pending MRS | 0.25 | -- |
| | 01/14/26 | Review and analyze email from counsel for CCG to Maher re payoff information for titled vehicles and blanket lien | 0.20 | -- |
| | 01/14/26 | Review and analyze emails between counsel and counsel for CCG re blanket liens re vehicles and deficiencies as secured, follow up re same, follow with Maher re same | 0.40 | -- |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 01/12/26 | Review auction reports re CCG vehicle sales and payment to secured creditors re auction proceeds, prepare email to counsel re same | 0.50 | -- |
| | 01/12/26 | Prepare email to auctioneer re CCG vehicle sales and lien payment question | 0.10 | -- |
| | 01/12/26 | Review and analyze email from Paul McCartan re re CCG vehicle sale, and updated auction sale reports | 0.25 | -- |
| | 01/12/26 | Telephone conference with Maher re CCG liens re vehicles and auction proceeds, prepare response email to auctioneer re same and status, review and analyze email from Maher to counsel for CCG re verification of vehicle liens | 0.25 | -- |
| | 01/12/26 | Review and confirm liens on pink slips for 3 vehicles in favor of CCG sold at auction | 0.20 | -- |
| | 01/12/26 | Telephone conference with counsel re CCG debt, auction of CCG assets, claim amount and turnover of accounting from auctioneer to CCG, review and analyze two emails from counsel to counsel for CCG re same, review and analyze CCG reserve auction price sheet for collateral | 0.50 | -- |
| | 01/09/26 | Follow up review of auction sales re CCG sold vehicles, prepare email to counsel re same, follow up | 0.50 | -- |
| | 01/09/26 | Review and analyze auction no. 1 report from Grafe | 0.40 | -- |

# Timesheet Report - Final C. 11

**Trustee: Janina M. Hoskins (007881)**

**Period: 01/02/26 - 03/23/26**

| Category | Date | Description | Hours/Unit | Total |
|---|---|---|---|---|
| | 01/08/26 | Telephone conference with Paul McCartan re status of auctions, reports and updated list of vehicles and equipment | 0.30 | -- |
| | **Subtotal for Category: Asset Disposition** | | **14.65** | **--** |
| | | **Total for case:** | **48.75** | **--** |
| | | **Grand Total:** | **48.75** | **--** |