Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
520 Third Street, Suite 500
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual,<br>Defendants. | AP No. 25-01005<br><br>Date:<br>Time: 9:30 a.m.<br>Courtroom: Hon. William J. Lafferty, III<br>Via Teleconference |

**AMENDED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO: THE HONORABLE WILLIAM J. LAFFERTY, III
UNITED STATES BANKRUPTCY JUDGE

Philip J. Terry ("Applicant"), Chapter 11 litigation counsel to Kingsborough Atlas Tree Surgery, Inc. ("KBA"), Debtor and Debtor in Possession, respectfully represents:


Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 1 of 11

## I. INTRODUCTION

1. **Debtor**: On February 20, 2025, Kingsborough Atlas Tree Surgery, Inc. (the "Debtor") filed its voluntary Petition for Reorganization under Chapter 11 of the Bankruptcy Code.

2. **Employment:** On March 10, 2025, Debtor submitted its Application to Employ Applicant as its Special Counsel; Dkt. No. 29. On April 1, 2025, the Court issued its Order Approving Debtor's Application to Employ Special Counsel; Dkt No. 49.

3. **Retainer:** As disclosed in its Application for Employment, Applicant received a pre-petition retainer from Debtor. As of the filing of Debtor's petition, the unearned and available balance of Applicant's pre-petition retainer was $50,583.55; Dkt. No. 29.

4. **Past Compensation:** At the time of the filing of the petition, Debtor had a balance of $50,583.55 remaining in its retainer on deposit with Applicant. Pursuant to the Court's Order Authorizing Debtor's Application to Employ Special Counsel (Dkt. No. 49), Applicant was approved as special counsel for Debtor but was not allowed to draw from the retainer on deposit until May 1, 2025. Applicant performed the services generally described in this Amended Application and as more particularly described in the billing statements attached to this Amended Application. Applicant did not draw from the retainer on deposit until after May 1, 2025. As of June 13, 2025, Applicant has been paid $50,583.55 from Debtor's retainer on deposit for legal services performed and costs incurred and paid for by Applicant, pursuant to the Court's Order Authorizing Debtor's Application to Employ Special Counsel (Dkt. No. 49). It is Applicant's customary practice to bill clients for the California Superior Court's electronic filing service fees, as well as for any document management software charges. However, Applicant is retroactively waiving reimbursement/crediting back to Debor the charges of these e-filing service fees and document management software charges for this time period, in the total amount of $323.21. Applicant's billing invoices for the services performed and costs necessarily incurred during this period are attached hereto as **Exhibit 1.**

5. **Current Compensation:** Applicant's current Amended Application covers the billing period for July 17, 2025, through May 31, 2026, for which Applicant seeks an allowance


Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 2 of 11

of total compensation for services in the amount of $114,720.09 and reimbursement of expenses in the amount of $237.49. Applicant performed the services generally described in this Application and as more particularly described in the billing statements attached to this Application. In addition, during the same time period, Applicant incurred the actual and necessary expenses summarized in the billing statements attached hereto. Applicant is waiving reimbursement of the California Superior Court electronic filing service fees and document management software charges for this time period, in the amount of $3,296.72. Applicant's billing invoices for the services performed during this period are attached hereto as **Exhibit 2.**

6. **Compliance with Guidelines:** Applicant's billing practices and hourly rates are identical for bankruptcy and non-bankruptcy clients. Applicant's normal billing practice is to bill in increments of 0.10 hour. The costs charged to Debtor were billed at cost and said costs were actually incurred by Applicant in the representation of Debtor. Applicant understood to comply with the Guidelines issued by the U.S. Bankruptcy Court and did so. Applicant did not charge for word processing, telecopying, on-line research, PACER charges or mileage expenses. It is Applicant's customary practice to bill clients for California Superior Court's electronic filing service charges, as well as for all document management software charges. However, Applicant is waiving reimbursement of these Superior Court electronic filing charges as well as all document management software fees, in the total amount of $3,619.93.

7. **2016 Compensation Statement.** Prior to filing the Petition, Debtor paid Applicant $49,416.45 in legal fees and costs for work performed in connection with civil litigation initiated in Sonoma County Superior Court. Since filing the petition, Debtor's trust account has paid Applicant $50,583.55 in fees and costs. Applicant has not shared any compensation received from Debtor with any other person. Further, Applicant has made no agreement to share any compensation awarded herein with any other person. The source of payment of any fee award herein has been and will be the Debtor.

8. **Professional Discounts Applied & Time Not Charged.** Throughout Applicant's employment as special counsel, certain professional discounts have been applied to Debtor's invoices and certain time entries have been marked as 'No Charge." Applying

professional discounts and "No Charge" entries are common billing practices for Applicant. These professional discounts and "No Charge" entries have been made at the discretion of Applicant, and Applicant is not seeking reimbursement of these fees.

