EXHIBIT 1

CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | March 21, 2025 |
| Invoice Number: | 57569 |
| Client/Matter Number | 6424.0002 |

RE: Bankruptcy

**Total Balance Due:** $0.00

Your trust balance is

| | | |
|---|---|---|
| | Opening trust balance | $50,583.55 |
| 03/21/2025 | Payment - Thank You | |
| | PAYEE: Carle, Mackie, Power & Ross LLP | -8,910.00 |
| 03/21/2025 | Credit back payment | 8,910.00 |
| | Closing trust balance | $50,583.55 |

ACH/Wire information

[redacted]

Payment due upon receipt.

# CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | March 21, 2025 |
| Invoice Number: | 57571 |
| Client/Matter Number | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 02/28/2025:

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/22/2025 | PC | Review of proposed letter agreement for employment and IP Purchase Agreement terms; supervising attorney conference regarding same. | 0.80 |
| | SP | Confer with S. Hirschfeld-Sussman regarding liability for [redacted]. | 0.30 |
| | SHS | Confer with J. Terry regarding [redacted] and [redacted]; review Sacramento case pleadings from Bazan v. Kingsborough case; research [redacted] and confer with S. Pungprakearti regarding same. | 1.50 |
| | MC | Attention to case management and deadlines regarding Notice of Assignment to One Judge for All Purposes; email communication with J. Terry and D. Hayes regarding amendment to Complaint; email communication with clients regarding initial discovery and prepare share Dropbox folder; leave telephone message at Bank of Marin regarding request for information for subpoena department; work on draft of objection to subpoena to Bank of Marin (KBA records). | 2.20 |
| | MC | Attention to case management and calendar control regarding request for litigation hold to Anvil counsel. | 0.20 |
| | PJT | Review emails from/to clients and attorney M. Fallon; confer with attorney P. Castillo regarding [redacted]. | 0.60 |
| | PJT | Confer with paralegal regarding discovery responses and status. | 0.40 |
| | PJT | Phone call with clients and J. Eisenauer regarding leasing and return of equipment, response to R. Leider, follow-up with insurance adjuster regarding Tub Grinder, and [redacted] | 0.50 |
| 02/23/2025 | PJT | Multiple emails from clients. | 0.50 |
| 02/24/2025 | SHS | Confer with J. Terry regarding [redacted]; research [redacted]. | 0.50 |
| | PJT | Phone call with client regarding [redacted]. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | PJT | Phone M. Fallon; message. | 0.10 |
| | MC | Work on initial drafts of Set One discovery responses and continue work on Objections to Bank subpoenas. | 0.40 |
| 02/25/2025 | SHS | Review documents and correspondence from J. Terry regarding [redacted]. | 0.30 |
| | MC | Attention to document and chronology update regarding Sebastopol Road site clean up demand (mulch/fire hazard). | 0.30 |
| | PJT | Quick review of discovery; emails with clients; confer with S. Sussman regarding [redacted]; phone conference with clients. | 1.30 |
| | KC | Brief additional work on discovery received from opposing counsel (Requests for Production of Documents, and third party records subpoenas); instructions to paralegal M. Coppinger regarding same. | 0.30 |
| | MC | Telephone call with K. Hegarty at Bank of Marin regarding subpoenas; finalize initial draft of Objection to Subpoena to Bank of Marin (KBA) records. | 0.20 |
| | PJT | Confer with bankruptcy attorney regarding litigation and status. | 0.20 |
| | KC | Work on bankruptcy issue as potentially affecting outstanding discovery and Bank subpoenas. | 0.50 |
| | KC | Continued work on Objections to Bank subpoenas. | 0.40 |
| 02/26/2025 | SHS | Attention to and confer with attorney K. Corcoran regarding Motion to Quash. | 0.20 |
| | MC | Email and telephone calls with K. Corcoran regarding meet and confer with S. Filippini regarding subpoenas and written discovery; draft confirming letter to S. Filippini regarding extension to respond to Requests for Production, Set One; draft confirming letter to S. Filippini regarding extension to file Motion to Quash or for Protective Order regarding Bank of Marin subpoena (KBA records); Telephone call with K. Corcoran regarding [redacted]; telephone call with J. Terry regarding bankruptcy filing and deadlines for civil action. | 1.50 |
| | PJT | Phone call with M. Fallon regarding Ch. 11 and next steps regarding lawsuit. | 0.30 |
| | KC | Work on Objections to Bank subpoenas. | 0.70 |
| | KC | Extended telephone call with opposing counsel on discovery issues, subpoenas, his client's intention to foreclose on Lake Tahoe residence, need for Protective Order; follow-up instructions to paralegal M. Coppinger regarding [redacted] | 1.10 |
| | KC | Review and revise meet and confer letter to opposing counsel about Bank subpoena. | 0.80 |

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| 02/27/2025 | SHS | Review docket and case status for Sacramento Superior class action against client; call D. Aqui regarding class action case; confer with J. Terry regarding same. | 1.30 | |
| | PJT | Phone call with attorney M. Fallon. | 0.20 | |
| | PJT | Phone call with C. Kingsborough regarding [redacted] | 0.50 | |
| | PJT | Call insurance adjuster P. Danese; message. | 0.40 | |
| 02/28/2025 | MC | Telephone call with J. Terry regarding [redacted]. | 0.20 | |
| | PJT | Confer with attorney S. Sussman regarding [redacted] | 0.40 | |
| | KC | Case law research to include in meet and confer letter to opposing counsel regarding Bank records. | 0.40 | |
| | KC | Review and revise meet and confer letter to opposing counsel regarding subpoena for personal Bank records; case law research regarding same. | 1.10 | |
| | KC | Review correspondence from opposing counsel regarding Bank subpoenas and email to Bank and opposing counsel regarding same; instructions to paralegal M. Coppinger regarding same; instructions to attorney S. Hirschfeld-Sussman regarding potential need for Motion to Quash. | 0.50 | |
| | SHS | Telephone conference with attorney D. Aqui regarding [redacted]; confer with J. Terry regarding same. | 1.00 | |
| | | Total Legal Services: | 22.40 | 9,900.00 |
| | | **Courtesy Discount** | | -990.00 |
| | | Net Fees after Courtesy Discount | | 8,910.00 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 5.70 | $545.00 | $3,106.50 |
| Kimberly Corcoran | Partner | 5.80 | 545.00 | 3,161.00 |
| Samantha Pungprakearti | Attorney | 0.30 | 425.00 | 127.50 |
| Mari Coppinger | Paralegal | 5.00 | 225.00 | 1,125.00 |
| Paul Castillo | Attorney | 0.80 | 425.00 | 340.00 |
| Sarah Hirschfeld-Sussman | Attorney | 4.80 | 425.00 | 2,040.00 |

**Total Amount of this Invoice:** 8,910.00

**Total Balance Due:** $8,910.00



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 5 of 37

Your trust balance is

| | |
|---|---|
| Opening trust balance | $50,583.55 |
| Closing trust balance | $50,583.55 |

ACH/Wire information

[redacted]

Payment due upon receipt.



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 6 of 37

CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | June 13, 2025 |
| Invoice Number: | 58802 |
| Client/Matter Number | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 04/30/2025:

| | | | Hours |
|---|---|---|---|
| 03/03/2025 | MC | Finalize meet and confer to S. Filippini regarding Bank of Marin subpoena for personal banking records. | 0.30 |
| | KC | Continued meet and confer efforts regarding bank subpoena to individuals. | 1.30 |
| | SHS | Confer with J. Terry regarding [redacted] and discussion with Anvil counsel; telephone conference with attorney D. Aqui regarding case status. | 0.30 |
| 03/04/2025 | MC | Attention to document management; email communication with C. Kingsborough regarding additional document uploads. | 0.40 |
| 03/05/2025 | PJT | Phone calls with client and attorney M. Fallon regarding bankruptcy status, lease disputes, injunctive relief. | 0.30 |
| | MC | Email communication with clients regarding equipment list; email communication with K. Corcoran regarding deadlines for Motions to Quash or Modify Subpoenas. | 0.30 |
| 03/06/2025 | LVB | Work on Turnover Motion. | 1.60 |
| 03/07/2025 | PJT | Phone attorney P. Simpson; message; phone insurance adjuster P. Danese regarding equipment claim; message; phone call with client regarding status; emails regarding foreclosure on Tahoe property; review schedule with list of creditors. | 0.30 |
| 03/08/2025 | PJT | Review foreclosure documentation regarding Tahoe property; phone call with client regarding separate proceeding to challenge foreclosure. | 0.40 |
| 03/10/2025 | MC | Attention to case management and deadlines regarding Notice of Default and Foreclosure (Truckee property). | 0.20 |
| | LVB | Telephone conference with J. Terry regarding case; work on Turnover Motion. | 1.50 |
| | PJT | Phone call with insurance adjuster P. Danese. | 0.30 |
| 03/11/2025 | PJT | Attend to injunction in Federal court: Turnover Order; confer with attorney L. Brocchini. | 0.40 |