9. **Attorney Rates and Fees.**

Mr. Terry leads CMPR's commercial litigation group. Mr. Terry is a 1990 graduate of the University of California, San Francisco School of Law and has been a partner at CMPR since 2007. Mr. Terry has over 35 years of extensive courtroom experience in both state and federal courts. Philip Jeff Terry had a normal hourly rate of $545 per hour through June 30, 2025. Thereafter, Mr. Terry's normal hourly rate was $645 per hour.

Kimberly Corcoran has over 35 years of litigation-related experience. Ms. Corcoran is a 1990 graduate from the University of California, Davis School of Law and is a partner at CMPR. Kimberly Corcoran had a normal hourly rate of $545 per hour through June 30, 2025. Thereafter, her normal hourly rate was $625 per hour.

Justin D. Hein has over 18 years of litigation-related experience. Mr. Hein is a graduate of the University of Wisconsin Law School and is a partner at CMPR. Mr. Hein's hourly billing rate during the time period covered by this application was $625 per hour.

Daniel A. Reidy has over 36 years of litigation-related experience. Mr. Reidy is a graduate of the University of San Francisco School of Law and is of counsel at CMPR. Mr. Reidy's hourly billing rate during the time period covered by this application was $545 per hour.

Lawrence V. Brocchini has over 35 years of litigation-related experience. Mr. Brocchini is a graduate from the University of Michigan Law School and is of counsel at CMPR. His billing rate during the time period covered by this application was $545 per hour.

Samantha Pungprakearti has 16 years of litigation-related experience and is an associate at CMPR. Ms. Pungprakearti's hourly billing rate during the time period covered by this application was $545 per hour.

Sarah Hirschfeld-Sussman is an associate at CMPR whose hourly billing rate during the time period covered by this application was $425 per hour.

///

Paul Castillo was an associate at CMPR whose hourly billing rate during the time period covered by this application was $425 per hour.

Deborah Gerstel has over 25 years of litigation-related experience. Ms. Gerstel is a graduate of American University, Washington College of Law, and was an associate at CMPR. Ms. Gerstel's billing rate during the time period covered by this application was $485 per hour.

Mari Coppinger is a senior litigation paralegal at CMPR. Ms. Coppinger received her paralegal certificate in 2005. Her hourly billing rate during the time period covered by this application was $225 per hour.

Chessa Tachiki was a certified paralegal at CMPR. During the course of the Debtor's Chapter 11 case, Ms. Tachiki departed CMPR, and her billing ID was assigned to a new employee. As a result, Chessa Tachiki's time entries on Applicant's billing invoices show up as IT, instead of CT. Ms. Tachiki's (IT) hourly billing rate during the time period covered by this application was $200 per hour.

Theresa M. Gates is a senior litigation paralegal at CMPR with over 21 years of experience. Ms. Gates received her paralegal certificate in 2024. Her hourly billing rate during the time period covered by this application was $225 per hour.

Kate Muller is a litigation paralegal at CMPR. Ms. Muller received her paralegal certificate in 2008 from University of San Diego. Her hourly billing rate during the time period covered by this application was $225 per hour.

## II. DESCRIPTION OF SERVICES RELATED TO CALIFORNIA SUPERIOR COURT ACTION AND ADVERSARY ACTION

### 1. Employment Application

Assist with Debtor's Application to Employ Counsel and Declaration in support of the Application. Work with bankruptcy counsel in connection with order Approving Employment. Respond to questions and concerns raised by the Presiding Judge as to Applicant's representation of this Court's policy regarding the withdrawal of the pre-petition retainer that was at the time of the Application held in trust and compliance with the Court order thereon.

**Attorney Philip J. Terry time: 0.6 @ $545.00 per hour = $327.00**


Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 5 of 11

**2. Drafting and Amending Complaints**

Investigate case background, review underlying asset purchase agreement and loan documents and other communications between the parties and related materials. Advise and counsel client. Prepare initial demand and meet and confer with opposing counsel. Draft, review and file Complaint for damages in Sonoma County Superior Court ("Civil Action") prosecuting claims on behalf of Debtor against third party defendants (Avil Power, Inc., Anvil Equipment Company LP, Anvil Builders, etc. and related individuals, hereafter collectively referred to as "Anvil"). Confer with bankruptcy counsel re Civil Action and adversary proceeding. Draft, review, revise and file adversary Complaint as well as Motion for Turnover Order requiring Anvil to return a considerable amount of Debtor-owned equipment and vehicles to Debtor's possession. Prepare Amended Complaint and application to remove Sonoma County action to Federal District Court.