| | | | Hours |
|---|---|---|---|
| | DAR | Confer with attorney S. Sussman regarding [redacted] | 0.40 |
| | LVB | Work on Turnover Motion. | 4.80 |
| | KC | Attend to details regarding subpoenas and potential Motions to Quash. | 0.30 |
| 03/12/2025 | IT | Attention to court deadlines regarding service of Summons and Complaint on Anvil corporate Defendants. | 0.30 |
| | PJT | Confer with S. Sussman regarding [redacted] | 1.00 |
| | LVB | Continue drafting of Motion for Temporary Restraining Order, Preliminary Injunction, and Turnover. | 6.50 |
| 03/13/2025 | IT | Attention to court deadlines regarding service of Summons and Complaint on defendant A. Guy. | 0.30 |
| | PJT | Confer with L. Brocchini; edits to Motion for Turnover Order and Complaint. | 1.30 |
| | DAR | Confer with S. Sussman regarding injunction regarding IP. | 0.40 |
| | PJT | Meeting with clients and M. Fallon. | 2.00 |
| | LVB | Continue drafting of Motion for Temporary Restraining Order, Preliminary Injunction, and Turnover. | 7.00 |
| 03/14/2025 | SHS | Review meet and confer letters and subpoenas to Bank of Marin and confer with K. Corcoran and C. Tachiki regarding bringing Motion to Quash subpoena; email opposing counsel and Bank of Marin regarding notice of intention to file Motion to Quash. | 0.90 |
| | LVB | Continue drafting of Motion for Temporary Restraining Order, Preliminary Injunction, and Turnover; communications with J. Terry regarding same. | 4.80 |
| | PJT | Work on Notice of Removal; confer with paralegal regarding same. | 1.00 |
| | PJT | Review and edit Motion for Turnover Order. | 0.50 |
| 03/16/2025 | PJT | Edits to Motion for Temporary Restraining Order/Preliminary injunction/Turnover Order in Bankruptcy Court; amend Complaint; attend to letter to PG&E; work on Motion for Temporary Restraining Order in State Court action regarding IP. | 3.00 |
| 03/17/2025 | SHS | Confer with J. Terry regarding Amended Complaint, filing Temporary Restraining Order and Preliminary Injunction on Anvil. [NO CHARGE] | 0.40 |
| | IT | Work on Plaintiffs' Notice of Motion and Motion to Quash Defendant's Subpoena to Bank of Marin, Memorandum of Points and Authorities, Proposed Order, Declaration of Counsel, and Separate Statement pertaining to Defendant's subpoena for production of records related to personal banking records of R. Kingsborough and C. Kingsborough. | 5.20 |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 8 of 37

| | | | Hours |
|---|---|---|---|
| | LVB | Telephone conference with J. Terry regarding status of Brief and Motion and changes to same. | 0.20 |
| | KC | Attend to details regarding upcoming Motions to Quash Bank Subpoenas; meet and confer efforts regarding same. | 0.80 |
| | PJT | Emails from/to opposing counsel regarding client list issue; review Motions to Quash Bank Records; edits; confer with paralegal. | 0.50 |
| | PJT | Emails with M. Fallon; edits to Complaint and to moving papers for Turnover Order; phone calls with M. Fallon and client. | 2.60 |
| 03/18/2025 | PJT | Additional edits to Complaint. | 0.50 |
| | PJT | Additional edits to Declaration of R. Kingsborough; instructions; finalize Motion for Turnover Order; edits to Complaint for Turnover; emails with client; confer with M. Fallon regarding leasing and motion; prepare Notice of Motion. | 4.00 |
| 03/19/2025 | IT | Attention to Motion to Quash Defendant's Subpoena to Bank of Marin, Memorandum of Points and Authorities and supporting Declaration of Counsel. | 0.50 |
| | KC | Brief review of and suggested revisions to papers in support of injunctive relief, draft Declaration of client, and draft Declaration of counsel J. Terry, and draft Points and Authorities in support of request for injunctive relief and provide comments and suggested edits to same. | 0.90 |
| 03/20/2025 | IT | Work on drafting and finalizing Motion to Quash Defendant's Subpoena to Bank of Marin, Memorandum of Points and Authorities, Declaration of J. Terry and exhibits thereto. | 2.80 |
| | SHS | Finalize Motion to Quash Subpoena for Kingsborough's personal bank information; work with C. Tachiki and confer with J. Terry regarding same. | 2.60 |
| | SHS | Review meet and confer letters and subpoena to Bank of Marin and confer with J. Terry regarding same; email opposing counsel and Bank of Marin regarding notice of intention to file Motion to Quash Subpoena for KBA bank records. | 0.40 |
| | MC | Attention to case and document management and deadlines regarding bankruptcy filings to date and pending law and motion; work on draft of Notice of Removal of Civil Action to Bankruptcy Court. | 1.60 |
| | PJT | Phone call with bankruptcy attorney M. Fallon. | 0.20 |
| | PJT | Finalize Complaint and moving papers for Motion for Turnover Order and injunction; instructions regarding filing. | 1.50 |
| 03/22/2025 | IT | Work on Plaintiffs' Notice of Motion and Motion to Quash Defendant's Subpoena to Bank of Marin, Memorandum of Points and Authorities, Proposed Order, Declaration of J. Terry, and Separate Statement pertaining to Defendant's subpoena for production of records related to business banking records of Kingsborough Atlas Tree Surgery, Inc. | 4.50 |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 9 of 37

| Date | Timekeeper | Description | Hours |
| --- | --- | --- | --- |
| 03/24/2025 | IT | Revise and finalize Plaintiffs' Notice of Motion and Motion to Quash Defendant's Subpoena to Bank of Marin, Memorandum of Points and Authorities, Proposed Order, Declaration of J. Terry, and Separate Statement pertaining to Defendant's subpoena for production of records related to business banking records of Kingsborough Atlas Tree Surgery, Inc.; attention to Amended Separate Statement pertaining to Defendant's subpoena for production of records related to the personal banking records of R. and C. Kingsborough. | 1.90 |
| | MC | Prepare initial draft of written Response to Request for Production, Set One (Kingsborough Atlas). | 1.30 |
| 03/25/2025 | PJT | Prepare for Motion on Turnover Order; email from clients regarding [redacted] | 1.50 |
| | MC | Attention to case management and deadlines regarding filing of Adversary Proceeding; Scheduling Conference; hearing on Motion for Temporary Restraining Order and Preliminary Injunction. | 0.80 |
| 03/26/2025 | MC | Continue work on updating chronology and compilation of documents for production for response to Request for Production, Set One. | 1.50 |
| | PJT | Hearing on Motion Temporary Restraining Order and Motion to Turn Over equipment. | 1.00 |
| 03/27/2025 | MC | Attention to case management and deadlines regarding Motion to Quash Bank of Marin Subpoena (regarding R. and C. Kingsborough records). | 0.20 |
| | MC | Email communication with J. Terry regarding transmission of download of litigation report regarding KBA. [NO CHARGE] | 0.20 |
| | KC | Review Notice of Hearing Date and Proof of Service regarding same; edits to all. | 0.40 |
| | PJT | Review Defendants' meet and confer analysis regarding demurrer; notes. | 0.40 |
| 03/28/2025 | PJT | Phone call with clients regarding [redacted]. | 0.50 |
| 03/31/2025 | MC | Update ECF filings and docket tracking; attention to case management and deadlines regarding continued hearing on Temporary Restraining Order; Stipulated Motion for Relief from Stay (Commercial Credit); Motion for Relief from Stay (First Financial). | 1.40 |
| | MC | Attention to case management and deadlines regarding extension to respond to Request For Production, Set One. | 0.20 |
| | MC | Email communications with J. Terry regarding 4-2-25 law and motion schedule. [NO CHARGE] | 0.20 |
| | MC | Work on document management/chronology updates. | 2.00 |
| 04/01/2025 | MC | Review bankruptcy adversary proceeding dockets for calendaring updates; | |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 10 of 37