**Paralegal Chessa Tachiki (IT) time: 0.2 @ $200.00 per hour = $40.00**

**Attorney Kim Corcoran time: 0.30 @ $545.00 per hour = $163.50**

**Paralegal Mari Coppinger time: 1.70 @ $225.00 per hour = $382.50**

**Attorney Philip J. Terry time: 12.8 @ $545.00 per hour = $6,976.00**

**Attorney Philip J. Terry time: 0.3 @ $645.00 per hour = $193.50**

**3. Law and Motion Matters**

Prepare briefing in support of Motion for Turn Over Order for Debtor-owned vehicles and equipment from Anvil. Meet and confer with opposing counsel. Prepare for and attend law and motion hearing and follow-up status conferences re motion for turn over order. Negotiate resolution of turn over motion and logistics of return of equipment and vehicles from Anvil to Debtor. Multiple meet and confer communications with opposing counsel regarding motion for turn over order and return of equipment. Multiple meet and confer communications and telephone calls with opposing counsel re motion for remand of Civil Action, Anvil's Cross-Complaint and response thereto, as well as Anvil's 12(b) motion to dismiss and opposition to Anvil's subsequent demurrer in Civil Action after matter was remanded.


Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 6 of 11

**Attorney Daniel A. Reidy time: 0.40 @ $545.00 per hour = $218.00**

**Paralegal Chessa Tachiki (IT) time: 0.3 @ $200.00 per hour = $60.00**

**Attorney Kim Corcoran time: 0.9 @ $545.00 per hour = $490.50**

**Attorney Kim Corcoran time: 0.5 @$625.00 per hour = $312.50**

**Attorney Lawrence V. Brocchini time: 26.4 @ $545.00 per hour = $14,388.00**

**Paralegal Mari Coppinger time: 4.2 @ $225.00 per hour = $945.00**

**Attorney Philip J. Terry time: 20.8 @ $545.00 per hour = 11,336.00**

**Attorney Philip J. Terry time: 11.0 @ $645.00 per hour = $7,095.00**

**Attorney Deborah Gerstel time: 27.6 @ $485.00 per your = $13,386.00**

**Paralegal Kate Muller time: 0.4 @ $225.00 per hour = $90.00**

**4. Discovery**

Work on discovery matters and responses related to subpoenas by Anvil to third parties. Prepare for and attend depositions of Debtor's witnesses, including principal. Attend to production of documents and responses to other written discovery. Preparation of discovery requests to Anvil Defendants.

**Paralegal Chessa Tachiki (IT) time: 15.2 @ $200.00 per hour = $3,040.00**

**Attorney Kim Corcoran time: 8.6 @ $545.00 per hour = $4,687.00**

**Paralegal Mari Coppinger time: 16.7 @ $225.00 per hour = $3,757.50**

**Attorney Philip J. Terry time: 8.0 @ $545.00 per hour = $4,360.00**

**Attorney Philip J. Terry time: 27.1 @ $645.00 per hour = $17,479.50**

**Attorney Sarah Hirschfeld-Sussman time: 4.1 @ $425.00 per hour = $1,742.50**

**Paralegal Theresa Gates time: 0.5 @ $225.00 per hour = $112.50**

**Attorney Deborah Gerstel time: 26.6 @ $485.00 per hour = $12,901.00**

**Paralegal Kate Muller time: 41.8 @ $225.00 per hour = $9,405.00**

**5. Advising Debtor on Related Issues**

Attend to and advise Debtor regarding employment issues and claims related to PTO and



Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 7 of 11

alleged promise by Anvil regarding PTO. Attend to and advise Debtor regarding insurance claim issues related to claims contained in Civil Action, as well as other related potential claims by Debtor. Advise client regarding attempts by Anvil to recover on loans allegedly made by Debtor to Anvil and attempts by Anvil to foreclosure on such loans. Meet and confer with Anvil's counsel and defense counsel opposing foreclosure.

**Attorney Daniel A. Reidy time: 0.4 @ $545.00 per hour = $218.00**

**Paralegal Chessa Tachiki (IT) time: 0.5 @ $200.00 per hour = $100.00**

**Attorney Justin D. Hein time: 0.8 @ $625.00 per hour = $500.00**

**Paralegal Mari Coppinger time: 0.2 @ $225.00 per hour = $45.00**

**Attorney Paul Castillo time 0.8 @ $425.00 per hour = $340.00**

**Attorney Philip J. Terry time: 8.0 @ $545.00 per hour = $4,360.00**

**Attorney Philip J. Terry Time: 2.5 @ $645.00 per hour = $1,612.50**

**Attorney Sarah Hirschfeld-Sussman time: 4.9 @ $425.00 per hour = $2,082.50**

**Attorney Samantha Pungprakearti time: 0.3 @ $425.00 per hour = $127.50**

**6. Case Management**

Case Management Conference Statements and status updates filed. Confer with client regarding status and advise client. Confer with bankruptcy counsel regarding same and with opposing counsel regarding status and scheduling matters. Confer with Ch. 7 Bankruptcy Trustee's Counsel re Civil Action and provide documents as requested.