| | | | Hours |
|---|---|---|---|
| | | check Sonoma County Superior Court docket regarding Motions for Quash for updated hearing. | 0.30 |
| | MC | Continue work on chronology and compilation of client documents for discovery. | 2.00 |
| | KC | Finalize and execute Notices of Hearing for upcoming Motions to Quash Subpoenas. | 0.20 |
| 04/02/2025 | MC | Continue work on chronology and compilation of client documents for discovery. | 1.00 |
| | MC | Email and telephone communication with J. Terry regarding Anvil equipment list and equipment return logistics; email communication with clients regarding [redacted] | 0.30 |
| | PJT | Prepare for and appear at Case Management Conference. | 1.00 |
| 04/03/2025 | MC | Email communication with K. Corcoran regarding Notice of Hearing on Motion to Quash. [NO CHARGE] | 0.20 |
| | MC | Review Bankruptcy Court dockets for updated filings/Orders for download, review, and applicable deadline updates. [NO CHARGE] | 0.30 |
| 04/07/2025 | MC | Attention to case management and deadlines regarding Order Granting Relief from Stay (Commercial Credit); check adversary proceeding docket for updates. [NO CHARGE] | 0.30 |
| | MC | Email communication with clients regarding [redacted]; attention to document management (updated equipment list). | 0.30 |
| | PJT | Email from opposing counsel confirming return of equipment; follow up regarding equipment list and items out of the area; confer with paralegal. | 1.20 |
| 04/08/2025 | KC | Review Defendants' request of the Court for additional time for responsive pleading; brief strategy for same with attorney J. Terry. | 0.20 |
| 04/09/2025 | MC | Email communication with trial team regarding Proofs of Claim. [NO CHARGE] | 0.20 |
| | PJT | Emails from/to opposing counsel regarding Demurrer. | 0.20 |
| 04/11/2025 | MC | Attention to case management and deadlines regarding Anvil Defendants' automatic extension to file responsive pleading. | 0.30 |
| | MC | Attention to case management and email communications with J. Terry regarding same. | 0.20 |
| | MC | Email communication with S. Filipini regarding extension to respond to Requests for Production, Set One. | 0.20 |
| | MC | Attention to document management/upload client documents to date to document management platform. | 0.40 |

| | | | Hours | |
|---|---|---|---|---|
| | PJT | Meet and confer by phone with with opposing counsel regarding return of equipment. | 0.40 | |
| 04/14/2025 | MC | Continue work on review of client documents for chronology and compilation of document production. | 1.00 | |
| 04/15/2025 | PJT | Review and finalize Responses to Requests for Production. | 1.60 | |
| | MC | Continue work on review of client documents for chronology and compilation of document production; email communications with J. Terry regarding missing executed security documents; continued work on responses to Requests for Production. | 1.70 | |
| | MC | Meet with J. Terry and attention to finalizing responses to Requests for Production. | 0.30 | |
| 04/17/2025 | MC | Attention to case management and deadlines regarding continued hearing/Status Conference regarding Motion for Temporary Restraining Order. | 0.20 | |
| 04/18/2025 | PJT | Phone conference with opposing counsel. | 0.30 | |
| 04/24/2025 | PJT | Follow-up on equipment/vehicle status; work on discovery requests. | 3.60 | |
| 04/25/2025 | MC | Attention to case management and deadlines regarding Response to Request for Production Verifications. | 0.20 | |
| | PJT | Phone conference with clients and Bankruptcy counsel. | 0.50 | |
| 04/30/2025 | PJT | Work on amended complaint. | 1.60 | |
| | | Total Legal Services: | 105.00 | 44,413.16 |
| | | **Courtesy Discount** | | -4,441.32 |
| | | Net Fees after Courtesy Discount | | 39,971.84 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Dan A. Reidy | Partner | 0.80 | $545.00 | $436.00 |
| Philip J. Terry | Partner | 33.60 | 545.00 | 18,284.66 |
| Kimberly Corcoran | Partner | 4.10 | 545.00 | 2,234.50 |
| Mari Coppinger | Paralegal | 20.00 | 225.00 | 4,185.00 |
| Sarah Hirschfeld-Sussman | Attorney | 4.60 | 425.00 | 1,785.00 |
| Lawrence V. Brocchini | Attorney | 26.40 | 545.00 | 14,388.00 |
| Inactive Timekeepers | | 15.50 | 200.00 | 3,100.00 |

Costs Advanced:

| | | |
|---|---|---|
| 01/29/2025 | Filing Fee - Complaint/Summons and First Appearance Fee | 1,740.00 |
| 01/29/2025 | E-Filing Charge | 21.45 |
| 03/05/2025 | Personal Service of Complaint & Summons (6) | 473.50 |
| 03/20/2025 | Efiling - USBC Bankruptcy - Complaint | 350.00 |
| 03/27/2025 | Filing Fee - Motion to Quash Subpoena | 60.00 |
| 03/27/2025 | E-Filing Charge | 21.45 |


Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 12 of 37

| | | |
|---|---|---|
| 03/27/2025 | Filing Fee - Motion to Quash Subpoena | 60.00 |
| 03/27/2025 | E-Filing Charge | 22.35 |
| 04/30/2025 | Logikull - eDiscovery Document Production and Storage | 257.96 |
| | Total Costs Advanced: | 3,006.71 |
| 04/15/2025 | Filing Fee - Refund of First Appearance Fees (One Legal) | -1,305.00 |
| | Total Credits for Expenses | -1,305.00 |
| | **Total Amount of this Invoice:** | 41,673.55 |
| | Previous Balance: | $8,910.00 |

Payments through 06/13/2025:

| | | |
|---|---|---|
| 05/16/2025 | Payment - Thank You | -8,910.00 |
| 06/13/2025 | Payment - Thank You | -41,673.55 |
| | Total Payments | -50,583.55 |
| | **Total Balance Due:** | $0.00 |

Your trust balance is

| | | |
|---|---|---|
| | Opening trust balance | $50,583.55 |
| 05/15/2025 | Check issued to CMPR for A/R<br>PAYEE: Carle Mackie Power & Ross LLP | -8,910.00 |
| 06/13/2025 | Payment - Thank You<br>PAYEE: Carle, Mackie, Power & Ross LLP | -41,673.55 |
| | Closing trust balance | $0.00 |

Payment due upon receipt.

| | | |
|---|---|---|
| 03/27/2025 | Filing Fee - Motion to Quash Subpoena | 60.00 |
| 03/27/2025 | E-Filing Charge | 22.35 |
| 04/30/2025 | Logikull - eDiscovery Document Production and Storage | 257.96 |
| | Total Costs Advanced: | 3,006.71 |
| 04/15/2025 | Filing Fee - Refund of First Appearance Fees (One Legal) | -1,305.00 |
| | Total Credits for Expenses | -1,305.00 |
| | **Total Amount of this Invoice:** | 41,673.55 |
| | Previous Balance: | $8,910.00 |

Payments through 06/13/2025:

| | | |
|---|---|---|
| 05/16/2025 | Payment - Thank You | -8,910.00 |
| 06/13/2025 | Payment - Thank You | -41,673.55 |
| | Total Payments | -50,583.55 |
| | **Total Balance Due:** | $0.00 |

Your trust balance is

| | | |
|---|---|---|
| | Opening trust balance | $50,583.55 |
| 05/15/2025 | Check issued to CMPR for A/R<br>PAYEE: Carle Mackie Power & Ross LLP | -8,910.00 |
| 06/13/2025 | Payment - Thank You<br>PAYEE: Carle, Mackie, Power & Ross LLP | -41,673.55 |
| | Closing trust balance | $0.00 |

ACH/Wire information

[redacted]

Payment due upon receipt.