**Paralegal Chessa Tachiki (IT) time: 0.9 @ $200.00 per hour = $180.00**

**Attorney Kim Corcoran time: 0.7 @ $545.00 per hour = $381.50**

**Paralegal Mari Coppinger time: 7.6 @ $225.00 per hour = $1,710.00**

**Attorney Philip J. Terry time: 6.2 @ $545.00 per hour = $3,379.00**

**Attorney Philip J. Terry time: 3.8 @ $645.00 per hour = $2,451.00**

**Paralegal Kate Muller time: 9.90 @ $225.00 per hour = $2,227.50**

///

///



Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 8 of 11

### 7. Mediation

Prepare mediation briefing and damage calculation materials for mediator. Multiple meetings with client and counsel. Prepare for and attend multiple telephone conferences with mediator, counsel and client representatives. Prepare for and attend all day in-person mediation in San Francisco with mediator, client representatives and counsel regarding claims against Anvil.

**Attorney Philip J. Terry time: 44.6 @ $645.00 per hour = $28,767.00**

### 8. Application for Compensation

Prepare Initial Application for Compensation. Categorize billing invoices to conform to Bankruptcy rules and procedures. Redact necessary Attorney Invoices. Prepare Amended Application for Compensation after case was converted to Ch.7.

**Attorney Philip J. Terry time: 6.4 @ $645.00 per hour = $4,128.00**

**Paralegal Kate Muller time: 17.5 @ $225.00 per hour = $3937.50**

## Summary

**Employment Application: 0.6 hour = $327.00**

**Drafting and Amending Complaints: 15.3 hours = $7,755.50**

**Law and Motion Matters: 92.5 hours = $48,321.00**

**Discovery: 148.6 hours = $57,485.00**

**Advising Debtor on Related Issues: 18.4 hours = $9,385.50**

**Case Management: 29.1 hours = $10,329.00**

**Mediation: 44.6 hours = $28,767.00**

**Application Compensation: 23.9 hours = $8,065.50**

**Total Compensation Sought = $114,482.60**

**Total Costs Reimbursement = $237.49**

**Total Request = $114,720.09**


Case: 25-10088 Doc# 380 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 9 of 11

WHEREFORE, Applicant prays for an order:

1. Determining that parties in interest have received adequate notice and an opportunity to be heard.

2. Approving and allowing as initial compensation the amounts requested in the foregoing Application consisting of compensation in the sum of $114,482.60 and expense reimbursement in the sum of $237.49, for a total compensation award of $114,720.09

3. Instructing Debtor to disburse the allowance of compensation in the amount of $114,720.09 to Applicant for legal service performed.

4. Granting such other and further relief as may be just and proper.

**Certification Regarding Compliance with Local Rules**

I, Philip J. Terry, certify that I have read the Application and, to the best of my knowledge, information and belief, after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Court's guidelines, and the compensation and expense reimbursement requested are billed at rates no less favorable than those customarily employed by the Applicant, and generally accepted by Applicant's clients.

I further certify that I have not received any compensation other than that which is outlined above and/or within this Application for my representation of the Debtor, and that I have not been promised any compensation except on those terms as set forth in the Application to employ me as counsel, and that I do not have an agreement or understanding with any entity for the share of compensation that may be approved by this Court.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 12th day of June, 2026, at Santa Rosa, California.

/s/ Philip J. Terry
Philip J. Terry

## CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 520 Third Street, Suite 500, Santa Rosa, CA 95401. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served a ***true copy*** of the following document(s):

**AMENDED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

addressed as follows :

| | |
|---|---|
| Sean J. Filippini<br>Chris Kolkey<br>DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444.1000<br>Facsimile: (916) 444.2100<br>Email:<br>sfilippini@downeybrand.com<br>ckolkey@downeybrand.com<br><br>Sandy – Legal Assistant<br>srussell@DowneyBrand.com | Attorneys for Defendants<br><br>ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, and ALAN GUY |

☒ (BY ELECTRONIC SERVICE VIA THE COURT'S ELECTRONIC CASE FILING ("ECF") SYSTEM) I transmitted a true and correct copy of the document(s) listed above to ECF to be sent to all parties listed on the Proof of Service. This service complies with Fed. R. Civ. P. 5(d)(3). A copy of the Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America of California that the foregoing is true and correct.

DATED: June 12, 2026

/s/ Dawn Marshall
Dawn Marshall