EXHIBIT 2

CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | July 17, 2025 |
| Invoice Number: | 59410 |
| Client/Matter Number | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 06/30/2025:

| | | | Hours |
|---|---|---|---|
| 04/21/2025 | TMG | Perform UCC search with CA Secretary of State regarding Kingsborough Atlas Tree Surgery, Inc. as Debtor and Anvil Builders Inc. as Secured Party. | 0.50 |
| 04/30/2025 | PJT | Phone attorney N. Donovan; message; email N. Donovan. | 0.10 |
| | PJT | Work on discovery requests. | 2.00 |
| 05/01/2025 | MC | Email communication with C. Kingsborough regarding request for documents; prepare sharefile of chronology for clients; telephone call with E. Kingsborough and implement requested changes to Box folder. | 0.70 |
| | KC | Follow-up on issue of Amended Complaint. | 0.10 |
| 05/02/2025 | PJT | Email with opposing counsel; phone call with counsel regarding amending Complaint and removing to Federal Court. | 0.30 |
| | PJT | Emails with client regarding [redacted]; emails from M. Fallon regarding status of Anvil objections and primary creditor. | 0.30 |
| 05/05/2025 | PJT | Email from client regarding [redacted]; advise regarding same. | 0.10 |
| | PJT | Emails with opposing counsel regarding response to Complaint. | 0.30 |
| 05/06/2025 | JDH | Draft and send email correspondence regarding 3-Day Notice. [NO CHARGE] | 0.20 |
| | PJT | Follow-up with client's former counsel regarding [redacted]; additional work on Amended Complaint. | 3.60 |
| 05/08/2025 | MC | Telephone call with C. Kingsborough regarding email search; search document management platform for email from A. Guy regarding equipment per client request; email communication with client. | 0.60 |
| 05/09/2025 | MC | Email communication J. Terry regarding 5-14-25 Status Conference. | 0.20 |
| 05/12/2025 | MC | Attention to preparation of exhibits for Amended Complaint. | 0.20 |
| 05/13/2025 | MC | Attention to initial draft of Status Conference Statement regarding Adversary | |

| | | | Hours |
|---|---|---|---|
| | | Proceeding; work on list of supplemental documents needed from clients. | 1.40 |
| | KC | Work with paralegal M. Coppinger on Status Conference Statement. | 0.30 |
| 05/15/2025 | PJT | Zoom conference with clients and M. Fallon. | 0.50 |
| | MC | Attention to case management and calendar control regarding service of First Amended Complaint. | 0.20 |
| | MC | Attention to case management and deadlines regarding continued Status Conference and briefing schedule for Preliminary Injunction. | 0.20 |
| 05/17/2025 | PJT | Revise moving papers regarding updated statement and authority regarding Turnover Order. | 3.00 |
| 05/21/2025 | MC | Attention to case management and deadlines regarding Notice of Removal of Civil Action to Bankruptcy Court. | 0.20 |
| | MC | Attention to Amended Notice of Removal and preparation of new adversary proceeding; telephone and email communications with D. Marshall regarding preparation and filing of new adversary proceeding removing civil action to Bankruptcy Court. | 0.70 |
| 05/22/2025 | MC | Attention to follow-up regarding Notice of Removal of State Court action and assignment of new case number. | 0.20 |
| 05/27/2025 | IT | Attention to court deadlines regarding opposing counsel's withdrawal of subpoenas to Bank of Marin. | 0.30 |
| | KC | Attend to details regarding Initial Disclosures and analysis. | 0.20 |
| 05/28/2025 | MC | Attention to case management and deadlines regarding confirmation of Removal of State Court Action, Initial Status Conference, FRCP Conference and disclosures. | 0.80 |
| | IT | Attention to court deadlines regarding debtor's Motion for Authority to Sell Personal Property. | 0.30 |
| | MC | Attention to preparation of initial draft of Civil Case Cover Sheet. | 0.30 |
| 06/03/2025 | PJT | Phone call from/to M. Fallon regarding status. | 0.20 |
| 06/04/2025 | PJT | Phone conference with client regarding [redacted]. | 0.60 |
| | PJT | Email from opposing counsel re status of delivery of equipment vehicles to KBA. | 0.20 |
| 06/06/2025 | IT | Attention to deadlines regarding Notice of Trustee's Sale; review court docket to identify date and method of Cross-Complaint. | 0.50 |
| | PJT | Advise client regarding [redacted]. | 0.20 |

| Date | Timekeeper | Description | Hours | |
|---|---|---|---|---|
| | PJT | Additional review of cross-complaint. | 1.00 | |
| 06/10/2025 | IT | Attention to court deadlines regarding service of Cross-Complaint on R. and C. Kingsborough. | 0.20 | |
| | PJT | Conference call with clients. | 1.00 | |
| 06/11/2025 | PJT | Emails with attachments from client regarding [redacted] advise client regarding [redacted]; revise email for client.. | 0.60 | |
| 06/13/2025 | IT | Attention to court deadlines regarding filing of Notice of Removal. | 0.30 | |
| | PJT | Review updated equipment list with location and valuation. | 0.30 | |
| 06/16/2025 | MC | Email communication with D. Marshall regarding clarification of responsive pleading deadline for R. Leider. | 0.20 | |
| 06/18/2025 | MC | Telephone call with E. Nessinger; telephone call with J. Terry regarding expert consultant. | 0.30 | |
| 06/23/2025 | MC | Attention to case management and deadlines regarding Anvil Motion to Remand First Amended Complaint. | 0.20 | |
| | MC | Attention to case management and deadlines regarding response to Anvil Cross-Complaint. | 0.20 | |
| 06/24/2025 | MC | Attention to case management and deadlines regarding Anvil counsel agreement to extend responsive pleading by one week vs. 30 days. | 0.20 | |
| | PJT | Phone call and emails with opposing counsel regarding extension of time to respond to complaint. | 0.30 | |
| 06/25/2025 | PJT | Attend to locating and retaining expert witnesses; email from opposing counsel regarding purchase of equipment from financing company; confer with client and bankruptcy counsel; emails from/to opposing counsel regarding depositions of client representative regarding disputed sale motion.. | 1.40 | |
| 06/27/2025 | PJT | Phone calls with client and opposing bankruptcy and litigation counsel regarding depositions and equipment return status and purchase. | 0.70 | |
| 06/30/2025 | PJT | Phone calls with opposing counsel, client and bankruptcy counsel regarding delivery of equipment, costs. | 0.40 | |
| | | Total Legal Services: | 26.80 | 11,609.00 |
| | | **Courtesy Discount** | | -1,160.90 |
| | | Net Fees after Courtesy Discount | | 10,448.10 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 17.10 | $545.00 | $9,319.50 |
| Kimberly Corcoran | Partner | 0.60 | 545.00 | 327.00 |
| Mari Coppinger | Paralegal | 6.80 | 225.00 | 1,530.00 |
| Theresa Gates | Paralegal | 0.50 | 225.00 | 112.50 |
| Justin D. Hein | Partner | 0.20 | 545.00 | 0.00 |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 18 of 37

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Inactive Timekeepers | | 1.60 | 200.00 | 320.00 |

Costs Advanced:

| | | |
|---|---|---|
| 05/19/2025 | Postage Charges | 9.35 |
| 05/22/2025 | Filing Fee - Notice of Removal of State Court Action | 350.00 |
| 05/28/2025 | E-Filing Charge - Amended Complaint | 24.79 |
| 05/31/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| 06/12/2025 | E-Filing Charge - Notice of Removal | 25.69 |
| 06/14/2025 | E-Filing Charge - Summons Issued | 3.00 |
| 06/30/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| 06/30/2025 | Copying Charges | 51.35 |
| | Total Costs Advanced: | 964.18 |
| | **Total Amount of this Invoice:** | 11,412.28 |
| | **Total Balance Due:** | $11,412.28 |

ACH/Wire information

[redacted]

Payment due upon receipt.

CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

Invoice Date: November 19, 2025
Invoice Number: 61416
Client/Matter Number: 6424.0002

RE: Bankruptcy

Professional Legal Services through 10/31/2025:

| | | | Hours |
|---|---|---|---|
| 07/01/2025 | PJT | Case Management Conference in Bankruptcy matter. | 0.50 |
| | PJT | Phone call and email with with opposing counsel Filippini regarding delivery of equipment and cost; email regarding same; phone call with opposing counsel C. Kolkey regarding extension to respond to Cross-Complaint; email regarding same. | 0.60 |
| 07/02/2025 | PJT | Emails from client regarding [redacted]; attention to court deadlines regarding extension to file response to Anvil's Cross-Complaint; attention to deadlines regarding Anvil Notice of Depositions of T. Eisenhauer and C. Kingsborough. | 0.40 |
| | PJT | Review Defendant's Case Management Conference in Bankruptcy matter. | 0.20 |
| 07/07/2025 | PJT | Review declaration by T. Eisenhower. | 0.30 |
| 07/09/2025 | PJT | Meet with client regarding deposition preparation; confer with client witness regarding deposition; review client documents regarding [redacted]; email from clint regarding same. | 1.30 |
| 07/10/2025 | PJT | Meeting with client regarding status and deposition preparation; email from/to opposing counsel Filippini regarding status about delivering equipment. | 2.30 |
| 07/11/2025 | PJT | Depositions of T. Eisenhauer and C. Kingsborough. | 4.00 |
| | JDH | Conferences with J. Terry; research on stop payment notices for public utility; research on 20-Day Preliminary Notice. | 0.80 |
| 07/22/2025 | PJT | Confer with and assist client with [redacted] advise regarding [redacted]; attention to court deadlines regarding Ford Motor Credit Motion for Relief from Stay, Anvil Defendants' Motion to Remand, and extended deadline to respond to Anvil Cross-Complaint. | 1.40 |
| | PJT | Phone call with attorney C. Kolkey regarding Motion to Remand, Stipulation; review and edit; email to opposing counsel. | 0.40 |

| | | | Hours |
|---|---|---|---|
| | PJT | Phone call with opposing counsel regarding pick up of truck from debtor's yard in Santa Rosa and case status. | 0.30 |
| 07/30/2025 | PJT | Phone call with client, C. Kingsborough. | 0.30 |
| 08/01/2025 | PJT | Meeting with client regarding [redacted]. | 2.00 |
| 08/05/2025 | PJT | Confer with attorney M. Fallon regarding status of equipment sales; attend Status Conference; confer with client. | 1.00 |
| 08/06/2025 | PJT | Phone conference with Bankruptcy counsel M. Fallon regarding Bankruptcy Court mediation. | 0.50 |
| 08/07/2025 | PJT | Phone call with Bankruptcy attorney B. Meyers regarding mediation. | 0.40 |
| 08/08/2025 | PJT | Emails regarding mediation with Bankruptcy counsel. | 0.40 |
| 08/12/2025 | PJT | Phone calls with Bankruptcy attorneys regarding pre-mediation meeting with Judge Montali. | 0.40 |
| | PJT | Phone call with opposing counsel C. Kloskey regarding status of Order to Remand on Stipulation, moot Motion for Dismissal and hearing; phone call with attorney M. Fallon regarding same. | 0.30 |
| 08/13/2025 | PJT | Phone call with opposing counsel C. Kloskey regarding Remand of matter to Sonoma County and moot Motion for Dismissal. | 0.30 |
| 08/14/2025 | PJT | Zoom call with Judge Montali, Bankruptcy counsel and opposing counsel regarding mediation. | 0.50 |
| 08/15/2025 | PJT | Confer with opposing counsel regarding joint submission to Judge Montali; instructions. | 0.50 |
| | PJT | Phone call with client regarding status. | 0.40 |
| | PJT | Phone call with insurance adjuster M. Cooley regarding [redacted] | 0.30 |
| | PJT | Phone call to PG&E counsel regarding Stop Notice; message. | 0.10 |
| 08/19/2025 | PJT | Phone calls regarding vehicle damages; message; phone PG&E attorney; return call; message. | 0.30 |
| 08/20/2025 | PJT | Phone PG&E attorney B. Clouse; message. | 0.10 |
| 08/21/2025 | PJT | Phone calls to PG&E counsel B. Clouse; messages. | 0.10 |
| 08/22/2025 | PJT | Phone calls to PG&E attorney B. Clouse; email to B. Clouse; phone calls to opposing counsel C. Kolkey; messages; email to opposing counsel; email to client regarding status. | 0.40 |
| 08/24/2025 | PJT | Emails from/to Judge Montali and opposing counsel regarding documents | |


Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 21 of 37

| | | | Hours |
|---|---|---|---|
| | | requested by Judge Montali regarding mediation; email to clients. | 0.50 |
| 08/25/2025 | PJT | Phone conference with attorneys Filipini and Kolkey regarding status of response to Complaint and Cross-Complaint and outstanding discovery. | 0.30 |
| | PJT | Phone call with PG&E attorney B. Clouse. | 0.20 |
| 08/26/2025 | PJT | Attend to mediation and materials to provide mediator. | 1.00 |
| | PJT | Follow-up on Defendants' proposed Demurrer; attend to meet and confer. | 0.50 |
| 08/27/2025 | PJT | Phone call with attorney C. Kolkey regarding Demurrer and documents in advance of mediation. | 0.40 |
| | PJT | Confer with attorney M. Fallon regarding status. | 0.10 |
| 08/28/2025 | PJT | Phone call with client. | 0.20 |
| 09/11/2025 | PJT | Meet with client and bankruptcy counsel regarding mediation. | 2.00 |
| | KC | Follow-up on recently-served Demurer papers and Opposition due date; brief review of basis for Demurrer. | 0.50 |
| 09/22/2025 | PJT | Work on Mediation Brief. | 3.00 |
| 09/23/2025 | PJT | Work on Mediation Brief. | 5.00 |
| 09/28/2025 | PJT | Edits to Mediation Brief; phone calls with client. | 3.00 |
| 09/29/2025 | PJT | Additional edits to Mediation Brief; confer with clients; confer with bankruptcy attorney. | 2.00 |
| 10/01/2025 | PJT | Emails regarding upcoming mediation with Judge D. Montali. | 0.40 |
| 10/02/2025 | PJT | Email from Judge Montali regarding information in Mediation Statement; confer with M. Fallon; email to Judge Montali with additional explanation. | 0.80 |
| 10/06/2025 | PJT | Prepare for an attend conference call with Judge Montali | 1.00 |
| 10/07/2025 | PJT | Phone calls with mediator, J. Montali and attorney M. Fallon regarding mediation; instructions regarding mediation preparation with clients; review emails regarding additional creditor requesting to join in mediation. | 1.00 |
| 10/08/2025 | PJT | Mediation preparation; emails regarding same. | 1.40 |
| 10/13/2025 | PJT | Meet with clients regarding mediation. | 2.00 |
| 10/15/2025 | PJT | Phone call with bankruptcy counsel; emails from/to Judge Montali regarding mediation supplemental information; prepare supplemental briefing. | 3.00 |
| 10/16/2025 | PJT | Emails from Judge Montali regarding mediation; phone call with M. Fallon. | 0.30 |
| 10/20/2025 | PJT | Prepare for mediation; phone call with clients. | 1.50 |

| | | | Hours | |
|---|---|---|---|---|
| 10/21/2025 | PJT | Mediation before Judge Montali in San Francisco U.S. Bankruptcy Court. | 7.50 | |
| 10/24/2025 | PJT | Prepare for and attend further mediation. | 1.60 | |
| 10/29/2025 | PJT | Telephone conference with Judge Montali and counsel. | 1.00 | |
| 10/30/2025 | PJT | Follow-up mediation session with Judge Montali, counsel and clients. | 1.00 | |
| | | Total Legal Services: | 62.00 | 39,835.00 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 60.70 | $645.00 | $39,022.50 |
| Kimberly Corcoran | Partner | 0.50 | 625.00 | 312.50 |
| Justin D. Hein | Partner | 0.80 | 625.00 | 500.00 |

Costs Advanced:

| | | |
|---|---|---|
| 07/30/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| 08/31/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| 09/13/2025 | E-Filing Charge - Notice of Change of Address | 23.89 |
| 09/30/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| 10/31/2025 | Logikull - eDiscovery Document Production and Storage | 250.00 |
| | Total Costs Advanced: | 1,023.89 |
| | **Total Amount of this Invoice:** | 40,858.89 |
| | Previous Balance: | $11,412.28 |
| | **Total Balance Due:** | $52,271.17 |

ACH/Wire information

[redacted]

Payment due upon receipt.

CMPR
CARLE MACKIE POWER & ROSS LLP
ATTORNEYS

520 Third Street, Suite 500
Santa Rosa, CA 95401
tel: (707) 526. 4200
cmprlaw.com

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | November 24, 2025 |
| Invoice Number: | 64468 |
| Client/Matter Number | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 11/24/2025:

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/16/2025 | PJT | Work on fee application. | 2.00 | |
| 11/18/2025 | KM | Review and revise Initial Application for Compensation and Reimbursement of Expenses; review and redact invoices to be attached as Exhibits to our Application; email to J. Terry regarding same. | 1.70 | |
| | KM | Review and redact invoices to be included in our Application for Compensation | 0.50 | |
| | PJT | Phone conference with attorney George Lee regarding [redacted]. | 0.40 | |
| | PJT | Work on fee application. | 2.00 | |
| 11/19/2025 | KM | Prepare breakdown of Attorney Fees for Application for Compensation; review and revise Application for Compensation; continue to redact Exhibit 1 to Application for Compensation (CMPR Invoices). | 4.00 | |
| | PJT | Work on fee application; confer with paralegal regarding same. | 2.00 | |
| 11/20/2025 | KM | Continue to prepare breakdown of Attorney Fees for Application for Compensation; and review and revise Application for Compensation; discuss same with attorney J. Terry. | 4.50 | |
| 11/21/2025 | KM | Continue to review and revise Application for Compensation; discuss same with attorney J. Terry. | 3.50 | |
| 11/24/2025 | KM | Conference with J. Terry regarding revisions to Application for Compensation and on-going discovery issues; revise Application for Compensation per instructions; Voicemail and follow-up email to Attorney M. Fallon regarding our Notice of Application for Compensation. | 1.10 | |
| | | Total Legal Services: | 21.70 | 7,570.50 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 6.40 | $645.00 | $4,128.00 |
| Kate Muller | Paralegal | 15.30 | 225.00 | 3,442.50 |

Hours

**Total Amount of this Invoice:** 7,570.50

Previous Balance: $52,271.17

**Total Balance Due:** $59,841.67

Aged Due Amounts

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 07/17/2025 | 59410 | 11,412.28 | 11,412.28 |
| 11/19/2025 | 61416 | 40,858.89 | 40,858.89 |
| | | | 52,271.17 |

ACH/Wire information

[redacted]

Payment due upon receipt.



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 25 of 37

Carle, Mackie, Power & Ross LLP

520 Third Street, Suite 500
Santa Rosa, CA 95401
*tel*: (707) 526. 4200
***cmprlaw.com***

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | February 25, 2026 |
| Invoice Number: | 65960 |
| Client/Matter Number: | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 01/31/2026:

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/13/2025 | PJT | Email from/to Judge Montali regarding mediation status. | 0.10 |
| 11/14/2025 | PJT | Email from opposing counsel regarding discovery status; email to client. | 0.20 |
| 11/20/2025 | DG | Confer with J. Terry regarding deadline to submit Supplemental Discovery Responses and status of case; review of file and previous discovery responses; work on supplemental responses. | 3.40 |
| | PJT | Email from opposing counsel C. Kolkey regarding discovery follow up after mediation; confer with attorney D. Gerstel regarding supplemental reponses. | 0.60 |
| 11/21/2025 | DG | Follow-up with J. Terry regarding request for extension on Supplemental Discovery Responses; review past discovery, emails, and Meet and Confer Letters to determine scope of supplemental discovery responses. | 2.00 |
| 11/24/2025 | DG | Send email to opposing counsel, C. Kolkey, requesting extension to provide Supplemental Discovery Responses; review file; forward Verified Responses sent April 2025 sent to client and confirm new deadline. | 1.50 |
| | PJT | Meet and confer letter from Defendants' counsel; confer with attorney D. Gerstel regarding supplemental response. | 0.40 |
| 11/26/2025 | DG | Send email to opposing counsel acknowledging discovery extension; update J. Terry on file review and supplemental discovery; confer with K. Muller concerning extending Motion to Compel deadline. | 0.40 |
| 11/29/2025 | PJT | Review meet and confer; attend to response and supplemental responses. | 1.60 |
| 12/01/2025 | KM | Review and respond to email from attorney J. Terry regarding preparation of Amended Application for Compensation; review email from attorney M. Fallon regarding same. [NO CHARGE] | 0.20 |
| | DG | Confer with J. Terry and K. Muller regarding Supplemental Discovery Responses; review Meet and Confer Letter regarding requests requiring Supplemental Responses. | 1.20 |
| 12/02/2025 | KM | Attention to Kingsborough Atlas Tree's Responses to Anvil's Request for | |

| | | | Hours |
|---|---|---|---|
| | | Production of Documents (Amended) and client documents. | 1.10 |
| 12/03/2025 | KM | Attention to review and categorizing client documents to be produced in Response to Anvil's Request for Production of Documents (Amended); discuss same with attorney D. Gerstel. | 3.70 |
| | DG | Prepare Supplemental Document Production with K. Muller; follow-up with J. Terry regarding Meet and Confer with C. Kolkey, Opposing Counsel. | 2.20 |
| | PJT | Review draft responses; review discovery requests; confer with paralegal regarding discovery responses; instructions. | 0.60 |
| 12/04/2025 | KM | Continue to review client documents and categorize for production. | 4.30 |
| | DG | Review documents on Logikcull for Supplemental Production. | 1.80 |
| 12/05/2025 | KM | Prepare draft Production of Documents for client review; email to C. Kingsborough regarding same. | 0.50 |
| | PJT | Phone call to opposing counsel, C. Kolkey; phone call with client; review discovery from Anvil and initial Objections and meet and confer correspondence; confer with attorney D. Gerstel and paralegal regarding Responses, Objections and document production; review documents for productions. | 1.70 |
| | DG | Complete review of documents for Supplemental Production; confer with J. Hein and K. Muller regarding Supplemental Responses; confer with C. Kingsborough regarding responses and verification. | 4.60 |
| 12/06/2025 | PJT | Attend to client inquiry regarding source of documents to be produced; review discovery requests. | 0.70 |
| 12/08/2025 | DG | Email client to follow-up on documents sent to her for review; confer with attorney G. Lee regarding [redacted]. | 0.60 |
| | PJT | Follow-up and instructions regarding supplemental responses; review same; review documents designated for production; emails from/to client regarding documents designated for production. | 1.50 |
| 12/09/2025 | KM | Confer with attorney D. Gerstel regarding document production; prepare document production for service; prepare Privilege Log. | 2.90 |
| | DG | Review and revise Supplemental Responses to Request for Production of Documents; confer with K. Muller regarding creation of Privilege Log. | 2.40 |
| | PJT | Emails with attorney D. Gerstel and paralegal regarding client notes on documents and redacting same; advise; email from opposing counsel regarding status of Supplemental Responses; phone calls with opposing counsel regarding same and status, including dismissal of individual employee/Cross-Defendants. | 1.00 |
| 12/10/2025 | KM | Review and respond to emails from attorney D. Gerstel regarding proposed document production and Privilege Log; revise document production and | |


Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 27 of 37

| | | | Hours |
|---|---|---|---|
| | | Privilege Log. | 1.40 |
| | KM | Conference with J. Terry regarding additional responses to Request for Production of Documents; prepare email to client regarding additional requests for Production of Documents; prepare Amended Supplemental Responses to Request for Production of Documents. | 1.00 |
| | DG | Review Request for Production of Documents and Meet and Confer correspondence; confer with J. Terry and K. Muller regarding supplementing Requests for Production of Documents 1-4. | 2.00 |
| 12/11/2025 | KM | Prepare Amended Initial Application for Compensation. | 1.70 |
| | KM | Attention to finalization of document production; telephone conference with J. Terry and opposing counsel regarding same; prepare email to opposing counsel with our document production. | 0.90 |
| | PJT | Email from opposing counsel; follow up phone call with opposing counsel C. Kolkey regarding status of discovery. | 0.30 |
| 12/12/2025 | DG | Review emails between K. Muller and C. Kingsborough regarding [redacted] review email from C. Kolkey regarding objections to privilege log and confer with K. Muller regarding revisions. | 1.00 |
| 12/15/2025 | KM | Prepare Proposed Order Authorizing Compensation. | 0.50 |
| | KM | Telephone conference with client and attorney J. Terry regarding documents responsive to Anvil's Request for Production of Documents, Set One (Request Nos. 1-4). | 0.40 |
| | KM | Email to attorney M. Fallon regarding hearing date for Application for Compensation. [NO CHARGE] | 0.10 |
| | PJT | Phone call with client and paralegal regarding discovery responses. | 0.50 |
| 12/16/2025 | KM | Review Meet and Confer letter from attorney C. Kolkey; email to attorney J. Terry regarding same; review and revise Amended Responses to Request for Production of Documents, Set One. | 1.50 |
| | DG | Review Meet-and-Confer Email and Letter from C. Kolkey regarding Supplemental Discovery Responses. | 0.60 |
| | PJT | Meet and confer letter from opposing counsel; confer with paralegal regarding supplemental responses to address concerns; phone call with opposing counsel C. Kolkey regarding same. | 0.80 |
| 12/17/2025 | KM | Revise Amended Responses to Anvil's Request for Production of Documents, Set One; attention to review of [redacted]; email to client following-up on [redacted]. | 2.00 |
| | KM | Review and respond to client emails regarding [redacted]; review additional documents provided by client and prepare supplemental document production; email to attorney J. Terry regarding documents to be produced | |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 28 of 37

| | | | Hours |
|---|---|---|---|
| | | and Revised Supplemental Responses to Request for Production of Documents. | 2.00 |
| | DG | Review follow-up Meet-and-Confer Letter from Opposing Counsel, C. Kolkey and J. Terry response. | 0.30 |
| | PJT | Email from opposing counsel regarding meet and confer; email opposing counsel; phone opposing counsel regarding meet and confer; confer with paralegal regarding Supplemental Responses, document production and Privilege Log. | 1.60 |
| 12/18/2025 | DG | Review and revise Privilege Log per Meet and Confer letter with opposing counsel. | 0.40 |
| | DG | Confer with K. Muller and J. Terry regarding creation of Privilege Log. | 0.30 |
| 12/19/2025 | DG | Confer with K. Muller and J. Terry regarding Privilege Log. | 0.50 |
| | PJT | Review Demurrer; work on Opposition. | 1.00 |
| 12/22/2025 | KM | Discuss First Amended Responses to Anvil's Amended Request for Production of Documents with J. Terry; email to client regarding [redacted]. | 0.40 |
| | PJT | Confer with paralegal; review and revise discovery response; confer with attorney D. Gerstel regarding Demurrer and Opposition. | 0.60 |
| | DG | Confer with J. Terry regarding preparation of Opposition to Demurrer to First Amended Complaint; review file to identify relevant documents; search for appropriate templates to prepare brief; outline primary issues. | 2.50 |
| | PJT | Review Demurrer; confer with attorney D. Gerstel regarding preparing Opposition. | 1.70 |
| | PJT | Instructions regarding Case Management Conference Statement; review Anvil Case Management Conference Statement. | 0.20 |
| 12/23/2025 | KM | Prepare Supplemental Document Production; email to attorney J. Terry regarding the Supplemental Document Production and revisions to our Privilege Log. | 0.90 |
| | KM | Email to client regarding [redacted] | 0.30 |
| | PJT | Review discovery responses; confer with paralegal regarding same and finalizing Responses. | 1.30 |
| | DG | Confer with J. Terry and K. Muller regarding Case Management Conference Statement. [NO CHARGE] | 0.30 |
| 12/24/2025 | KM | Email to attorney C. Kolkey regarding Amended Privilege Log; review email from client regarding Verification for First Amended Responses to Request for Production of Documents. | 0.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | PJT | Phone call with attorney M. Fallon regarding status of litigation and bankruptcy; confer with paralegal regarding [redacted]; review draft; emails regarding same. | 1.00 |
| | DG | Review file; work on Opposition to Demurrer; draft introduction and argument regarding legal standard. | 2.00 |
| 12/29/2025 | DG | Review First Amended Complaint and Demurrer with Meet-and-Confer Letter from Opposing Counsel; draft Opposition to Demurrer. | 3.00 |
| 12/30/2025 | KM | Prepare and serve KBA_003753-KBA_003810 and KBA's First Amended Responses to Anvil's Request for Production of Documents, Set One. | 0.90 |
| 12/31/2025 | DG | Review new discovery served by Anvil; forward to assistants for calendaring and filing; send note to J. Terry [redacted]. | 0.40 |
| | DG | Work on Opposition to Demurrer. | 4.50 |
| 01/02/2026 | PJT | Review Case Management Conference Tentative Ruling. [NO CHARGE] | 0.10 |
| 01/09/2026 | DG | Review meet-and-confer email from C. Kolkey; check in with K. Muller regarding status of discovery responses. | 0.30 |
| | KM | Prepare Second Amended Responses to Anvil's Request for Production of Documents, Set One; discuss same with attorney J. Terry; prepare Notice of Stay for C. and R. Kingsborough. | 1.10 |
| | KM | Review and respond to email from opposing counsel C. Kolkey regarding outstanding discovery issues; | 0.80 |
| | PJT | Review Demurrer; work on Opposition; confer with attorney D. Gerstle regarding Opposition. | 1.00 |
| | PJT | Email from opposing counsel regarding meet and confer Anvil discovery requests; phone call with opposing counsel regarding meet and confer; instructions; review minute order regarding Case Management Conference. | 0.80 |
| 01/12/2026 | KM | Email to Client regarding [redacted] | 0.20 |
| | KM | Telephone call with attorney J. Terry regarding [redacted] | 0.30 |
| | KM | Review and respond to email from attorney J. Terry regarding Amended Responses to Request for Production of Documents, Set One and other outstanding meet and confer issues. | 0.30 |
| | PJT | Confer with attorney D. Gerstle regarding Opposition to Demurrer. | 0.50 |
| | DG | Review and revise Opposition to Demurrer; send draft to J. Terry for review; | |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 30 of 37

| | | | Hours |
|---|---|---|---|
| | | continue revisions. | 5.50 |
| 01/13/2026 | KM | Review email from C. Kingsborough regarding [redacted]; review and download additional documents provided by C. Kingsborough; revise KBA's Second Amended Responses to Anvil's Request for Production of Documents, Set One; email to C. Kingsborough regarding [redacted] | 2.50 |
| | KM | Telephone conference with attorney J. Terry regarding [redacted]. | 0.20 |
| | PJT | Edits to Opposition to Demurrer; instructions. | 1.00 |
| | PJT | Meet and confer call with opposing counsel regarding outstanding discovery; confer with client and paralegal regarding additional discovery responses; edits to supplemental responses. | 1.50 |
| | DG | Review and revise Opposition to Demurrer. | 4.70 |
| 01/14/2026 | DG | Incorporate J. Terry edits to Opposition to Demurrer; make final revisions and proofread for filing; draft Proposed Order. | 3.00 |
| 01/15/2026 | KM | Review R. Kingsborough's Responses to Anvils Request for Production of Documents, Set One; prepare R. Kingsborough's First Amended Responses to Anvils Request for Production of Documents, Set One; review C. Kingsborough's Responses to Anvils Request for Production of Documents, Set One; prepare C. Kingsborough's First Amended Responses to Anvils Request for Production of Documents, Set One; email to clients and attorney J. Terry regarding same. | 4.00 |
| | PJT | Phone calls with opposing counsel regarding discovery meet and confer; confer with paralegal regarding edits; review and revise same. | 1.50 |
| 01/16/2026 | KM | Conference with attorney J. Terry regarding C. Kingsborough and R. Kingsborough First Amended Responses to Request for Production of Documents, Set One; revise First Amended Responses to Request for Production of Documents, Set One, and send Verifications to C. Kingsborough and R. Kingsborough regarding same. | 0.80 |
| | PJT | Phone call with client regarding [redacted]; confer with paralegal regarding finalizing discovery and propounding discovery. | 1.60 |
| | KM | Prepare Form Interrogatories - General, Set One from KBA to Anvil Power, Inc. | 0.40 |
| | KM | Prepare Form Interrogatories - General to Anvil Equipment Company and Anvil Builders. | 0.40 |
| 01/20/2026 | KM | Review and respond to email from D. Marshall regarding R. Kingsborough's | |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 31 of 37

| | | | Hours | |
|---|---|---|---|---|
| | | Verification for First Amended Responses to Request for Production of Documents; email to client regarding same. | 0.60 | |
| 01/21/2026 | DG | Review Plaintiff's Reply Brief on Demurrer; confer with J. Terry about points for oral argument; follow-up with J. Terry regarding outstanding discovery requests and need for extension of time to respond. | 1.00 | |
| | PJT | Review Reply in Support of Demurrer; confer with D. Gerstel regarding argument and appearance at hearing. | 0.80 | |
| 01/23/2026 | KM | Prepare draft Request for Production of Documents to Anvil Builders, Inc. | 0.70 | |
| 01/26/2026 | KM | Email to attorney J. Terry regarding upcoming deadline to respond to Anvil Builder's additional Requests for Documents, and Special Interrogatories to KBA, C. Kingsborough and R. Kingsborough, and [redacted] | 0.20 | |
| | DG | Review email from K. Muller to J. Terry regarding Discovery Responses due and requesting extension. | 0.20 | |
| 01/27/2026 | PJT | Phone call with opposing counsel regarding Demurrer argument; confer with attorney D. Gerstel regarding appearance. | 0.50 | |
| | KM | Review and respond to email from attorney J. Terry regarding [redacted] | 0.40 | |
| | KM | Continue to prepare draft Request for Production of Documents, Set One to Anvil Builders. | 0.60 | |
| | DG | Review Tentative Ruling; confer with J. Terry regarding appearance at hearing; review email from C. Kolkey, opposing counsel, regarding extension for discovery responses. | 0.50 | |
| 01/28/2026 | KM | Continue to draft KBA Request for Production of Documents, set one to Anvil Builders; review Complaint; review email from attorney D. Gerstel regarding Judge's ruling on Defendant's Demurrer. | 2.10 | |
| | DG | Prepare for and attend hearing on Demurrer; prepare report for J. Terry and file with information for calendaring. | 1.00 | |
| 01/29/2026 | KM | Conference with attorney J. Terry regarding draft Request for Production of Documents to Defendants Anvil; follow-up email regarding same. | 0.20 | |
| | DG | Confer with J. Terry on the status of Demurrer and briefing schedule regarding Bankruptcy Stay. | 0.20 | |
| 01/30/2026 | PJT | Telephone call with trustee attorney C. Maher. | 0.40 | |
| | | Total Legal Services: | 124.20 | 53,167.50 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 27.10 | $645.00 | $17,415.00 |



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 32 of 37

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Deborah Gerstel | Attorney | 54.30 | 485.00 | 26,190.00 |
| Kate Muller | Paralegal | 42.80 | 225.00 | 9,562.50 |

Costs Advanced:

| | | |
|---|---|---|
| 11/30/2025 | Logikull - eDiscovery Document Production and Storage | 267.30 |
| 12/29/2025 | E-Filing Charge - Case Management Statement | 25.69 |
| 12/31/2025 | Logikull - eDiscovery Document Production and Storage | 294.03 |
| 01/09/2026 | Filing Fee - Notice of Deposit of Jury Fees | 150.00 |
| 01/09/2026 | E-Filing Charge | 24.89 |
| 01/24/2026 | E-Filing Charge - Notice of Stay | 26.59 |
| 01/31/2026 | Logikull - eDiscovery Document Production and Storage | 326.70 |
| | Total Costs Advanced: | 1,115.20 |
| | **Total Amount of this Invoice:** | 54,282.70 |
| | Previous Balance: | $59,841.67 |
| | **Total Balance Due:** | $114,124.37 |

[redacted]

Payment due upon receipt.

Carle, Mackie, Power & Ross LLP

520 Third Street, Suite 500
Santa Rosa, CA 95401
*tel:* (707) 526. 4200
***cmprlaw.com***

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | March 17, 2026 |
| Invoice Number: | 66303 |
| Client/Matter Number: | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 02/28/2026:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/03/2026 | KM | Review and prepare documents for Supplemental Document Production related to C. Kingsborough's and R. Kingsborough's First Amended Responses to Anvil's Request for Production of Documents, Set One. | 1.50 |
| | KM | Review and respond to email from attorney J. Terry; prepare documents to forward to trustee's attorney C. Maher. | 2.00 |
| | PJT | Email from trustee counsel regarding contract documents; confer with paralegal regarding follow up and providing trustee's counsel with copies of pertinent contracts; review proposed email and attachments from paralegal. | 0.30 |
| 02/04/2026 | KM | Review case documents and locate additional documents to forward to attorney C. Maher. | 0.40 |
| 02/05/2026 | KM | Review case documents and locate additional documents to forward to trustee's attorney C. Maher, per attorney J. Terry instructions. | 0.70 |
| | PJT | Review documents to be sent to trustee's counsel; review client materials; instructions regarding [redacted]. | 0.50 |
| 02/06/2026 | KM | Review case documents and locate additional documents to forward to trustee's attorney C. Maher, per attorney J. Terry instructions; email to J. Terry regarding same. | 3.20 |
| 02/09/2026 | KM | Email to trustee's attorney C. Maher providing the requested case documents. | 0.30 |
| 02/10/2026 | KM | Email to attorney J. Terry regarding supplemental briefing addressing the Bankruptcy Stay. | 0.10 |
| 02/17/2026 | DG | Check in with J. Terry regarding Supplemental Brief Concerning Bankruptcy Stay and Demurrer. | 0.20 |
| 02/19/2026 | KM | Review documents for Equipment Rental Agreements; email same to attorney C. Maher. | 0.80 |
| 02/24/2026 | KM | Email to attorney C. Maher regarding Demurrer filings and Tentative Rulings; email to | |

| | | | Hours | |
|---|---|---|---|---|
| | | C. Kingsborough and G. Lee regarding same. | 0.30 | |
| 02/27/2026 | KM | Conference with attorney J. Terry regarding [redacted] | 0.20 | |
| | | Total Legal Services: | 10.50 | 2,750.50 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 0.80 | $645.00 | $516.00 |
| Deborah Gerstel | Attorney | 0.20 | 485.00 | 97.00 |
| Kate Muller | Paralegal | 9.50 | 225.00 | 2,137.50 |

Costs Advanced:

| | | |
|---|---|---|
| 02/25/2026 | Court Service Fee - Courtesy Copy of Supplemental Brief | 139.50 |
| 02/28/2026 | Logikull - eDiscovery Document Production and Storage | 294.03 |
| | Total Costs Advanced: | 433.53 |
| | **Total Amount of this Invoice:** | 3,184.03 |
| | Previous Balance: | $114,124.37 |
| | **Total Balance Due:** | $117,308.40 |

[redacted]

Payment due upon receipt.



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 35 of 37

CMPR LAW
Carle, Mackie, Power & Ross LLP

520 Third Street, Suite 500
Santa Rosa, CA 95401
*tel:* (707) 526. 4200
***cmprlaw.com***

Kingsborough Atlas Tree Surgery, Inc.
Cindy Kingsborough
5577 Skylane Blvd
Windsor, CA 95492

| | |
|---|---|
| Invoice Date: | April 21, 2026 |
| Invoice Number: | 67045 |
| Client/Matter Number: | 6424.0002 |

RE: Bankruptcy

Professional Legal Services through 03/31/2026:

| | | | Hours | |
|---|---|---|---|---|
| 03/03/2026 | KM | Attention to damages packet for trustee's attorney C. Maher; discuss same with attorney J. Terry. | 1.50 | |
| 03/05/2026 | KM | Email to C. Maher regarding [redacted]. | 0.30 | |
| | PJT | Confer with paralegal regarding [redacted] | 0.30 | |
| 03/16/2026 | KM | Email to attorney C. Maher with documents. | 0.50 | |
| | | Total Legal Services: | 2.60 | 711.00 |

Summary:

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Philip J. Terry | Partner | 0.30 | $645.00 | $193.50 |
| Kate Muller | Paralegal | 2.30 | 225.00 | 517.50 |

Costs Advanced:

| | | |
|---|---|---|
| 03/14/2026 | E-Filing Charge - Supplemental Brief Filed | 26.59 |
| 03/31/2026 | Logikull - eDiscovery Document Production and Storage | 294.03 |
| | Total Costs Advanced: | 320.62 |
| | **Total Amount of this Invoice:** | 1,031.62 |
| | Previous Balance: | $117,308.40 |
| | **Total Balance Due:** | $118,340.02 |

[redacted]

Payment due upon receipt.



Case: 25-10088 Doc# 380-1 Filed: 06/12/26 Entered: 06/12/26 11:07:51 Page 37 of 37